| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) _____ Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy           06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Tijuana Flats Restaurants, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   FDBA  See attached listing.

3. **Debtor's federal Employer Identification Number (EIN)**  47-4472442

4. **Debtor's address**

   Principal place of business
   2300 Maitland Center Pkwy.
   Ste. 306
   Maitland, FL 32751
   Number, Street, City, State & ZIP Code

   Orange
   County

   Mailing address, if different from principal place of business

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business
   See attached listing.
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  www.tijuanaflats.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Tijuana Flats Restaurants, LLC**  Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  Tijuana Flats Restaurants, LLC                         Case number (if known)
        Name

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☐ No
    ■ Yes

List all cases. If more than 1, attach a separate list

Debtor    Tijuana Flats #176, LLC                       Relationship      Subsidiary
District  Middle District of FL, Jacksonville Division   When  4/19/24    Case number, if known  3:24-bk-01122

11. Why is the case filed in this district?
    Check all that apply:
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    ■ No
    ☐ Yes

    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    Where is the property?
    _____ Number, Street, City, State & ZIP Code

    Is the property insured?
    ☐ No
    ☐ Yes   Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

13. Debtor's estimation of available funds
    Check one:
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors
    ☐ 1-49
    ☐ 50-99
    ☐ 100-199
    ■ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. Estimated Assets
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Debtor   Tijuana Flats Restaurants, LLC
         Name

Case number (*if known*)

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Debtor    Tijuana Flats Restaurants, LLC                                    Case number (if known)
         Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/18/2024
               MM / DD / YYYY

X _____            Joseph D. Christina
  Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____            Date   4.19.24
  Signature of attorney for debtor                   MM / DD / YYYY

Richard R. Thames
Printed name

**Thames | Markey**
Firm name

**50 North Laura Street**
**Suite 1600**
**Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone   904-358-4000       Email address   rrt@thamesmarkey.law

**0718459 FL**
Bar number and State

Tijuana Flats Restaurants, LLC
Case No. 3:24-bk-_____-___
Attachments to Schedules - Voluntary Petition, Q. 2
4/18/24 12:12 PM

