UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>ORLANDO DIVISION</u>

| | |
|---|---|
| In re ) | |
| ) | |
| TIJUANA FLATS RESTAURANTS, ) | Case No.: 6:24-bk-01916-LVV |
| LLC, a Florida limited liability company,[1] | |
| ) | Chapter 11 |
| Debtor. | |
| ) | |

<u>**DEBTOR'S EMERGENCY MOTION TO TRANSFER DIVISION**</u>

Pursuant to the Local Rules of the United States Bankruptcy Court for the Middle District Court Rule 1071-1, Debtor, Tijuana Flats Restaurants, LLC ("Debtor"), by and through its undersigned counsel, moves the Court to transfer this case to the Jacksonville Division of the United States Bankruptcy Court, Middle District of Florida, and in support thereof states:

1. On April 19, 2024 at 11:30 a.m. (the "Petition Date"), Debtor's affiliate, Tijuana Flats #176, LLC, filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case was assigned as Case No. 3:24-bk-01122.

2. Debtor filed its petition at 12:10 p.m. which was erroneously assigned to the Middle District of Florida, Orlando Division as Case No. 6:24-bk-1916.

---

[1] The Federal Employer Identification Number of the Debtor is 47-4472442. The principal address of the Debtor is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

819752

3. The case was intended to be filed in Jacksonville, Florida under the affiliate Rules. The Clerk's computer system accidentally assigned the case to Orlando, however.

4. Pursuant to Local Rule 1071(c)(2), the appropriate division is the one in which there is pending a case under the Bankruptcy Code concerning such person's "affiliate, general partner, or partnership." The rule further allows the case to be transferred "in the interest of justice" or "for the convenience of the parties."

5. This Chapter 11 involves the same Debtor-related entities. Tijuana Flats #176, LLC is the affiliate of Debtor and has a case pending in the Jacksonville Division, therefore it is appropriate to transfer this case to the Jacksonville Division.

WHEREFORE, Debtor respectfully requests that Case No. 6:24-bk-01916 be transferred and be reassigned to the Jacksonville Division and for such other relief as this Court deems just and proper.

THAMES | MARKEY

By  */s/ Richard R. Thames*
_____
Richard R. Thames
Bradley R. Markey

Florida Bar No. 0718459
Florida Bar No. 0984213
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law
brm@thamesmarkey.law

Proposed Attorneys for Tijuana Flats Restaurants, LLC

[819752/1]