**Fill in this information to identify the case:**

Debtor name    **Tijuana Flats Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2024**          X **/s/ Joseph D. Christina**
                                              Signature of individual signing on behalf of debtor

                                              **Joseph D. Christina**
                                              Printed name

                                              **Chief Executive Officer**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Tijuana Flats Restaurants, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Foods, Inc.<br>9399 West Higgins Rd., Ste. 500<br>Rosemont, IL 60018 | | Food and Restaurant Supplies [balance as of 04/13/2024] | | | | $2,902,166.09 |
| Mobo Systems, Inc. d/b/a Olo<br>99 Hudson St., Fl. 10<br>New York, NY 10013 | | Online ordering system [balance as of 04/18/2024] | | | | $522,689.98 |
| FL Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 | | Unpaid sales taxes for 03/2024 | | | | $442,249.73 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Form 945 taxes for tax period ending 12/31/2020 | Contingent Unliquidated Disputed | | | $297,572.26 |
| Mellon Franchise Development & Consulting<br>3191 Redhill Ave., Ste. 200<br>Costa Mesa, CA 92626 | | Franchise Sales Commission [balance as of 04/04/2024] | Contingent Unliquidated Disputed | | | $110,000.00 |
| WEBB MASON, INC<br>PO BOX 62414<br>BALTIMORE, MD 21264-2414 | | Hot Sauce, Uniforms, Catering Supplies [balance as of 04/18/2024] | | | | $88,412.21 |
| Crunchtime Information Systems<br>129 Portland St., 5th Fl.<br>Boston, MA 02114 | | Food Cost System [balance as of 04/18/2024] | | | | $68,375.50 |

Debtor   **Tijuana Flats Restaurants, LLC**                            Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DUKE ENERGY (PROGRESS ENERGY** **P.O. BOX 1004** **Charlotte, NC 28201-1004** | | **Utilities [balance as of 04/18/2024]** | | | | $52,945.67 |
| **NCR Corporation** **P.O. Box 198755** **Atlanta, GA 30384-8755** | | **POS System [balance as of 04/18/2024]** | | | | $52,468.27 |
| **Granite Telecommunications, LLC** **P.O. Box 983119** **Client ID No. 311** **Boston, MA 02298-3119** | | **ISP [balance as of 04/18/2024]** | | | | $48,866.69 |
| **Florida Power & Light** **FPL - ELECTRIC GENERAL MAIL FACILITY** **MIAMI, FL 33188-0001** | | **Utilities [balance as of 04/18/2024]** | | | | $47,992.42 |
| **SCG Buckingham Square, LLC** **c/o Continental Real Estate Compan** **2121 Ponce de Leon Blvd.** **Ste. 1250** **Coral Gables, FL 33134** | | **Possible unpaid rents [230]** | | | | $46,698.00 |
| **Learfield Communications, LLC** **P.O. Box 843038** **Kansas City, MO 64184-3038** | | **UF/FSU Marketing [balance as of 04/18/2024]** | | | | $44,397.90 |
| **PREMIER MECHANICAL SERVICES** **12215 NW 35TH STREET** **Coral Springs, FL 33065** | | **Faciles/R&M vendor [balance as of 04/18/2024]** | | | | $36,435.34 |
| **TWC SERVICES INC** **P.O. BOX 14496** **DES MOINES, IA 50306** | | **Faciles/R&M vendor [balance as of 04/18/2024]** | | | | $35,439.06 |

Debtor **Tijuana Flats Restaurants, LLC**  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| S. Clark Butler Properties L<br>2306 S.W. 13th St. Ste. 1206<br>Gainesville, FL 32608 | | Possible unpaid rents [169] | | | | $34,734.00 |
| Peoples Gas<br>PO BOX 31318<br>TAMPA, FL 33631-3318 | | Utilities [balance as of 04/18/2024] | | | | $34,304.65 |
| GEMBECKI MECHANICAL SERVICES<br>1311 SEMINOLA BLVD<br>CASSELBERRY, FL 32707 | | Facilies/R&M vendor [balance as of 04/18/2024] | | | | $34,123.41 |
| CLARK NATIONAL ACCOUNTS<br>2205 OLD PHILADELPHIA PIKE<br>LANCASTER, PA 17602 | | Smallwares [balance as of 04/18/2024] | | | | $33,136.98 |
| SJR Plaza II, LLC<br>1430 Broadway, Ste. 903<br>New York, NY 10018 | | Possible unpaid rents [177] | | | | $33,050.00 |