## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## <u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| TIJUANA FLATS RESTAURANTS, LLC, a Florida limited liability company,[1] | ) | Case No.: 3:24-bk-1128-BAJ |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## <u>CASE MANAGEMENT SUMMARY</u>

Pursuant to Rule 2081-1(A)(3), Local Rules, United States Bankruptcy Court, Middle District of Florida, debtor, Tijuana Flats Restaurants, LLC ("Tijuana Flats" or "Debtor"), submits this, its Case Management Summary.

**I.      <u>About the Debtor</u>.**

Debtor owns and operates 65 "Tijuana Flats" restaurants located across Florida. Its restaurants provide fast, casual dining featuring a "Tex-Mex" cuisine.

The concept was founded in 1995, when the first "Tijuana Flats" restaurant opened in Winter Park, Florida. The restaurant chain grew rapidly thereafter. At its peak, Tijuana Flats had over 120 corporate restaurants and 26 franchised locations.

Previously, each of the company restaurants operated as a separate limited liability company, all owned by the Debtor, with Debtor utilizing a consolidated Cash Management System for each of its subsidiaries. On April 15, 2024, however, all but one

---

[1]  The Federal Employer Identification Number of the Debtor is 47-4472442.  The principal address of the Debtor is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

of the operating subsidiaries were "rolled up" and merged into the Debtor. Another 11 restaurants deemed to be unprofitable were not merged into the Debtor and were instead closed during the week of April 15, 2024. A separate subsidiary entity, TJF Franchise Group, LLC, continues to operate another 26 restaurants independently through franchise agreements with third-party operators.

Over its near thirty-year existence, the business has undergone two major changes in ownership, the first occurring in 2015 when AUA Private Equity Partners purchased the company from the founding investor group, and the second occurring when AUA Private Equity Partners transferred its membership interest in the Debtor to Flatheads, LLC earlier this month.

## II.   Events Leading to Chapter 11 Case.

Tijuana Flats finds itself before this Court following a confluence of adverse events. In May of 2023, Tijuana Flats' then lender, Truist Bank, required Debtor to post $1.2 million in an interest reserve. That payment, coupled with the required scheduled quarterly principal reduction payments of $250,000 each, stripped the company of much-needed working capital during a challenging operational period.

In 2021 and 2022, prior management sought to increase revenues and profits by expanding menu options. The menu changes had the opposite effect, however, as the menu additions required more equipment, staffing and time to prepare. The latter point led to slower delivery of food to the customers, higher costs, and growing dissatisfaction among the company's customer base, with a resulting drop in sales over time.

In addition, profit margins have been extremely compressed due to the rapid increases in food and labor costs and changes in consumer spending habits in the post-

COVID inflationary environment.   Attempts to raise prices to meet these economic challenges have met with limited success, eventually requiring the closure of 29 corporate-owned restaurants between January and April of 2024.   Competition in this market segment is also fierce.

Debtor chose to file this Chapter 11 proceeding to deal with the accounts payable and tax obligations which have accrued over the last two years through a reorganization plan or going-concern sale.

III.   **Corporate Structure**

The current organizational structure for the Debtor is as follows:



Flatheads, LLC is an affiliate of LS2022, LLC.  It acquired its membership interests in Tijuana Flats Restaurants, LLC from TJ Flats Holdings, LLC on April 4, 2024, in exchange for a release of TJ Flats Holdings, LLC's guarantee of the approximate $19 million indebtedness owed to LSC2022, LLC.

## IV.    <u>Officers and Directors</u>.

Joseph D. Christina is the company's Chief Executive Officer.  Mr. Christina joined Tijuana Flats in late 2022.  Prior to joining Tijuana Flats, Mr. Christina was the President and Chief Executive Officer of Church's Chicken, responsible for over 1,600 restaurants world-wide.  Mr. Christina also served as Senior Vice President of Burger King Corporation, managing a division with over $2 billion in annual sales.  Mr. Christina is compensated at the rate of $500,000 per year.

