# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case Nos.  3:24-bk-1122-BAJ |
| TIJUANA FLATS RESTAURANTS, LLC, *et al*,[1] | ) | and  3:24-bk-1128-BAJ |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered Under |
| _____ | ) | Case No. 3:24-bk-1128-BAJ |

## DEBTORS' EMERGENCY MOTION FOR CONDITIONAL ORDER (I) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (II) PROHIBITING UTILITIES FROM ALTERING OR DISCONTINUING UTILITY SERVICE

Debtors, Tijuana Flats #176, LLC and Tijuana Flats Restaurants, LLC (collectively, the "Debtors"), move the Court pursuant to 11 U.S.C. §§ 105(a) and 366 and Local Rule 2081-1 for the entry of an order (i) determining the adequacy of the post-petition assurance of payment which Debtors have presented to its utility providers, and (ii) prohibiting its utility providers from terminating utility service and in support of the motion states:

1.     On April 19, 2024 (the "Petition Date"), Tijuana Flats #176, LLC ("TJ 176"), filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

---

[1]   The Federal Employer Identification Number of the Debtors are Tijuana Flats #176, LLC (45-4775435) and Tijuana Flats Restaurants, LLC (47-4472442).  The principal place of business of Tijuana Flats #176, LLC is 2025 Riverside Avenue, Suite 4, Jacksonville, Florida 32204 and the principal address of Tijuana Flats Restaurants, LLC is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

2.     Later that same morning, its parent, Tijuana Flats Restaurants, LLC ("Restaurants, LLC"), filed its voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

3.     The Debtors are continuing in possession of their properties and are managing their businesses, as debtors in possession, pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

4.     Restaurants, LLC owns and operates 65 "Tijuana Flats" restaurants located across Florida, inclusive of TJ 176.  Its restaurants provide fast, casual dining featuring a "Tex-Mex" cuisine.

5.     Previously, each of the company restaurants operated as a separate limited liability company, all owned by Restaurants, LLC, with Debtor utilizing a consolidated cash management system for each of its subsidiaries.  On April 15, 2024, however, all but one of the operating subsidiaries were "rolled up" and merged into Restaurants, LLC. Another 11 restaurants deemed to be unprofitable were not merged into Restaurants, LLC and were instead closed during the week of April 15, 2024.  A separate subsidiary entity, TJF Franchise Group, LLC, continues to operate another 26 restaurants independently through franchise agreements with third-party operators.

6.     An Official Committee of Unsecured Creditors has not been appointed as of the filing of this Motion.

**Requested Relief**

7.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. § § 1408 and 1409.  This matter is a "core" proceeding within the meaning of 28 U.S.C. § 157(b)(2).

8.      The statutory predicates for the relief requested herein are §§ 105(a) and 366 of the Bankruptcy Code.

9.      In the normal course of their businesses, Debtors obtain gas, water, sewer, electric, and other utility services (collectively "Utility Services") from the providers identified on the attached **Exhibit A** (collectively the "Utility Companies").  Attached as **Exhibit B** is a list of restaurant locations by number and address.

10.     On the Petition Date, Debtors had traditional security deposits posted with some of the Utility Companies and utility bonds (the "Utility Bonds") with other Utility Companies.

11.     Section 366(a) of the Bankruptcy Code prevents utility companies from discontinuing, altering or refusing service to a debtor during the first twenty (20) days of a bankruptcy case.  However, thirty (30) days from the Petition Date, a utility company has the option of terminating its services pursuant to § 366(c)(2) of the Bankruptcy Code if the utility has not received adequate assurance of payment.

12.     Utility Services are essential to the ability of Debtors to sustain operations while these Chapter 11 cases are pending.  Any interruption in Utility Services, even for a brief period, would severely disrupt business operations and would be extremely harmful to Debtors' customers, revenues, profits, and ultimately, its chances for a successful reorganization.  It is critical that all Utility Services continue uninterrupted.

13.     Debtors intend to timely pay all post-petition obligations owed to the Utility Companies. Such payments will be made in accordance with any interim or final orders on cash collateral entered by the Court and budgets attached thereto using cash from operations and/or if separately approved, debtor-in-possession financing. Recognizing that mere promises of future payment may not be sufficient, Debtors are willing as adequate protection of future performance, to (i) provide post-petition cash deposits to the Utility Companies that do not have a pre-petition cash deposit or Utility Bond; and (ii) maintain the existing Utility Bonds for the benefit of those Utility Companies who presently possess a bond. By this motion, Debtors seek the entry of an order determining that payment of one month's average use in a cash deposit (if there is no current deposit being held) constitutes adequate assurance of future payment (the "Adequate Assurance Deposit"). Attached as **Exhibit C** is a schedule of the average monthly billings for each Utility based on restaurant location and the amount of any existing deposit or Utility Bond. Attached as **Exhibit D** is a schedule reflecting current, active Utility Bonds with the Utility Companies.

14.     Due to the constraints on cash in the initial stages of this case, Debtors request that the Adequate Assurance Deposit be made no later than 60 days after entry of a final order, unless agreed upon otherwise between Debtors and specific utility providers.

15.     Furthermore, Debtors further request the entry of an order prohibiting the Utility Companies from terminating the provision of Utility Services to Debtors based on any perceived inadequacy of the Adequate Assurance Deposit.

16.    The fundamental policy underlying § 366 of the Bankruptcy Code is to protect debtors from utility service cutoffs upon the filing of a bankruptcy case, while at the same time providing utility companies with adequate assurance that the debtor will pay for post-petition services.  See H.R. Rep. No. 95-595, at 350 (1978), reprinted in 1978 U.S.C.C.A.N. 5963, 6306.

17.    To that end, Bankruptcy Code § 366(a) provides:

> Except as provided in subsections (b) and (c) of this section, a utility may not alter, refuse, or discontinue service to, or discriminate against, the trustee or the debtor solely on the basis of the commencement of a case under this title or that a debt owed by the debtor to such utility for service rendered before the order for relief was not paid when due.

11 U.S.C. § 366(a).

Bankruptcy Code § 366(b) further states, however, that:

> Such utility may alter, refuse, or discontinue service if neither the trustee nor the debtor, within 20 days after the date of the order for relief, furnishes adequate assurance of payment, in the form of a deposit or other security, for service after such date.

Id. § 366(b).[2]

18.    Determinations of "adequate assurance" within the meaning of § 366 of the Bankruptcy Code are within this Court's discretion. See In re Marion Steel Co., 35

---

[2]    This Court also has the authority to grant the relief requested herein pursuant to § 105(a) of the Bankruptcy Code which provides that the Court "may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).  The purpose of § 105(a) is "to assure the bankruptcy courts [sic] power to take whatever action is appropriate or necessary in aid of the exercise of their jurisdiction." Collier on Bankruptcy Paragraph 105.01, at 105-6 (15th rev. ed. 2006).  Because the proposed Adequate Assurance Procedures protect the Debtors without prejudicing the

B.R. 188, 198 (Bankr. D. Ohio 1983); *see also In re Pacific Gas & Elec. Co.,* 271 B.R. 626-644 (N.D. Cal. 2002) (the "decision whether to order security lies within the discretion of the Bankruptcy Court."). Whether utilities are subject to an unreasonable risk of nonpayment for postpetition services must be determined from the facts and circumstances of each case. *See In re Marion Steel Co.,* 35 B.R. at 198. Moreover, "[S]ection 366(b) requires the Bankruptcy Court to determine whether the circumstances are sufficient to provide a utility with 'adequate assurance' of payment. The statute does not require an 'absolute guarantee of payment.'" *In re Caldor, Inc.-NY, et al.,* 199 B.R. 1, 3 (S.D.N.Y. 1996) (citations omitted).

19.     The Proposed Adequate Assurance Deposits detailed above provide adequate assurance of future payment. Each Utility Company will have coverage equal to one month of utility consumption. Two weeks' coverage has been found sufficient in other cases. *See, e.g., In re Refco, Inc., et al.,* Case No. 05-60006 (Bankr. S.D.N.Y. Dec. 9, 2005) (deposit equal to 50% of debtor's monthly utility expenses); *In re Pliant Corp., et al.,* Case No. 06-10001 (Bankr. D. Del. Feb. 8, 2006) (two-week deposit).

