

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/06/2024 11:30 AM

COURTROOM   4A, 4th Floor

**HONORABLE JASON BURGESS**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:24-bk-01128-BAJ    11 | 04/19/2024 |

**Chapter 11**

**DEBTOR:**     Tijuana Flats Restaurants, LLC

**DEBTOR ATTY:**   Bradley Markey

**TRUSTEE:**      NA

**HEARING:**

1. Preliminary Hearing on Motion to Suspend Payments Filed by Richard R Thames on behalf of Debtor Tijuana Flats Restaurants, LLC Doc 55
-Objection to Debtors' Motion for Authority to Suspend Non-Residential Real Property Lease Payments (Doc. 55) and Request for Adequate Protection Filed by Harris J Koroglu on behalf of Creditor Ferraro Realty Group Ocoee, LLC Doc 64
-Notice Joinder (Partial) in Ferraro Realty Group Ocoee, LLC in its Objection [Doc. 64] and Request for Adequate Protection Filed by Ruel W. Smith on behalf of Ramco Jacksonville LLC, Weingarten Nostat, LLC Doc 77
-Objection to Debtors' Motion for Authority to Suspend Non-Residential Real Property Lease Payments [Doc. 55] and Request for Adequate Protection Filed by Harris J Koroglu on behalf of Creditor CH Retail Fund 1/Tampa Brandon, LLC Doc 65
-Objection to Debtors' Motion for Authority to Suspend Non-Residential Real Property Lease Payments Filed by Stephanie C Lieb on behalf of Creditor Real Sub, LLC Doc 71
-Objection to DEBTORS MOTION FOR AUTHORITY TO SUSPEND NON-RESIDENTIAL REAL PROPERTY LEASE PAYMENTS [DOC. 55] Filed by Michael S Provenzale on behalf of Creditor SCRE II TOWER MAITLAND, LIMITED PARTNERSHIP Doc 73
-Objection to To Debtors Motion For Authority To Suspend Non-Residential Real Property Lease Payments Filed by Patricia Redmond on behalf of Creditor Eustis Covenant Group LLC Doc 76
-Objection to Debtor's Motion for Authority to Suspend Non-Residential Real Property Lease Payments and Request for Adequate Protection Filed by William B McDaniel on behalf of BRE Mariner Carrollwood LLC, BRE Throne Beneva Village Shops, LLC, PRD Owner, LLC Doc 80
2. Emergency Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance and Prohibiting Utilities from Altering or Discontinuing Utility Service Filed by Bradley R Markey on behalf of Debtor Tijuana Flats Restaurants, LLC Doc 68

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Preliminary Hearing on Motion to Suspend Payments Filed by Richard R Thames on behalf of Debtor Tijuana Flats Restaurants, LLC Doc 55

  GRANTED IN PART (INTERIM) UNTIL CONTINUED EVIDENTIARY HEARING JUNE 10 @ 12:30 (SUPPLEMENTS OR AMENDED OBJECTIONS DUE BY 5/28/24) ORDER THAMES

-Objection to Debtors' Motion for Authority to Suspend Non-Residential Real Property Lease Payments (Doc. 55) and Request for Adequate Protection Filed by Harris J Koroglu on behalf of Creditor Ferraro Realty Group Ocoee, LLC Doc 64

-Notice Joinder (Partial) in Ferraro Realty Group Ocoee, LLC in its Objection [Doc. 64] and Request for Adequate Protection Filed by Ruel W. Smith on behalf of Ramco Jacksonville LLC, Weingarten Nostat, LLC Doc 77

-Objection to Debtors' Motion for Authority to Suspend Non-Residential Real Property Lease Payments [Doc. 55] and Request for Adequate Protection Filed by Harris J Koroglu on behalf of Creditor CH Retail Fund 1/Tampa Brandon, LLC Doc 65

-Objection to Debtors' Motion for Authority to Suspend Non-Residential Real Property Lease Payments Filed by Stephanie C Lieb on behalf of Creditor Real Sub, LLC Doc 71

-Objection to DEBTORS MOTION FOR AUTHORITY TO SUSPEND NON-RESIDENTIAL REAL PROPERTY LEASE PAYMENTS [DOC. 55] Filed by Michael S Provenzale on behalf of Creditor SCRE II TOWER MAITLAND, LIMITED PARTNERSHIP Doc 73

-Objection to To Debtors Motion For Authority To Suspend Non-Residential Real Property Lease Payments Filed by Patricia Redmond on behalf of Creditor Eustis Covenant Group LLC Doc 76

-Objection to Debtor's Motion for Authority to Suspend Non-Residential Real Property Lease Payments and Request for Adequate Protection Filed by William B McDaniel on behalf of BRE Mariner Carrollwood LLC, BRE Throne Beneva Village Shops, LLC, PRD Owner, LLC Doc 80


2. Emergency Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance and Prohibiting Utilities from Altering or Discontinuing Utility Service Filed by Bradley R Markey on behalf of Debtor Tijuana Flats Restaurants, LLC Doc 68

  GRANTED (INTERIM) UNTIL CONTINUED HEARING JUNE 27 @ 1:00 ORDER MARKEY
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.