UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

TIJUANA FLATS
RESTAURANTS, LLC.

      Debtor.
_____/

Case No.: 3:24-BK-01128-BAJ
Chapter 11

### NOTICE OF REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Adrian J. Alvarez, Esq., of the law firm of Tobin, Reyes, Alvarez & De Biase, PLLC, hereby requests that copies of all notices and pleadings given or filed in this action be given to and served upon the undersigned at the following address, telephone number and e-mail address:

> Adrian J. Alvarez, Esq.
> Tobin, Reyes, Alvarez & De Biase, PLLC
> 225 N.E. Minzer Boulevard, Suite 510
> Boca Raton, Florida 33432
> Telephone: (561) 620-0656
> Facsimile: (561) 620-0657
> e-mail: aalvarez@tobinreyes.com

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written, or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex,

facsimile, or otherwise filed or made in or with regard to the referenced action and proceedings herein.

*/s/ Adrian J. Alvarez, Esq.*
Adrian J. Alvarez, Esq.
(aalvarez@tobinreyes.com)
Florida Bar No. 0040565
Tobin, Reyes, Alvarez & De Biase, PLLC
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, Florida 33432
Tel: (561) 620-0656
Fax: (561) 620-0657
Primary: eservice@tobinreyes.com
Secondary: mrea@tobinreyes.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 6, 2024 I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt.

*/s/ Adrian J. Alvarez, Esq.*
Adrian J. Alvarez, Esq.
