UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| TIJUANA FLATS RESTAURANTS, LLC, *et al*,[1] | ) ) | Case Nos. 3:24-bk-1122-BAJ and 3:24-bk-1128-BAJ |
| | ) | |
| Debtors. | ) ) | Chapter 11 |
| | ) | Jointly Administered Under Case No. 3:24-bk-1128-BAJ |
| _____ | ) | |

**DEBTOR'S MOTION TO REJECT
<u>EXECUTORY CONTRACT WITH PUSH, INC.</u>**

Debtor, Tijuana Flats Restaurants, LLC (the "Debtor" or "Tijuana Flats"), moves the Court, pursuant to 11 U.S.C. § 365(a), for the entry of an order authorizing it to reject an executory contract with Push, Inc. ("Push"), and in support of the motion states:

<u>Jurisdiction and Venue</u>

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of this case is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for the relief sought herein is 11 U.S.C. § 365(a).

---

[1] The Federal Employer Identification Number of Tijuana Flats Restaurants, LLC is 47-4472442. The principal address of the Debtor is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

## Background

4. On April 19, 2024 (the "Petition Date"), Tijuana Flats Restaurants, LLC ("Restaurants, LLC"), filed its voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

5. Debtor is continuing in possession of its properties and is managing its businesses, as debtor in possession, pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6. Restaurants, LLC owns and operates 65 "Tijuana Flats" restaurants located across Florida. Its restaurants provide fast, casual dining featuring a "Tex-Mex" cuisine.

## The Contract

7. On the Petition Date, Debtor was party to a Marketing and Content Development Agreement with Push dated March 1, 2023 (the "Marketing Agreement"), pursuant to which Push agreed to develop promotional campaigns and provide other marketing activities for the Debtor. A copy of the Marketing Agreement is attached hereto as **Exhibit A**.

8. The Marketing Agreement was initially valid through December 31, 2023, and continued on a month-to-month basis thereafter.

## Relief Requested

9. By this motion, the Debtor seek the entry of an order authorizing the Debtor to reject the Marketing Agreement.

## Basis for Relief

10. Pursuant to 11 U.S.C. § 365(a), a trustee may "assume or reject any executory contract or unexpired lease of the debtor." Pursuant to 11 U.S.C. § 1107(a), a debtor-in-possession is considered the functional equivalent of a trustee and therefore has the right to assume or reject executory contracts and unexpired leases of the debtor.

11. "The policy behind Section 365 is that the [debtor] is empowered to make decisions that assist in [its] reorganization and benefit the estate." *In re Prestige Motorcar Gallery, Inc.*, 456 B.R. 541, 544 (Bankr. N.D. Fla. 2011); *see also In re Government Securities Corp.*, 101 B.R. 343, 349 (Bankr. S.D. Fla.1989) ("The purpose underlying the provision allowing the trustee or the debtor to assume or reject a contract is to benefit the estate . . ."). The decision to assume or reject an executory contract is therefore governed by the "business judgment rule." *NLRB v. Bildisco and Bildisco*, 465 U.S. 513, 104 S.Ct. 1188(1986). The "business judgment" standard is not a strict standard; it requires only a showing that rejection of the contract will benefit the estate. *In re Surfside Resort and Suites, Inc.*, 325 B.R. 465, 469 (Bankr. M.D. Fla. 2005). As long as the debtor has a valid business justification for the assumption or rejection, the Court should not substitute its judgment for the debtor's. *See e.g. In re Wells*, 227 B.R. 553, 564 (Bankr. M.D. Fla. 1998) ("[T]he decision to assume or reject an executory contract is left entirely to the debtor . . . subject to the 'business judgment rule'").

12. The cost of the Marketing Agreement is $19,000 per month. Debtor has concluded that it can perform the same marketing activities provided by Push internally. Accordingly, the Marketing Agreement is no longer necessary for Debtor's

reorganization. Rejection of the Marketing Agreement is therefore in the best interest of the estate.

WHEREFORE, Debtor respectfully requests that the Court enter an order (i) authorizing the Debtor to reject the Marketing Agreement, and (ii) granting such other and further relief as the Court deems appropriate.