| No. | Unit # | Legal Name | Store Name | Physical Address | City | ST | Zip | EIN |
|---|---|---|---|---|---|---|---|---|
| 1 |  | Tijuana Flats, LLC | Hunt Club | 444 S. Hunt Club Blvd | Apopka | FL | 32703 | 59-3426895 |
| 2 |  |  | Lake Mary | 3005 W. Lake Mary Blvd. Suite 109 | Lake Mary | FL | 32746 | 59-3515255 |
|  | 103 | Flats 1, LLC |  |  |  |  |  |  |
| 3 |  | Flats II, LLC | Aloma | 1955 Aloma Ave | Winter Park | FL | 32789 | 59-3611791 |
| 4 |  | Tijuana Flats #111, LLC | Deerfield | 278 South Federal Hwy | Deerfield Beach | FL | 33441 | 02-0538715 |
| 5 | 112 | Tijuana Flats #112, LLC | St Pete | 944 4th Street North Suite 100 | St. Petersburg | FL | 33701 | 04-3588024 |
| 6 | 114 | Tijuana Flats #114, LLC | Tyrone | 2117 66th St. North | St. Petersburg | FL | 33710 | 20-0020312 |
| 7 | 117 | Tijuana Flats #117, LLC | Hunters Creek | 13651 Hunter's Oak Dr Suite 107 | Orlando | FL | 32837 | 20-0951600 |
| 8 | 120 | Tijuana Flats #120, LLC | Largo | 180 S. Belcher Rd. | Largo | FL | 33771 | 20-2278644 |
| 9 | 121 | Tijuana Flats #121, LLC | Oldsmar | 3687 Tampa Rd Suite 203 | Oldsmar | FL | 34677 | 20-4158746 |
| 10 | 122 | Tijuana Flats #122,LLC | Longwood | 2401 W. State Rd. 434 Bay 117 |  | FL | 32779 | 20-4158923 |
| 11 | 127 | Tijuana Flats #127,LLC | Lake Nona | 9161 Narcoossee Rd. Suite 110 | Orlando | FL | 32827 | 20-8380030 |
| 12 | 128 | Tijuana Flats #128, LLC | Pineloch & Orange | 3154 S. Orange Ave. | Orlando | FL | 32806 | 20-8660344 |
| 13 | 129 | Tijuana Flats #129, LLC | Sanford | 5030 W. State Rd. 46 | Sanford | FL | 32771 | 26-0749578 |
| 14 | 130 | Tijuana Flats #130,LLC | Altamonte Springs | 895 E. Altamonte Dr. | Altamonte Springs | FL | 32701 | 26-0749606 |
| 15 | 133 | Tijuana Flats #133,LLC | Fowler | 2782 B. E Fowler | Tampa | FL | 33618 | 37-1553121 |
| 16 | 134 | Tijuana Flats #134, LLC | Dale Mabry | 10019 N. Dale Mabry | Tampa | FL | 33618 | 36-4618441 |
| 17 | 135 | Tijuana Flats #135, LLC | Brandon | 11007 Causeway Blvd | Brandon | FL | 33511 | 35-2312648 |
| 18 | 139 | Tijuana Flats #139, LLC | Ocala | 3950 SW College Road | Ocala | FL | 34474 | 26-3443708 |
| 19 | 140 | Tijuana Flats #140,LLC | Commercial | 7942 W. Commercial Blvd. | Lauderhill | FL | 33351 | 30-0464613 |
| 20 | 147 | Tijuana Flats #147,LLC | Sarasota 2 | 3404 Clark Rd. | Sarasota | FL | 34231 | 26-3813896 |
| 21 | 152 | Tijuana Flats #152,LLC | Beach & Hodges | 13529 Beach Blvd. Ste 201B |  | FL | 32224 | 94-3439429 |
| 22 | 153 | Tijuana Flats #153, LLC | College Park | 2217 Edgewater Dr. | Orlando | FL | 32804 | 27-0968834 |
| 23 | 154 | Tijuana Flats #154, LLC | Hollywood | 3357 Sheridan St |  | FL | 33021 | 27-2084384 |
| 24 | 156 | Tijuana Flats #156, LLC | Cooper City | 8703 Stirling Rd. |  | FL | 33328 | 27-1466249 |
| 25 | 157 | Tijuana Flats #157, LLC | Leesburg | 10300 US Hwy 441 #1 |  | FL | 34788 | 27-2038567 |
| 26 | 159 | Tijuana Flats #159, LLC | Bradenton | 2127 Cortez Rd W |  | FL | 34207 | 27-3529210 |
| 27 | 163 | Tijuana Flats #163, LLC | Wesley Chapel | 27709 S.R.56 Unit 101 | Wesley Chapel | FL | 33543 | 27-4717143 |
| 28 | 164 | Tijuana Flats #164, LLC | Trinity | 10900 S R.54, Unit 1001 | New Port Richey | FL | 34655 | 27-4717260 |
| 29 | 165 | Tijuana Flats #165, LLC | Collier Parkway | 23100 S.R.54, Unit 101 | Lutz | FL | 33549 | 27-4717338 |
| 30 | 167 | Tijuana Flats #167, LLC | Colonial | 2914 E Colonial Drive | Orlando | FL | 32803 | 27-5066199 |
| 31 | 169 | Tijuana Flats #169, LLC | Gainsville | 3205 Clark Butler Blvd #70 | Gainesville | FL | 32608 | 27-5066344 |
| 32 | 170 | Tijuana Flats #170, LLC | Coral Springs | 6204 W Sample Dr | Coral Springs | FL | 33067 | 27-5066566 |

Tijuana Flats Restaurants, LLC
Case No. 3:24-bk-____-___
Attachments to Schedules - Voluntary Petition, Q. 2
4/18/24 12:12 PM