David A. Pearl is the company's Chief Financial Officer working on a part-time basis as a "fractional" CFO.  Mr. Pearl is a Certified Public Accountant by trade, and the principal of Pearl Business Group, a financial consulting and fractional CFO firm.  Mr. Pearl joined the company in March of 2023, after lengthy stints with RJD Management, LLC (owner of 16 "Sticky Fingers" restaurants), E-Brand Restaurants, LLC (CFO) and Sonny's Franchise Company (CFO).  Mr. Pearl is compensated at the rate of $195,000 per year.

Casey Rees serves as the Senior Vice-President of Finance.  Before joining Tijuana Flats' management team in 2020, Mr. Rees held numerous key positions with Checkers & Rally's Restaurants from 2012 to 2018.  Mr. Rees has also served as a Manager in Charge of Operations, Product Planning and Analysis for Darden

Restaurants, the owner/operator of the Olive Garden restaurant chain.  Mr. Rees is compensated at the rate of $265,226 per year.

## V.   **Financial Summaries.**

Set forth below is a summary of Debtor's consolidated financial performance for 2023, inclusive of income received from its non-filing subsidiary, TJF Franchise Group, LLC:

**Consolidated Financial Summary**

|  | Year to Date Dec-23 |
|---|---|
| **Revenue** | |
| Net Restaurant Sales | $118,761,329 |
| Royalties & Franchise Fees | $1,319,188 |
| **Total Revenue** | **$120,080,517** |
| *SSS %* | *(7.2%)* |
| *Company-owned units* | *96* |
| *Franchised Units* | *28* |
| | |
| Restaurant Level Earnings | $9,392,473 |
| *% of Net restaurant sales* | *7.9%* |
| Rebate Income | $1,614,311 |
| *% of Net restaurant sales* | *1.4%* |
| Marketing/Advertising Expense | ($2,237,281) |
| *% of Net restaurant sales* | *(1.9%)* |
| **Income from Restaurant Operations** | **$8,769,503** |
| *% of Net restaurant sales* | *7.4%* |
| | |
| Royalties and Franchise Fees | $1,319,188 |
| Franchise Expense | ($571,744) |
| **Income from Franchise Operations** | **$747,444** |
| | |
| SG&A Expense | $10,040,036 |
| *% of Total Revenue* | *8.4%* |
| | |
| **EBITDA** | **($523,089)** |
| ***% of Total Revenue*** | ***(0.4%)*** |

**Non-operational expenses:**

| | |
|---|---:|
| Other (Income)/Expense | 50,000 |
| GAAP Straightline Rent | (204,935) |
| Depreciation/Amortization Expenses | 3,362,814 |
| Loss on Disposal of assets | 3,954 |
| Closed stores | 584 |
| Loss on impairment of assets | 0 |
| Debt Service | 0 |
| Preopening Expenses | 1,435 |
| Interest Expense | 1,215,476 |
| Non-recurring/Special expense | 340,480 |
| Total Other (Income)/Expenses | 4,769,808 |
| | |
| **Net Income/(loss)** | **(5,292,897)** |

## VI.   Amounts Owed to Various Classes of Creditors.[2]

### A.   Secured Claims

1.   On March 4, 2022, Tijuana Flats Restaurants, LLC and its parent company, TJ Flats Holdings, LLC, entered into a Credit Agreement with Truist Bank ("Truist") pursuant to which Truist provided $21,000,000 in financing to Debtor and its affiliates to refinance a $19,810,868 obligation owing to ABC Funding, LLC (Summit Partners Credit Advisors, L.P.) incurred in connection with AUA Private Equity Partners' purchase of the company in 2015.[3]   The Truist loans were evidenced by Promissory Notes dated March 4, 2022, one in the original principal amount of $20,000,000 (the "Term Loan") and the other in the original principal amount of $1,000,000 (the "Revolver").   The loans were secured by blanket liens on the assets of all obligors and perfected by UCC-1 filings in Delaware and Florida.

---

[2]   Nothing contained herein is intended or should be construed as an admission as to the validity of any claims against the Debtor, and the Debtor reserves the right to contest any debt or claim listed.

[3]   AUA Private Equity Partners acquired 100% of the membership interest in Debtor through TJ Flats Holdings, LLC.