WHEREFORE, Debtors request that the Court enter an order (i) determining that the Utility Companies have been provided with adequate assurance of payment within the meaning of § 366 of the Bankruptcy Code, (ii) approving the Debtors' proposed offer of adequate assurance, (iii) prohibiting the Utility Companies from altering, refusing or discontinuing services on account of prepetition amounts outstanding or on account of any perceived inadequacy of the Debtors' proposed adequate assurance, and (iv) granting such other and further relief as is appropriate.

---

Utility Companies, they implement § 366 in a manner fully consistent therewith and are an appropriate exercise of this Court's authority under § 105(a) of the Bankruptcy Code.

**THAMES | MARKEY**

*/s/ Bradley R. Markey*

By _____
       Richard R. Thames
       Bradley R. Markey

Florida Bar No. 0718459
Florida Bar No. 0984213
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law
brm@thamesmarkey.law

Proposed Attorneys for Tijuana Flats #176, LLC and Tijuana Flats Restaurants, LLC

# EXHIBIT "A"

| STORE # | VENDOR | Address | Address Second Line | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 102 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | CHARLOTTE | NC | 28201-1004 |
| 102 | FPL ENERGY SERVICES (NATURAL GAS) | P.O. BOX 25426 | | ST. PETERSBURG | FL | 33102-5426 |
| 102 | GRU | 301 SE 4th Ave | | CONCORD | FL | 32614-7051 |
| 102 | Peoples Gas | PO BOX 31318 | GENERAL MAIL FACILITY | MIAMI | FL | 33631-3318 |
| 102 | WASTE CONNECTIONS OF FLORIDA | PO BOX 535233 | | ATLANTA | GA | 15253-5233 |
| 103 | City of Lake Mary (UTILITY) | PO Box 950715 | | ATLANTA | GA | 32795-0715 |
| 103 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | PHILILDELPHIA | PA | 28201-1004 |
| 103 | Florida Public Utilities (POB 2137) | P.O. BOX 2137 | | TAMPA | FL | 21802-2137 |
| 103 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 104 | City of Winter Park | P.O. Box 1986 | | TAMPA | FL | 32790-1986 |
| 104 | Corporate Services Consultants, LLC | PO BOX 1048 | | TAMPA | FL | 37725 |
| 104 | GAS SOUTH LLC | PO BOX 530552 | | LOUISVILLE | KY | 30353-0552 |
| 104 | Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 111 | City of Deerfield Beach | 150 NE 2nd Ave | | TAMPA | FL | 33441 |
| 111 | Florida Power & Light - ELECTRIC | FPL | | ATLANTA | GA | 33188-0001 |
| 111 | GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 111 | Peoples Gas | PO BOX 31318 | | PORT ST LUCIE | FL | 33631-3318 |
| 112 | City of St. Petersburg- Utilities | PO BOX 33034 | | Clearwater | FL | 33733-8034 |
| 112 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | LOGAN | UT | 28201-1004 |
| 112 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 112 | Peoples Gas | PO BOX 31318 | | COCOA | FLORIDA | 33631-3318 |
| 114 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 114 | Peoples Gas | PO BOX 31318 | | MIAMI | FL | 33631-3318 |
| 117 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | ATLANTA | GA | 28201-1004 |
| 117 | GAS SOUTH LLC | PO BOX 530552 | PO Box 147051 | Gainesville | FL | 30353-0552 |
| 117 | NATIONAL EXEMPTION SERVICE | PO BOX 926 | | CHARLOTTE | NC | 34695-0926 |
| 117 | Peoples Gas | PO BOX 31318 | GENERAL MAIL FACILITY | MIAMI | FL | 33631-3318 |
| 120 | City of Clearwater | PO Box 30020 | | Winter Park | FL | 33630-3020 |
| 120 | City of Largo | P.O. Box 296 | | TAMPA | FL | 33779-0296 |
| 120 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | TAMPA | FL | 28201-1004 |
| 120 | Pinellas County Utilities | PO BOX 1780 | PO BOX 120009 | WEST MELBOURNE | FL | 33757 |
| 121 | City of Clearwater | PO Box 30020 | | Dandridge | TN | 33630-3020 |
| 121 | TECO- ELECTRIC | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 122 | CONSERVICE LLC | PO BOX 4718 | | ATLANTA | GA | 84323-4718 |
| 122 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | TAMPA | FL | 28201-1004 |
| 122 | GAS SOUTH LLC | PO BOX 530552 | | PITTSBURGH | PA | 30353-0552 |
| 122 | Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 127 | GAS SOUTH LLC | PO BOX 530552 | ATTN TERRY WILLIAMS | CORAL SPRINGS | FL | 30353-0552 |
| 127 | OUC | P.O. BOX 31329 | | Clearwater | FL | 33631-3329 |
| 127 | Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 128 | GAS SOUTH LLC | PO BOX 530552 | GENERAL MAIL FACILITY | MIAMI | FL | 30353-0552 |
| 128 | OUC | P.O. BOX 31329 | | Charlotte | NC | 33631-3329 |

| | | | | | |
|---|---|---|---|---|---|
| 128 Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 129 Florida Power & Light - ELECTRIC | FPL | | TAMPA | FL | 33188-0001 |
| 129 Florida Public Utilities (POB 2137) | P.O. BOX 2137 | | DADE CITY | FL | 21802-2137 |
| 129 GAS SOUTH LLC | PO BOX 530552 | | PEMBROKE PINES | FL | 30353-0552 |
| 130 DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | Dandridge | TN | 28201-1004 |
| 130 FLORIDA PUBLIC UTILITIES (PO BOX 2057) | PO BOX 829981 | | ATLANTA | GA | 19182-9981 |
| 133 CONSERVICE LLC | PO BOX 4718 | | TAMPA | FL | 84323-4718 |
| 133 GAS SOUTH LLC | PO BOX 530552 | | Dandridge | TN | 30353-0552 |
| 133 Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 133 TECO- ELECTRIC | PO BOX 31318 | | DADE CITY | FL | 33631-3318 |
| 134 Corporate Services Consultants, LLC | PO BOX 1048 | GENERAL MAIL FACILITY | MIAMI | FL | 37725 |
| 134 GAS SOUTH LLC | PO BOX 530552 | GENERAL MAIL FACILITY | MIAMI | FL | 30353-0552 |
| 134 HILLSBOROUGH CO. WATER DEPT. | PO BOX 342456 | | ATLANTA | GA | 33694-2456 |
| 134 Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 134 TECO- ELECTRIC | PO BOX 31318 | | Boca Raton | FL | 33631-3318 |
| 135 GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 135 NATIONAL EXEMPTION SERVICE | PO BOX 926 | | ATLANTA | GA | 34695-0926 |
| 135 Peoples Gas | PO BOX 31318 | GENERAL MAIL FACILITY | MIAMI | FL | 33631-3318 |
| 135 TECO- ELECTRIC | PO BOX 31318 | | CHARLOTTE | NC | 33631-3318 |
| 135 WASTE MANAGEMENT | PO BOX 4648 | | CHARLOTTE | NC | 60197-4648 |
| 139 City of Ocala (POB 30749)-UTILITIES | 201 SE 3RD STREET | | SAFETY HARBOR | FL | 34471-2174 |
| 139 GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 139 Peoples Gas | PO BOX 31318 | | SALISBURY | MD | 33631-3318 |
| 140 CITY OF LAUDERHILL UTILITIES | PO BOX 31511 | | TAMPA | FL | 33631-3511 |
| 140 CITY OF SUNRISE | PO BOX 31432 | | TAMPA | FL | 33631-3432 |
| 140 Florida Power & Light - ELECTRIC | FPL | | ATLANTA | GA | 33188-0001 |
| 147 Corporate Services Consultants, LLC | PO BOX 1048 | | SALISBURY | MD | 37725 |
| 147 Florida Power & Light - ELECTRIC | FPL | | Jacksonville | FL | 33188-0001 |
| 147 GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 147 Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 152 GAS SOUTH LLC | PO BOX 530552 | | Jacksonville | FL | 30353-0552 |
| 152 JEA | PO Box 45047 | | TAMPA | FL | 32232-5047 |
| 152 Peoples Gas | PO BOX 31318 | | WEST PALM BEACH | FL | 33631-3318 |
| 153 GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 153 ORLANDO WASTE PAPER CO INC | PO BOX 547874 | | TAMPA | FL | 32854-7874 |
| 153 OUC | P.O. BOX 31329 | PO BOX 1946 | EUSTIS | FL | 33631-3329 |
| 153 Peoples Gas | PO BOX 31318 | | CINCINNATI | OH | 33631-3318 |
| 154 Florida Power & Light - ELECTRIC | FPL | | TAMPA | FL | 33188-0001 |
| 154 GAS SOUTH LLC | PO BOX 530552 | | STUART | FL | 30353-0552 |
| 154 Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 156 AmeriGas Propane LP | PO BOX 371473 | | CHARLOTTE | NC | 15250 |
| 156 CITY OF COOPER CITY, FL | 9090 SW 50TH PLACE | GENERAL MAIL FACILITY | MIAMI | FL | 33328 |
| 156 Florida Power & Light - ELECTRIC | FPL | | ATLANTA | GA | 33188-0001 |