THAMES | MARKEY

By  /s/ Richard R. Thames
    Richard R. Thames
    Bradley R. Markey

Florida Bar Number 0718459
Florida Bar Number 0984213
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
rrt@thamesmarkey.law
brm@thamesmarkey.law

Proposed Attorneys for Debtor

## Certificate of Marketing

I hereby certify that on May 14, 2024, the foregoing was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notices in this case. I further certify that copies of the foregoing were also furnished on May 14, 2024, by U.S. Mail, postage prepaid to Push, Inc. at the following address:

Push, Inc.
c/o John Ludwig, CEO
101 Ernistine Street
Orlando, Florida 32801

/s/ *Richard R. Thames*
---
Attorney

# EXHIBIT "A"



# Tijuana Flats
# 2023 Scope of Value

Effective: March 1, 2023 - December 31, 2023

# Overview

———

Push and Tijuana Flats will continue their relationship for the 2023 year with a renewed focus on the brand and on business-driving initiatives. With 2022 showing softness below the overall industry, there is a need and opportunity to partner even more closely to bring new work to life through promotional campaigns and always-on marketing tactics with a focus on organic social.

This year will focus on making the brand relevant, engaging and at times disruptive, as we seek to grow the business through re-engagement of lapsed guests and grow the new guest base alike.

# Account Strategy & Creative Services

Push will continue to dedicate talented resources to achieve Tijuana Flats' annual performance objectives. The monthly agency retainer will cover the following services.

**Account Management & Strategy**
The Account Management team will act as primary liaison between Tijuana Flats and the agency, applying a thorough knowledge of Tijuana Flats' brand and business to lead the partnership day-to-day. Ongoing responsibilities include:

- Ongoing strategic insight & support
- Support with and leadership of brand refinement strategy
- Quarterly or semi-annual planning / strategy meetings (as needed)
- Support of ideation and activation for LTO / promo campaign extensions, continuous marketing efforts, and brand efforts
- Tracking of budgets and project timelines
- Bi-weekly Status meetings
- Engagement with media team in partnership to help drive overall strategy
- Lead strategic planning sessions or meetings, as needed (leveraging agency leadership team members where possible)
- Oversee all creative and production services to develop advertisements, broadcast material, collateral and creative concepts for specialty items

# Scope Efforts & Deliverables

### I. LTO / PROMO CAMPAIGN DEVELOPMENT

In 2023, Push will develop two main LTO / promo campaigns for Tijuana Flats to drive increased guest count and overall sales, as well as long-term brand engagement. Each set of campaign deliverables is unique and noted accordingly.

The marketing campaigns for the year covered by this scope are (dates & campaign promos, TBC):

1. 2023 LTO Promo #2
2. 2023 LTO Promo #3

For each of the noted campaigns, the below list of assets / deliverables will be provided. These are subject to change pending further discussion and planning with T-Flats and Endai teams. Final deliverable assets may shift or change and may be exchanged for different deliverables within the same scope range as those noted below.

- Promo ideation (input on offering / strategy and/or platform naming)
- Creative Brief development
- Concepting (up to three initial direction options per campaign to then be narrowed to one final concept)
- Art Direction and Copywriting
- Campaign Asset Deliverables Include:
    - Specials Screen or other in-store poster / banner
    - x1 other Misc. Digital asset (paid or owned) — ex: email, digital display banners, etc.
    - Script & Storyboard development for up to two (2) videos intended for OLV or other platform (x1 :30 or shorter and x1 :15) which require outside production
        - *Push team support for OLV video production includes storyboard / script development, Push pre-pro time / support, on-set time (up to 2 team members for 1-day shoot), and post-production oversight are included in scope. Actual shoot / production budget including talent, VO, music, stock footage / graphics, and any other outside production elements will be covered by a separate production estimate.*
    - Final edit of up to two OLV videos (x1 :15 and x1 :30 or shorter) to be provided by Push (in-scope) unless otherwise noted at production kickoff
    - Two (2) social in-feed video *(square or 4:5; may or may not be sized from OLV video)*
    - Two (2) social vertical video — i.e. Stories, Reels, etc. (9x16); *may or may not be sized from OLV video*
    - Additional paid and organic social ideas & executions — i.e. TikToks, photos, videos, etc. (up to 6).
        - *Asset collection may be covered with OLV video production or separately via in-scope social media support. Edit and final deliverables to be covered by Push scope, with the exception of talent.*
    - Master Campaign Copy Document

## II. CINCO DE MAYO / MONTH OF MAY CAMPAIGN DEVELOPMENT

Push will develop the key assets for a new Cinco de Mayo Campaign that will promote efforts around the special food & drink offers related to the holiday and to drive heavy traffic and sales throughout the month of May. Deliverables or efforts include:

- Creative Brief Development
- Campaign concepting (up to three initial direction options per campaign to then be narrowed to one final concept)
- Art Direction and Copywriting
- Campaign Asset Deliverables Include:
    - Up to two (2) Specials Screen or other in-store assets (i.e. menu board or entrance poster)
    - One (1) misc. promotional deliverable item (ex: flyer, radio script*, etc.)
    - One :30 or up to two :15 (or shorter) OLV / social campaign video scripts & storyboards *(same production details apply as noted under LTO campaigns)*
    - Organic social ideation and asset execution *(up to 10 social posts / videos; to be shot and produced in-house, unless noted otherwise at kickoff)*
    - Master Campaign Copy Document
    - Misc. activation or extension ideas to drive guest engagement

*Radio production outside costs to be estimated separately.*

## III. ORGANIC SOCIAL MEDIA: ANNUAL STRATEGY, CONTENT DEVELOPMENT & MANAGEMENT

Push will provide all strategy, creative development and posting of Tijuana Flats' primary corporate social media channels: Facebook, Instagram and TikTok.

Efforts and deliverables include:

- A. Strategy & Monthly Content Development and Execution
    - One-time development and presentation of high-level strategy and approach; final strategy will evolve over time as the Push team gleans learnings and takeaways each month, which will be continuously applied to future months' calendar
    - Develop monthly content calendar & assets prior to each upcoming month
    - Total unique posts per month not to exceed*:
        - 20 per month for IG/FB feed (static or video)
        - 16 per month for TikTok (short-form video content will be cross-utilized when possible)
        - 2-4 IG story series activations allotted per month (polls, etc.) with ongoing stories engagement included
    - Client review and approval of content per agreed upon social media process

- Schedule & publish content on social media platforms (TikTok, Instagram and Facebook)
- Share ad hoc posts as needed (news coverage, emergencies, etc.; not to exceed 2 per month)
- Curate UGC to use on social channels

### B. Content Shoots / Production
- Planned and executed social content shoots throughout the year with Push team *(excludes any outside production crew support; content shoots separate from larger LTO-related shoots)*
    - Includes pre-planning brainstorm, shot list and two (2) half-day shoots per month with content creator and Push social team; film B-roll & setup shots as planned (video & photography)
        - *Tijuana Flats team to provide all necessary materials/location/talent if needed. If talent will not be provided by TFlats team, a talent budget of up to $750 per month will be required to fulfill shoots and content*
- Push team to edit video and photo content for use across social channels
- Includes video captions, royalty-free music

### C. Community Management
- Push will handle community management for primary social channels (Facebook, Instagram, TikTok) on a regular, ongoing basis as a means to grow audiences and engage with fans
- Includes monitoring and responding to post / content replies as necessary, and flagging / responding to any issues raised by fans. Issue management to be discussed and protocol to be agreed upon during account setup process
- Community management to occur Monday-Friday, 9am-6pm; excludes major holidays and Push office closure days (which will be shared with Tijuana Flats in advance). Does not include any consumer review platforms such as Yelp, Google, etc.

### D. High-Level Reporting
- Monthly high-level report of overall post performance to identify key creative takeaways, with recommendations and insights on how to continuously improve the social media landscape (month-over-month)
- Annual high-level report (year-over-year)

*NOTE: Upon scope approval, Push will require a minimum two-week ramp up period to obtain access to channels and ensure alignment on process as well as official handoff date. The month of March will include one content shoot due to planning and setup time. One-time strategy to be shared prior to end of March and will be developed concurrently while Push team is establishing setup and initial content for March.*

*\* Quantity of posts may fluctuate pending ongoing learnings. If additional post content is recommended for improved social performance, Push will share recommendations with TFlats accordingly to discuss opportunities for increased scope and coverage.*

## IV. BRAND STRATEGY REFINEMENT

With new leadership in place and an opportunity to revisit some of the core brand strategy, Push will partner with the Tijuana Flats team to achieve the following efforts:

- Up to two (2) brand exercises (ex: Planets / In a Word, Brand Mapping — TBC)
- Support in determining brand archetype
- Slight revisions or edits to existing brand platform elements (i.e. values, mission, manifesto, etc.)
    - Accounts for edits to existing work only + addition of brand archetype. Any further efforts or work will require a change order

# Account Relationship & Process

The below list of Push team members will work with the Tijuana Flats team to ensure all project and account requirements are met throughout the life of our project scope. Specific team members will be introduced and accessible to Tijuana Flats through the Account Management team as necessary.