| No. | Unit # | Legal Name | Store Name | Physical Address | City | ST | Zip | EIN |
|---|---|---|---|---|---|---|---|---|
| 33 | 171 | Tijuana Flats #171, LLC | Pembroke Pines | 12598 Pines Blvd #106 | Pembroke Pines | FL | 33027 | 45-3639454 |
| 34 | 172 | Tijuana Flats #172, LLC | River City | 651 Nautica Dr | Jacksonville | FL | 32218 | 45-4725810 |
| 35 | 175 | Tijuana Flats #175, LLC | Stuart | 1990 SE Federal Hwy | Stuart | FL | 34994 | 45-3787316 |
| 36 | 177 | Tijuana Flats #177, LLC | Lantana | 6201 S Jog Rd Ste 101 | Lake Worth | FL | 33467 | 45-4775897 |
| 37 | 179 | Tijuana Flats #179, LLC | Weston | 1110/1112 Weston Rd. | Weston | FL | 33326 | 45-4775811 |
| 38 | 180 | Tijuana Flats #180, LLC | Ft Myers | 12640 S Cieveland Ave 203 | Ft. Myers | | 33907 | 45-4776025 |
| 39 | 181 | Tijuana Flats #181, LLC | Roosevelt | 10300 Roosevelt Boulevard N. | St. Petersburg | FL | 33716 | 45-4530082 |
| 40 | 183 | Tijuana Flats #183, LLC | Sarasota UPC | 5215 University Pkwy 106 | University Park | FL | 34201 | 45-4847148 |
| 41 | 184 | Tijuana Flats #184, LLC | Fleming Island | 1647 CR 220 suite103 | Fleming Island | FL | 32003 | 45-4847215 |
| 42 | 186 | Tijuana Flats #186, LLC | UCF | 11551 University Blvd, Suite. 6 | Orlando | FL | 32817 | 45-5231034 |
| 43 | 187 | Tijuana Flats #187, LLC | Jupiter | 6771 W Indiantown Rd | Jupiter | FL | 33458 | 45-5231157 |
| 44 | 190 | Tijuana Flats #190, LLC | Clearwater | 2518 State Road 580 Suite A | Clearwater | FL | 33761 | 46-2804352 |
| 45 | 198 | Tijuana Flats #198, LLC | Largo | 13100 Seminole Blvd, Suite 105 | Largo | FL | 33778 | 46-4712689 |
| 46 | 222 | Tijuana Flats #222, LLC | Eustis | 17375 US HWY 441 | Mt Dora | FL | 32757 | 47-4362432 |
| 47 | 223 | Tijuana Flats #223, LLC | St Lucie West | 1359 St. Lucie West Blvd | Port St. Lucie | FL | 34986 | 47-4356701 |
| 48 | 224 | Tijuana Flats #224, LLC | Viera | 7181 Lake Andrew Dr., Suite 101 | Melbourne | FL | 32940 | 47-2814519 |
| 49 | 227 | Tijuana Flats #227, LLC | Platt St | 1617 W. Platt Street | Tampa | FL | 33606 | 47-1548627 |
| 22 | 230 | Tijuana Flats #230, LLC | Royal Palm Beach | 280 South SR-7, Suite 300 | Royal Palm Beach | FL | 33414 | 47-4248162 |
| 50 | 232 | Tijuana Flats #232, LLC | Bloomingdale | 2050 Bloomingdale Ave | Valrico | FL | 33596 | 35-2547334 |
| 51 | 234 | Tijuana Flats #234, LLC | Melbourne | 10 E New Haven Ave, Suite #103 | Melbourne | FL | 32904 | 47-3941822 |
| 52 | 237 | Tijuana Flats #237, LLC | St Cloud | 4100 13th Street | St. Cloud | FL | 34769 | 38-3985227 |
| 53 | 238 | Tijuana Flats #238, LLC | Port Orange | 1760 Dunlawton Ave, Suite #105 | Port Orange | FL | 32127 | 37-1797253 |
| 54 | 239 | Tijuana Flats #239, LLC | Riverview | 13009 US HWY 301 | Riverview | FL | 33578 | 32-0480528 |
| 55 | 241 | Tijuana Flats #241, LLC | Apopka | 1099 W Orange Blossom Trail | Apopka | FL | 32712 | 30-0889696 |
| 56 | 242 | Tijuana Flats #242, LLC | Palm Bay Rd | 705 Palm Bay Rd NE, Suite #109 | West Melbourne | FL | 32904 | 37-1799521 |
| 57 | 243 | Tijuana Flats #243, LLC | Brooksville | 12320 Cortez Blvd | Brooksville | FL | 34613 | 38-3985810 |
| 58 | 246 | Tijuana Flats #246, LLC | Nocatee | 41 Settlement Drive, Suite 501 | Ponte Vedra | FL | 32081 | 36-4831692 |
| 59 | 247 | Tijuana Flats #247, LLC | Champions Gate | 8274 Champions Gate Blvd | Champions Gate | FL | 33896 | 30-0930135 |
| 60 | 249 | Tijuana Flats #249, LLC | Lutz | 17475 N Dale Mabry Hwy | Lutz | FL | 33548 | 38-3994748 |
| 61 | 257 | Tijuana Flats #257, LLC | Ocoee | 11018 W Colonial Drive | Ocoee | FL | 34761 | 82-0816585 |
| 62 | 258 | Tijuana Flats #258, LLC | O-Town | The Crossing at O-Town, W Palm Pkwy & Daryl Carter Pkwy | Lake Buena Vista | FL | 32836 | 82-0868560 |
| 63 | 260 | Tijuana Flats #260, LLC | Hamlin | 14410 SHORESIDE WAY, SUITE 100 | Winter Garden | FL | 34787 | 82-0904481 |