On May 16, 2023, Tijuana Flats Restaurants, LLC and TJ Flats Holdings, LLC, entered into an Amendment to Loan Documents with Truist.  Under the terms of the Amendment to Loan Documents, Debtor was obligated to post an interest reserve of $1,200,000.

On November 28, 2023, Truist notified Debtor that it was in default under the terms of the Credit Agreement as a result of its failure to maintain minimum liquidity levels.  Truist did not, however, take enforcement action at that time.  In fact, Truist released the interest reserves to Debtor to help cover operational shortfalls.

On March 26, 2024, Truist assigned the loans and associated loan documents to LSC2022, LLC pursuant to an Allonge and Bill of Sale and Assignment of Loan Documents dated as of March 26, 2024.

Pursuant to a default notice sent by LSC2022, LLC to Debtor on April 2, 2024, Debtor was deemed to be in default under its credit facilities as a result of its failure to make the monthly interest payments due under the credit facilities, plus the quarterly principal payments due December 31, 2023 ($250,000) and March 31, 2024 ($500,000). As of the Petition Date, the amount due on the obligations owing to LSC2022, LLC is approximately $18,803,950.

## B.    Priority Claims

Debtor owes approximately $449,775 in sales and use taxes due April 19, 2024. Another $297,572 is allegedly owed for unpaid 945 taxes.[4]  Debtor is unaware of any additional priority claims.

---

[4] This tax is disputed.

### C.      Unsecured Claims

Debtor's unsecured creditors primarily consist of landlords and trade vendors. Debtor owes approximately $5,819,463.54 to general unsecured creditors, including approximately $954,802 in rent owed to landlords, inclusive of real estate taxes, CAM charges and sales taxes.

### D.      Executory Contracts and Unexpired Leases

Debtor does not own the real estate upon which restaurants operate.  The restaurants are instead leased from different landlords throughout Florida and the other states where Debtor conducts business.  Debtor closed approximately 14 of its unprofitable locations in January and February of 2024.  Four restaurants were closed in March, with another 11 closed in April, 2024.

Debtors are obligated on a number of other executory contracts which will be identified and disclosed in the Schedules.

## VII.    <u>Assets</u>.

Aside from its leasehold interests, Debtor's primary assets consist of the owned equipment and furnishings at its various locations, intellectual property consisting of inventory and accounts receivable (due from franchisees), and various copyrights and trademarks.  The furniture, fixtures and equipment carry a book value of $5,168,091. Inventory as of the Petition Date was approximately $742,624.56, give or take a day or two of consumption.  Accounts receivable, including credit card receivables, totaled

approximately $674,235, with another $80,313 due from the recently closed store locations.

## VIII.  Employee Matters.

Debtor currently employs approximately 1,500 employees, the majority of which work part time (less than 25 hours a week).  It uses PlanSource for its payroll and human resources needs.  Employees are paid every two weeks, though the company runs payroll weekly, dividing its employee pool to where one group is paid each week. Average monthly payroll pre-petition was approximately $1.8 million.

As of the Petition Date, Debtor was current on its payroll and associated 941 tax obligations.

## IX.  Anticipated Relief Needed in First 14 Days.

The Debtor anticipates filing the following motions within the two weeks of this Chapter 11 case:

1.  Motion for Authority to Use Cash Collateral;

2.  Motion for Authority to Pay Prepetition Wages;

3.  Application to Retain Thames | Markey;

4.  Motion for Joint Administration of Companion Case;

5.  Motion to Approve Cash Management System;

6.  Motion to Establish Interim Compensation Procedures;

7.  Motion to Retain Stretto, Inc. as Noticing Agent;

8.      Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Rule 2002 Establishing Notice Procedures; and

9.      Motion for Order Determining Adequate Assurance of Payment for Future Utility Services and Prohibiting Utilities from Altering or Discontinuing Utility Service.

**THAMES | MARKEY**

*/s/ Richard R. Thames*
By _____
        Richard R. Thames
        Bradley R. Markey

Florida Bar No. 0718459
Florida Bar No. 0984213
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law
brm@thamesmarkey.law

Proposed Attorneys for Tijuana Flats Restaurants, LLC