| | | | | | |
|---|---|---|---|---|---|
| 156 | WASTE CONNECTIONS OF FLORIDA | PO BOX 535233 | | TAMPA | FL | 15253-5233 |
| 156 | WASTE MANAGEMENT | PO BOX 4648 | | BIRMINGHAM | AL | 60197-4648 |
| 157 | City of Leesburg | PO BOX 491286 | | CHARLOTTE | NC | 34749-1286 |
| 159 | Florida Power & Light - ELECTRIC | FPL | | ORLANDO | FL | 33188-0001 |
| 159 | GAS SOUTH LLC | PO BOX 530552 | GENERAL MAIL FACILITY | MIAMI | FL | 30353-0552 |
| 159 | MANATEE COUNTY UTILITY DEPT | PO BOX 25350 | | CHARLOTTE | NC | 34206-5350 |
| 159 | Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 163 | GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 163 | Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 163 | WITHLACOOCHEE RIVER ELECTRIC COOP., INC. | PO BOX 278 | | CHARLOTTE | NC | 33526-0278 |
| 164 | City of Clearwater | PO Box 30020 | | ATLANTA | GA | 33630-3020 |
| 164 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | ATLANTA | GA | 28201-1004 |
| 164 | MID-WEST WATER MANAGEMENT | P.O. BOX 14067 | | CLEARWATER | FL | 33733-4067 |
| 165 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | Tampa | FL | 28201-1004 |
| 165 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 165 | Peoples Gas | PO BOX 31318 | | CORAL STREAM | IL | 33631-3318 |
| 165 | REPUBLIC SERVICES | PO BOX 9001099 | GENERAL MAIL FACILITY | MIAMI | FL | 40290-1099 |
| 167 | GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 167 | OUC | P.O. BOX 31329 | | CHARLOTTE | NC | 33631-3329 |
| 167 | Peoples Gas | PO BOX 31318 | | MELBOURNE | FL | 33631-3318 |
| 169 | GRU | 301 SE 4th Ave | | CHARLOTTE | NC | 32614-7051 |
| 170 | AmeriGas Propane LP | PO BOX 371473 | | MIAMI | FL | 15250 |
| 170 | CITY OF CORAL SPRINGS | PO BOX 754501 | | ATLANTA | GA | 33075-4501 |
| 170 | Florida Power & Light - ELECTRIC | FPL | | TAMPA | FL | 33188-0001 |
| 171 | CITY OF PEMBROKE PINES | PO BOX 269005 | | Tampa | FL | 33026 |
| 171 | Corporate Services Consultants, LLC | PO BOX 1048 | | ATLANTA | GA | 37725 |
| 171 | Florida Power & Light - ELECTRIC | FPL | | TAMPA | FL | 33188-0001 |
| 171 | GAS SOUTH LLC | PO BOX 530552 | | Jacksonville | FL | 30353-0552 |
| 171 | Peoples Gas | PO BOX 31318 | | MIAMI | FL | 33631-3318 |
| 172 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 172 | JEA | PO Box 45047 | GENERAL MAIL FACILITY | MIAMI | FL | 32232-5047 |
| 172 | Peoples Gas | PO BOX 31318 | GENERAL MAIL FACILITY | MIAMI | FL | 33631-3318 |
| 175 | CITY OF STUART | 121 SW FLAGLER AVE | | Tampa | FL | 34994-2139 |
| 175 | Florida Power & Light - ELECTRIC | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| 175 | GAS SOUTH LLC | PO BOX 530552 | GENERAL MAIL FACILITY | MIAMI | FL | 30353-0552 |
| 175 | Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 176 | GAS SOUTH LLC | PO BOX 530552 | | SALISBURY | MD | 30353-0552 |
| 176 | JEA | PO Box 45047 | | ATLANTA | GA | 32232-5047 |
| 176 | Peoples Gas | PO BOX 31318 | | PHILIDELPHIA | PA | 33631-3318 |
| 177 | Florida Power & Light - ELECTRIC | FPL | | ATLANTA | GA | 33188-0001 |
| 177 | Florida Public Utilities (POB 2137) | P.O. BOX 2137 | | Tampa | FL | 21802-2137 |
| 177 | GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 177 | PALM BEACH COUNTY WATER UTILITIES DEPT | PO BOX 24740 | | CHARLOTTE | NC | 33416-4740 |

| 179 | CITY OF SUNRISE | PO BOX 31432 | | LOGAN | UT | 33631-3432 |
| 179 | Florida Power & Light - ELECTRIC | FPL | | TAMPA | FL | 33188-0001 |
| 179 | GAS SOUTH LLC | PO BOX 530552 | | WEST PALM BEACH | FL | 30353-0552 |
| 179 | Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 180 | Florida Power & Light - ELECTRIC | FPL | | PITTSBURGH | PA | 33188-0001 |
| 180 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 180 | LEE COUNTY UTILITIES | P.O. BOX 37779 | | CORAL STREAM | IL | 50037-0779 |
| 180 | Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 180 | WASTE PRO - FT. MYERS | P.O. BOX 865208 | | TAMPA | FL | 32886-5208 |
| 181 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | TAMPA | FL | 28201-1004 |
| 181 | GAS SOUTH LLC | PO BOX 530552 | GENERAL MAIL FACILITY | MIAMI | FL | 30353-0552 |
| 181 | MID-WEST WATER MANAGEMENT | P.O. BOX 14067 | | Largo | FL | 33733-4067 |
| 181 | Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 183 | Florida Power & Light - ELECTRIC | FPL | | COOPER CITY | FL | 33188-0001 |
| 183 | GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 183 | Peoples Gas | PO BOX 31318 | | PORT ORANGE | FL | 33631-3318 |
| 184 | BLOSSMAN GAS & APPLIANCE | BLOSSMAN GAS & APPLIANC | | TAMPA | FL | 32219 |
| 184 | CLAY ELECTRIC COOPERATIVE, INC. | PO BOX 308 | | ATLANTA | GA | 32656-0308 |
| 184 | THE CROSSINGS AT FLEMING ISLAND CDD | C/O CLAY COUNTY UTILITY AI | | CHARLOTTE | NC | 32068-3907 |
| 186 | BRIGHT HOUSE NETWORKS (POB 30574) | PO BOX 7195 | | PITTSBURGH | PA | 91109-7195 |
| 186 | CLAY ELECTRIC COOPERATIVE, INC. | PO BOX 308 | | TAMPA | FL | 32656-0308 |
| 186 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | TAMPA | FL | 28201-1004 |
| 186 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 186 | Peoples Gas | PO BOX 31318 | GENERAL MAIL FACILITY | MIAMI | FL | 33631-3318 |
| 187 | Florida Power & Light - ELECTRIC | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| 187 | GAS SOUTH LLC | PO BOX 530552 | GENERAL MAIL FACILITY | MIAMI | FL | 30353-0552 |
| 187 | LOXAHATCHEE RIVER DISTRICT | P.O. BOX 8800 | | Tampa | FL | 33468-8800 |
| 187 | Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 187 | TOWN OF JUPITER | PO BOX 8900 | | TAMPA | FL | 33468-8900 |
| 187 | WASTE MANAGEMENT | PO BOX 4648 | | CHARLOTTE | NC | 60197-4648 |
| 190 | City of Clearwater | PO Box 30020 | | TAMPA | FL | 33630-3020 |
| 190 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | ATLANTA | GA | 28201-1004 |
| 190 | WASTE CONNECTIONS OF FLORIDA - PINELLAS | 11500 43RD STREET NORTH | | OCOEE | FL | 33762-4938 |
| 198 | City of Largo | P.O. Box 296 | | ATLANTA | GA | 33779-0296 |
| 198 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | SAFETY HARBOR | FL | 28201-1004 |
| 198 | GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 198 | Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 198 | Pinellas County Utilities | PO Box 1780 | | MIAMI | FL | 33757 |
| 222 | CenturyLink (EMBARQ FLORIDA, INC.) | PO Box 1319 | | SALISBURY | MD | 28201-1319 |
| 222 | CITY OF EUSTIS UTILITIES | CUSTOMER SERVICE | | St. Petersburg | FL | 32727-1946 |
| 222 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | TAMPA | FL | 28201-1004 |
| 222 | Peoples Gas | PO BOX 31318 | | CINCINNATI | OH | 33631-3318 |
| 223 | Comcast (POBX 105184) | PO BOX 71211 | | TAMPA | FL | 28272-1211 |