**Staffing (all covered under stated fees and investments)**

    Chief Creative Officer
    Art Director
    Copywriter
    Production Artist
    Project Manager
    Social Media Manager
    Social Media Content Creator & Editor
    Director of Account Service
    Account Manager(s)

# Investment

| Support / Effort | Includes |
|---|---|
| **Ongoing Agency Support** | |
| Account Management & Strategic Support | ✓ |
| **I. LTO / PROMO CAMPAIGN DEVELOPMENT** | |
| Concepting & Asset Development (excludes outside production) <br> See details within scope | **x2 Campaigns** |
| **II. CINCO DE MAYO / MONTH OF MAY CAMPAIGN DEVELOPMENT** | |
| Concepting & Asset Development (excludes outside production) <br> See details within scope | **x1 Campaign** |
| **III. ORGANIC SOCIAL MEDIA: ANNUAL STRATEGY, CONTENT DEVELOPMENT & MANAGEMENT** | |
| Annual / High-Level Strategy | ✓ |
| Monthly Calendar Planning / Development (FB, IG, TikTok) | ✓ |
| Asset Creation / copywriting <br> (Total unique posts not to exceed 20 per month for IG/FB and 16 per month for TikTok (short-form video content will be cross-utilized when possible). Two-to-four story activations per month (polls, series, etc.) | ✓ |
| Content Shoots (two half-day shoots per month; includes planning, on-set time, and asset editing; see further details within scope above) | **X2 per month** |
| Community Management / Stories Engagement, etc. | ✓ |
| **IV. BRAND STRATEGY REFINEMENT** | |
| Up to two brand exercises and slight edits to existing brand strategy documents / outputs based on new brand strategy alignment | ✓ |
| **Total Monthly Fee (10-months)** | **$23,000** |
| *2022 Credit (applied per month)* | *$4,000* |
| **EFFECTIVE 2023 MONTHLY FEE** | **$19,000** |

# Details & Assumptions

All information contained in this proposal is the intellectual property of Push and may not be disseminated outside of Tijuana Flats.

Unless otherwise specified, Account Management and Creative services to be billed monthly, in the month in which they are completed.

Any additional projects not specifically noted within scope which require efforts outside of strategic input covered by this scope will require an estimate for approval. For any campaign development, specific output / deliverables are subject to change. Push will honor swaps of needed assets for those of equal or lesser value, and this will be done based on the total promotional value of scoped deliverables vs. quantity of assets.

Push also reserves the right to issue a change order estimate to accommodate expanded scope outside of what is covered within this agreement. Any estimate must be approved and signed by Tijuana Flats. Tijuana Flats understands that changes to the scope of value may directly impact the intended completion date of the project. Each project / job will include three rounds of revisions. After the first layout is sent for review, each round of feedback or changes requested counts as a round of revision. Anything past three rounds of changes may require a change order estimate.

Scope of value does not include any external production or third-party costs . If Push is requested to provide complete oversight in sourcing, managing, implementing and providing accounting for any third-party vendor service such as photography, videography, fonts, illustration, printing, fulfillment or other third party-sourced work and/or materials, the agency will provide a separate estimate for these services which will include any necessary agency fees for related Account Management, Creative or Social Media efforts, and a markup of 20% of the total vendor invoice.

Any outside production or vendor costs which exceed $5,000, 50% of total estimate will be billed immediately, and payment for this 50% must be remitted prior to production (shoot or kickoff of work by vendor).

Ongoing monthly content shoots will require outside talent either provided by Tijuana Flats, or secured by Push during planning. If Push sources and manages talent, a minimum budget of $750/mo will be required to fulfill talent needs.

For all creative campaign development, Push requires a minimum of four weeks from the date of project request/kickoff to present initial concepts. Any less time may result in fewer concept directions/options and/or fewer elements within each concept for review/approval.

This scope is binding for a 10-month timeframe. Early contract termination requires a 90-day notice. Any cancellation in a lesser timeframe will require payment of an additional monthly fee. Contract effective 3/1/23-12/31/23. Any unused scope deliverables or efforts may not be rolled over to the following year.

Tijuana Flats owns all work, whether it has been produced or not, only once full payment has been submitted.

# Signature

To execute this agreement, please indicate the selected option and sign on the line provided below. We appreciate your partnership and look forward to making great work together.

Signature _Curtis D Cattanach_ Date _3/27/2023_

Name and Title _Curtis Cattanach, VP Marketing_

# Thank you.

John Ludwig
CEO
jludwig@pushhere.com

Push.
101 Ernestine Street
Orlando, FL 32801

(o) 407 841 2299
(f) 407 841 0999

pushhere.com