| | | | | | |
|---|---|---|---|---|---|
| 223 | FLORIDA CITY GAS | PO BOX 22614 | | TAMPA | FL | 33102 |
| 223 | Florida Power & Light - ELECTRIC | FPL | | PITTSBURGH | PA | 33188-0001 |
| 223 | GAS SOUTH LLC | PO BOX 530552 | | BOONE | IA | 30353-0552 |
| 223 | ST. LUCIE WEST SERVICES DISTRICT | 450 SW UTILITY DRIVE | | ATLANTA | GA | 34986 |
| 224 | CITY OF COCOA UTILITIES | PO BOX 1270 | | Deerfield Beach | FL | 32923-1270 |
| 224 | FLORIDA CITY GAS | PO BOX 22614 | GENERAL MAIL FACILITY | MIAMI | FL | 33102 |
| 224 | Florida Power & Light - ELECTRIC | FPL | | CORAL STREAM | IL | 33188-0001 |
| 224 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 227 | CITY OF TAMPA UTILITIES | PO BOX 30191 | | CHARLOTTE | NC | 33630-3191 |
| 227 | GAS SOUTH LLC | PO BOX 530552 | | ORLANDO | FL | 30353-0552 |
| 227 | Peoples Gas | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 227 | TECO- ELECTRIC | PO BOX 31318 | GENERAL MAIL FACILITY | MIAMI | FL | 33631-3318 |
| 230 | Florida Power & Light - ELECTRIC | FPL | | Leesburg | FL | 33188-0001 |
| 230 | Florida Public Utilities (POB 2137) | P.O. BOX 2137 | | CHARLOTTE | NC | 21802-2137 |
| 230 | GAS SOUTH LLC | PO BOX 530552 | | CHARLOTTE | NC | 30353-0552 |
| 230 | PALM BEACH COUNTY WATER UTILITIES DEPT | PO BOX 24740 | | MIAMI | FL | 33416-4740 |
| 232 | FRONTIER COMMUNICATIONS | PO BOX 740407 | | CHARLOTTE | NC | 45274-0407 |
| 232 | GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 232 | Peoples Gas | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 232 | TECO- ELECTRIC | PO BOX 31318 | | ATLANTA | GA | 33631-3318 |
| 232 | WASTE MANAGEMENT | PO BOX 4648 | | ATLANTA | GA | 60197-4648 |
| 234 | CITY OF MELBOURNE UTILITIES | PO BOX 17 | | ATLANTA | GA | 32902-0017 |
| 234 | FLORIDA CITY GAS | PO BOX 22614 | | Dandridge | TN | 33102 |
| 234 | Florida Power & Light - ELECTRIC | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| 234 | GAS SOUTH LLC | PO BOX 530552 | | ST. PETERSBURG | FL | 30353-0552 |
| 237 | CENTRAL FLORIDA GAS | PO BOX 825925 | | Lake Mary | FL | 19182-5925 |
| 237 | CITY OF ST CLOUD UTILITIES | PO BOX 31304 | | CHARLOTTE | NC | 33631-3304 |
| 237 | GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 237 | OUC | P.O. BOX 31329 | | TAMPA | FL | 33631-3329 |
| 238 | CITY OF PORT ORANGE - UTILITIES | PO BOX 291037 | | Largo | FL | 32129-1037 |
| 238 | Florida Power & Light - ELECTRIC | FPL | | ATLANTA | GA | 33188-0001 |
| 238 | GAS SOUTH LLC | PO BOX 530552 | GENERAL MAIL FACILITY | MIAMI | FL | 30353-0552 |
| 238 | Peoples Gas | PO BOX 31318 | | APOPKA | FL | 33631-3318 |
| 239 | FRONTIER COMMUNICATIONS | PO BOX 740407 | | ATLANTA | GA | 45274-0407 |
| 239 | GAS SOUTH LLC | PO BOX 530552 | | ATLANTA | GA | 30353-0552 |
| 239 | TECO- ELECTRIC | PO BOX 31318 | | TAMPA | FL | 33631-3318 |
| 241 | CITY OF APOPKA - UTILITIES | 150 E 5TH ST | | ATLANTA | GA | 32703 |
| 241 | CITY OF EUSTIS UTILITIES | CUSTOMER SERVICE | | CHARLOTTE | NC | 32727-1946 |
| 241 | DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | TAMPA | FL | 28201-1004 |
| 241 | Lake Apopka Natural Gas | PO BOX 2224 | | JUPITER | FL | 35246-0023 |
| 242 | CITY OF WEST MELBOURNE UTILITIES | UTILITY DEPARTMENT | | ATLANTA | GA | 32912-0009 |
| 242 | FLORIDA CITY GAS | PO BOX 22614 | GENERAL MAIL FACILITY | MIAMI | FL | 33102 |
| 242 | Florida Power & Light - ELECTRIC | FPL | | BRADENTON | FL | 33188-0001 |

| | | | | | |
|---|---|---|---|---|---|
| 242 GAS SOUTH LLC | PO BOX 530552 | | TAMPA | FL | 30353-0552 |
| 243 Peoples Gas | PO BOX 31318 | PO BOX 1946 | EUSTIS | FL | 33631-3318 |
| 243 WITHLACOOCHEE RIVER ELECTRIC COOP., INC. | PO BOX 278 | | BIRMINGHAM | AL | 33526-0278 |
| 246 AW BILLING SERVICES LLC | 4431 North Dixie Highway | PO Box 147051 | Gainesville | FL | 33431 |
| 246 DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | CORAL STREAM | IL | 28201-1004 |
| 246 Florida Power & Light - ELECTRIC | FPL | | TAMPA | FL | 33188-0001 |
| 246 GAS SOUTH LLC | PO BOX 530552 | 5923 SOUTEL DRIVE | JACKSONVILLE | FL | 30353-0552 |
| 246 Peoples Gas | PO BOX 31318 | | CHARLOTTE | NC | 33631-3318 |
| 247 CENTRAL FLORIDA GAS | PO BOX 825925 | | CHARLOTTE | NC | 19182-5925 |
| 247 DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | OCALA | FL | 28201-1004 |
| 247 GAS SOUTH LLC | PO BOX 530552 | | CONCORD | FL | 30353-0552 |
| 247 TOHO WATER AUTHORITY | PO BOX 30527 | | ATLANTA | GA | 33630-3527 |
| 249 GAS SOUTH LLC | PO BOX 530552 | 3176 OLD JENNINGS ROAD | MIDDLEBURG | FL | 30353-0552 |
| 249 TECO- ELECTRIC | PO BOX 31318 | | PHILIDELPHIA | PA | 33631-3318 |
| 257 CITY OF OCOEE | 1 N BLUFORD AVE | | TAMPA | FL | 34761-2223 |
| 257 DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | ATLANTA | GA | 28201-1004 |
| 257 Lake Apopka Natural Gas | PO BOX 2224 | | TAMPA | FL | 35246-0023 |
| 258 DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | TAMPA | FL | 28201-1004 |
| 258 GAS SOUTH LLC | PO BOX 530552 | | PASADENA | CA | 30353-0552 |
| 258 Peoples Gas | PO BOX 31318 | | BIRMINGHAM | AL | 33631-3318 |
| 260 DUKE ENERGY (PROGRESS ENERGY FL) | P.O. BOX 1004 | | TAMPA | FL | 28201-1004 |
| 260 Lake Apopka Natural Gas | PO BOX 2224 | | JUPITER | FL | 35246-0023 |

# EXHIBIT "B"

**Tijuana Flats Restaurants, LLC**
Case No. 3:24-bk-01128-BAJ
Attachments to Schedules - Voluntary Petition, Q. 2
5/1/24 10:27 AM

| No. | Unit # | Legal Name | Store Name | Physical Address | City | ST | Zip | EIN |
|---|---|---|---|---|---|---|---|---|
| 1 | 102 | Tijuana Flats, LLC | Hunt Club | 444 S. Hunt Club Blvd | Apopka | FL | 32703 | 59-3426895 |
| 2 | 103 | Flats 1, LLC | Lake Mary | 3005 W. Lake Mary Blvd. Suite 109 | Lake Mary | FL | 32746 | 59-3515255 |
| 3 | 104 | Flats II, LLC | Aloma | 1955 Aloma Ave | Winter Park | FL | 32789 | 59-3611791 |
| 4 | 111 | Tijuana Flats #111,LLC | Deerfield | 278 South Federal Hwy | Deerfield Beach | FL | 33441 | 02-0538715 |
| 5 | 112 | Tijuana Flats #112, LLC | St Pete | 944 4th Street North Suite 100 | St. Petersburg | FL | 33701 | 04-3688024 |
| 10 | 113 | Tijuana Flats #113, LLC | Sarasota 1 | 1635 S. Tamiami Trail | Sarasota | FL | 34239 | 04-3673476 |
| 6 | 114 | Tijuana Flats #114, LLC | Tyrone | 2117 66th St. North | St. Petersburg | FL | 33710 | 20-0020312 |
| 7 | 117 | Tijuana Flats #117, LLC | Hunters Creek | 13651 Hunter's Oak Dr. Suite 107 | Orlando | FL | 32837 | 20-0951600 |
| 8 | 120 | Tijuana Flats #120, LLC | Largo | 180 S. Belcher Rd. | Largo | FL | 33771 | 20-2278644 |
| 9 | 121 | Tijuana Flats #121, LLC | Oldsmar | 3687 Tampa Rd. Suite 203 | Oldsmar | FL | 34677 | 20-4158746 |
| 10 | 122 | Tijuana Flats #122,LLC | Longwood | 2401 W. State Rd. 434 Bay 117 | Longwood | FL | 32779 | 20-4158923 |
| 11 | 127 | Tijuana Flats #127,LLC | Lake Nona | 9161 Narcoossee Rd. Suite 110 | Orlando | FL | 32827 | 20-8380030 |
| 12 | 128 | Tijuana Flats #128, LLC | Pineloch & Orange | 3154 S. Orange Ave. | Orlando | FL | 32806 | 20-8660344 |
| 13 | 129 | Tijuana Flats #129, LLC | Sanford | 5030 W. State Rd. 46 | Sanford | FL | 32771 | 26-0749578 |
| 14 | 130 | Tijuana Flats #130,LLC | Altamonte Springs | 895 E. Altamonte Dr. | Altamonte Springs | FL | 32701 | 26-0749606 |
| 15 | 133 | Tijuana Flats #133,LLC | Fowler | 2782 B. E. Fowler | Tampa | FL | 33618 | 37-1553121 |
| 16 | 134 | Tijuana Flats #134, LLC | Dale Mabry | 10019 N. Dale Mabry | Tampa | FL | 33618 | 36-4618441 |
| 17 | 135 | Tijuana Flats #135, LLC | Brandon | 11007 Causeway Blvd | Brandon | FL | 33511 | 35-2312648 |
| 18 | 139 | Tijuana Flats #139, LLC | Ocala | 3950 SW College Road | Ocala | FL | 34474 | 26-3443708 |
| 19 | 140 | Tijuana Flats #140,LLC | Commercial | 7942 W. Commercial Blvd. | Lauderhill | FL | 33351 | 30-0464613 |
| 20 | 147 | Tijuana Flats #147,LLC | Sarasota 2 | 3404 Clark Rd. | Sarasota | FL | 34231 | 26-3813896 |
| 21 | 152 | Tijuana Flats #152,LLC | Beach & Hodges | 13529 Beach Blvd. Ste 201B | Jacksonville | FL | 32224 | 94-3439429 |
| 22 | 153 | Tijuana Flats #153, LLC | College Park | 2217 Edgewater Dr. | Orlando | FL | 32804 | 27-0968834 |
| 23 | 154 | Tijuana Flats #154, LLC | Hollywood | 3357 Sheridan St. | Hollywood | FL | 33021 | 27-2084384 |
| 24 | 156 | Tijuana Flats #156, LLC | Cooper City | 8703 Stirling Rd. | Cooper City | FL | 33328 | 27-1466249 |
| 25 | 157 | Tijuana Flats #157, LLC | Leesburg | 10300 US Hwy 441 #1 | Leesburg | FL | 34788 | 27-2038567 |
| 26 | 159 | Tijuana Flats #159, LLC | Bradenton | 2127 Cortez Rd W. | Brandenton | FL | 34207 | 27-3529210 |
| 27 | 163 | Tijuana Flats #163, LLC | Wesley Chapel | 27709 S.R.56 Unit 101 | Wesley Chapel | FL | 33543 | 27-4717143 |
| 28 | 164 | Tijuana Flats #164, LLC | Trinity | 10900 S.R.54, Unit. 1001 | New Port Richey | FL | 34655 | 27-4717260 |
| 29 | 165 | Tijuana Flats #165, LLC | Collier Parkway | 23100 S.R.54, Unit 101 | Lutz | FL | 33549 | 27-4717338 |
| 30 | 167 | Tijuana Flats #167, LLC | Colonial | 2914 E Colonial Drive | Orlando | FL | 32803 | 27-5066199 |
| 31 | 169 | Tijuana Flats #169, LLC | Gainsville | 3205 Clark Butler Blvd #70 | Gainesville | FL | 32608 | 27-5066344 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Voluntary Petition, Q. 2**
5/1/24 10:27 AM

| No. | Unit # | Legal Name | Store Name | Physical Address | City | ST | Zip | EIN |
|---|---|---|---|---|---|---|---|---|
| 32 | 170 | Tijuana Flats #170, LLC | Coral Springs | 6204 W Sample Dr | Coral Springs | FL | 33067 | 27-5066566 |
| 33 | 171 | Tijuana Flats #171, LLC | Pembroke Pines | 12598 Pines Blvd. #106 | Pembroke Pines | FL | 33027 | 45-3639454 |
| 34 | 172 | Tijuana Flats #172, LLC | River City | 651 Nautica Dr | Jacksonville | FL | 32218 | 45-4725810 |
| 35 | 175 | Tijuana Flats #175, LLC | Stuart | 1990 SE Federal Hwy | Stuart | FL | 34994 | 45-3787316 |
| 36 | 177 | Tijuana Flats #177, LLC | Lantana | 6201 S Jog Rd Ste 101 | Lake Worth | FL | 33467 | 45-4775897 |
| 37 | 179 | Tijuana Flats #179, LLC | Weston | 1110/1112 Weston Rd. | Weston | FL | 33326 | 45-4775811 |
| 38 | 180 | Tijuana Flats #180, LLC | Ft Myers | 12640 S Cleveland Ave 203 | Ft. Myers | FL | 33907 | 45-4776025 |
| 39 | 181 | Tijuana Flats #181, LLC | Roosevelt | 10300 Roosevelt Boulevard N. | St. Petersburg | FL | 33716 | 45-4530082 |
| 40 | 183 | Tijuana Flats #183, LLC | Sarasota UPC | 5215 University Pkwy 106 | University Park | FL | 34201 | 45-4847148 |
| 41 | 184 | Tijuana Flats #184, LLC | Fleming Island | 1647 CR 220 suite103 | Fleming Island | FL | 32003 | 45-4847215 |
| 42 | 186 | Tijuana Flats #186, LLC | UCF | 11551 University Blvd, Suite. 6 | Orlando | FL | 32817 | 45-5231034 |
| 43 | 187 | Tijuana Flats #187, LLC | Jupiter | 6771 W Indiantown Rd | Jupiter | FL | 33458 | 45-5231157 |
| 44 | 190 | Tijuana Flats #190, LLC | Clearwater | 2518 State Road 580 Suite A | Clearwater | FL | 33761 | 46-2804352 |
| 45 | 198 | Tijuana Flats #198, LLC | Largo | 13100 Seminole Blvd, Suite 105 | Largo | FL | 33778 | 46-4712889 |
| 46 | 222 | Tijuana Flats #222, LLC | Eustis | 17375 US HWY 441 | Mt Dora | FL | 32757 | 47-4382432 |
| 47 | 223 | Tijuana Flats #223, LLC | St Lucie West | 1359 St. Lucie West Blvd | Port St. Lucie | FL | 34986 | 47-4386701 |
| 48 | 224 | Tijuana Flats #224, LLC | Viera | 7181 Lake Andrew Dr., Suite 101 | Melbourne | FL | 32940 | 47-2814619 |
| 49 | 227 | Tijuana Flats #227, LLC | Platt St | 1617 W. Platt Street. | Tampa | FL | 33606 | 47-1548627 |
| 22 | 230 | Tijuana Flats #230, LLC | Royal Palm Beach | 280 South SR-7, Suite 300 | Royal Palm Beach | FL | 33414 | 47-4248162 |
| 50 | 232 | Tijuana Flats #232, LLC | Bloomingdale | 2050 Bloomingdale Ave | Valrico | FL | 33596 | 35-2547334 |
| 51 | 234 | Tijuana Flats #234, LLC | Melbourne | 10 E New Haven Ave, Suite #103 | Melbourne | FL | 32904 | 47-3941822 |
| 52 | 237 | Tijuana Flats #237, LLC | St Cloud | 4100 13th Street | St. Cloud | FL | 34769 | 38-3985227 |
| 53 | 238 | Tijuana Flats #238, LLC | Port Orange | 1760 Dunlawton Ave, Suite #105 | Port Orange | FL | 32127 | 37-1797253 |
| 54 | 239 | Tijuana Flats #239, LLC | Riverview | 13009 US HWY 301 | Riverview | FL | 33578 | 32-0480528 |
| 55 | 241 | Tijuana Flats #241, LLC | Apopka | 1099 W Orange Blossom Trail | Apopka | FL | 32712 | 30-0889696 |
| 56 | 242 | Tijuana Flats #242, LLC | Palm Bay Rd | 705 Palm Bay Rd NE, Suite #109 | West Melbourne | FL | 32904 | 37-1799521 |
| 57 | 243 | Tijuana Flats #243, LLC | Brooksville | 12320 Cortez Blvd | Brooksville | FL | 34613 | 38-3985810 |
| 58 | 246 | Tijuana Flats #246, LLC | Nocatee | 41 Settlement Drive, Suite 501 | Ponte Vedra | FL | 32081 | 36-4831692 |
| 59 | 247 | Tijuana Flats #247, LLC | Champions Gate | 8274 Champions Gate Blvd | Champions Gate | FL | 33896 | 30-0930135 |
| 60 | 249 | Tijuana Flats #249, LLC | Lutz | 17475 N Dale Mabry Hwy | Lutz | FL | 33548 | 38-3994748 |
| 61 | 257 | Tijuana Flats #257, LLC | Ocoee | 11018 W Colonial Drive | Ocoee | FL | 34761 | 82-0816685 |
| 62 | 258 | Tijuana Flats #258, LLC | O- Town | The Crossing at O-Town. W Palm Pkwy & Daryl Carter Pkwy | Lake Buena Vista | FL | 32836 | 82-0868560 |

**Tijuana Flats Restaurants, LLC**

Case No. 3:24-bk-01128-BAJ

Attachments to Schedules - Voluntary Petition, Q. 2

5/1/24 10:27 AM

| No. | Unit # | Legal Name | Store Name | Physical Address | City | ST | Zip | EIN |
|-----|--------|------------|------------|------------------|------|----|----|-----|
| 63 | 260 | Tijuana Flats #260, LLC | Hamlin | 14410 Shorside Way, Suite 100 | Winter Garden | FL | 34787 | 82-0904481 |

# EXHIBIT "C"

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
Utilities Motion Summary
5/1/2024 14:03

| Store No. | Vendor | Monthly Average per Utility | Deposit Amount |
|---|---|---|---|
| 102 | DUKE ENERGY (PROGRESS ENERGY FL) | 2,262.61 | |
| 102 | FPL ENERGY SERVICES (NATURAL GAS) | 308.46 | |
| 102 | GRU | 272.80 | |
| 102 | Peoples Gas | 203.27 | |
| 102 | WASTE CONNECTIONS OF FLORIDA | 974.93 | |
| 103 | City of Lake Mary (UTILITY) | 144.49 | 102.00 |
| 103 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,670.30 | |
| 103 | Florida Public Utilities (POB 2137) | 391.04 | |
| 103 | GAS SOUTH LLC | 292.38 | |
| 104 | City of Winter Park | 1,369.33 | |
| 104 | Corporate Services Consultants, LLC | 558.75 | |
| 104 | GAS SOUTH LLC | 288.61 | |
| 104 | Peoples Gas | 214.58 | 340.00 |
| 111 | City of Deerfield Beach | 223.46 | 50.00 |
| 111 | Florida Power & Light - ELECTRIC | 1,210.17 | |
| 111 | GAS SOUTH LLC | 276.85 | |
| 111 | Peoples Gas | 194.61 | 299.00 |
| 112 | City of St. Petersburg- Utilities | 381.16 | |
| 112 | DUKE ENERGY (PROGRESS ENERGY FL) | 2,138.67 | |
| 112 | GAS SOUTH LLC | 274.78 | |
| 112 | Peoples Gas | 206.17 | 152.00 |
| 114 | GAS SOUTH LLC | 390.24 | |
| 114 | Peoples Gas | 272.08 | 400.00 |
| 117 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,812.75 | |
| 117 | GAS SOUTH LLC | 285.61 | |
| 117 | NATIONAL EXEMPTION SERVICE | 175.85 | |
| 117 | Peoples Gas | 199.79 | 246.00 |
| 120 | City of Clearwater | 514.15 | |
| 120 | City of Largo | 206.00 | |
| 120 | DUKE ENERGY (PROGRESS ENERGY FL) | 2,847.64 | |
| 120 | Pinellas County Utilities | 2,212.20 | 100.00 |
| 121 | City of Clearwater | 561.47 | |

| | | | |
|---|---|---|---|
| 121 | TECO- ELECTRIC | 1,404.33 | |
| 122 | CONSERVICE LLC | 275.38 | |
| 122 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,823.18 | |
| 122 | GAS SOUTH LLC | 352.01 | |
| 122 | Peoples Gas | 239.34 | |
| 127 | GAS SOUTH LLC | 269.84 | |
| 127 | OUC | 1,829.48 | |
| 127 | Peoples Gas | 190.91 | 350.00 |
| 128 | GAS SOUTH LLC | 279.39 | |
| 128 | OUC | 2,807.70 | |
| 128 | Peoples Gas | 206.86 | 225.00 |
| 129 | Florida Power & Light - ELECTRIC | 1,575.07 | |
| 129 | Florida Public Utilities (POB 2137) | 451.13 | |
| 129 | GAS SOUTH LLC | 318.12 | |
| 130 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,854.24 | |
| 130 | FLORIDA PUBLIC UTILITIES (PO BOX 2057) | 1,694.75 | |
| 133 | CONSERVICE LLC | 329.21 | |
| 133 | GAS SOUTH LLC | 262.80 | |
| 133 | Peoples Gas | 186.30 | 405.00 |
| 133 | TECO- ELECTRIC | 1,653.36 | |
| 134 | Corporate Services Consultants, LLC | 692.50 | 425.00 |
| 134 | GAS SOUTH LLC | 392.72 | |
| 134 | HILLSBOROUGH CO. WATER DEPT. | 654.46 | |
| 134 | Peoples Gas | 259.32 | 387.00 |
| 134 | TECO- ELECTRIC | 1,994.80 | |
| 135 | GAS SOUTH LLC | 262.51 | |
| 135 | NATIONAL EXEMPTION SERVICE | 324.79 | |
| 135 | Peoples Gas | 186.63 | 35.00 |
| 135 | TECO- ELECTRIC | 1,759.36 | |
| 135 | WASTE MANAGEMENT | 1,156.93 | |
| 139 | City of Ocala (POB 30749)-UTILITIES | 3,522.79 | 225.66 |
| 139 | GAS SOUTH LLC | 350.09 | |
| 139 | Peoples Gas | 249.61 | 355.00 |
| 140 | CITY OF LAUDERHILL UTILITIES | 378.42 | |
| 140 | CITY OF SUNRISE | 749.60 | |
| 140 | Florida Power & Light - ELECTRIC | 1,502.62 | |
| 147 | Corporate Services Consultants, LLC | 655.00 | |
| 147 | Florida Power & Light - ELECTRIC | 1,350.33 | |
| 147 | GAS SOUTH LLC | 263.09 | |
| 147 | Peoples Gas | 188.07 | 290.00 |

| | | | |
|---|---|---|---|
| 152 | GAS SOUTH LLC | 447.53 | |
| 152 | JEA | 1,519.14 | |
| 152 | Peoples Gas | 263.05 | 352.00 |
| 153 | GAS SOUTH LLC | 331.79 | |
| 153 | ORLANDO WASTE PAPER CO INC | 394.59 | |
| 153 | OUC | 3,660.91 | |
| 153 | Peoples Gas | 241.27 | 390.00 |
| 154 | Florida Power & Light - ELECTRIC | 1,979.05 | |
| 154 | GAS SOUTH LLC | 232.51 | |
| 154 | Peoples Gas | 181.75 | 305.00 |
| 156 | AmeriGas Propane LP | 1,567.60 | |
| 156 | CITY OF COOPER CITY, FL | 423.94 | 240.00 |
| 156 | Florida Power & Light - ELECTRIC | 1,700.02 | |
| 156 | WASTE CONNECTIONS OF FLORIDA | 706.77 | |
| 156 | WASTE MANAGEMENT | 782.10 | |
| 157 | City of Leesburg | 3,036.97 | 6,600.00 |
| 159 | Florida Power & Light - ELECTRIC | 1,473.61 | |
| 159 | GAS SOUTH LLC | 260.66 | |
| 159 | MANATEE COUNTY UTILITY DEPT | 775.20 | |
| 159 | Peoples Gas | 184.87 | 316.00 |
| 163 | GAS SOUTH LLC | 359.14 | |
| 163 | Peoples Gas | 250.32 | |
| 163 | WITHLACOOCHEE RIVER ELECTRIC COOP., INC. | 1,000.99 | 2,730.00 |
| 164 | City of Clearwater | 708.25 | |
| 164 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,918.55 | |
| 164 | MID-WEST WATER MANAGEMENT | 386.20 | |
| 165 | DUKE ENERGY (PROGRESS ENERGY FL) | 2,013.68 | |
| 165 | GAS SOUTH LLC | 304.47 | |
| 165 | Peoples Gas | 197.34 | |
| 165 | REPUBLIC SERVICES | 777.34 | |
| 167 | GAS SOUTH LLC | 417.68 | |
| 167 | OUC | 2,821.46 | |
| 167 | Peoples Gas | 289.80 | 225.00 |
| 169 | GRU | 3,097.54 | |
| 170 | AmeriGas Propane LP | 2,320.29 | |
| 170 | CITY OF CORAL SPRINGS | 585.57 | |
| 170 | Florida Power & Light - ELECTRIC | 1,436.33 | |
| 171 | CITY OF PEMBROKE PINES | 364.74 | 120.00 |
| 171 | Corporate Services Consultants, LLC | 945.60 | |
| 171 | Florida Power & Light - ELECTRIC | 1,557.89 | |

| | | | |
|---|---|---|---|
| 171 | GAS SOUTH LLC | 284.98 | |
| 171 | Peoples Gas | 197.25 | 325.00 |
| 172 | GAS SOUTH LLC | 308.67 | |
| 172 | JEA | 1,533.94 | |
| 172 | Peoples Gas | 223.91 | 375.00 |
| 175 | CITY OF STUART | 722.97 | 2,853.20 |
| 175 | Florida Power & Light - ELECTRIC | 1,515.59 | |
| 175 | GAS SOUTH LLC | 755.61 | |
| 175 | Peoples Gas | 236.96 | 500.00 |
| 176 | GAS SOUTH LLC | 312.47 | |
| 176 | JEA | 1,754.02 | |
| 176 | Peoples Gas | 224.28 | 375.00 |
| 177 | Florida Power & Light - ELECTRIC | 1,443.08 | |
| 177 | Florida Public Utilities (POB 2137) | 480.63 | |
| 177 | GAS SOUTH LLC | 356.93 | |
| 177 | PALM BEACH COUNTY WATER UTILITIES DEPT | 400.81 | |
| 179 | CITY OF SUNRISE | 751.92 | |
| 179 | Florida Power & Light - ELECTRIC | 2,104.30 | |
| 179 | GAS SOUTH LLC | 367.01 | |
| 179 | Peoples Gas | 236.43 | 350.00 |
| 180 | Florida Power & Light - ELECTRIC | 1,459.31 | |
| 180 | GAS SOUTH LLC | 369.38 | |
| 180 | LEE COUNTY UTILITIES | 285.38 | |
| 180 | Peoples Gas | 246.42 | 334.00 |
| 180 | WASTE PRO - FT. MYERS | 475.65 | |
| 181 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,803.60 | |
| 181 | GAS SOUTH LLC | 370.22 | |
| 181 | MID-WEST WATER MANAGEMENT | 394.99 | |
| 181 | Peoples Gas | 260.84 | 410.00 |
| 183 | Florida Power & Light - ELECTRIC | 1,516.21 | |
| 183 | GAS SOUTH LLC | 343.04 | |
| 183 | Peoples Gas | 231.15 | 395.00 |
| 184 | BLOSSMAN GAS & APPLIANCE | 1,326.54 | |
| 184 | CLAY ELECTRIC COOPERATIVE, INC. | 1,176.45 | 1,500.00 |
| 184 | THE CROSSINGS AT FLEMING ISLAND CDD | 302.92 | |
| 186 | BRIGHT HOUSE NETWORKS (POB 30574) | 34.21 | |
| 186 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,508.30 | |
| 186 | GAS SOUTH LLC | 342.94 | |
| 186 | Peoples Gas | 229.05 | 225.00 |
| 187 | Florida Power & Light - ELECTRIC | 1,508.63 | |

| | | | |
|---|---|---:|---:|
| 187 | GAS SOUTH LLC | 253.99 | |
| 187 | LOXAHATCHEE RIVER DISTRICT | 204.17 | |
| 187 | Peoples Gas | 185.01 | |
| 187 | TOWN OF JUPITER | 75.00 | |
| 187 | WASTE MANAGEMENT | 808.00 | |
| 190 | City of Clearwater | 760.43 | |
| 190 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,610.95 | |
| 190 | WASTE CONNECTIONS OF FLORIDA - PINELLAS | 393.03 | |
| 198 | City of Largo | 155.00 | |
| 198 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,945.53 | |
| 198 | GAS SOUTH LLC | 372.27 | |
| 198 | Peoples Gas | 261.71 | 400.00 |
| 198 | Pinellas County Utilities | 270.00 | |
| 222 | CenturyLink (EMBARQ FLORIDA, INC.) | 187.33 | |
| 222 | CITY OF EUSTIS UTILITIES | 240.16 | |
| 222 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,802.20 | |
| 222 | Peoples Gas | 751.33 | |
| 223 | Comcast (POBX 105184) | 256.08 | |
| 223 | FLORIDA CITY GAS | 183.77 | |
| 223 | Florida Power & Light - ELECTRIC | 1,370.55 | |
| 223 | GAS SOUTH LLC | 183.67 | |
| 223 | ST. LUCIE WEST SERVICES DISTRICT | 465.56 | |
| 224 | CITY OF COCOA UTILITIES | 406.35 | 140.00 |
| 224 | FLORIDA CITY GAS | 291.73 | |
| 224 | Florida Power & Light - ELECTRIC | 1,462.48 | |
| 224 | GAS SOUTH LLC | 381.44 | |
| 227 | CITY OF TAMPA UTILITIES | 1,353.27 | |
| 227 | GAS SOUTH LLC | 267.26 | |
| 227 | Peoples Gas | 189.40 | |
| 227 | TECO- ELECTRIC | 1,428.00 | |
| 230 | Florida Power & Light - ELECTRIC | 1,518.28 | |
| 230 | Florida Public Utilities (POB 2137) | 531.92 | |
| 230 | GAS SOUTH LLC | 360.26 | |
| 230 | PALM BEACH COUNTY WATER UTILITIES DEPT | 528.15 | 240.00 |
| 232 | FRONTIER COMMUNICATIONS | 204.34 | |
| 232 | GAS SOUTH LLC | 403.24 | |
| 232 | Peoples Gas | 228.89 | |
| 232 | TECO- ELECTRIC | 1,656.60 | |
| 232 | WASTE MANAGEMENT | 576.61 | |
| 234 | CITY OF MELBOURNE UTILITIES | 254.87 | |

| | | | |
|---|---|---|---|
| 234 | FLORIDA CITY GAS | 342.77 | |
| 234 | Florida Power & Light - ELECTRIC | 1,504.32 | |
| 234 | GAS SOUTH LLC | 335.99 | |
| 237 | CENTRAL FLORIDA GAS | 580.58 | |
| 237 | CITY OF ST CLOUD UTILITIES | 293.09 | |
| 237 | GAS SOUTH LLC | 425.58 | |
| 237 | OUC | 1,721.60 | |
| 238 | CITY OF PORT ORANGE - UTILITIES | 221.18 | |
| 238 | Florida Power & Light - ELECTRIC | 1,434.39 | |
| 238 | GAS SOUTH LLC | 360.72 | |
| 238 | Peoples Gas | 240.81 | 396.00 |
| 239 | FRONTIER COMMUNICATIONS | 150.63 | |
| 239 | GAS SOUTH LLC | 387.94 | |
| 239 | TECO- ELECTRIC | 1,801.54 | |
| 241 | CITY OF APOPKA - UTILITIES | 1,559.64 | |
| 241 | CITY OF EUSTIS UTILITIES | 1,336.27 | |
| 241 | DUKE ENERGY (PROGRESS ENERGY FL) | 2,329.37 | |
| 241 | Lake Apopka Natural Gas | 776.72 | |
| 242 | CITY OF WEST MELBOURNE UTILITIES | 330.00 | |
| 242 | FLORIDA CITY GAS | 256.39 | |
| 242 | Florida Power & Light - ELECTRIC | 1,419.70 | |
| 242 | GAS SOUTH LLC | 341.16 | |
| 243 | Peoples Gas | 688.05 | |
| 243 | WITHLACOOCHEE RIVER ELECTRIC COOP., INC. | 1,128.30 | |
| 246 | AW BILLING SERVICES LLC | 228.42 | |
| 246 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,451.05 | |
| 246 | Florida Power & Light - ELECTRIC | 1,244.74 | |
| 246 | GAS SOUTH LLC | 335.10 | |
| 246 | Peoples Gas | 244.34 | |
| 247 | CENTRAL FLORIDA GAS | 593.61 | |
| 247 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,452.63 | |
| 247 | GAS SOUTH LLC | 464.80 | |
| 247 | TOHO WATER AUTHORITY | 399.15 | |
| 249 | GAS SOUTH LLC | 381.81 | |
| 249 | TECO- ELECTRIC | 1,898.83 | |
| 257 | CITY OF OCOEE | 381.15 | |
| 257 | DUKE ENERGY (PROGRESS ENERGY FL) | 2,014.99 | |
| 257 | Lake Apopka Natural Gas | 670.14 | 1,050.00 |
| 258 | DUKE ENERGY (PROGRESS ENERGY FL) | 2,279.33 | 2,305.00 |
| 258 | GAS SOUTH LLC | 382.72 | |

| | | | |
|---|---|--:|--:|
| 258 | Peoples Gas | 203.92 | |
| 260 | DUKE ENERGY (PROGRESS ENERGY FL) | 1,667.67 | |
| 260 | Lake Apopka Natural Gas | 686.08 | 1,050.00 |
| **Totals** | | $ 190,271.73 | $ 28,887.86 |

# EXHIBIT "D"

| Bond Amount | Policy No. | Store # | Payee | Status |
|---|---|---|---|---|
| $ 675.00 | GM202891 | 102 | TECO Gas UDB | Open |
| $ 1,075.00 | GM202182 | 103 | FPU UDB | Open |
| $ 2,498.00 | GM220187 | 111 | FPL UDB | Open |
| $ 1,000.00 | GM202183 | 120 | City of Clearwater UDB | Open |
| $ 1,500.00 | GM202184 | 121 | City of Clearwater UDB | Open |
| $ 500.00 | GM202886 | 122 | TECO Gas UDB | Open |
| $ 1,100.00 | GM202176 | 129 | FPU UDB | Open |
| $ 2,843.00 | GM220184 | 129 | FPL UDB | Open |
| $ 950.00 | GM202200 | 134 | Hillsborough Co UDB | Open |
| $ 2,573.00 | GM220192 | 147 | FPL UDB | Open |
| $ 3,870.00 | GM202791 | 152 | JEA UDB | Open |
| $ 4,210.00 | GM202776 | 154 | FPL UDB | Open |
| $ 3,240.00 | GM202777 | 156 | FPL UDB | Open |
| $ 3,006.00 | GM202778 | 159 | FPL UDB | Open |
| $ 835.00 | GM202889 | 163 | TECO Gas UDB | Open |
| $ 3,700.00 | GM202878 | 163 | WREC UDB | Open |
| $ 1,500.00 | GM202185 | 164 | City of Clearwater UDB | Open |
| $ 710.00 | GM202890 | 165 | TECO Gas UDB | Open |
| $ 2,169.00 | GM202781 | 170 | FPL UDB | Open |
| $ 2,951.00 | GM220190 | 171 | FPL UDB | Open |
| $ 4,170.00 | GM202793 | 172 | JEA UDB | Open |
| $ 2,913.00 | GM202736 | 175 | FPL UDB | Open |
| $ 3,330.00 | GM202794 | 176 | JEA UDB | Open |
| $ 3,032.00 | GM202782 | 177 | FPL UDB | Open |
| $ 2,304.00 | GM202784 | 179 | FPL UDB | Open |
| $ 1,758.00 | GM220188 | 179 | FPL UDB | Open |
| $ 2,141.00 | GM202737 | 180 | FPL UDB | Open |
| $ 3,310.00 | GM202192 | 181 | Duke Energy UDB | Open |
| $ 2,200.00 | GM202738 | 183 | FPL UDB | Open |
| $ 1,500.00 | GM202188 | 184 | Clay Electric UDB | Open |
| $ 2,000.00 | GM202193 | 186 | Duke Energy UDB | Open |
| $ 2,483.00 | GM202786 | 187 | FPL UDB | Open |
| $ 2,300.00 | GM202190 | 190 | Duke Energy UDB | Open |
| $ 1,500.00 | GM202186 | 190 | City of Clearwater UDB | Open |
| $ 3,000.00 | GM202729 | 198 | Duke Energy FL UDB | Open |
| $ 400.00 | GM202898 | 222 | TECO Gas UDB | Open |
| $ 2,875.00 | GM202730 | 222 | Duke Energy FL UDB | Open |
| $ 2,400.00 | GM202741 | 223 | FPL UDB | Open |
| $ 3,000.00 | GM202749 | 224 | FPL UDB | Open |
| $ 8,600.00 | GM202883 | 227 | TECO Electric UDB | Open |
| $ 2,991.00 | GM202742 | 230 | FPL UDB | Open |
| $ 6,000.00 | GM202884 | 232 | TECO Electric UDB | Open |
| $ 2,433.00 | GM202744 | 234 | FPL UDB | Open |
| $ 2,350.00 | GM202745 | 238 | FPL UDB | Open |
| $ 2,000.00 | GM202880 | 239 | TECO Electric UDB | Open |
| $ 2,885.00 | GM202195 | 241 | Duke Energy UDB | Open |
| $ 1,000.00 | GM202798 | 241 | Lake Apopka UDB | Open |
| $ 2,885.00 | GM202731 | 241 | Duke Energy FL UDB | Open |
| $ 2,198.00 | GM202747 | 242 | FPL UDB | Open |
| $ 4,000.00 | GM202879 | 243 | WREC UDB | Open |
| $ 1,718.00 | GM202748 | 246 | FPL UDB | Open |
| $ 1,840.00 | GM202732 | 247 | Duke Energy FL UDB | Open |
| $ 800.00 | GM202881 | 249 | TECO Electric UDB | Open |
| $17,250.00 | GM202885 | RSC | TECO Electric UDB | Open |
| $43,515.00 | GM202196 | RSC | Duke Energy UDB | Open |