**Fill in this information to identify the case:**

Debtor name    **Tijuana Flats Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:24-bk-01128-BAJ**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2024**         X **/s/ Joseph D. Christina**
                                            Signature of individual signing on behalf of debtor

                                         **Joseph D. Christina**
                                            Printed name

                                         **Chief Executive Officer**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Tijuana Flats Restaurants, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **3:24-bk-01128-BAJ**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................... $      0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $      7,531,524.49

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $      7,531,524.49

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      19,128,993.03

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $      1,422,638.80

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      5,820,227.72

4.  **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b      $      26,371,859.55

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Tijuana Flats Restaurants, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **3:24-bk-01128-BAJ** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **See attached listing of bank accounts [owner - Tijuana Flats Restaurants, LLC] [balance as of 04/18/2024]** | | | **$446,063.19** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$446,063.19**

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Total security deposits held by landlords for various Tijuana Flats restaurant locations as reflected on the attached listing [balance as of 04/18/2024]** | **$188,783.38** |
| --- | --- | --- |
| 7.2. | **Total security deposits held by utility companies for various Tijuana Flats restaurant locations as reflected on the attached listing [balance as of 04/18/2024]** | **$28,512.86** |

Debtor    **Tijuana Flats Restaurants, LLC**                              Case number *(If known)*  **3:24-bk-01128-BAJ**
_____Name_____

| | | |
|---|---|---|
| 7.3. | **Health insurance carrier deposit held by UMR [balance as of 04/18/2024]** | **$48,000.00** |

| | | |
|---|---|---|
| 7.4. | **Bond deposits held by utility companies for various Tijuana Flats restaurant locations as reflected on the attached listing** | **Unknown** |

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                                          **$265,296.24**
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.       **Accounts receivable**
          11a. 90 days old or less:     **680,593.77**     -     **0.00**     = ....     **$680,593.77**
          _____face amount_____          ____doubtful or uncollectible accounts____

12.       **Total of Part 3.**                                                                          **$680,593.77**
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.       **Mutual funds or publicly traded stocks not included in Part 1**
          Name of fund or stock:

15.       **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
          Name of entity:                                    % of ownership

| | | | |
|---|---|---|---|
| 15.1. | **TJF Franchise Group, LLC; EIN - 59-3740989** | **100** % | **Unknown** |
| 15.2. | **Tijuana Flats #176, LLC; EIN - 45-4775435** | **100** % | **Unknown** |
| 15.3. | **Various closed Tijuana Flats restaurants as described on the attached listing** | **100** % | **Unknown** |

16.       **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Debtor    **Tijuana Flats Restaurants, LLC**                              Case number *(If known)*   **3:24-bk-01128-BAJ**
　　　　　　Name

Describe:

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Food and Beverage Inventory as described on the attached listing [value as of 03/31/2024]** | 03/31/2024 | Unknown | Recent cost | $730,999.37 |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | $730,999.37 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    1,714,799.55    Valuation method    **Cost**    Current Value    0.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

Debtor    **Tijuana Flats Restaurants, LLC**
Name

Case number *(If known)*  **3:24-bk-01128-BAJ**

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Furniture, fixtures, equipment and leasehold improvements as described on the attached listing [net book value as of 12/31/2022]** | $5,168,091.24 | Tax Basis | $5,168,091.24 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $5,168,091.24 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold interests in the attached listing of restaurant / office properties leased by subsidiaries and affiliates of debtor** | **Leasehold Interest** | $0.00 | | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number *(If known)*  **3:24-bk-01128-BAJ** |
| | Name | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
▪ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
▪ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
▪ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.    **Patents, copyrights, trademarks, and trade secrets** Copyrights and trademarks as described on the attached listing | Unknown | | Unknown |
| 61.    **Internet domain names and websites** www.tijuanaflats.com | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** Various beer and liquor licenses as described on the attached listing | $0.00 | | Unknown |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | |
| --- | --- |
| | $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
▪ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
▪ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
▪ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
▪ Yes Fill in the information below.

Debtor  **Tijuana Flats Restaurants, LLC**                    Case number *(if known)*  **3:24-bk-01128-BAJ**
        Name

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.  **Notes receivable**
     Description (include name of obligor)
     **Quarter 1 Administrative Fees due**  _____**240,480.68**  -  _____**0.00**  =
     **from U.S. Foods, Inc.**                Total face amount          doubtful or uncollectible amount       **$240,480.68**

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**
     **Commercial General Liability and Liquor Liability**
     **(including Liquor and Hired / Non-Owned Auto**
     **coverage) Insurance Policy No. BPT5839P and/or**
     **BPP2325P through Main Street America Assurance**
     **Company [08/01/2023 - 08/01/2024]**                                                                        **$0.00**

     **Excess Liability Insurance Policy No. CUG2325P**
     **through Old Dominion Insurance Company [08/01/2023 -**
     **08/01/2024]**                                                                                              **$0.00**

     **Workers' Compensation and Employers' Liability**
     **Insurance Policy No. M1132311 through Zenith**
     **Insurance Company [08/01/2023 - 08/01/2024]**                                                              **$0.00**

74.  **Causes of action against third parties (whether or not a lawsuit**
     **has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of**
     **every nature, including counterclaims of the debtor and rights to**
     **set off claims**
     **Possible claims against Visa/Mastercard relating to the**
     **Visa and Mastercard Interchange Fee case (MDL No.**
     **1720-MKB)**                                                                                                **Unknown**
     Nature of claim
     Amount requested            _____**$0.00**

     **Possible claims against Koch Foods, Inc., et al. relating**
     **to the Broiler Chicken Antitrust Litigation (Civil No.**
     **1:15-cv-08637, (N.D. ILL.))**                                                                              **Unknown**
     Nature of claim
     Amount requested            _____**$0.00**

     **Possible claim against AUA Private Equity Partners,**
     **LLC**                                                                                                      **Unknown**
     Nature of claim
     Amount requested            _____**$0.00**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

Debtor    **Tijuana Flats Restaurants, LLC**                                Case number *(If known)*  **3:24-bk-01128-BAJ**
_____
Name

78.    **Total of Part 11.**                                                                                    | **$240,480.68** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Tijuana Flats Restaurants, LLC**                              Case number *(If known)*  **3:24-bk-01128-BAJ**
_____Name_____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $446,063.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $265,296.24 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $680,593.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $730,999.37 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,168,091.24 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $240,480.68 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,531,524.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,531,524.49 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 1, Question 3

5/15/2024 13:54

| No. | Institution | Account Name | Account Type | Account No. | Current Value | Balance Date |
|-----|-------------|--------------|--------------|-------------|---------------|--------------|
| 1 | Truist Bank | Utility A | Analyzed Checking Account | 0712 | $0.00 | 04/18/24 |
| 2 | Truist Bank | Utility B | Analyzed Checking Account | 0720 | 0.00 | 04/18/24 |
| 3 | Truist Bank | Checking | Analyzed Checking Account | 7367 | 0.00 | 04/18/24 |
| 4 | Truist Bank | Checking | Analyzed Checking Account | 5153 | 0.00 | 04/18/24 |
| 5 | Truist Bank | Checking | Analyzed Checking Account | 0348 | 0.00 | 04/18/24 |
| 6 | Truist Bank | Master | Analyzed Checking Account | 0363 | 425,343.00 | 04/18/24 |
| 7 | Truist Bank | Checking | Analyzed Checking Account | 0371 | 0.00 | 04/18/24 |
| 8 | Truist Bank | Checking | Analyzed Checking Account | 0389 | 0.00 | 04/18/24 |
| 9 | Truist Bank | Payroll | Analyzed Checking Account | 0682 | 0.00 | 04/18/24 |
| 10 | Truist Bank | Online VMC | Analyzed Checking Account | 0704 | 0.00 | 04/18/24 |
| 11 | Truist Bank | Online AmEx Payments | Analyzed Checking Account | 0666 | 0.00 | 04/18/24 |
| 12 | Truist Bank | Management | Analyzed Checking Account | 0615 | 0.00 | 04/18/24 |
| 13 | Truist Bank | Credit Cards | Analyzed Checking Account | 0623 | 0.00 | 04/18/24 |
| 14 | Truist Bank | AR | Analyzed Checking Account | 0658 | 0.00 | 04/18/24 |
| 15 | Truist Bank | AP Checks | Analyzed Checking Account | 0674 | 0.00 | 04/18/24 |
| 16 | Truist Bank | AmEx | Analyzed Checking Account | 0631 | 0.00 | 04/18/24 |
| 17 | Truist Bank | ACH Sweep | Analyzed Checking Account | 0690 | 0.00 | 04/18/24 |
| 18 | Regions Bank | Utility | Commercial Analyzed Checking Account | 1330 | 0.00 | 04/18/24 |
| 19 | Regions Bank | Checking | Commercial Analyzed Checking Account | 6014 | 20,720.19 | 04/18/24 |
| 20 | Regions Bank | Checks | Commercial Analyzed Checking Account | 5530 | 0.00 | 04/18/24 |
| 21 | Regions Bank | Payroll | Commercial Analyzed Checking Account | 6185 | 0.00 | 04/18/24 |
| 22 | Regions Bank | Management | Commercial Analyzed Checking Account | 6568 | 0.00 | 04/18/24 |
| Totals | | | | | $446,063.19 | |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 2, Question 7.1**

5/15/2024 13:54

| Unit # | Landlord | Security Deposit Amount |
|--------|----------|------------------------|
| 100 | SCRE II Tower Maitland Holdings LP | 0.00 |
| 102 | V 3 HC Retail, LLC | 0.00 |
| 103 | Oaks at Lake Mary, Ltd. | 1,774.98 |
| 104 | Weingarten Nostat, Inc. | 3,500.00 |
| 111 | Real Sub LLC | 5,000.00 |
| 112 | FRC St. Petersburg LLC | 4,174.50 |
| 114 | Home Depost USA, Inc. | 4,757.50 |
| 117 | Hunters Creek Shoppes, LLC | 5,498.06 |
| 120 | Dionis Malo | 5,800.00 |
| 121 | 3687 Tampa Road Crossing, LLC | 6,714.47 |
| 122 | Springs Plaza Longwood LLC | 6,000.00 |
| 127 | Ripley's International, Inc. | 0.00 |
| 128 | Southgate Properties, LLLP | 0.00 |
| 129 | Dunwoody Property, LLC | 0.00 |
| 130 | QCPACC, LLC | 6,056.64 |
| 133 | University Collection-FCA, LLC | 3,669.97 |
| 134 | BRE Mariner Carrollwood LLC | 13,746.58 |
| 135 | Brandon Commons, LLC | 5,625.50 |
| 139 | Berkshire Oaks Ocala, LLC | 5,833.33 |
| 140 | Sembler Family Partnership #41, Lt | 0.00 |
| 147 | BRE Throne Beneva Village Shops, L | 5,127.98 |
| 152 | CHR J Hodges, LLC and | 5,300.00 |
| 153 | Princeton Center, LLC | 4,928.81 |
| 154 | Park Sheridan Plaza, Ltd. | 0.00 |
| 156 | Stirling Retail 26, LLC | 5,300.00 |
| 157 | Leesburg Properties, LLC | 0.00 |
| 159 | Louis Geraci LLLP | 4,625.30 |
| 163 | Sams State Road 56 LLC | 5,985.00 |
| 164 | 419 E. 57th LLC | 6,600.00 |
| 165 | Willow Bend Towne Centre, Ltd. | 4,900.00 |
| 167 | Dikeou Realty | 0.00 |
| 169 | S. Clark Butler Properties Ltd. | 0.00 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 2, Question 7.1**

5/15/2024 13:54

| Unit # | Landlord | Security Deposit Amount |
|--------|----------|------------------------|
| 170 | SVAP III Coral Landings, LLC | 0.00 |
| 171 | WRI Flamingo Pines, LLC | 9,567.70 |
| 172 | Ramco Jacksonville, LLC | 0.00 |
| 175 | Paul Forberger | 0.00 |
| 177 | SJR Plaza II, LLC | 0.00 |
| 179 | Country Isles Plaza LLC | 8,829.67 |
| 180 | College Venture I, LLC | 5,536.33 |
| 181 | Ibis Walk Retail I, LLC and | 0.00 |
| 183 | Tramlaw, LLC | 0.00 |
| 184 | PRD Owner, LLC | 0.00 |
| 186 | CHUGIN (U.S.A.), Inc. | 7,987.50 |
| 187 | Riviera Trading & Marketing, Inc. | 7,246.38 |
| 190 | Skylark Plaza OP, LLC | 5,550.63 |
| 198 | Greenspot Largo LLC | 0.00 |
| 222 | Eustis Covenant Group, LLC | 0.00 |
| 223 | United Hampshire US Holdings LLC | 0.00 |
| 224 | MHW Lake Andrew, LLC | 0.00 |
| 227 | Palscher, Inc. | 7,250.00 |
| 230 | SCG Buckingham Square, LLC | 0.00 |
| 232 | NGOC HOA Bloomingdale, LLC | 0.00 |
| 234 | Babcock New Haven, LLC | 0.00 |
| 237 | Hill / Gray Seven, LLC | 0.00 |
| 238 | Dunlawton Yorktowne Unit 4 LLC | 0.00 |
| 239 | Hutton Team, LLC | 0.00 |
| 241 | Victoria Plaza, Inc. | 0.00 |
| 242 | Benchmark Melbourne 35 Associates | 0.00 |
| 243 | Sunshine Value Investments, LLC | 0.00 |
| 246 | NTC-REG, LLC | 8,954.88 |
| 247 | CG Downtown Shopping Center, LLC | 0.00 |
| 249 | Prestige Properties - Van Dyke | 6,941.67 |
| 257 | Ferraro Realty Group Ocoee, LLC | 0.00 |
| 258 | O-Town 6 Acres, LLC | 0.00 |

| Tijuana Flats Restaurants, LLC | | |
|---|---|---|
| **Case No. 3:24-bk-01128-BAJ** | | |
| **Attachments to Schedules - Schedule B, Part 2, Question 7.1** | | |
| 5/15/2024 13:54 | | |
| | | |
| **Unit #** | **Landlord** | **Security Deposit Amount** |
| | | |
| 260 | Hamlin Retail Partners, LLC | |
| | | |
| **Total** | | **188,783.38** |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 2, Question 7.2

5/15/2024 13:54

| Store No. | Store Name | Vendor | Utility Type | Vendor Balance |
|---|---|---|---|---|
| 103 | Lake Mary | City of Lake Mary | Water | $102.00 |
| 104 | Aloma | People Gas | Gas | 340.00 |
| 111 | Deerfield | People Gas | Gas | 299.00 |
| 111 | Deerfield | City of Deerfield Beach | Water | 50.00 |
| 112 | 4th Street | People Gas | Gas | 152.00 |
| 114 | Tyrone | People Gas | Gas | 400.00 |
| 117 | Hunter's Creek | People Gas | Gas | 246.00 |
| 120 | Largo | Pinellas County Utilities | Water | 100.00 |
| 127 | Lake Nona | People Gas | Gas | 350.00 |
| 128 | Pineloch & Orange | People Gas | Gas | 225.00 |
| 133 | Fowler | People Gas | Gas | 405.00 |
| 134 | Carrolwood | People Gas | Gas | 387.00 |
| 134 | Carrolwood | Corporate Services Consultants | Trash | 425.00 |
| 135 | Brandon | People Gas | Gas | 35.00 |
| 139 | Ocala | People Gas | Gas | 355.00 |
| 139 | Ocala | City of Ocala | Electric/Water/Gas | 225.66 |
| 147 | Sarasota #2 | People Gas | Gas | 290.00 |
| 152 | Beach & Hodges | People Gas | Gas | 352.00 |
| 153 | College Park | People Gas | Gas | 390.00 |
| 154 | Hollywood | People Gas | Gas | 305.00 |
| 156 | Cooper City | City of Cooper City | Water | 240.00 |
| 157 | Leesburg | City of Leesburg | Electric/Water/Gas | 6,600.00 |
| 159 | Bradenton | People Gas | Gas | 316.00 |
| 163 | Wesley Chapel | Withlacoochee River Electric | Electric | 2,730.00 |
| 167 | Colonial | People Gas | Gas | 225.00 |
| 171 | Pembroke Pines | People Gas | Gas | 325.00 |
| 171 | Pembroke Pines | City of Pembroke | Water | 120.00 |
| 172 | River City | People Gas | Gas | 375.00 |
| 175 | Stuart | City of Stuart | Water | 2,853.20 |
| 175 | Stuart | People Gas | Gas | 500.00 |
| 179 | Weston | People Gas | Gas | 350.00 |
| 180 | Ft Myers | People Gas | Gas | 334.00 |
| 181 | Roosevelt | Peoples Gas | Gas | 410.00 |
| 183 | Sarasota UPC | Peoples Gas | Gas | 395.00 |
| 184 | Flemming Island | Clay Electric Cooperative | Electric | 1,500.00 |
| 186 | UCF | Peoples Gas | Gas | 225.00 |
| 198 | Largo #2 | Peoples Gas | Gas | 400.00 |
| 224 | Viera | City of Cocoa | Water | 140.00 |
| 230 | Royal Palm Beach | Palm Beach County | Water | 240.00 |
| 238 | Port Orange | People Gas | Gas | 396.00 |
| 257 | Ocoee | Lake Apopka Natural Gas | Gas | 1,050.00 |
| 257 | Ocoee | Duke Energy | Electric | 2,305.00 |
| 260 | Hamlin | Lake Apoka Natural Gas | Gas | 1,050.00 |
| **Total** | | | | **$28,512.86** |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 2, Question 7.4**

4/30/2024 13:14

| Store No. | Policy Description | Line | Status Description | Effective | Expiration | Bond Amount | Policy No. | Payee |
|---|---|---|---|---|---|---|---|---|
| 102 | TJF Inc 444 S Hunt Club Blvd, Apopka, FL 32703 - TECO Gas UDB | BNUD | Renewal | 02/01/24 | 01/31/25 | 675.00 | GM202891 | TECO Gas UDB |
| 103 | Flats One, Inc. 3005 W Lake Mary Blvd, Ste. 109, Lake Mary, FL 32746 - FPU UDB | BNUD | Renewal | 12/21/23 | 12/20/24 | 1,075.00 | GM202182 | FPU UDB |
| 111 | TJF #111 278 S Federal Hwy Deerfield Beach, FL - FPL UDB | BNUD | Renewal | 10/04/23 | 10/03/24 | 2,498.00 | GM220187 | FPL UDB |
| 120 | TJF #120 180 S. Belcher Rd, Largo, FL 33771 - City of Clearwater UDB | BNUD | Renewal | 01/05/24 | 01/04/25 | 1,000.00 | GM202183 | City of Clearwater UDB |
| 121 | TJF #121 3687 Tampa Rd, Ste. 203, Oldsmar, FL 34677 - City of Clearwater UDB | BNUD | Renewal | 01/05/24 | 01/04/25 | 1,500.00 | GM202184 | City of Clearwater UDB |
| 122 | TJF #122 2401 W SR 434 Bay #117, Longwood, FL 32779 - TECO Gas UDB | BNUD | Renewal | 02/01/24 | 01/31/25 | 500.00 | GM202886 | TECO Gas UDB |
| 129 | TJF #129 5030 W SR 46, Sanford, FL 32771 - FPU UDB | BNUD | Renewal | 12/21/23 | 12/20/24 | 1,100.00 | GM202176 | FPU UDB |
| 129 | TJF #129 5030 W State Rd 46 Ste 1036 Sanford, FL - FPL UDB | BNUD | Renewal | 10/05/23 | 10/04/24 | 2,843.00 | GM220184 | FPL UDB |
| 134 | TJF #134 10019 N Dale Mabry Hwy, Tampa, FL 33618 - Hillsborough Co UDB | BNUD | Renewal | 01/29/24 | 01/28/25 | 950.00 | GM202200 | Hillsborough Co UDB |
| 147 | TJF #147 3404 Clark Rd #614 Sarasota, FL - FPL UDB | BNUD | Renewal | 10/04/23 | 10/03/24 | 2,573.00 | GM220192 | FPL UDB |
| 152 | TJF #152 13529 Beach Blvd Ste 201, Jacksonville, FL 32224 - JEA UDB | BNUD | Renewal | 12/22/23 | 12/21/24 | 3,870.00 | GM202791 | JEA UDB |
| 154 | TJF #154 3357 Sheridan St, Hollywood, FL 33021 - FPL UDB | BNUD | Renewal | 12/19/23 | 12/18/24 | 4,210.00 | GM202776 | FPL UDB |
| 156 | TJF #156 8703 Stirling Rd #C12, Cooper City, FL 33328 - FPL UDB | BNUD | Renewal | 12/19/23 | 12/18/24 | 3,240.00 | GM202777 | FPL UDB |

| Store No. | Policy Description | Line | Status Description | Effective | Expiration | Bond Amount | Policy No. | Payee |
|-----------|--------------------|------|---------------------|-----------|------------|-------------|-----------|-------|
| 159 | TJF #159 2127 Cortez Rd W, Bradenton, FL 34207 - FPL UDB | BNUD | Renewal | 12/19/23 | 12/18/24 | 3,006.00 | GM202778 | FPL UDB |
| 163 | TJF #163 27709 SR 56 Ste 101, Wesley Chapel, FL 33543 - TECO Gas UDB | BNUD | Renewal | 02/01/24 | 01/31/25 | 835.00 | GM202889 | TECO Gas UDB |
| 163 | TJF #163 27709 SR 56 Ste 101, Wesley Chapel, FL 33543 - WREC UDB | BNUD | Renewal | 01/16/24 | 01/15/25 | 3,700.00 | GM202878 | WREC UDB |
| 164 | TJF #164 10900 SR 54 #101, Trinity, FL 34655 - City of Clearwater UDB | BNUD | Renewal | 01/05/24 | 01/04/25 | 1,500.00 | GM202185 | City of Clearwater UDB |
| 165 | TJF #165 23100 SR 54, Lutz, FL 33549 - TECO Gas UDB | BNUD | Renewal | 02/01/24 | 01/31/25 | 710.00 | GM202890 | TECO Gas UDB |
| 170 | TJF #170 6204 W Sample Dr, Coral Springs, FL 33067 - FPL UDB | BNUD | Renewal | 12/21/23 | 12/20/24 | 2,169.00 | GM202781 | FPL UDB |
| 171 | TJF #171 12598 Pines Blvd Ste 106 Pembroke Pines, FL - FPL UDB | BNUD | Renewal | 10/04/23 | 10/03/24 | 2,951.00 | GM220190 | FPL UDB |
| 172 | TJF #172 651 Nautica Dr Ste 2, Jacksonville, FL 32218 - JEA UDB | BNUD | Renewal | 12/22/23 | 12/21/24 | 4,170.00 | GM202793 | JEA UDB |
| 175 | TJF #175 1990 SE Federal Hwy, Suite A, Stuart, FL 34994 - FPL UDB | BNUD | Renewal | 12/19/23 | 12/18/24 | 2,913.00 | GM202736 | FPL UDB |
| 177 | TJF #177 6201 S Jog Rd #101, Lake Worth, FL 33467 - FPL UDB | BNUD | Renewal | 12/22/23 | 12/21/24 | 3,032.00 | GM202782 | FPL UDB |
| 179 | TJF #179 1110 Weston Rd, Weston, FL 33326 - FPL UDB | BNUD | Renewal | 12/22/23 | 12/21/24 | 2,304.00 | GM202784 | FPL UDB |
| 179 | TJF #179 1112 Weston Rd Weston, FL - FPL UDB | BNUD | Renewal | 10/04/23 | 10/03/24 | 1,758.00 | GM220188 | FPL UDB |
| 180 | TJF #180 12640 S Cleveland Ave #203, Ft. Myers, FL 33907 - FPL UDB | BNUD | Renewal | 12/19/23 | 12/18/24 | 2,141.00 | GM202737 | FPL UDB |
| 181 | TJF #181 10300 Roosevelt Blvd. N., St. Petersburg, FL 33716 - Duke Energy UDB | BNUD | Renewal | 01/15/24 | 01/14/25 | 3,310.00 | GM202192 | Duke Energy UDB |
| 183 | TJF #183 5215 University Pkwy, Ste. 106, University Park, FL 34201 - FPL UDB | BNUD | Renewal | 12/19/23 | 12/18/24 | 2,200.00 | GM202738 | FPL UDB |

| Store No. | Policy Description | Line | Status Description | Effective | Expiration | Bond Amount | Policy No. | Payee |
|---|---|---|---|---|---|---|---|---|
| 184 | TJF #184 1647 CR 220 #103, Fleming Island, FL 32003 - Clay Electric UDB | BNUD | Renewal | 01/10/24 | 01/09/25 | 1,500.00 | GM202188 | Clay Electric UDB |
| 186 | TJF #186 11551 University Blvd Ste 6, Orlando, FL 32817 - Duke Energy UDB | BNUD | Renewal | 01/15/24 | 01/14/25 | 2,000.00 | GM202193 | Duke Energy UDB |
| 187 | TJF #187 6771 W Indiantown Rd, Jupiter, FL 33458 - FPL UDB | BNUD | Renewal | 12/22/23 | 12/21/24 | 2,483.00 | GM202786 | FPL UDB |
| 190 | TJF #190 2518 SR 580, Suite A, Clearwater, FL 33761 - Duke Energy UDB | BNUD | Renewal | 01/11/24 | 01/10/25 | 2,300.00 | GM202190 | Duke Energy UDB |
| 190 | TJF #190 2518 SR 580 Ste A, Clearwater, FL 33761 - City of Clearwater UDB | BNUD | Renewal | 01/05/24 | 01/04/25 | 1,500.00 | GM202186 | City of Clearwater UDB |
| 198 | TJF #198 13100 Seminole Blvd. Ste. 105, Largo, FL 33778 - Duke Energy FL UDB | BNUD | Renewal | 12/15/23 | 12/14/24 | 3,000.00 | GM202729 | Duke Energy FL UDB |
| 222 | TJF #222 17375 US Hwy 441, Eustis, FL 32726 - TECO Gas UDB | BNUD | Renewal | 02/14/24 | 02/13/25 | 400.00 | GM202898 | TECO Gas UDB |
| 222 | TJF #222 17375 US Hwy 441, Eustis, FL 32726 - Duke Energy FL UDB | BNUD | Renewal | 12/15/23 | 12/14/24 | 2,875.00 | GM202730 | Duke Energy FL UDB |
| 223 | TJF #223 1359 NW St. Lucie Blvd., Port St. Lucie, FL 34986 - FPL UDB | BNUD | Renewal | 12/20/23 | 12/19/24 | 2,400.00 | GM202741 | FPL UDB |
| 224 | TJF #224 7181 Lake Andrew Dr, Ste. 101, Melbourne, FL 32940 - FPL UDB | BNUD | Renewal | 12/21/23 | 12/20/24 | 3,000.00 | GM202749 | FPL UDB |
| 227 | TJF #227 1617 W Platt St, Tampa, FL 33606 - TECO Electric UDB | BNUD | Renewal | 01/31/24 | 01/30/25 | 8,600.00 | GM202883 | TECO Electric UDB |
| 230 | TJF #230 380 S SR 7, Ste. 300, Royal Palm Beach, FL 33414 - FPL UDB | BNUD | Renewal | 12/20/23 | 12/19/24 | 2,991.00 | GM202742 | FPL UDB |
| 232 | TJF #232 2050 Bloomingdale Ave, Valrico, FL 33596 - TECO Electric UDB | BNUD | Renewal | 01/31/24 | 01/30/25 | 6,000.00 | GM202884 | TECO Electric UDB |
| 234 | TJF #234 10 E New Haven Ave., Suite 103, Melbourne, FL 32940 - FPL UDB | BNUD | Renewal | 12/20/23 | 12/19/24 | 2,433.00 | GM202744 | FPL UDB |
| 238 | TJF #238 1760 Dunlawton Ave., Ste. 105, Port Orange, FL 32127 - FPL UDB | BNUD | Renewal | 12/20/23 | 12/19/24 | 2,350.00 | GM202745 | FPL UDB |

| Store No. | Policy Description | Line | Status Description | Effective | Expiration | Bond Amount | Policy No. | Payee |
|---|---|---|---|---|---|---|---|---|
| 239 | TJF #239 13009 US Hwy 301, Riverview, FL 33578 - TECO Electric UDB | BNUD | Renewal | 01/30/24 | 01/29/25 | 2,000.00 | GM202880 | TECO Electric UDB |
| 241 | TJF #241 1099 W Orange Blossom Trail, Apopka, FL 32712 - Duke Energy UDB | BNUD | Renewal | 01/15/24 | 01/14/25 | 2,885.00 | GM202195 | Duke Energy UDB |
| 241 | TJF #241 1099 W Orange Blossom Trail, Apopka, FL 32712 - Lake Apopka UDB | BNUD | Renewal | 01/12/24 | 01/11/25 | 1,000.00 | GM202798 | Lake Apopka UDB |
| 241 | TJF #241 1099 W Orange Blossom Trail, Apopka, FL 32712 - Duke Energy FL UDB | BNUD | Renewal | 12/15/23 | 12/14/24 | 2,885.00 | GM202731 | Duke Energy FL UDB |
| 242 | TJF #242 705 Palm Bay NE, Ste. 109, West Melbourne, FL 32904 - FPL UDB | BNUD | Renewal | 12/20/23 | 12/19/24 | 2,198.00 | GM202747 | FPL UDB |
| 243 | TJF #243 12320 Cortez Blvd, Brooksville, FL 34613 - WREC UDB | BNUD | Renewal | 01/16/24 | 01/15/25 | 4,000.00 | GM202879 | WREC UDB |
| 246 | TJF #246 41 Settlement Dr, Ste. 501, Ponte Vedra, FL 32081 - FPL UDB | BNUD | Renewal | 12/20/23 | 12/19/24 | 1,718.00 | GM202748 | FPL UDB |
| 247 | TJF #247 8274 Champions Gate Blvd., Champions Gate, FL 33896 - Duke Energy FL UDB | BNUD | Renewal | 12/15/23 | 12/14/24 | 1,840.00 | GM202732 | Duke Energy FL UDB |
| 249 | TJF #249 17475 N Dale Mabry Hwy, Lutz, FL 33548 - TECO Electric UDB | BNUD | Renewal | 01/30/24 | 01/29/25 | 800.00 | GM202881 | TECO Electric UDB |
| RSC | TJF Mgmt Co 2300 Maitland Center Pkwy Ste 306, Maitland, FL 32751 - TECO Electric UDB | BNUD | Renewal | 01/31/24 | 01/30/25 | 17,250.00 | GM202885 | TECO Electric UDB |
| RSC | TJF Mgmt Co 2300 Maitland Center Pkwy Ste 306, Maitland, FL 32751 - Duke Energy UDB | BNUD | Renewal | 01/15/24 | 01/14/25 | 43,515.00 | GM202196 | Duke Energy UDB |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 3, Question 11**
5/15/24 1:54 PM

| Store No. | Store Name | Total Credit Cards | Total Third Party Delivery |
|---|---|---|---|
| 102 | Hunt Club | 4,970.86 | 2,595.95 |
| 103 | Lake Mary | 5,905.92 | 4,957.00 |
| 104 | Aloma | 7,660.71 | 3,676.18 |
| 111 | Deerfield | 6,123.90 | 5,887.26 |
| 112 | St. Pete | 4,068.03 | 7,551.86 |
| 114 | Tyrone | 7,560.52 | 6,325.94 |
| 117 | Hunter's Creek | 6,022.33 | 4,548.42 |
| 120 | Largo | 7,635.11 | 5,428.83 |
| 121 | Oldsmar | 4,261.03 | 3,206.13 |
| 122 | Longwood | 5,549.85 | 2,160.90 |
| 127 | Lake Nona - Northlake | 6,304.23 | 2,128.47 |
| 128 | Pineloch/Orange | 8,592.34 | 5,483.65 |
| 129 | Sanford | 6,597.26 | 3,563.87 |
| 130 | Altamonte Springs | 8,584.28 | 4,214.99 |
| 133 | Fowler | 5,945.81 | 4,362.09 |
| 134 | Dale Mabry | 4,271.34 | 3,866.64 |
| 135 | Brandon | 6,298.72 | 6,282.26 |
| 139 | Ocala | 5,702.21 | 5,767.30 |
| 140 | Commercial Blvd | 5,227.25 | 6,382.49 |
| 147 | Sarasota #2 | 3,757.23 | 4,219.07 |
| 152 | Beach & Hodges | 6,985.70 | 8,025.66 |
| 153 | College Park | 7,544.71 | 4,963.81 |
| 154 | Hollywood | 5,954.11 | 7,169.57 |
| 156 | Cooper City | 5,887.29 | 3,787.90 |
| 157 | Leesburg | 3,659.98 | 3,050.05 |
| 159 | Bradenton | 4,193.83 | 7,634.49 |
| 163 | Wesley Chapel | 5,590.46 | 4,203.78 |
| 164 | Trinity | 5,356.51 | 5,811.06 |
| 165 | Collier Parkway | 6,415.25 | 2,935.05 |
| 167 | Colonial | 5,800.50 | 3,259.79 |
| 169 | Archer Road | 5,266.11 | 6,110.75 |
| 170 | Coral Springs | 5,665.14 | 6,209.71 |

| Store No. | Store Name | Total Credit Cards | Total Third Party Delivery |
|---|---|---|---|
| 171 | Pembroke Pines | 4,742.51 | 4,430.87 |
| 172 | River City | 6,036.89 | 4,360.66 |
| 175 | Stuart | 6,134.83 | 3,047.86 |
| 177 | Lantana | 5,342.69 | 5,106.31 |
| 179 | Weston | 7,580.02 | 4,074.40 |
| 180 | Ft. Myers | 3,973.79 | 6,154.54 |
| 181 | Roosevelt | 7,605.21 | 3,920.29 |
| 183 | Sarasota UPC | 4,829.76 | 3,292.65 |
| 184 | Fleming Island | 4,643.67 | 6,094.92 |
| 186 | UCF | 6,358.27 | 4,436.30 |
| 187 | Jupiter | 4,652.20 | 4,666.43 |
| 190 | Clearwater | 8,438.89 | 5,752.85 |
| 198 | Largo | 8,694.09 | 5,090.27 |
| 222 | Eustis | 5,856.09 | 5,531.83 |
| 223 | St. Lucie West | 4,619.18 | 5,030.13 |
| 224 | Viera | 5,711.11 | 4,080.28 |
| 227 | Platt St. | 6,800.58 | 6,081.05 |
| 230 | Royal Palm Beach | 4,402.61 | 5,091.73 |
| 232 | Bloomingdale | 9,331.60 | 2,716.41 |
| 234 | Melbourne | 5,960.51 | 4,505.70 |
| 237 | St. Cloud | 7,839.53 | 5,529.55 |
| 238 | Port Orange | 4,808.83 | 3,718.05 |
| 239 | Riverview | 5,728.98 | 6,066.79 |
| 241 | Apopka | 6,176.48 | 2,047.75 |
| 242 | Palm Bay Rd | 4,840.26 | 3,646.33 |
| 243 | Brooksville | 4,557.12 | 3,147.89 |
| 246 | Nocatee | 5,559.28 | 3,017.03 |
| 247 | Champions Gate | 6,245.23 | 6,176.84 |
| 249 | Lutz | 7,042.39 | 3,597.45 |
| 257 | Ocoee | 7,202.21 | 3,998.99 |
| 258 | O-Town | 5,674.37 | 3,349.38 |
| 260 | Hamlin | 7,259.50 | 3,054.15 |
| **Totals** | | **$384,007.17** | **$296,586.60** |
| **Combined Total** | | | **$680,593.77** |

**Tijuana Flats Restaurants, LLC**

Case No. 3:24-bk-01128-BAJ

Attachments to Schedules - Schedule B, Part 4, Question 15.3

5/15/24 1:54 PM

| No. | Unit # | Legal Name | Store Name | Physical Address | City | ST | Zip | EIN |
|-----|--------|-----------|-----------|-----------------|------|-----|-----|-----|
| 1 | 101 | Tijuana Flats Burrito Company, LLC | University | 7608 University Blvd | Winter Park | FL | 32792 | 59-3300451 |
| 2 | 107 | Flats V, LLC | Gainesville | 1720 W. University Ave | Gainesville | FL | 32602 | 57-1121284 |
| 3 | 113 | Tijuana Flats #113, LLC | Sarasota 1 | 1635 S. Tamiami Trail | Sarasota | FL | 34239 | 04-3673476 |
| 4 | 119 | Tijuana Flats #119, LLC | Winter Garden | 13770 W. Colonial Dr. Suite 120 | Winter Garden | FL | 34787 | 20-2653925 |
| 5 | 126 | Tijuana Flats #126, LLC | Pinellas Park | 7860 US Highway 19 North | Pinellas Park | FL | 33781 | 20-5973186 |
| 6 | 136 | Tijuana Flats #136,LLC | Westchase | 9250 W. Linebaugh, Ave. | Tampa | FL | 33626 | 32-0219144 |
| 7 | 141 | Tijuana Flats #141,LLC | Wellington | 13860 Wellington Trace | Wellington | FL | 33414 | 30-0464614 |
| 8 | 146 | Tijuana Flats #146,LLC | Miramar | 14633 Miramar Parkway | Miramar | FL | 33027 | 26-3540800 |
| 9 | 148 | Tijuana Flats #148,LLC | Coconut Creek | 6970 SR 7, Ste 110 | Coconut Creek | FL | 33073 | 26-3541098 |
| 10 | 150 | Tijuana Flats #150,LLC | Lakewood | 5635 San Jose Blvd. | Jacksonville | FL | 32207 | 94-3439426 |
| 11 | 151 | Tijuana Flats #151,LLC | Ortega | 5907 Rooselvelt Blvd. Ste 100 | Jacksonville | FL | 32244 | 94-3439427 |
| 12 | 160 | Tijuana Flats #160, LLC | New Tampa | 17501 Preserve Walk Ln, Unit. 103 | Tampa | FL | 33647 | 27-4716843 |
| 13 | 161 | Tijuana Flats #161, LLC | Sand Lake | 7560 W. Sand Lake Rd | Orlando | FL | 32819 | 27-4632184 |
| 14 | 162 | Tijuana Flats #162, LLC | Bartram Park | 13820 Old St. Augustine Rd #125 | Jacksonville | FL | 32258 | 27-4717052 |
| 15 | 173 | Tijuana Flats #173, LLC | North Miami | 13256/58 Biscayne Blvd | N Miami | FL | 33181 | 45-3787202 |
| 16 | 188 | Tijuana Flats #188, LLC | Congress | 390 (B) N. Congress Ave | Boynton Beach | FL | 33426 | 46-2236495 |
| 17 | 194 | Tijuana Flats #194, LLC | Linton | 551 Linton Blvd. Unit #C4 | Delray Beach | FL | 33444 | 46-4706502 |
| 18 | 221 | Tijuana Flats #221, LLC | South Tampa | 4027 S. Dale Mabry | Tampa | FL | 33611 | 47-4557268 |
| 19 | 225 | Tijuana Flats #225, LLC | Plantation | 1371 South University Dr. | Plantation | FL | 33324 | 47-2405373 |
| 20 | 231 | Tijuana Flats #231, LLC | Windermere | 6527 Old Brick Rd, Suite #100 | Windermere | FL | 34786 | 47-4498025 |
| 21 | 233 | Tijuana Flats #233, LLC | Palm Beach Lakes | 2089 Palm Beach Lakes Blvd. | West Palm Beach | FL | 33409 | 47-3003713 |
| 22 | 236 | Tijuana Flats #236, LLC | Millenia | 4693 Garden Park Blvd, Suite #101 | Orlando | FL | 32839 | 61-1775467 |
| 23 | 240 | Tijuana Flats #240, LLC | St. Augustine | 833 S Ponce de Leon Blvd, Unit #3 | St. Augustine | FL | 32084 | 36-4823589 |
| 24 | 244 | Tijuana Flats #244, LLC | Gulf to Bay | 2849 Gulf to Bay Blvd, Unit C | Clearwater | FL | 33759 | 30-0890363 |
| 25 | 245 | Tijuana Flats #245, LLC | Mandarin | 11700 San Jose Blvd, Unit 24 | Jacksonville | FL | 32223 | 38-3985746 |
| 26 | 250 | Tijuana Flats #250, LLC | Virginia Beach | 4224 Virginia Beach Blvd, Ste #106 | Virginia Beach | VA | 23452 | 47-5354352 |
| 27 | 251 | Tijuana Flats #251, LLC | Celebration | 6113 W Irlo Bronson Memorial Hwy, Unit 101 | Kissimmee | FL | 34747 | 32-0489935 |
| 28 | 259 | Tijuana Flats #259, LLC | Lake Nona | 14152 Narcossee Road,Suite 360 | Orlando | FL | 32751 | 82-0851829 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 5, Question 19**

5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 102 4111-000 | COGS - Meat | $914.72 |
| 102 4112-000 | COGS - Cheese | 43.57 |
| 102 4114-000 | COGS - Produce | 443.16 |
| 102 4115-000 | COGS - Tortillas | 124.86 |
| 102 4116-000 | COGS - Prepackaged Food | 38.57 |
| 102 4117-000 | COGS - Other Foods | 1,154.45 |
| 102 4118-000 | COGS - Coke Products | 1,366.59 |
| 102 4119-000 | COGS - Hot Sauce - Gallons | 971.65 |
| 102 4140-000 | COGS - Beer and Wine | 594.60 |
| 102 4170-000 | COGS - Merchandise | 447.17 |
| 102 4510-000 | Operating Supplies | 1,823.62 |
| 102 4131-000 | COGS - Queso | 135.80 |
| 102 4130-000 | COGS - Guac | 46.61 |
| 102 4175-000 | COGS - Paper | 1,238.60 |
| 103 4111-000 | COGS - Meat | 872.25 |
| 103 4112-000 | COGS - Cheese | 105.64 |
| 103 4114-000 | COGS - Produce | 565.29 |
| 103 4115-000 | COGS - Tortillas | 395.66 |
| 103 4116-000 | COGS - Prepackaged Food | 168.71 |
| 103 4117-000 | COGS - Other Foods | 2,114.34 |
| 103 4118-000 | COGS - Coke Products | 1,089.91 |
| 103 4119-000 | COGS - Hot Sauce - Gallons | 877.06 |
| 103 4140-000 | COGS - Beer and Wine | 915.18 |
| 103 4170-000 | COGS - Merchandise | 269.55 |
| 103 4510-000 | Operating Supplies | 1,207.75 |
| 103 4131-000 | COGS - Queso | 216.30 |
| 103 4130-000 | COGS - Guac | 116.53 |
| 103 4175-000 | COGS - Paper | 1,408.97 |
| 104 4111-000 | COGS - Meat | 1,370.11 |
| 104 4112-000 | COGS - Cheese | 271.43 |
| 104 4114-000 | COGS - Produce | 519.11 |
| 104 4115-000 | COGS - Tortillas | 334.52 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 104 4116-000 | COGS - Prepackaged Food | 101.72 |
| 104 4117-000 | COGS - Other Foods | 1,721.44 |
| 104 4118-000 | COGS - Coke Products | 1,479.14 |
| 104 4119-000 | COGS - Hot Sauce - Gallons | 879.15 |
| 104 4140-000 | COGS - Beer and Wine | 891.98 |
| 104 4170-000 | COGS - Merchandise | 423.19 |
| 104 4510-000 | Operating Supplies | 808.06 |
| 104 4131-000 | COGS - Queso | 214.64 |
| 104 4130-000 | COGS - Guac | 103.64 |
| 104 4175-000 | COGS - Paper | 1,128.33 |
| 111 4111-000 | COGS - Meat | 1,122.25 |
| 111 4112-000 | COGS - Cheese | 143.66 |
| 111 4114-000 | COGS - Produce | 490.49 |
| 111 4115-000 | COGS - Tortillas | 263.74 |
| 111 4116-000 | COGS - Prepackaged Food | 160.83 |
| 111 4117-000 | COGS - Other Foods | 1,190.88 |
| 111 4118-000 | COGS - Coke Products | 957.76 |
| 111 4119-000 | COGS - Hot Sauce - Gallons | 902.29 |
| 111 4140-000 | COGS - Beer and Wine | 631.01 |
| 111 4170-000 | COGS - Merchandise | 474.06 |
| 111 4510-000 | Operating Supplies | 1,806.13 |
| 111 4131-000 | COGS - Queso | 273.42 |
| 111 4130-000 | COGS - Guac | 89.22 |
| 111 4175-000 | COGS - Paper | 1,464.09 |
| 112 4111-000 | COGS - Meat | 1,422.94 |
| 112 4112-000 | COGS - Cheese | 128.24 |
| 112 4114-000 | COGS - Produce | 356.15 |
| 112 4115-000 | COGS - Tortillas | 244.18 |
| 112 4116-000 | COGS - Prepackaged Food | 160.62 |
| 112 4117-000 | COGS - Other Foods | 1,793.74 |
| 112 4118-000 | COGS - Coke Products | 1,091.86 |
| 112 4119-000 | COGS - Hot Sauce - Gallons | 648.83 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 112 4140-000 | COGS - Beer and Wine | 1,254.96 |
| 112 4170-000 | COGS - Merchandise | 653.42 |
| 112 4510-000 | Operating Supplies | 1,852.09 |
| 112 4131-000 | COGS - Queso | 282.90 |
| 112 4130-000 | COGS - Guac | 220.83 |
| 112 4175-000 | COGS - Paper | 2,050.40 |
| 114 4111-000 | COGS - Meat | 1,940.17 |
| 114 4112-000 | COGS - Cheese | 153.10 |
| 114 4114-000 | COGS - Produce | 470.86 |
| 114 4115-000 | COGS - Tortillas | 440.80 |
| 114 4116-000 | COGS - Prepackaged Food | 207.28 |
| 114 4117-000 | COGS - Other Foods | 1,371.54 |
| 114 4118-000 | COGS - Coke Products | 1,537.03 |
| 114 4119-000 | COGS - Hot Sauce - Gallons | 843.03 |
| 114 4140-000 | COGS - Beer and Wine | 1,356.18 |
| 114 4170-000 | COGS - Merchandise | 462.73 |
| 114 4510-000 | Operating Supplies | 1,110.10 |
| 114 4131-000 | COGS - Queso | 159.87 |
| 114 4130-000 | COGS - Guac | 109.34 |
| 114 4175-000 | COGS - Paper | 2,107.77 |
| 117 4111-000 | COGS - Meat | 974.44 |
| 117 4112-000 | COGS - Cheese | 292.46 |
| 117 4114-000 | COGS - Produce | 945.46 |
| 117 4115-000 | COGS - Tortillas | 365.73 |
| 117 4116-000 | COGS - Prepackaged Food | 282.58 |
| 117 4117-000 | COGS - Other Foods | 1,663.45 |
| 117 4118-000 | COGS - Coke Products | 1,636.47 |
| 117 4119-000 | COGS - Hot Sauce - Gallons | 883.63 |
| 117 4140-000 | COGS - Beer and Wine | 2,288.44 |
| 117 4170-000 | COGS - Merchandise | 1,503.84 |
| 117 4510-000 | Operating Supplies | 1,380.24 |
| 117 4131-000 | COGS - Queso | 226.02 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 5, Question 19**

5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 117 4130-000 | COGS - Guac | 132.37 |
| 117 4175-000 | COGS - Paper | 1,504.19 |
| 120 4111-000 | COGS - Meat | 1,244.58 |
| 120 4112-000 | COGS - Cheese | 210.15 |
| 120 4114-000 | COGS - Produce | 388.09 |
| 120 4115-000 | COGS - Tortillas | 150.28 |
| 120 4116-000 | COGS - Prepackaged Food | 101.54 |
| 120 4117-000 | COGS - Other Foods | 1,396.29 |
| 120 4118-000 | COGS - Coke Products | 1,442.82 |
| 120 4119-000 | COGS - Hot Sauce - Gallons | 679.94 |
| 120 4140-000 | COGS - Beer and Wine | 1,190.11 |
| 120 4170-000 | COGS - Merchandise | 1,307.76 |
| 120 4510-000 | Operating Supplies | 1,435.82 |
| 120 4131-000 | COGS - Queso | 181.92 |
| 120 4130-000 | COGS - Guac | 90.60 |
| 120 4175-000 | COGS - Paper | 1,529.15 |
| 121 4111-000 | COGS - Meat | 1,131.65 |
| 121 4112-000 | COGS - Cheese | 96.93 |
| 121 4114-000 | COGS - Produce | 567.76 |
| 121 4115-000 | COGS - Tortillas | 281.38 |
| 121 4116-000 | COGS - Prepackaged Food | 101.65 |
| 121 4117-000 | COGS - Other Foods | 1,561.87 |
| 121 4118-000 | COGS - Coke Products | 1,309.76 |
| 121 4119-000 | COGS - Hot Sauce - Gallons | 600.95 |
| 121 4140-000 | COGS - Beer and Wine | 1,390.97 |
| 121 4170-000 | COGS - Merchandise | 487.43 |
| 121 4510-000 | Operating Supplies | 1,252.46 |
| 121 4131-000 | COGS - Queso | 241.29 |
| 121 4130-000 | COGS - Guac | 63.90 |
| 121 4175-000 | COGS - Paper | 1,121.80 |
| 122 4111-000 | COGS - Meat | 1,465.24 |
| 122 4112-000 | COGS - Cheese | 45.19 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 122 4114-000 | COGS - Produce | 607.25 |
| 122 4115-000 | COGS - Tortillas | 258.94 |
| 122 4116-000 | COGS - Prepackaged Food | 125.96 |
| 122 4117-000 | COGS - Other Foods | 1,039.28 |
| 122 4118-000 | COGS - Coke Products | 1,225.94 |
| 122 4119-000 | COGS - Hot Sauce - Gallons | 650.77 |
| 122 4140-000 | COGS - Beer and Wine | 1,363.89 |
| 122 4170-000 | COGS - Merchandise | 476.00 |
| 122 4510-000 | Operating Supplies | 1,379.16 |
| 122 4131-000 | COGS - Queso | 337.27 |
| 122 4130-000 | COGS - Guac | 69.70 |
| 122 4175-000 | COGS - Paper | 1,453.80 |
| 127 4111-000 | COGS - Meat | 1,738.57 |
| 127 4112-000 | COGS - Cheese | 233.88 |
| 127 4114-000 | COGS - Produce | 570.31 |
| 127 4115-000 | COGS - Tortillas | 424.06 |
| 127 4116-000 | COGS - Prepackaged Food | 126.31 |
| 127 4117-000 | COGS - Other Foods | 1,421.83 |
| 127 4118-000 | COGS - Coke Products | 1,264.48 |
| 127 4119-000 | COGS - Hot Sauce - Gallons | 1,140.90 |
| 127 4140-000 | COGS - Beer and Wine | 944.13 |
| 127 4170-000 | COGS - Merchandise | 593.31 |
| 127 4510-000 | Operating Supplies | 1,073.31 |
| 127 4131-000 | COGS - Queso | 447.48 |
| 127 4130-000 | COGS - Guac | 224.24 |
| 127 4175-000 | COGS - Paper | 1,658.55 |
| 128 4111-000 | COGS - Meat | 1,801.24 |
| 128 4112-000 | COGS - Cheese | 283.62 |
| 128 4114-000 | COGS - Produce | 570.41 |
| 128 4115-000 | COGS - Tortillas | 609.92 |
| 128 4116-000 | COGS - Prepackaged Food | 259.88 |
| 128 4117-000 | COGS - Other Foods | 1,451.35 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 128 4118-000 | COGS - Coke Products | 2,451.52 |
| 128 4119-000 | COGS - Hot Sauce - Gallons | 915.94 |
| 128 4140-000 | COGS - Beer and Wine | 1,108.48 |
| 128 4170-000 | COGS - Merchandise | 780.07 |
| 128 4510-000 | Operating Supplies | 1,219.34 |
| 128 4131-000 | COGS - Queso | 314.59 |
| 128 4130-000 | COGS - Guac | 164.66 |
| 128 4175-000 | COGS - Paper | 1,328.03 |
| 129 4111-000 | COGS - Meat | 1,531.04 |
| 129 4112-000 | COGS - Cheese | 343.38 |
| 129 4114-000 | COGS - Produce | 779.76 |
| 129 4115-000 | COGS - Tortillas | 367.57 |
| 129 4116-000 | COGS - Prepackaged Food | 127.02 |
| 129 4117-000 | COGS - Other Foods | 1,576.42 |
| 129 4118-000 | COGS - Coke Products | 1,766.15 |
| 129 4119-000 | COGS - Hot Sauce - Gallons | 956.11 |
| 129 4140-000 | COGS - Beer and Wine | 1,352.12 |
| 129 4170-000 | COGS - Merchandise | 718.63 |
| 129 4510-000 | Operating Supplies | 1,192.27 |
| 129 4131-000 | COGS - Queso | 239.75 |
| 129 4130-000 | COGS - Guac | 253.22 |
| 129 4175-000 | COGS - Paper | 1,764.02 |
| 130 4111-000 | COGS - Meat | 1,713.13 |
| 130 4112-000 | COGS - Cheese | 153.90 |
| 130 4114-000 | COGS - Produce | 583.17 |
| 130 4115-000 | COGS - Tortillas | 187.61 |
| 130 4116-000 | COGS - Prepackaged Food | 185.27 |
| 130 4117-000 | COGS - Other Foods | 1,636.45 |
| 130 4118-000 | COGS - Coke Products | 2,114.03 |
| 130 4119-000 | COGS - Hot Sauce - Gallons | 934.25 |
| 130 4140-000 | COGS - Beer and Wine | 281.10 |
| 130 4170-000 | COGS - Merchandise | 609.61 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 5, Question 19**

5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 130 4510-000 | Operating Supplies | 1,299.20 |
| 130 4131-000 | COGS - Queso | 282.50 |
| 130 4130-000 | COGS - Guac | 130.09 |
| 130 4175-000 | COGS - Paper | 1,494.37 |
| 133 4111-000 | COGS - Meat | 1,236.73 |
| 133 4112-000 | COGS - Cheese | 154.25 |
| 133 4114-000 | COGS - Produce | 526.75 |
| 133 4115-000 | COGS - Tortillas | 297.47 |
| 133 4116-000 | COGS - Prepackaged Food | 105.01 |
| 133 4117-000 | COGS - Other Foods | 1,548.96 |
| 133 4118-000 | COGS - Coke Products | 1,580.60 |
| 133 4119-000 | COGS - Hot Sauce - Gallons | 854.32 |
| 133 4140-000 | COGS - Beer and Wine | 665.70 |
| 133 4170-000 | COGS - Merchandise | 633.24 |
| 133 4510-000 | Operating Supplies | 772.48 |
| 133 4131-000 | COGS - Queso | 308.46 |
| 133 4130-000 | COGS - Guac | 193.50 |
| 133 4175-000 | COGS - Paper | 1,287.82 |
| 134 4111-000 | COGS - Meat | 905.19 |
| 134 4112-000 | COGS - Cheese | 244.46 |
| 134 4114-000 | COGS - Produce | 785.23 |
| 134 4115-000 | COGS - Tortillas | 461.97 |
| 134 4116-000 | COGS - Prepackaged Food | 305.87 |
| 134 4117-000 | COGS - Other Foods | 2,201.53 |
| 134 4118-000 | COGS - Coke Products | 1,968.34 |
| 134 4119-000 | COGS - Hot Sauce - Gallons | 1,077.33 |
| 134 4140-000 | COGS - Beer and Wine | 2,091.14 |
| 134 4170-000 | COGS - Merchandise | 1,317.28 |
| 134 4510-000 | Operating Supplies | 5,029.46 |
| 134 4131-000 | COGS - Queso | 436.69 |
| 134 4130-000 | COGS - Guac | 145.33 |
| 134 4175-000 | COGS - Paper | 1,727.00 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 135 4111-000 | COGS - Meat | 1,542.58 |
| 135 4112-000 | COGS - Cheese | 172.54 |
| 135 4114-000 | COGS - Produce | 596.02 |
| 135 4115-000 | COGS - Tortillas | 427.64 |
| 135 4116-000 | COGS - Prepackaged Food | 202.94 |
| 135 4117-000 | COGS - Other Foods | 1,292.30 |
| 135 4118-000 | COGS - Coke Products | 1,240.96 |
| 135 4119-000 | COGS - Hot Sauce - Gallons | 562.85 |
| 135 4140-000 | COGS - Beer and Wine | 892.59 |
| 135 4170-000 | COGS - Merchandise | 371.90 |
| 135 4510-000 | Operating Supplies | 844.61 |
| 135 4131-000 | COGS - Queso | 364.53 |
| 135 4130-000 | COGS - Guac | 208.66 |
| 135 4175-000 | COGS - Paper | 920.47 |
| 139 4111-000 | COGS - Meat | 1,662.94 |
| 139 4112-000 | COGS - Cheese | 171.13 |
| 139 4114-000 | COGS - Produce | 582.04 |
| 139 4115-000 | COGS - Tortillas | 497.11 |
| 139 4116-000 | COGS - Prepackaged Food | 117.51 |
| 139 4117-000 | COGS - Other Foods | 2,063.45 |
| 139 4118-000 | COGS - Coke Products | 2,028.50 |
| 139 4119-000 | COGS - Hot Sauce - Gallons | 1,516.94 |
| 139 4140-000 | COGS - Beer and Wine | 1,922.73 |
| 139 4170-000 | COGS - Merchandise | 1,961.01 |
| 139 4510-000 | Operating Supplies | 2,233.49 |
| 139 4131-000 | COGS - Queso | 631.29 |
| 139 4130-000 | COGS - Guac | 235.73 |
| 139 4175-000 | COGS - Paper | 2,272.48 |
| 140 4111-000 | COGS - Meat | 1,305.77 |
| 140 4112-000 | COGS - Cheese | 150.54 |
| 140 4114-000 | COGS - Produce | 549.26 |
| 140 4115-000 | COGS - Tortillas | 272.74 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 140 4116-000 | COGS - Prepackaged Food | 63.59 |
| 140 4117-000 | COGS - Other Foods | 1,673.24 |
| 140 4118-000 | COGS - Coke Products | 1,359.26 |
| 140 4119-000 | COGS - Hot Sauce - Gallons | 747.81 |
| 140 4140-000 | COGS - Beer and Wine | 602.27 |
| 140 4170-000 | COGS - Merchandise | 1,215.69 |
| 140 4510-000 | Operating Supplies | 1,680.56 |
| 140 4131-000 | COGS - Queso | 257.29 |
| 140 4130-000 | COGS - Guac | 145.37 |
| 140 4175-000 | COGS - Paper | 1,427.00 |
| 147 4111-000 | COGS - Meat | 1,503.26 |
| 147 4112-000 | COGS - Cheese | 148.54 |
| 147 4114-000 | COGS - Produce | 640.00 |
| 147 4115-000 | COGS - Tortillas | 253.06 |
| 147 4116-000 | COGS - Prepackaged Food | 125.17 |
| 147 4117-000 | COGS - Other Foods | 2,029.36 |
| 147 4118-000 | COGS - Coke Products | 1,636.74 |
| 147 4119-000 | COGS - Hot Sauce - Gallons | 718.29 |
| 147 4140-000 | COGS - Beer and Wine | 668.85 |
| 147 4170-000 | COGS - Merchandise | 189.20 |
| 147 4510-000 | Operating Supplies | 1,835.22 |
| 147 4131-000 | COGS - Queso | 292.74 |
| 147 4130-000 | COGS - Guac | 180.10 |
| 147 4175-000 | COGS - Paper | 1,742.94 |
| 152 4111-000 | COGS - Meat | 1,267.33 |
| 152 4112-000 | COGS - Cheese | 154.18 |
| 152 4114-000 | COGS - Produce | 454.15 |
| 152 4115-000 | COGS - Tortillas | 348.40 |
| 152 4116-000 | COGS - Prepackaged Food | 131.17 |
| 152 4117-000 | COGS - Other Foods | 1,406.37 |
| 152 4118-000 | COGS - Coke Products | 1,159.88 |
| 152 4119-000 | COGS - Hot Sauce - Gallons | 873.03 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 5, Question 19**

5/15/2024 13:54

| Location Code | | G/L | Ending Inv Value |
|---|---|---|---|
| 152 | 4140-000 | COGS - Beer and Wine | 1,066.60 |
| 152 | 4170-000 | COGS - Merchandise | 694.53 |
| 152 | 4510-000 | Operating Supplies | 1,291.58 |
| 152 | 4131-000 | COGS - Queso | 456.13 |
| 152 | 4130-000 | COGS - Guac | 98.29 |
| 152 | 4175-000 | COGS - Paper | 1,330.79 |
| 153 | 4111-000 | COGS - Meat | 740.41 |
| 153 | 4112-000 | COGS - Cheese | 55.90 |
| 153 | 4114-000 | COGS - Produce | 223.94 |
| 153 | 4115-000 | COGS - Tortillas | 230.94 |
| 153 | 4116-000 | COGS - Prepackaged Food | 114.59 |
| 153 | 4117-000 | COGS - Other Foods | 1,098.64 |
| 153 | 4118-000 | COGS - Coke Products | 1,154.50 |
| 153 | 4119-000 | COGS - Hot Sauce - Gallons | 656.27 |
| 153 | 4140-000 | COGS - Beer and Wine | 482.91 |
| 153 | 4170-000 | COGS - Merchandise | 585.76 |
| 153 | 4510-000 | Operating Supplies | 1,526.34 |
| 153 | 4131-000 | COGS - Queso | 223.11 |
| 153 | 4130-000 | COGS - Guac | 145.29 |
| 153 | 4175-000 | COGS - Paper | 1,293.81 |
| 154 | 4111-000 | COGS - Meat | 1,647.46 |
| 154 | 4112-000 | COGS - Cheese | 299.71 |
| 154 | 4114-000 | COGS - Produce | 654.37 |
| 154 | 4115-000 | COGS - Tortillas | 506.40 |
| 154 | 4116-000 | COGS - Prepackaged Food | 202.41 |
| 154 | 4117-000 | COGS - Other Foods | 1,842.37 |
| 154 | 4118-000 | COGS - Coke Products | 1,339.11 |
| 154 | 4119-000 | COGS - Hot Sauce - Gallons | 1,279.52 |
| 154 | 4140-000 | COGS - Beer and Wine | 1,245.59 |
| 154 | 4170-000 | COGS - Merchandise | 656.10 |
| 154 | 4510-000 | Operating Supplies | 1,785.28 |
| 154 | 4131-000 | COGS - Queso | 544.76 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 154 4130-000 | COGS - Guac | 234.48 |
| 154 4175-000 | COGS - Paper | 1,641.96 |
| 156 4111-000 | COGS - Meat | 1,158.41 |
| 156 4112-000 | COGS - Cheese | 255.25 |
| 156 4114-000 | COGS - Produce | 464.87 |
| 156 4115-000 | COGS - Tortillas | 307.48 |
| 156 4116-000 | COGS - Prepackaged Food | 156.37 |
| 156 4117-000 | COGS - Other Foods | 1,635.98 |
| 156 4118-000 | COGS - Coke Products | 2,018.85 |
| 156 4119-000 | COGS - Hot Sauce - Gallons | 1,104.27 |
| 156 4140-000 | COGS - Beer and Wine | 1,486.10 |
| 156 4170-000 | COGS - Merchandise | 1,021.87 |
| 156 4510-000 | Operating Supplies | 1,007.92 |
| 156 4131-000 | COGS - Queso | 172.82 |
| 156 4130-000 | COGS - Guac | 103.53 |
| 156 4175-000 | COGS - Paper | 1,734.02 |
| 157 4111-000 | COGS - Meat | 416.72 |
| 157 4112-000 | COGS - Cheese | 58.18 |
| 157 4114-000 | COGS - Produce | 262.94 |
| 157 4115-000 | COGS - Tortillas | 83.92 |
| 157 4116-000 | COGS - Prepackaged Food | 97.11 |
| 157 4117-000 | COGS - Other Foods | 1,252.80 |
| 157 4118-000 | COGS - Coke Products | 1,560.36 |
| 157 4119-000 | COGS - Hot Sauce - Gallons | 547.72 |
| 157 4140-000 | COGS - Beer and Wine | 198.49 |
| 157 4170-000 | COGS - Merchandise | 375.92 |
| 157 4510-000 | Operating Supplies | 1,057.90 |
| 157 4131-000 | COGS - Queso | 297.69 |
| 157 4130-000 | COGS - Guac | 21.62 |
| 157 4175-000 | COGS - Paper | 736.13 |
| 159 4111-000 | COGS - Meat | 1,084.27 |
| 159 4112-000 | COGS - Cheese | 174.55 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 159 4114-000 | COGS - Produce | 501.41 |
| 159 4115-000 | COGS - Tortillas | 351.19 |
| 159 4116-000 | COGS - Prepackaged Food | 92.14 |
| 159 4117-000 | COGS - Other Foods | 2,169.67 |
| 159 4118-000 | COGS - Coke Products | 2,221.06 |
| 159 4119-000 | COGS - Hot Sauce - Gallons | 691.12 |
| 159 4140-000 | COGS - Beer and Wine | 865.72 |
| 159 4170-000 | COGS - Merchandise | 495.09 |
| 159 4510-000 | Operating Supplies | 1,200.43 |
| 159 4131-000 | COGS - Queso | 423.99 |
| 159 4130-000 | COGS - Guac | 109.34 |
| 159 4175-000 | COGS - Paper | 1,955.54 |
| 163 4111-000 | COGS - Meat | 1,792.64 |
| 163 4112-000 | COGS - Cheese | 145.11 |
| 163 4114-000 | COGS - Produce | 590.38 |
| 163 4115-000 | COGS - Tortillas | 180.39 |
| 163 4116-000 | COGS - Prepackaged Food | 55.52 |
| 163 4117-000 | COGS - Other Foods | 1,540.30 |
| 163 4118-000 | COGS - Coke Products | 1,852.01 |
| 163 4119-000 | COGS - Hot Sauce - Gallons | 933.45 |
| 163 4140-000 | COGS - Beer and Wine | 1,206.42 |
| 163 4170-000 | COGS - Merchandise | 356.66 |
| 163 4510-000 | Operating Supplies | 1,437.67 |
| 163 4131-000 | COGS - Queso | 251.16 |
| 163 4130-000 | COGS - Guac | 28.01 |
| 163 4175-000 | COGS - Paper | 1,606.21 |
| 164 4111-000 | COGS - Meat | 1,381.55 |
| 164 4112-000 | COGS - Cheese | 201.43 |
| 164 4114-000 | COGS - Produce | 512.52 |
| 164 4115-000 | COGS - Tortillas | 274.86 |
| 164 4116-000 | COGS - Prepackaged Food | 160.36 |
| 164 4117-000 | COGS - Other Foods | 1,190.75 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 164 4118-000 | COGS - Coke Products | 1,654.91 |
| 164 4119-000 | COGS - Hot Sauce - Gallons | 896.86 |
| 164 4140-000 | COGS - Beer and Wine | 897.98 |
| 164 4170-000 | COGS - Merchandise | 501.83 |
| 164 4510-000 | Operating Supplies | 925.44 |
| 164 4131-000 | COGS - Queso | 390.35 |
| 164 4130-000 | COGS - Guac | 124.36 |
| 164 4175-000 | COGS - Paper | 894.11 |
| 165 4111-000 | COGS - Meat | 1,003.86 |
| 165 4112-000 | COGS - Cheese | 98.40 |
| 165 4114-000 | COGS - Produce | 329.42 |
| 165 4115-000 | COGS - Tortillas | 113.51 |
| 165 4116-000 | COGS - Prepackaged Food | 76.18 |
| 165 4117-000 | COGS - Other Foods | 1,210.97 |
| 165 4118-000 | COGS - Coke Products | 1,681.20 |
| 165 4119-000 | COGS - Hot Sauce - Gallons | 662.56 |
| 165 4140-000 | COGS - Beer and Wine | 1,691.67 |
| 165 4170-000 | COGS - Merchandise | 328.73 |
| 165 4510-000 | Operating Supplies | 787.17 |
| 165 4131-000 | COGS - Queso | 264.46 |
| 165 4130-000 | COGS - Guac | 14.41 |
| 165 4175-000 | COGS - Paper | 632.98 |
| 167 4111-000 | COGS - Meat | 1,495.75 |
| 167 4112-000 | COGS - Cheese | 176.69 |
| 167 4114-000 | COGS - Produce | 530.62 |
| 167 4115-000 | COGS - Tortillas | 320.93 |
| 167 4116-000 | COGS - Prepackaged Food | 177.65 |
| 167 4117-000 | COGS - Other Foods | 1,309.33 |
| 167 4118-000 | COGS - Coke Products | 1,473.92 |
| 167 4119-000 | COGS - Hot Sauce - Gallons | 976.24 |
| 167 4140-000 | COGS - Beer and Wine | 404.20 |
| 167 4170-000 | COGS - Merchandise | 492.57 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 5, Question 19**

5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 167 4510-000 | Operating Supplies | 1,216.58 |
| 167 4131-000 | COGS - Queso | 226.85 |
| 167 4130-000 | COGS - Guac | 97.05 |
| 167 4175-000 | COGS - Paper | 1,316.59 |
| 169 4111-000 | COGS - Meat | 927.85 |
| 169 4112-000 | COGS - Cheese | 138.96 |
| 169 4114-000 | COGS - Produce | 492.56 |
| 169 4115-000 | COGS - Tortillas | 219.20 |
| 169 4116-000 | COGS - Prepackaged Food | 113.88 |
| 169 4117-000 | COGS - Other Foods | 1,600.46 |
| 169 4118-000 | COGS - Coke Products | 2,541.23 |
| 169 4119-000 | COGS - Hot Sauce - Gallons | 883.67 |
| 169 4140-000 | COGS - Beer and Wine | 300.96 |
| 169 4170-000 | COGS - Merchandise | 257.26 |
| 169 4510-000 | Operating Supplies | 1,290.32 |
| 169 4131-000 | COGS - Queso | 363.76 |
| 169 4130-000 | COGS - Guac | 132.09 |
| 169 4175-000 | COGS - Paper | 1,348.12 |
| 170 4111-000 | COGS - Meat | 985.87 |
| 170 4112-000 | COGS - Cheese | 192.83 |
| 170 4114-000 | COGS - Produce | 498.54 |
| 170 4115-000 | COGS - Tortillas | 227.28 |
| 170 4116-000 | COGS - Prepackaged Food | 67.41 |
| 170 4117-000 | COGS - Other Foods | 1,689.46 |
| 170 4118-000 | COGS - Coke Products | 1,361.54 |
| 170 4119-000 | COGS - Hot Sauce - Gallons | 984.40 |
| 170 4140-000 | COGS - Beer and Wine | 1,154.66 |
| 170 4170-000 | COGS - Merchandise | 593.15 |
| 170 4510-000 | Operating Supplies | 1,421.05 |
| 170 4131-000 | COGS - Queso | 371.04 |
| 170 4130-000 | COGS - Guac | 92.73 |
| 170 4175-000 | COGS - Paper | 1,795.72 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 171 4111-000 | COGS - Meat | 1,262.14 |
| 171 4112-000 | COGS - Cheese | 246.70 |
| 171 4114-000 | COGS - Produce | 704.87 |
| 171 4115-000 | COGS - Tortillas | 365.54 |
| 171 4116-000 | COGS - Prepackaged Food | 207.02 |
| 171 4117-000 | COGS - Other Foods | 1,728.03 |
| 171 4118-000 | COGS - Coke Products | 1,594.01 |
| 171 4119-000 | COGS - Hot Sauce - Gallons | 911.96 |
| 171 4140-000 | COGS - Beer and Wine | 886.02 |
| 171 4170-000 | COGS - Merchandise | 539.39 |
| 171 4510-000 | Operating Supplies | 1,380.25 |
| 171 4131-000 | COGS - Queso | 294.66 |
| 171 4130-000 | COGS - Guac | 136.50 |
| 171 4175-000 | COGS - Paper | 2,219.52 |
| 172 4111-000 | COGS - Meat | 742.09 |
| 172 4112-000 | COGS - Cheese | 247.02 |
| 172 4114-000 | COGS - Produce | 588.90 |
| 172 4115-000 | COGS - Tortillas | 327.71 |
| 172 4116-000 | COGS - Prepackaged Food | 189.18 |
| 172 4117-000 | COGS - Other Foods | 1,518.65 |
| 172 4118-000 | COGS - Coke Products | 1,981.85 |
| 172 4119-000 | COGS - Hot Sauce - Gallons | 1,127.50 |
| 172 4140-000 | COGS - Beer and Wine | 863.93 |
| 172 4170-000 | COGS - Merchandise | 749.97 |
| 172 4510-000 | Operating Supplies | 1,949.98 |
| 172 4131-000 | COGS - Queso | 166.30 |
| 172 4130-000 | COGS - Guac | 126.29 |
| 172 4175-000 | COGS - Paper | 2,109.62 |
| 175 4111-000 | COGS - Meat | 860.77 |
| 175 4112-000 | COGS - Cheese | 130.31 |
| 175 4114-000 | COGS - Produce | 270.27 |
| 175 4115-000 | COGS - Tortillas | 249.14 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 175 4116-000 | COGS - Prepackaged Food | 59.50 |
| 175 4117-000 | COGS - Other Foods | 1,221.63 |
| 175 4118-000 | COGS - Coke Products | 1,034.70 |
| 175 4119-000 | COGS - Hot Sauce - Gallons | 629.65 |
| 175 4140-000 | COGS - Beer and Wine | 2,426.01 |
| 175 4170-000 | COGS - Merchandise | 678.84 |
| 175 4510-000 | Operating Supplies | 1,393.65 |
| 175 4131-000 | COGS - Queso | 132.17 |
| 175 4130-000 | COGS - Guac | 77.56 |
| 175 4175-000 | COGS - Paper | 1,639.43 |
| 177 4111-000 | COGS - Meat | 985.91 |
| 177 4112-000 | COGS - Cheese | 212.16 |
| 177 4114-000 | COGS - Produce | 362.57 |
| 177 4115-000 | COGS - Tortillas | 354.15 |
| 177 4116-000 | COGS - Prepackaged Food | 109.10 |
| 177 4117-000 | COGS - Other Foods | 1,152.74 |
| 177 4118-000 | COGS - Coke Products | 992.18 |
| 177 4119-000 | COGS - Hot Sauce - Gallons | 598.55 |
| 177 4140-000 | COGS - Beer and Wine | 858.19 |
| 177 4170-000 | COGS - Merchandise | 571.54 |
| 177 4510-000 | Operating Supplies | 1,195.14 |
| 177 4131-000 | COGS - Queso | 212.54 |
| 177 4130-000 | COGS - Guac | 119.53 |
| 177 4175-000 | COGS - Paper | 895.25 |
| 179 4111-000 | COGS - Meat | 870.79 |
| 179 4112-000 | COGS - Cheese | 203.65 |
| 179 4114-000 | COGS - Produce | 514.57 |
| 179 4115-000 | COGS - Tortillas | 421.00 |
| 179 4116-000 | COGS - Prepackaged Food | 202.23 |
| 179 4117-000 | COGS - Other Foods | 1,998.28 |
| 179 4118-000 | COGS - Coke Products | 1,981.45 |
| 179 4119-000 | COGS - Hot Sauce - Gallons | 1,210.69 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 179 4140-000 | COGS - Beer and Wine | 1,481.05 |
| 179 4170-000 | COGS - Merchandise | 889.09 |
| 179 4510-000 | Operating Supplies | 1,759.51 |
| 179 4131-000 | COGS - Queso | 132.84 |
| 179 4130-000 | COGS - Guac | 159.06 |
| 179 4175-000 | COGS - Paper | 2,063.49 |
| 180 4111-000 | COGS - Meat | 1,123.63 |
| 180 4112-000 | COGS - Cheese | 106.79 |
| 180 4114-000 | COGS - Produce | 396.47 |
| 180 4115-000 | COGS - Tortillas | 322.44 |
| 180 4116-000 | COGS - Prepackaged Food | 131.09 |
| 180 4117-000 | COGS - Other Foods | 1,378.15 |
| 180 4118-000 | COGS - Coke Products | 1,266.90 |
| 180 4119-000 | COGS - Hot Sauce - Gallons | 838.18 |
| 180 4140-000 | COGS - Beer and Wine | 1,292.04 |
| 180 4170-000 | COGS - Merchandise | 503.43 |
| 180 4510-000 | Operating Supplies | 1,357.97 |
| 180 4131-000 | COGS - Queso | 394.45 |
| 180 4130-000 | COGS - Guac | 131.47 |
| 180 4175-000 | COGS - Paper | 1,452.61 |
| 181 4111-000 | COGS - Meat | 3,064.56 |
| 181 4112-000 | COGS - Cheese | 211.29 |
| 181 4114-000 | COGS - Produce | 636.37 |
| 181 4115-000 | COGS - Tortillas | 398.69 |
| 181 4116-000 | COGS - Prepackaged Food | 119.64 |
| 181 4117-000 | COGS - Other Foods | 1,697.51 |
| 181 4118-000 | COGS - Coke Products | 1,811.45 |
| 181 4119-000 | COGS - Hot Sauce - Gallons | 847.86 |
| 181 4140-000 | COGS - Beer and Wine | 1,218.09 |
| 181 4170-000 | COGS - Merchandise | 337.99 |
| 181 4510-000 | Operating Supplies | 1,180.91 |
| 181 4131-000 | COGS - Queso | 293.40 |

**Tijuana Flats Restaurants, LLC**
Case No. 3:24-bk-01128-BAJ
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 181 4130-000 | COGS - Guac | 110.04 |
| 181 4175-000 | COGS - Paper | 1,206.78 |
| 183 4111-000 | COGS - Meat | 1,132.68 |
| 183 4112-000 | COGS - Cheese | 277.91 |
| 183 4114-000 | COGS - Produce | 529.33 |
| 183 4115-000 | COGS - Tortillas | 260.47 |
| 183 4116-000 | COGS - Prepackaged Food | 118.57 |
| 183 4117-000 | COGS - Other Foods | 1,381.25 |
| 183 4118-000 | COGS - Coke Products | 1,651.66 |
| 183 4119-000 | COGS - Hot Sauce - Gallons | 821.00 |
| 183 4140-000 | COGS - Beer and Wine | 921.68 |
| 183 4170-000 | COGS - Merchandise | 531.13 |
| 183 4510-000 | Operating Supplies | 1,041.44 |
| 183 4131-000 | COGS - Queso | 396.65 |
| 183 4130-000 | COGS - Guac | 137.94 |
| 183 4175-000 | COGS - Paper | 1,306.89 |
| 184 4111-000 | COGS - Meat | 736.71 |
| 184 4112-000 | COGS - Cheese | 114.13 |
| 184 4114-000 | COGS - Produce | 178.33 |
| 184 4115-000 | COGS - Tortillas | 248.78 |
| 184 4116-000 | COGS - Prepackaged Food | 71.75 |
| 184 4117-000 | COGS - Other Foods | 1,203.49 |
| 184 4118-000 | COGS - Coke Products | 1,221.92 |
| 184 4119-000 | COGS - Hot Sauce - Gallons | 772.57 |
| 184 4140-000 | COGS - Beer and Wine | 1,278.76 |
| 184 4170-000 | COGS - Merchandise | 905.92 |
| 184 4510-000 | Operating Supplies | 1,481.62 |
| 184 4131-000 | COGS - Queso | 86.85 |
| 184 4130-000 | COGS - Guac | 65.56 |
| 184 4175-000 | COGS - Paper | 1,127.08 |
| 186 4111-000 | COGS - Meat | 929.22 |
| 186 4112-000 | COGS - Cheese | 119.52 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 186 4114-000 | COGS - Produce | 390.99 |
| 186 4115-000 | COGS - Tortillas | 327.68 |
| 186 4116-000 | COGS - Prepackaged Food | 117.79 |
| 186 4117-000 | COGS - Other Foods | 1,071.87 |
| 186 4118-000 | COGS - Coke Products | 1,361.02 |
| 186 4119-000 | COGS - Hot Sauce - Gallons | 465.25 |
| 186 4140-000 | COGS - Beer and Wine | 557.82 |
| 186 4170-000 | COGS - Merchandise | 275.81 |
| 186 4510-000 | Operating Supplies | 2,037.64 |
| 186 4131-000 | COGS - Queso | 848.24 |
| 186 4130-000 | COGS - Guac | 84.86 |
| 186 4175-000 | COGS - Paper | 1,138.93 |
| 187 4111-000 | COGS - Meat | 967.54 |
| 187 4112-000 | COGS - Cheese | 48.40 |
| 187 4114-000 | COGS - Produce | 253.41 |
| 187 4115-000 | COGS - Tortillas | 282.21 |
| 187 4116-000 | COGS - Prepackaged Food | 156.37 |
| 187 4117-000 | COGS - Other Foods | 1,399.04 |
| 187 4118-000 | COGS - Coke Products | 1,357.70 |
| 187 4119-000 | COGS - Hot Sauce - Gallons | 523.87 |
| 187 4140-000 | COGS - Beer and Wine | 812.69 |
| 187 4170-000 | COGS - Merchandise | 355.94 |
| 187 4510-000 | Operating Supplies | 1,098.99 |
| 187 4131-000 | COGS - Queso | 415.92 |
| 187 4130-000 | COGS - Guac | 179.10 |
| 187 4175-000 | COGS - Paper | 1,063.62 |
| 190 4111-000 | COGS - Meat | 765.88 |
| 190 4112-000 | COGS - Cheese | 158.26 |
| 190 4114-000 | COGS - Produce | 649.34 |
| 190 4115-000 | COGS - Tortillas | 424.88 |
| 190 4116-000 | COGS - Prepackaged Food | 189.09 |
| 190 4117-000 | COGS - Other Foods | 1,644.07 |

**Tijuana Flats Restaurants, LLC**
Case No. 3:24-bk-01128-BAJ
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 190 4118-000 | COGS - Coke Products | 1,461.80 |
| 190 4119-000 | COGS - Hot Sauce - Gallons | 1,046.08 |
| 190 4140-000 | COGS - Beer and Wine | 1,849.49 |
| 190 4170-000 | COGS - Merchandise | 923.68 |
| 190 4510-000 | Operating Supplies | 1,422.10 |
| 190 4131-000 | COGS - Queso | 150.05 |
| 190 4130-000 | COGS - Guac | 68.97 |
| 190 4175-000 | COGS - Paper | 1,413.17 |
| 198 4111-000 | COGS - Meat | 1,400.22 |
| 198 4112-000 | COGS - Cheese | 317.38 |
| 198 4114-000 | COGS - Produce | 499.34 |
| 198 4115-000 | COGS - Tortillas | 400.65 |
| 198 4116-000 | COGS - Prepackaged Food | 38.49 |
| 198 4117-000 | COGS - Other Foods | 2,181.02 |
| 198 4118-000 | COGS - Coke Products | 1,545.89 |
| 198 4119-000 | COGS - Hot Sauce - Gallons | 844.42 |
| 198 4140-000 | COGS - Beer and Wine | 892.79 |
| 198 4170-000 | COGS - Merchandise | 626.32 |
| 198 4510-000 | Operating Supplies | 1,750.69 |
| 198 4131-000 | COGS - Queso | 201.81 |
| 198 4130-000 | COGS - Guac | 151.63 |
| 198 4175-000 | COGS - Paper | 1,633.01 |
| 222 4111-000 | COGS - Meat | 902.97 |
| 222 4112-000 | COGS - Cheese | 153.90 |
| 222 4114-000 | COGS - Produce | 307.26 |
| 222 4115-000 | COGS - Tortillas | 266.40 |
| 222 4116-000 | COGS - Prepackaged Food | 84.27 |
| 222 4117-000 | COGS - Other Foods | 1,546.52 |
| 222 4118-000 | COGS - Coke Products | 1,388.44 |
| 222 4119-000 | COGS - Hot Sauce - Gallons | 668.88 |
| 222 4140-000 | COGS - Beer and Wine | 2,384.08 |
| 222 4170-000 | COGS - Merchandise | 809.55 |

**Tijuana Flats Restaurants, LLC**
Case No. 3:24-bk-01128-BAJ
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 222 4510-000 | Operating Supplies | 950.69 |
| 222 4131-000 | COGS - Queso | 520.10 |
| 222 4130-000 | COGS - Guac | 104.92 |
| 222 4175-000 | COGS - Paper | 1,148.12 |
| 223 4111-000 | COGS - Meat | 652.02 |
| 223 4112-000 | COGS - Cheese | 119.26 |
| 223 4114-000 | COGS - Produce | 377.56 |
| 223 4115-000 | COGS - Tortillas | 131.26 |
| 223 4116-000 | COGS - Prepackaged Food | 29.70 |
| 223 4117-000 | COGS - Other Foods | 1,499.98 |
| 223 4118-000 | COGS - Coke Products | 1,053.62 |
| 223 4119-000 | COGS - Hot Sauce - Gallons | 979.21 |
| 223 4140-000 | COGS - Beer and Wine | 1,134.04 |
| 223 4170-000 | COGS - Merchandise | 815.00 |
| 223 4510-000 | Operating Supplies | 1,438.52 |
| 223 4131-000 | COGS - Queso | 271.07 |
| 223 4130-000 | COGS - Guac | 110.76 |
| 223 4175-000 | COGS - Paper | 1,446.19 |
| 224 4111-000 | COGS - Meat | 1,432.40 |
| 224 4112-000 | COGS - Cheese | 114.09 |
| 224 4114-000 | COGS - Produce | 429.85 |
| 224 4115-000 | COGS - Tortillas | 253.27 |
| 224 4116-000 | COGS - Prepackaged Food | 139.34 |
| 224 4117-000 | COGS - Other Foods | 1,752.32 |
| 224 4118-000 | COGS - Coke Products | 863.77 |
| 224 4119-000 | COGS - Hot Sauce - Gallons | 856.60 |
| 224 4140-000 | COGS - Beer and Wine | 751.87 |
| 224 4170-000 | COGS - Merchandise | 943.21 |
| 224 4510-000 | Operating Supplies | 937.18 |
| 224 4131-000 | COGS - Queso | 351.60 |
| 224 4130-000 | COGS - Guac | 49.51 |
| 224 4175-000 | COGS - Paper | 808.54 |

**Tijuana Flats Restaurants, LLC**
Case No. 3:24-bk-01128-BAJ
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 227 4111-000 | COGS - Meat | 1,172.30 |
| 227 4112-000 | COGS - Cheese | 78.49 |
| 227 4114-000 | COGS - Produce | 417.67 |
| 227 4115-000 | COGS - Tortillas | 361.63 |
| 227 4116-000 | COGS - Prepackaged Food | 329.39 |
| 227 4117-000 | COGS - Other Foods | 1,618.77 |
| 227 4118-000 | COGS - Coke Products | 1,124.87 |
| 227 4119-000 | COGS - Hot Sauce - Gallons | 500.25 |
| 227 4140-000 | COGS - Beer and Wine | 1,364.54 |
| 227 4170-000 | COGS - Merchandise | 322.34 |
| 227 4510-000 | Operating Supplies | 979.11 |
| 227 4131-000 | COGS - Queso | 417.23 |
| 227 4130-000 | COGS - Guac | 102.82 |
| 227 4175-000 | COGS - Paper | 917.55 |
| 230 4111-000 | COGS - Meat | 1,022.99 |
| 230 4112-000 | COGS - Cheese | 163.68 |
| 230 4114-000 | COGS - Produce | 449.53 |
| 230 4115-000 | COGS - Tortillas | 266.64 |
| 230 4116-000 | COGS - Prepackaged Food | 101.30 |
| 230 4117-000 | COGS - Other Foods | 1,490.30 |
| 230 4118-000 | COGS - Coke Products | 1,221.85 |
| 230 4119-000 | COGS - Hot Sauce - Gallons | 809.30 |
| 230 4140-000 | COGS - Beer and Wine | 2,103.49 |
| 230 4170-000 | COGS - Merchandise | 899.79 |
| 230 4510-000 | Operating Supplies | 1,223.17 |
| 230 4131-000 | COGS - Queso | 230.53 |
| 230 4130-000 | COGS - Guac | 71.16 |
| 230 4175-000 | COGS - Paper | 921.81 |
| 232 4111-000 | COGS - Meat | 1,210.65 |
| 232 4112-000 | COGS - Cheese | 162.69 |
| 232 4114-000 | COGS - Produce | 495.82 |
| 232 4115-000 | COGS - Tortillas | 353.01 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 232 4116-000 | COGS - Prepackaged Food | 156.19 |
| 232 4117-000 | COGS - Other Foods | 1,918.78 |
| 232 4118-000 | COGS - Coke Products | 1,272.04 |
| 232 4119-000 | COGS - Hot Sauce - Gallons | 801.01 |
| 232 4140-000 | COGS - Beer and Wine | 1,470.12 |
| 232 4170-000 | COGS - Merchandise | 392.70 |
| 232 4510-000 | Operating Supplies | 1,059.13 |
| 232 4131-000 | COGS - Queso | 383.04 |
| 232 4130-000 | COGS - Guac | 118.08 |
| 232 4175-000 | COGS - Paper | 1,426.88 |
| 234 4111-000 | COGS - Meat | 1,453.17 |
| 234 4112-000 | COGS - Cheese | 182.06 |
| 234 4114-000 | COGS - Produce | 504.75 |
| 234 4115-000 | COGS - Tortillas | 461.03 |
| 234 4116-000 | COGS - Prepackaged Food | 147.76 |
| 234 4117-000 | COGS - Other Foods | 1,401.11 |
| 234 4118-000 | COGS - Coke Products | 1,115.97 |
| 234 4119-000 | COGS - Hot Sauce - Gallons | 998.20 |
| 234 4140-000 | COGS - Beer and Wine | 570.90 |
| 234 4170-000 | COGS - Merchandise | 654.47 |
| 234 4510-000 | Operating Supplies | 1,045.53 |
| 234 4131-000 | COGS - Queso | 182.46 |
| 234 4130-000 | COGS - Guac | 175.44 |
| 234 4175-000 | COGS - Paper | 1,900.78 |
| 237 4111-000 | COGS - Meat | 1,779.47 |
| 237 4112-000 | COGS - Cheese | 209.35 |
| 237 4114-000 | COGS - Produce | 557.09 |
| 237 4115-000 | COGS - Tortillas | 409.92 |
| 237 4116-000 | COGS - Prepackaged Food | 100.59 |
| 237 4117-000 | COGS - Other Foods | 1,254.46 |
| 237 4118-000 | COGS - Coke Products | 1,224.82 |
| 237 4119-000 | COGS - Hot Sauce - Gallons | 762.43 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 237 4140-000 | COGS - Beer and Wine | 1,322.12 |
| 237 4170-000 | COGS - Merchandise | 563.49 |
| 237 4510-000 | Operating Supplies | 1,231.40 |
| 237 4131-000 | COGS - Queso | 231.26 |
| 237 4130-000 | COGS - Guac | 67.96 |
| 237 4175-000 | COGS - Paper | 1,137.61 |
| 238 4111-000 | COGS - Meat | 1,401.53 |
| 238 4112-000 | COGS - Cheese | 291.90 |
| 238 4114-000 | COGS - Produce | 761.19 |
| 238 4115-000 | COGS - Tortillas | 388.58 |
| 238 4116-000 | COGS - Prepackaged Food | 164.44 |
| 238 4117-000 | COGS - Other Foods | 2,134.41 |
| 238 4118-000 | COGS - Coke Products | 2,246.06 |
| 238 4119-000 | COGS - Hot Sauce - Gallons | 962.65 |
| 238 4140-000 | COGS - Beer and Wine | 1,365.02 |
| 238 4170-000 | COGS - Merchandise | 475.78 |
| 238 4510-000 | Operating Supplies | 1,947.87 |
| 238 4131-000 | COGS - Queso | 178.24 |
| 238 4130-000 | COGS - Guac | 146.02 |
| 238 4175-000 | COGS - Paper | 1,864.26 |
| 239 4111-000 | COGS - Meat | 1,160.36 |
| 239 4112-000 | COGS - Cheese | 146.60 |
| 239 4114-000 | COGS - Produce | 760.23 |
| 239 4115-000 | COGS - Tortillas | 613.98 |
| 239 4116-000 | COGS - Prepackaged Food | 207.37 |
| 239 4117-000 | COGS - Other Foods | 2,372.00 |
| 239 4118-000 | COGS - Coke Products | 586.72 |
| 239 4119-000 | COGS - Hot Sauce - Gallons | 720.92 |
| 239 4140-000 | COGS - Beer and Wine | 1,043.19 |
| 239 4170-000 | COGS - Merchandise | 351.05 |
| 239 4510-000 | Operating Supplies | 1,492.91 |
| 239 4131-000 | COGS - Queso | 484.86 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 239 4130-000 | COGS - Guac | 90.44 |
| 239 4175-000 | COGS - Paper | 1,306.72 |
| 241 4111-000 | COGS - Meat | 1,770.78 |
| 241 4112-000 | COGS - Cheese | 305.93 |
| 241 4114-000 | COGS - Produce | 576.93 |
| 241 4115-000 | COGS - Tortillas | 360.98 |
| 241 4116-000 | COGS - Prepackaged Food | 168.53 |
| 241 4117-000 | COGS - Other Foods | 2,053.15 |
| 241 4118-000 | COGS - Coke Products | 1,596.82 |
| 241 4119-000 | COGS - Hot Sauce - Gallons | 1,269.83 |
| 241 4140-000 | COGS - Beer and Wine | 847.60 |
| 241 4170-000 | COGS - Merchandise | 2,263.41 |
| 241 4510-000 | Operating Supplies | 1,422.03 |
| 241 4131-000 | COGS - Queso | 406.11 |
| 241 4130-000 | COGS - Guac | 104.73 |
| 241 4175-000 | COGS - Paper | 2,163.41 |
| 242 4111-000 | COGS - Meat | 1,133.91 |
| 242 4112-000 | COGS - Cheese | 92.64 |
| 242 4114-000 | COGS - Produce | 379.47 |
| 242 4115-000 | COGS - Tortillas | 270.50 |
| 242 4116-000 | COGS - Prepackaged Food | 102.43 |
| 242 4117-000 | COGS - Other Foods | 1,286.16 |
| 242 4118-000 | COGS - Coke Products | 1,592.02 |
| 242 4119-000 | COGS - Hot Sauce - Gallons | 738.68 |
| 242 4140-000 | COGS - Beer and Wine | 2,156.19 |
| 242 4170-000 | COGS - Merchandise | 721.17 |
| 242 4510-000 | Operating Supplies | 1,185.22 |
| 242 4131-000 | COGS - Queso | 137.01 |
| 242 4130-000 | COGS - Guac | 83.52 |
| 242 4175-000 | COGS - Paper | 1,118.47 |
| 243 4111-000 | COGS - Meat | 1,300.23 |
| 243 4112-000 | COGS - Cheese | 175.81 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---|---|---|
| 243 4114-000 | COGS - Produce | 617.05 |
| 243 4115-000 | COGS - Tortillas | 531.64 |
| 243 4116-000 | COGS - Prepackaged Food | 151.68 |
| 243 4117-000 | COGS - Other Foods | 1,974.86 |
| 243 4118-000 | COGS - Coke Products | 1,761.22 |
| 243 4119-000 | COGS - Hot Sauce - Gallons | 869.49 |
| 243 4140-000 | COGS - Beer and Wine | 1,084.65 |
| 243 4170-000 | COGS - Merchandise | 595.26 |
| 243 4510-000 | Operating Supplies | 1,425.82 |
| 243 4131-000 | COGS - Queso | 443.10 |
| 243 4130-000 | COGS - Guac | 172.62 |
| 243 4175-000 | COGS - Paper | 1,326.44 |
| 246 4111-000 | COGS - Meat | 1,524.21 |
| 246 4112-000 | COGS - Cheese | 233.88 |
| 246 4114-000 | COGS - Produce | 565.10 |
| 246 4115-000 | COGS - Tortillas | 358.57 |
| 246 4116-000 | COGS - Prepackaged Food | 181.74 |
| 246 4117-000 | COGS - Other Foods | 1,633.09 |
| 246 4118-000 | COGS - Coke Products | 1,751.33 |
| 246 4119-000 | COGS - Hot Sauce - Gallons | 845.00 |
| 246 4140-000 | COGS - Beer and Wine | 917.06 |
| 246 4170-000 | COGS - Merchandise | 286.44 |
| 246 4510-000 | Operating Supplies | 979.78 |
| 246 4131-000 | COGS - Queso | 271.11 |
| 246 4130-000 | COGS - Guac | 184.06 |
| 246 4175-000 | COGS - Paper | 1,596.53 |
| 247 4111-000 | COGS - Meat | 940.28 |
| 247 4112-000 | COGS - Cheese | 134.39 |
| 247 4114-000 | COGS - Produce | 497.34 |
| 247 4115-000 | COGS - Tortillas | 369.47 |
| 247 4116-000 | COGS - Prepackaged Food | 134.82 |
| 247 4117-000 | COGS - Other Foods | 1,721.11 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | | G/L | Ending Inv Value |
|---|---|---|---|
| 247 | 4118-000 | COGS - Coke Products | 1,651.74 |
| 247 | 4119-000 | COGS - Hot Sauce - Gallons | 653.91 |
| 247 | 4140-000 | COGS - Beer and Wine | 1,609.20 |
| 247 | 4170-000 | COGS - Merchandise | 468.56 |
| 247 | 4510-000 | Operating Supplies | 1,961.00 |
| 247 | 4131-000 | COGS - Queso | 200.51 |
| 247 | 4130-000 | COGS - Guac | 110.00 |
| 247 | 4175-000 | COGS - Paper | 1,506.11 |
| 249 | 4111-000 | COGS - Meat | 1,101.17 |
| 249 | 4112-000 | COGS - Cheese | 153.33 |
| 249 | 4114-000 | COGS - Produce | 439.67 |
| 249 | 4115-000 | COGS - Tortillas | 284.14 |
| 249 | 4116-000 | COGS - Prepackaged Food | 107.99 |
| 249 | 4117-000 | COGS - Other Foods | 1,496.89 |
| 249 | 4118-000 | COGS - Coke Products | 1,046.82 |
| 249 | 4119-000 | COGS - Hot Sauce - Gallons | 817.24 |
| 249 | 4140-000 | COGS - Beer and Wine | 1,187.93 |
| 249 | 4170-000 | COGS - Merchandise | 795.50 |
| 249 | 4510-000 | Operating Supplies | 1,069.80 |
| 249 | 4131-000 | COGS - Queso | 429.86 |
| 249 | 4130-000 | COGS - Guac | 144.67 |
| 249 | 4175-000 | COGS - Paper | 1,455.13 |
| 257 | 4111-000 | COGS - Meat | 1,400.62 |
| 257 | 4112-000 | COGS - Cheese | 96.42 |
| 257 | 4114-000 | COGS - Produce | 635.00 |
| 257 | 4115-000 | COGS - Tortillas | 238.01 |
| 257 | 4116-000 | COGS - Prepackaged Food | 134.82 |
| 257 | 4117-000 | COGS - Other Foods | 1,515.21 |
| 257 | 4118-000 | COGS - Coke Products | 1,666.00 |
| 257 | 4119-000 | COGS - Hot Sauce - Gallons | 953.99 |
| 257 | 4140-000 | COGS - Beer and Wine | 1,421.86 |
| 257 | 4170-000 | COGS - Merchandise | 363.49 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 5, Question 19**

5/15/2024 13:54

| Location Code | | G/L | Ending Inv Value |
|---|---|---|---|
| 257 4510-000 | | Operating Supplies | 2,026.35 |
| 257 4131-000 | | COGS - Queso | 248.97 |
| 257 4130-000 | | COGS - Guac | 119.60 |
| 257 4175-000 | | COGS - Paper | 1,197.43 |
| 258 4111-000 | | COGS - Meat | 1,095.07 |
| 258 4112-000 | | COGS - Cheese | 332.99 |
| 258 4114-000 | | COGS - Produce | 457.35 |
| 258 4115-000 | | COGS - Tortillas | 905.71 |
| 258 4116-000 | | COGS - Prepackaged Food | 101.54 |
| 258 4117-000 | | COGS - Other Foods | 1,821.94 |
| 258 4118-000 | | COGS - Coke Products | 1,511.10 |
| 258 4119-000 | | COGS - Hot Sauce - Gallons | 628.10 |
| 258 4140-000 | | COGS - Beer and Wine | 955.81 |
| 258 4170-000 | | COGS - Merchandise | 439.31 |
| 258 4510-000 | | Operating Supplies | 1,042.69 |
| 258 4131-000 | | COGS - Queso | 273.13 |
| 258 4130-000 | | COGS - Guac | 124.41 |
| 258 4175-000 | | COGS - Paper | 1,311.99 |
| 260 4111-000 | | COGS - Meat | 1,156.04 |
| 260 4112-000 | | COGS - Cheese | 123.81 |
| 260 4114-000 | | COGS - Produce | 378.00 |
| 260 4115-000 | | COGS - Tortillas | 242.14 |
| 260 4116-000 | | COGS - Prepackaged Food | 164.88 |
| 260 4117-000 | | COGS - Other Foods | 1,360.17 |
| 260 4118-000 | | COGS - Coke Products | 1,118.85 |
| 260 4119-000 | | COGS - Hot Sauce - Gallons | 718.86 |
| 260 4140-000 | | COGS - Beer and Wine | 394.63 |
| 260 4170-000 | | COGS - Merchandise | 574.58 |
| 260 4510-000 | | Operating Supplies | 3,282.45 |
| 260 4131-000 | | COGS - Queso | 328.16 |
| 260 4130-000 | | COGS - Guac | 152.60 |
| 260 4175-000 | | COGS - Paper | 1,467.99 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 5, Question 19**
5/15/2024 13:54

| Location Code | G/L | Ending Inv Value |
|---------------|-----|------------------|
| **Total** | | **$730,999.37** |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 8, Question 50**
5/15/24 1:54 PM

| Facility ID | Net Book Value as of 12/31/2022 |
|---|---|
| 102 | 25,455.95 |
| 103 | 15,654.73 |
| 104 | 57,748.58 |
| 111 | 29,591.50 |
| 112 | 19,413.69 |
| 114 | 38,052.39 |
| 117 | 8,295.31 |
| 120 | 98,923.96 |
| 121 | 58,327.58 |
| 122 | 22,913.79 |
| 127 | 11,629.88 |
| 128 | 11,803.02 |
| 129 | 67,242.31 |
| 130 | 88,491.96 |
| 133 | 158,715.07 |
| 134 | 131,624.74 |
| 135 | 120,505.73 |
| 139 | 0.00 |
| 140 | 17,780.14 |
| 147 | 16,798.47 |
| 152 | 280.98 |
| 153 | 63,741.62 |
| 154 | 4,649.14 |
| 156 | 23,444.61 |
| 157 | 5,018.60 |
| 159 | 3,669.70 |
| 163 | 44,792.00 |
| 164 | 44,102.61 |
| 165 | 8,800.81 |
| 167 | 19,060.21 |
| 169 | 13,916.87 |

**Tijuana Flats Restaurants, LLC**
**Case No. 3:24-bk-01128-BAJ**
**Attachments to Schedules - Schedule B, Part 8, Question 50**
5/15/24 1:54 PM

| Facility ID | Net Book Value as of 12/31/2022 |
|---|---|
| 170 | 28,304.69 |
| 171 | 29,857.52 |
| 172 | 70,113.10 |
| 175 | 16,983.82 |
| 177 | 166,913.88 |
| 179 | 40,804.21 |
| 180 | 63,120.13 |
| 181 | 10,119.33 |
| 183 | 38,704.58 |
| 184 | 70,191.53 |
| 186 | 55,340.43 |
| 187 | 30,637.02 |
| 190 | 41,017.80 |
| 198 | 64,921.93 |
| 222 | 154,790.51 |
| 223 | 167,283.27 |
| 224 | 106,581.32 |
| 227 | 27,339.65 |
| 230 | 158,998.53 |
| 232 | 74,430.50 |
| 234 | 75,085.36 |
| 237 | 143,183.13 |
| 238 | 150,173.22 |
| 239 | 101,009.10 |
| 241 | 162,413.29 |
| 242 | 156,480.43 |
| 243 | 91,270.80 |
| 246 | 94,595.44 |
| 247 | 89,903.47 |
| 249 | 95,802.31 |
| 257 | 319,845.30 |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

**Attachments to Schedules - Schedule B, Part 8, Question 50**

5/15/24 1:54 PM

| Facility ID | Net Book Value as of 12/31/2022 |
|---|---|
| 258 | 399,014.76 |
| 260 | 517,415.84 |
| MGMT | 124,999.09 |
| **Totals** | **5,168,091.24** |

**Tijuana Flats Restaurants, LLC**

Case No. 3:24-bk-01128-BAJ

Attachments to Schedules - Schedule B, Part 9, Question 55

5/15/2024 13:54

| Unit # | Legal Name | Landlord | Lease Description |
|---|---|---|---|
| 100 | Tijuana Flats Restaurants, LLC | SCRE II Tower Maitland Holdings LP | Lease of corporate office space located at The Maitland 100 Building, 2300 Maitland Center Parkway, Suite 306, Maitland, FL 32751 [TJF USA, LLC - 100] |
| 102 | Tijuana Flats, LLC | V 3 HC Retail, LLC | Lease of space located at Shoppes at Hunt Club, 442-4 South Hunt Club Boulevard, Apopka, FL 32703 [Tijuana Flats, Inc. - 102] |
| 103 | Flats 1, LLC | Oaks at Lake Mary, Ltd. | Lease of space located at Oaks at Lake Mary Shopping Center, 3005 West Lake Mary Boulevard, Lake Mary, FL 32746 [Flats 1, Inc. - 103] |
| 104 | Flats II, LLC | Weingarten Nostat, Inc. | Lease of space located at Winter Park Corners Shopping Center, 1955 Aloma Avenue, Winter Park, FL 32792 [Flats II, Inc. - 104] |
| 111 | Tijuana Flats #111,LLC | Real Sub LLC | Lease of space located at Hillsboro Square, Deerfield Beach, FL 33441 [Tijuana Flats #111, LLC - 111] |
| 112 | Tijuana Flats #112, LLC | FRC St. Petersburg LLC | Lease of space located at 944 4th Street North, St. Petersburg, FL 33701 [Tijuana Flats #112, LLC- 112] |
| 114 | Tijuana Flats #114, LLC | Home Depot USA, Inc. | Lease of space located at Crossroads Shopping Center, 2300 22nd Avenue North, St. Petersburg, FL 33710 [Tijuana Flats #114, LLC- 114] |
| 117 | Tijuana Flats #117, LLC | Hunters Creek Shoppes, LLC | Lease of space located at Hunters Creek Shoppes, 13651 Hunters Oak Drive, Orlando, FL 32837 [Tijuana Flats #117, LLC - 117] |
| 120 | Tijuana Flats #120, LLC | Dionis Malo | Lease of space located at 180 South Belcher Road, Largo, FL 33771 [Tijuana Flats #120, LLC - 120] |
| 121 | Tijuana Flats #121, LLC | 3687 Tampa Road Crossing, LLC | Lease of space located at Bay Arbor Place, 3687 Tampa Road, Oldsmar, FL 34677 [Tijuana Flats #121, LLC - 121] |
| 122 | Tijuana Flats #122,LLC | Springs Plaza Longwood LLC | Lease of space located at Springs Plaza, 125-165 Wekiva Springs Road, 2425-2491 West State Road 434, Longwood, FL 32779 [Tijuana Flats #122, LLC - 122] |
| 127 | Tijuana Flats #127,LLC | Ripley's International, Inc. | Lease of space located at La Vina Village Shopping Center, 9161 Narcoossee Road, Orlando, FL 32827 [Tijuana Flats #127, LLC - 127] |
| 128 | Tijuana Flats #128, LLC | Southgate Properties, LLLP | Lease of space located at Southgate East, 3154 S. Orange Avenue, Orlando, FL 32806 [Tijuana Flats #128, LLC - 128] |
| 129 | Tijuana Flats #129, LLC | Dunwoody Property, LLC | Lease of space located at Dunwoody Plaza, 5030 State Road 46, Sanford, FL 32771 [Tijuana Flats #129, LLC - 129] |
| 130 | Tijuana Flats #130,LLC | QCPACC, LLC | Lease of space located at Altamonte City Centre, 895 E. Altamonte Drive, Altamonte Springs, FL 32701 [Tijuana Flats Burrito Company - 130] |
| 133 | Tijuana Flats #133,LLC | University Collection-FCA, LLC | Lease of space located at University Collection, 2782-B E. Fowler Avenue, Tampa, FL 33612 [Tijuana Flats #133, LLC - 133] |
| 134 | Tijuana Flats #134, LLC | BRE Mariner Carrollwood LLC | Lease of space located at Carrollwood Center Shopping Center, 10007 N. Dale Mabry Highway, Tampa, FL 33618 [Tijuana Flats #134, LLC - 134] |
| 135 | Tijuana Flats #135, LLC | Brandon Commons, LLC | Lease of space located at Brandon Commons, 11007 Causeway Boulevard, Brandon, FL 33511 [Tijuana Flats #135, LLC - 135] |
| 139 | Tijuana Flats #139, LLC | Berkshire Oaks Ocala, LLC | Lease of space located at Berkshire Oaks Center, 3950 S.W. College Road, Ocala, FL 34474 [Tijuana Flats #139, LLC - 139] |
| 140 | Tijuana Flats #140,LLC | Sembler Family Partnership #41, Lt | Lease of space located at Commercial Boulevard Shoppes, 7850 West Commercial Boulevard, Lauderhill, FL 33351 [Tijuana Flats #140, LLC - 140] |
| 147 | Tijuana Flats #147,LLC | BRE Throne Beneva Village Shops, L | Lease of space located at Beneva Village Shops, 3404 Clark Road, Sarasota, Florida 34231 [Tijuana Flats #147, LLC - 147] |
| 152 | Tijuana Flats #152,LLC | CHR J Hodges, LLC and | Lease of space located at Hodges Station Shopping Center, Jacksonville, FL 32224 [Tijuana Flats #152, LLC - 152] |
| 153 | Tijuana Flats #153, LLC | Princeton Center, LLC | Lease of space located at 2217 Edgewater Drive, Orlando, FL 32804 [Tijuana Flats #153, LLC - 153] |
| 154 | Tijuana Flats #154, LLC | Park Sheridan Plaza, Ltd. | Lease of space located at Park Sheridan Plaza, 3357 Sheridan Street, Hollywood, FL 33021 [Tijuana Flats #154, LLC - 154] |
| 156 | Tijuana Flats #156, LLC | Stirling Retail 26, LLC | Lease of space located at Stirling Town Center, 8703 Stirling Road, Cooper City, FL 33328 [Tijuana Flats #156, LLC - 156] |
| 157 | Tijuana Flats #157, LLC | Leesburg Properties, LLC | Lease of space located at 10300 US Highway 441, Leesburg, FL 34788 [Tijuana Flats #157, LLC - 157] |
| 159 | Tijuana Flats #159, LLC | Louis Geraci LLLP | Lease of space located at 2123 and 2127 Cortez Road West, Bradenton, FL 34207 [Tijuana Flats #159, LLC - 159] |
| 163 | Tijuana Flats #163, LLC | Sams State Road 56 LLC | Lease of space located at Sam's Club Shopping Center, 27709 State Road 56 Boulevard, Wesley Chapel, FL 33543 [RDA, Inc. - 163] |

**Tijuana Flats Restaurants, LLC**

Case No. 3:24-bk-01128-BAJ

Attachments to Schedules - Schedule B, Part 9, Question 55

5/15/2024 13:54

| Unit # | Legal Name | Landlord | Lease Description |
|--------|-----------|----------|-------------------|
| 164 | Tijuana Flats #164, LLC | 419 E. 57th LLC | Lease of space located at Trinity Crossings, 10900 S.R. 54, New Port Richey, FL 34655 [Tijuana Flats #164, LLC - 164] |
| 165 | Tijuana Flats #165, LLC | Willow Bend Towne Centre, Ltd. | Lease of space located at Willow Bend Towne Center, 23100 S.R. 54, Lutz, FL 33549 [Tijuana Flats #165, LLC - 165] |
| 167 | Tijuana Flats #167, LLC | Dikeou Realty | Lease of space located at 2900-2914 E. Colonial Drive, Orlando, FL 32803 [Tijuana Flats #167, LLC - 167] |
| 169 | Tijuana Flats #169, LLC | S. Clark Butler Properties Ltd. | Lease of space located at Butler Plaza, 3205 Clark Butler Boulevard, Gainesville, FL 32608 [Tijuana Flats #169, LLC - 169] |
| 170 | Tijuana Flats #170, LLC | SVAP III Coral Landings, LLC | Lease of space located at Coral Landings III, 6204 West Sample Road, Coral Springs, FL 33067 [Tijuana Flats #170, LLC - 170] |
| 171 | Tijuana Flats #171, LLC | WRI Flamingo Pines, LLC | Lease of space located at Flamingo Pines Shopping Center, Pines Boulevard, Pembroke Pines, FL [Tijuana Flats #171, LLC - 171] |
| 172 | Tijuana Flats #172, LLC | Ramco Jacksonville, LLC | Lease of space located at River City Marketplace, 651 Nautica Drive, Unit 2, Jacksonville, FL 32218 [Tijuana Flats #172, LLC -172] |
| 175 | Tijuana Flats #175, LLC | Paul Forberger | Lease of space located at Stuart Square, 930-2260 S. Federal Highway, Stuart, FL 34994 [Tijuana Flats, LLC - 175] |
| 177 | Tijuana Flats #177, LLC | SJR Plaza II, LLC | Lease of space located at 6101 South Jog Road, Lake Worth, FL 33467 [Tijuana Flats #177, LLC - 177] |
| 179 | Tijuana Flats #179, LLC | Country Isles Plaza LLC | Lease of space located at 1110 and 1112 Weston Road, Weston, FL 33326 [Tijuana Flats #179, LLC - 179] |
| 180 | Tijuana Flats #180, LLC | College Venture I, LLC | Lease of space located at 7070 College Parkway, Fort Myers, FL 33907 [Tijuana Flats #180, LLC - 180] |
| 181 | Tijuana Flats #181, LLC | Ibis Walk Retail I, LLC and | Lease of space located at Ibis Walk Shopping Center, 10300 Roosevelt Boulevard North, St. Petersburg, FL 33716 [Tijuana Flats #181, LLC - 181] |
| 183 | Tijuana Flats #183, LLC | Tramlaw, LLC | Lease of space located at 5215 University Parkway, University Park, FL 34201 [Tijuana Flats #183, LLC - 183] |
| 184 | Tijuana Flats #184, LLC | PRD Owner, LLC | Lease of space located at 1647 County Road 220, Fleming Island, FL 32003 [Tijuana Flats #182, LLC - 184] |
| 186 | Tijuana Flats #186, LLC | CHUGIN (U.S.A.), Inc. | Lease of space located at International Plaza, 11551 University Boulevard, Suite 6, Orlando, FL 32817 [Tijuana Flats Burrito Co. - 186] |
| 187 | Tijuana Flats #187, LLC | Riviera Trading & Marketing, Inc. | Lease of space located at 6771 West Indiantown Road, Jupiter, FL 33458 [Tijuana Flats #187, LLC - 187] |
| 190 | Tijuana Flats #190, LLC | Skylark Plaza OP, LLC | Lease of space located at Courtyard at Countryside Shopping Center, 2518 State Road 580, Clearwater, FL 33761[Tijuana Flats #191, LLC - 190] |
| 198 | Tijuana Flats #198, LLC | Greenspot Largo LLC | Lease of space located at 13100 Seminole Boulevard, Largo, FL [Tijuana Flats #198, LLC - 198] |
| 222 | Tijuana Flats #222, LLC | Eustis Covenant Group, LLC | Lease of space located at Shoppes at Eustis, U.S. 441 and Spring Harbor Boulevard, Eustis (Mt. Dora), FL 32757 [Tijuana Flats #222, LLC - 222] |
| 223 | Tijuana Flats #223, LLC | United Hampshire US Holdings LLC | Lease of space located at Shoppes at St. Lucie West, NW St. Lucie West Boulevard, Port St. Lucie, FL 34986 [Tijuana Flats #223, LLC - 223] |
| 224 | Tijuana Flats #224, LLC | MHW Lake Andrew, LLC | Lease of space located at Viera Shops, 7181 Lake Andrew, Melbourne, FL 32940 [Tijuana Flats #224, LLC - 224] |
| 227 | Tijuana Flats #227, LLC | Palscher, Inc. | Lease of space located at 1617 Platt Street, Tampa, FL 33609 [Tijuana Flats #227, LLC - 227] |
| 230 | Tijuana Flats #230, LLC | SCG Buckingham Square, LLC | Lease of space located at 394 South State Road 7, Royal Palm Beach, FL 33414 [Tijuana Flats #2300, LLC - 230] |
| 232 | Tijuana Flats #232, LLC | NGOC HOA Bloomingdale, LLC | Lease of space located at 2054 Bloomingdale Avenue, Valrico, FL 33596 [Tijuana Flats #232, LLC - 232] |
| 234 | Tijuana Flats #234, LLC | Babcock New Haven, LLC | Lease of space located at 10 E. New Haven Avenue, Melbourne, FL 32901 [TJF Management Co., LLC - 234] |
| 237 | Tijuana Flats #237, LLC | Hill / Gray Seven, LLC | Lease of space located at 4100 13th Street, Saint Cloud, FL 34769 [Tijuana Flats #237, LLC - 237] |
| 238 | Tijuana Flats #238, LLC | Dunlawton Yorktowne Unit 4 LLC | Lease of space located at Dunlawton Commons, 1760 Dunlawton Avenue, Port Orange, FL 32127 [Tijuana Flats #238, LLC - 238] |
| 239 | Tijuana Flats #239, LLC | Hutton Team, LLC | Lease of space located at 13009 U.S. 301, Riverview, FL 33578 [TJF Management Co., LLC - 239] |

**Tijuana Flats Restaurants, LLC**

Case No. 3:24-bk-01128-BAJ

Attachments to Schedules - Schedule B, Part 9, Question 55

5/15/2024 13:54

| Unit # | Legal Name | Landlord | Lease Description |
|--------|-----------|----------|-------------------|
| 241 | Tijuana Flats #241, LLC | Victoria Plaza, Inc. | Lease of space located at Victoria Plaza, 1099 W. Orange Blossom Trail, Apopka, FL 32712 [Tijuana Flats #241, LLC - 241] |
| 242 | Tijuana Flats #242, LLC | Benchmark Melbourne 35 Associates | Lease of space located at West Melbourne Interchange Center, 715 Palm Bay Road, West Melbourne, FL 32904 [Tijuana Flats #242, LLC - 242] |
| 243 | Tijuana Flats #243, LLC | Sunshine Value Investments, LLC | Lease of space located at Cortez West Shopping Center, near Cortez Boulevard and Evergreen Woods Trl., Brooksville, FL [Tijuana Flats #243, LLC - 243] |
| 246 | Tijuana Flats #246, LLC | NTC-REG, LLC | Lease of space located at Nocatee Town Center, 1801 C.R. 210, Ponte Vedra, FL 32081 [Tijuana Flats #246, LLC - 246] |
| 247 | Tijuana Flats #247, LLC | CG Downtown Shopping Center, LLC | Lease of space located at ChampionsGate Downtown Village, 8274 ChampionsGate Boulevard, ChampionsGate, FL 33896 [Tijuana Flats #247, LLC - 247] |
| 249 | Tijuana Flats #249, LLC | Prestige Properties - Van Dyke | Lease of space located at Van Dyke Commons, 17623 N. Dale Mabry Highway, Lutz, Florida 33548 [Tijuana Flats #249, LLC - 249] |
| 257 | Tijuana Flats #257, LLC | Ferraro Realty Group Ocoee, LLC | Lease of space located at 11018 W. Colonial Drive, Ocoee, FL 34761 [Tijuana Flats #257, LLC - 257] |
| 258 | Tijuana Flats #258, LLC | O-Town 6 Acres, LLC | Lease of space located at The Crossings at O-Town West, 7750 Palm Parkway, Orlando, FL 32836 [Tijuana Flats #258, LLC - 258] |
| 260 | Tijuana Flats #260, LLC | Hamlin Retail Partners, LLC | Lease of space located atHamlin, 14410 Shoreside Way, Suite 100, Winter Garden, FL 34787 [Tijuana Flats #260, LLC - 260] |

| Tijuana Flats Restaurants, LLC | | | | | | |
|---|---|---|---|---|---|---|
| **Case No. 3:24-bk-01128-BAJ** | | | | | | |
| Attachments to Schedules - Schedule B, Part 10, Question 60 | | | | | | |
| 5/15/2024 13:54 | | | | | | |
| **Matter Title** | **Image** | **Status** | **Registration Number** | **Class. Numbers** | **Class. Descriptions** | **Owners (Current)** |
| LET US ROLL YOU A FAT ONE | LET US ROLL YOU A FAT ONE | Registered and renewed | 2830046 | 43 | 043 - Restaurant Services<br>First use: 4/1/1996<br>Use in commerce: 4/1/1996 | Tijuana Flats Restaurants, LLC |
| TIJUANA TUESDAZE | TIJUANA TUESDAZE | Section 8 and 15 declarations accepted | 4542570 | 43 | 043 - Restaurant services, namely, providing of food and beverages for consumption on and off the premises<br>First use: 9/5/2013<br>Use in commerce: 9/5/2013 | Tijuana Flats Restaurants, LLC |
| HOT BAR | HOT BAR | Section 8 and 15 declarations accepted | 4550208 | 43 | 043 - Restaurant services featuring a condiments bar, but not a section of the establishment servicing hot food<br>First use: 11/1/1995<br>Use in commerce: 4/1/1996 | Tijuana Flats Restaurants, LLC |
| Death To Tiny Tacos | DEATH TO TINY TACOS | Registered - Principal Register | 5642876 | 43 | 043 - Restaurant and catering services; Restaurant services; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant services, namely, providing of food and beverages for consumption on and off the premises<br>First use: 4/1/2018<br>Use in commerce: 4/1/2018 | Tijuana Flats Restaurants, LLC |
| Make It Mega | MAKE IT MEGA | Registered - Principal Register | 5642872 | 43 | 043 - Restaurant services; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant services, namely, providing of food and beverages for consumption on and off the premises; Restaurant, bar and catering services<br>First use: 4/1/2018<br>Use in commerce: 4/1/2018 | Tijuana Flats Restaurants, LLC |
| Megajuana | Megajuana | Registered - Principal Register | 5708016 | 30 | 030 - Burritos; Chimichanga; Tacos<br>First use: 4/1/1996<br>Use in commerce: 4/1/1996 | Tijuana Flats Restaurants, LLC |
| MAKE IT A POWER LITE | MAKE IT A POWER LITE | Registered and renewed | 2970669 | 43 | 043 - Services for providing food and drink, including take out<br>First use: 4/1/1996<br>Use in commerce: 4/1/1996 | Tijuana Flats Restaurants, LLC |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 10, Question 60

5/15/2024 13:54

| Matter Title | Image | Status | Registration Number | Class. Numbers | Class. Descriptions | Owners (Current) |
|---|---|---|---|---|---|---|
| WHO SAYS SIZE DOESN'T MATTER | WHO SAYS SIZE DOESN'T MATTER | Registered and renewed | 2994160 | 43 | 043 - Restaurant services featuring food, drink and carryout services<br>First use: 4/1/1996<br>Use in commerce: 4/1/1996 | Tijuana Flats Restaurants, LLC |
| HOT IS THE NEW COOL | HOT IS THE NEW COOL | Registered and renewed | 3041685 | 43 | 043 - Restaurant Services serving food and drink, including take out<br>First use: 10/4/2004<br>Use in commerce: 10/4/2004 | Tijuana Flats Restaurants, LLC |
| WELCOME TO OUR WORLD | WELCOME TO OUR WORLD | Registered and renewed | 3050299 | 43 | 043 - Restaurant services; take-out restaurant services<br>First use: 11/1/2002<br>Use in commerce: 11/1/2002 | Tijuana Flats Restaurants, LLC |
| TIJUANA FLATS | TIJUANA FLATS | Registered and renewed | 3054614 | 43 | 043 - Restaurant services and take-out restaurant services<br>First use: 11/1/1995<br>Use in commerce: 11/1/1995 | Tijuana Flats Restaurants, LLC |
| DON'T BE A CHICKEN SHIT! HOT SAUCE | DON'T BE A CHICKEN SHIT! HOT SAUCE | Registered - Principal Register | 5987153 | 30 | 030 - Hot sauce<br>First use: 1/1/2000<br>Use in commerce: 1/1/2000 | Tijuana Flats Restaurants, LLC |
| TI'JUANA FLATS (and Design) |  | Registered and renewed | 3062951 | 43 | 043 - Restaurant services and take out restaurant services<br>First use: 11/1/1995<br>Use in commerce: 11/1/1995 | Tijuana Flats Restaurants, LLC |
| FLATHEAD | FLATHEAD | Registered - Principal Register | 6105242 | 43 | 043 - Restaurant services; Restaurant services featuring Tex Mex; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant and catering services<br>First use: 8/1/2009<br>Use in commerce: 8/1/2009 | Tijuana Flats Restaurants, LLC |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 10, Question 60

5/15/2024 13:54

| Matter Title | Image | Status | Registration Number | Class. Numbers | Class. Descriptions | Owners (Current) |
|---|---|---|---|---|---|---|
| Tijuana Flats Tex-Mex For All | | Registered - Principal Register | 6111985 | 43 | 043 - Restaurant services; Restaurant services, including sit-down service of food and take-out restaurant services; Restaurant services, namely, providing of food and beverages for consumption on and off the premises; Restaurant and bar services, including restaurant carryout services; Restaurant and catering services First use: 4/1/2019 Use in commerce: 4/1/2019 | Tijuana Flats Restaurants, LLC |
| Tijuana Flats Tex-Mex and design | | Section 8 and 15 declarations accepted | 5039492 | 43 | 043 - Restaurant services, namely, providing of food and beverages for consumption on and off the premises First use: 6/1/2014 Use in commerce: 6/1/2014 | Tijuana Flats Restaurants, LLC |
| TIJUANA FLATS HOT (and Design) | | Registered and renewed | 3173521 | 43 | 043 - RESTAURANT SERVICES SERVING FOOD AND TAKE-OUT RESTAURANT SERVICES First use: 2/1/2005 Use in commerce: 2/1/2005 | Tijuana Flats Restaurants, LLC |
| ROCK OUT WITH YOUR GUAC OUT | ROCK OUT WITH YOUR GUAC OUT | Registered and renewed | 3180290 | 43 | 043 - Restaurant services First use: 6/1/2005 Use in commerce: 6/1/2005 | Tijuana Flats Restaurants, LLC |
| THAT'S HOW WE ROLL... | THAT'S HOW WE ROLL... | Registered and renewed | 3292167 | 43 | 043 - Restaurant services First use: 7/21/2006 Use in commerce: 7/21/2006 | Tijuana Flats Restaurants, LLC |
| SMACK WINGS | | Registered - Principal Register | 6915763 | 43 | 043 - Restaurant services, expressly excluding food truck restaurant services; Take-out restaurant services, expressly excluding food truck restaurant services First use: 7/7/2021 Use in commerce: 7/7/2021 | Tijuana Flats Restaurants, LLC |
| TIJUANA BANGIN' CHICKEN BURRITO | Tijuana Bangin' Chicken Burrito | Registered and renewed | 3781206 | 30 | 030 - Burritos First use: 10/1/2009 Use in commerce: 10/1/2009 | Tijuana Flats Restaurants, LLC |
| Keepin' it Fresh! | Keepin' it Fresh! | Registered and renewed | 4121439 | 43 | 043 - Restaurant and bar services, including restaurant carryout services First use: 7/1/2011 Use in commerce: 7/1/2011 | Tijuana Flats Restaurants, LLC |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 10, Question 60

5/15/2024 13:54

| Matter Title | Image | Status | Registration Number | Class. Numbers | Class. Descriptions | Owners (Current) |
|---|---|---|---|---|---|---|
| TIJUANA TRIO | TIJUANA TRIO | Registered and renewed | 4146710 | 30 | 030 - Appetizers, namely, salsa, queso sauce and guacamole offered together in a restaurant or bar as a combination appetizer<br>First use: 4/1/1996<br>Use in commerce: 4/1/1996 | Tijuana Flats Restaurants, LLC |
| GIVE HEAT A CHANCE | GIVE HEAT A CHANCE | Registered and renewed | 2731322 | 42 | 042 - Restaurant services, namely, providing food and drink<br>First use: 11/15/1995<br>Use in commerce: 4/15/1996 | Tijuana Flats Restaurants, LLC |
| MAKE IT WET | MAKE IT WET | Section 8 declaration of use/excusable nonuse and Section 9 renewal received | 2806702 | 43 | 043 - Restaurant services<br>First use: 4/1/1996<br>Use in commerce: 1/1/1996 | Tijuana Flats Restaurants, LLC |
| TIJUANA FLATS MORNIN' MUNCHIES | TIJUANA FLATS MORNIN' MUNCHIES | Mark cancelled: section 8 | 3805968 | 43 | 043 - Restaurant services<br>First use: 7/1/2009<br>Use in commerce: 7/1/2009 | Tijuana Flats Restaurants, LLC |
| TIJUANA FLATS (and Design) |  | Expired | 3050888 | 43 | 043 - Restaurant services and take-out restaurant services<br>First use: 2/1/2005<br>Use in commerce: 2/1/2005 | Tijuana Flats Restaurants, LLC |
| NORRITO BOWL | Norrito Bowl | Mark cancelled: section 8 | 4185328 | 30 | 030 - Food products, namely, a salad like dish containing burrito ingredients prepared by a restaurant for consumption on or off premises; rice salad; prepared meals consisting primarily of pasta or rice<br>First use: 7/1/2011<br>Use in commerce: 7/1/2011 | Tijuana Flats Restaurants, LLC |
| GIVE HEAT A CHANCE | GIVE HEAT A CHANCE | Expired | 3041689 | 43 | 043 - Restaurant Services<br>First use: 11/1/1995<br>Use in commerce: 11/1/1995 | Tijuana Flats Restaurants, LLC |
| TIJUANA FLATS (and Design) |  | Expired | 3050889 | 43 | 043 - Restaurant services and take out restaurant services<br>First use: 2/1/2005<br>Use in commerce: 2/1/2005 | Tijuana Flats Restaurants, LLC |
| THAT'S HOW WE ROLL (and Design) |  | Expired | 3251679 | 43 | 043 - Restaurant services<br>First use: 7/21/2006<br>Use in commerce: 7/21/2006 | Tijuana Flats Restaurants, LLC |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 10, Question 62

5/15/2024 13:54

| Store No. | Store Name | License No. | License Code | License Type | Expires | Jurisdiction |
|---|---|---|---|---|---|---|
| 102 | Hunt Club | BEV6901636 | 102-2 | Beverage - 2COP | 09/30/24 | SEMINOLE |
| 102 | Hunt Club | 159722 | 102-4 | County BTR | 09/30/23 | SEMINOLE |
| 102 | Hunt Club | SEA 6903550 | 102-1 | Seating | 04/01/25 | SEMINOLE |
| 103 | Lake Mary | BEV6902750 | 103-2 | Beverage - 2COP | 09/30/24 | SEMINOLE |
| 103 | Lake Mary | 1700001485 | 103-3 | City BTR | 09/30/24 | CITY OF LAKE MARY |
| 103 | Lake Mary | 159312 | 103-4 | County BTR | 09/30/23 | SEMINOLE |
| 103 | Lake Mary | SEA6903657 | 103-1 | Seating | 04/01/25 | SEMINOLE |
| 104 | Aloma | 18-00020853 | 104-3 | City BTR | 09/30/23 | CITY OF WINTER PARK |
| 104 | Aloma | 18-00020852 | 104-5 | City BTR | 09/30/23 | CITY OF WINTER PARK |
| 104 | Aloma | BEV5807830 | 104-2 | Beverage - 2COP | 09/30/24 | ORANGE |
| 104 | Aloma | 1701-0001634 | 104-4 | County BTR | 09/30/23 | ORANGE |
| 104 | Aloma | SEA 5809615 | 104-1 | Seating | 04/01/25 | ORANGE |
| 111 | Deerfield | 2024-465404 | 111-3 | City BTR | 09/30/24 | CITY OF DEERFIELD BEACH |
| 111 | Deerfield | 170-4660 | 111-4 | County BTR | 09/30/23 | BROWARD |
| 111 | Deerfield | BEV1616384 | 111-2 | Beverage - 2COP | 03/31/25 | BROWARD |
| 111 | Deerfield | SEA 1620368 | 111-1 | Seating | 12/01/24 | BROWARD |
| 112 | St. Pete | BEV6210357 | 112-2 | Beverage - 2COP | 09/30/24 | PINELLAS |
| 112 | St. Pete | SEA 6215429 | 112-1 | Seating | 02/01/25 | PINELLAS |
| 112 | St. Pete | 59411 | 112-3 | City BTR | 09/30/24 | CITY OF ST PETERSBURG |
| 113 | Sarasota | 22-004527 | 113-3 | City BTR | 09/30/23 | CITY OF SARASOTA |
| 114 | Tyrone | BEV6210617 | 114-2 | Beverage - 2COP | 09/30/23 | PINELLAS |
| 114 | Tyrone | SEA 6215703 | 114-1 | Seating | 02/01/25 | PINELLAS |
| 114 | Tyrone | 64032 | 114-3 | City BTR | 09/30/24 | CITY OF ST PETERSBURG |
| 117 | Hunter's Creek | 1701-1032774 | 117-4 | County BTR | 09/30/23 | ORANGE |
| 117 | Hunter's Creek | BEV5809796 | 117-2 | Beverage - 2COP | 09/30/24 | ORANGE |
| 117 | Hunter's Creek | SEA 5811739 | 117-1 | Seating | 04/01/25 | ORANGE |
| 120 | Largo | BTR18-0444 | 120-3 | City BTR | 09/30/22 | CITY OF LARGO |
| 120 | Largo | BEV6210893 | 120-2 | Beverage - 2COP | 09/30/24 | PINELLAS |
| 120 | Largo | SEA 6215926 | 120-1 | Seating | 02/01/25 | PINELLAS |
| 121 | Oldsmar | BEV6211368 | 121-2 | Beverage - 2COP | 09/30/24 | PINELLAS |
| 121 | Oldsmar | 11027-1 | 121-3 | City BTR | 09/30/24 | CITY OF OLDSMAR |
| 121 | Oldsmar | SEA 6216258 | 121-1 | Seating | 02/01/25 | PINELLAS |
| 122 | Isoed | 152252 | 122-4 | County BTR | 09/30/22 | SEMINOLE |
| 122 | Isoed | BEV6910041 | 122-2 | Beverage - 2COP | 09/30/24 | SEMINOLE |
| 122 | Isoed | SEA 6904648 | 122-1 | Seating | 04/01/25 | SEMINOLE |
| 127 | Lake Nona | BUS-0020388 | 127-3 | City BTR | 09/30/23 | CITY OF ORLANDO |
| 127 | Lake Nona | 1701-1065822 | 127-4 | County BTR | 09/30/23 | ORANGE |
| 127 | Lake Nona | SEA 5812275 | 127-1 | Seating | 04/01/25 | ORANGE |
| 127 | Lake Nona | BEV5810447 | 127-2 | Beverage - 2COP | 09/30/24 | ORANGE |
| 128 | Pineloch/Orange | 1701-1055420 | 128-4 | County BTR | 09/30/23 | ORANGE |
| 128 | Pineloch/Orange | SEA 5812148 | 128-1 | Seating | 04/01/25 | ORANGE |
| 128 | Pineloch/Orange | BEV5810228 | 128-2 | Beverage - 2COP | 09/30/24 | ORANGE |

Tijuana Flats Restaurants, LLC

Case No. 3:24-bk-01128-BAJ

Attachments to Schedules - Schedule B, Part 10, Question 62

5/15/2024 13:54

| Store No. | Store Name | License No. | License Code | License Type | Expires | Jurisdiction |
|---|---|---|---|---|---|---|
| 128 | Pineloch/Orange | BUS-0017251 | 128-3 | City BTR | 09/30/24 | CITY OF ORLANDO |
| 129 | Sanford | 161846 | 129-4 | County BTR | 09/30/22 | SEMINOLE |
| 129 | Sanford | SEA 6904730 | 129-1 | Seating | 04/01/25 | SEMINOLE |
| 129 | Sanford | BEV6910175 | 129-2 | Beverage - 2COP | 09/30/24 | SEMINOLE |
| 130 | Altamonte Springs | 00-25356 | 130-3 | City BTR | 09/30/23 | CITY OF ALTAMONTE SPRINGS |
| 130 | Altamonte Springs | SEA 5812093 | 130-1 | Seating | 04/01/25 | SEMINOLE |
| 130 | Altamonte Springs | BEV6910170 | 130-2 | Beverage - 2COP | 09/30/24 | SEMINOLE |
| 133 | Fowler | BEV3910297 | 133-2 | Beverage - 2COP | 09/30/24 | HILLSBOROUGH |
| 133 | Fowler | 211178 | 133-4 | County BTR | 09/30/23 | HILLSBOROUGH |
| 133 | Fowler | SEA 3913006 | 133-1 | Seating | 02/01/25 | HILLSBOROUGH |
| 134 | Dale Malbry | BEV3910291 | 134-2 | Beverage - 2COP | 09/30/24 | HILLSBOROUGH |
| 134 | Dale Malbry | 202019 | 134-4 | County BTR | 09/30/23 | HILLSBOROUGH |
| 134 | Dale Malbry | SEA 3915519 | 134-1 | Seating | 02/01/25 | HILLSBOROUGH |
| 135 | Brandon | BEV3910292 | 135-2 | Beverage - 2COP | 09/30/24 | HILLSBOROUGH |
| 135 | Brandon | 202022 | 135-4 | County BTR | 09/30/23 | HILLSBOROUGH |
| 135 | Brandon | SEA 3915803 | 135-1 | Seating | 02/01/25 | HILLSBOROUGH |
| 139 | Ocala | A39044 | 139-3 | City BTR | 09/30/24 | CITY OF OCALA |
| 139 | Ocala | A39059 | 139-4 | City BEV | 09/30/24 | CITY OF OCALA |
| 139 | Ocala | SEA5202722 | 139-1 | Seating | 06/01/24 | MARION |
| 139 | Ocala | BEV5203009 | 139-2 | Beverage - 2COP | 09/30/24 | MARION |
| 140 | Commercial Blvd | 13802 | 140-3 | City BTR2 | 09/30/23 | CITY OF LAUDERHILL |
| 140 | Commercial Blvd | 170-6794 | 140-4 | County BTR | 09/30/23 | BROWARD |
| 140 | Commercial Blvd | SEA 1622145 | 140-1 | Seating | 12/01/24 | BROWARD |
| 140 | Commercial Blvd | BEV1618848 | 140-2 | Beverage - 2COP | 03/31/25 | BROWARD |
| 147 | Sarasota #2 | #990010097986 | 147-4 | County BTR | 09/30/23 | SARASOTA |
| 147 | Sarasota #2 | SEA 6805149 | 147-1 | Seating | 12/01/24 | SARASOTA |
| 147 | Sarasota #2 | BEV6804370 | 147-2 | Beverage - 2COP | 03/31/25 | SARASOTA |
| 152 | Beach & Hodges | 155465 | 152-4 | County BTR | 09/30/23 | DUVAL |
| 152 | Beach & Hodges | SEA 2613902 | 152-1 | Seating | 06/01/24 | DUVAL |
| 152 | Beach & Hodges | BEV2609484 | 152-2 | Beverage - 2COP | 09/30/24 | DUVAL |
| 153 | College Park | 1701-1077982 | 153-4 | County BTR | 09/30/23 | ORANGE |
| 153 | College Park | SEA 5812485 | 153-1 | Seating | 04/01/25 | ORANGE |
| 153 | College Park | BEV5810773 | 153-2 | Beverage - 2COP | 09/30/24 | ORANGE |
| 153 | College Park | BUS-0024462 | 153-3 | City BTR | 09/30/24 | CITY OF ORLANDO |
| 154 | Hollywood | B9048737-2020 | 154-3 | City BTR | 09/30/23 | CITY OF HOLLYWOOD |
| 154 | Hollywood | 170-281949 | 154-4 | County BTR | 09/30/23 | BROWARD |
| 154 | Hollywood | SEA 1622663 | 154-1 | Seating | 12/01/24 | BROWARD |
| 154 | Hollywood | BEV1619698 | 154-2 | Beverage - 2COP | 03/31/25 | BROWARD |
| 156 | Cooper City | 19-00002063 | 156-3 | City BTR | 09/30/22 | CITY OF COOPER CITY |
| 156 | Cooper City | 170-281950 | 156-4 | County BTR | 09/30/23 | BROWARD |
| 156 | Cooper City | SEA 1621509 | 156-1 | Seating | 12/01/24 | BROWARD |
| 156 | Cooper City | BEV1617773 | 156-2 | Beverage - 2COP | 03/31/25 | BROWARD |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 10, Question 62

5/15/2024 13:54

| Store No. | Store Name | License No. | License Code | License Type | Expires | Jurisdiction |
|---|---|---|---|---|---|---|
| 157 | Leesburg | SEA 4508279 | 157-1 | Seating | 04/01/25 | LAKE |
| 157 | Leesburg | BEV4502710 | 157-2 | Beverage - 2COP | 09/30/24 | LAKE |
| 157 | Leesburg | 16181 | 157-3 | City BTR | N/A | CITY OF LEESBURG |
| 157 | Leesburg | 8760028267 | 157-4 | County BTR | N/A | LAKE |
| 159 | Brandenton | SEA 5105402 | 159-1 | Seating | 12/01/24 | MANATEE |
| 159 | Brandenton | BEV5103170 | 159-2 | Beverage - 2COP | 03/31/25 | MANATEE |
| 163 | Wesley Chapel | BEV6103809 | 163-2 | Beverage - 2COP | 09/30/24 | PASCO |
| 163 | Wesley Chapel | SEA 6113042 | 163-4 | County BTR | 09/30/24 | PASCO |
| 163 | Wesley Chapel | SEA 6113042 | 163-1 | Seating | 02/01/25 | PASCO |
| 163 | Wesley Chapel | 87768 | 163-4 | County BTR | 09/30/24 | PASCO |
| 164 | Trinity | BEV6103810 | 164-2 | Beverage - 2COP | 09/30/24 | PASCO |
| 164 | Trinity | SEA 6113109 | 164-1 | Seating | 02/01/25 | PASCO |
| 164 | Trinity | 87766 | 164-4 | County BTR | 09/30/24 | PASCO |
| 165 | Collie Parkway | BEV6103003 | 165-2 | Beverage - 2COP | 09/30/24 | PASCO |
| 165 | Collie Parkway | SEA 6113227 | 165-1 | Seating | 02/01/25 | PASCO |
| 165 | Collie Parkway | 87765 | 165-4 | County BTR | 09/30/24 | PASCO |
| 167 | Colonial | 1701-1095820 | 167-4 | County BTR | 09/30/23 | ORANGE |
| 167 | Colonial | SEA 5812788 | 167-1 | Seating | 04/01/25 | ORANGE |
| 167 | Colonial | BEV5811167 | 167-2 | Beverage - 2COP | 09/30/24 | ORANGE |
| 167 | Colonial | BUS-0030719 | 167-3 | City BTR | 09/30/24 | CITY OF ORLANDO |
| 169 | Archer Road | 39439 | 169-3 | City BTR | **09/30/24** | CITY OF GAINESVILLE |
| 169 | Archer Road | SEA 1103289 | 169-1 | Seating | 06/01/24 | ALACHUA |
| 169 | Archer Road | BEV1102872 | 169-2 | Beverage - 4COP | 09/30/24 | ALACHUA |
| 170 | Coral Springs | BT65650 | 170-1 | City BTR | <span style="color:red">09/30/22</span> | CITY OF CORAL SPRINGS |
| 170 | Coral Springs | 170-250833 | 170-4 | County BTR | 09/30/23 | BROWARD |
| 170 | Coral Springs | SEA 1622997 | 170-1 | Seating | 12/01/24 | BROWARD |
| 170 | Coral Springs | BEV1620355 | 170-2 | Beverage - 2COP | 03/31/25 | BROWARD |
| 171 | Pemproke Pines | 20140218-2022-1 | 171-3 | City BTR | 09/30/23 | CITY OF PEMBROKE PINES |
| 171 | Pemproke Pines | 170-249977 | 171-4 | County BTR | 09/30/23 | BROWARD |
| 171 | Pemproke Pines | SEA 1622992 | 171-1 | Seating | 12/01/24 | BROWARD |
| 171 | Pemproke Pines | BEV1620321 | 171-2 | Beverage - 2COP | 03/31/25 | BROWARD |
| 172 | River City | BEV2610433 | 172-2 | Beverage - 2COP | 09/30/24 | DUVAL |
| 172 | River City | 224065 | 172-4 | County BTR | 09/30/23 | DUVAL |
| 172 | River City | SEA 2614867 | 172-1 | Seating | 06/01/24 | DUVAL |
| 175 | Stuart | 2012-291-0989 | 175-4 | County BTR | 09/30/24 | CITY OF STUART |
| 175 | Stuart | BEV5302490 | 175-2 | Beverage - 2COP | 03/31/25 | CITY OF STUART |
| 177 | Lantana | 201363503 | 177-4 | County BTR | 09/30/23 | PALM BEACH |
| 177 | Lantana | SEA 6021014 | 177-1 | Seating | 12/01/24 | PALM BEACH |
| 177 | Lantana | BEV6016243 | 177-2 | Beverage - 2COP | 03/31/25 | PALM BEACH |
| 179 | Weston | 170-256973 | 179-4 | County BTR | 09/30/23 | BROWARD |
| 179 | Weston | SEA 1623346 | 179-1 | Seating | 12/01/24 | BROWARD |
| 179 | Weston | BEV1620747 | 179-2 | Beverage - 2COP | 03/31/25 | BROWARD |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 10, Question 62

5/15/2024 13:54

| Store No. | Store Name | License No. | License Code | License Type | Expires | Jurisdiction |
|---|---|---|---|---|---|---|
| 180 | Ft. Myers | 1301248 | 180-4 | County BTR | 09/30/22 | LEE |
| 180 | Ft. Myers | SEA 4606579 | 180-1 | Seating | 12/01/24 | LEE |
| 180 | Ft. Myers | BEV4607064 | 180-2 | Beverage - 2COP | 03/31/25 | LEE |
| 181 | Roosevelt | BEV6212530 | 181-2 | Beverage - 2COP | 09/30/24 | PINELLAS |
| 181 | Roosevelt | 84059 | 181-3 | City BTR | 09/30/23 | CITY OF ST. PETERSBURG |
| 181 | Roosevelt | SEA 6216842 | 181-1 | Seating | 02/01/25 | PINELLAS |
| 183 | Sarasota UPC | SEA 5105498 | 183-1 | Seating | 12/01/24 | SARASOTA |
| 183 | Sarasota UPC | BEV5103241 | 183-2 | Beverage - 2COP | 03/31/25 | SARASOTA |
| 184 | Fleming Island | BEV2001339 | 184-2 | Beverage - 2COP | 09/30/24 | CLAY |
| 184 | Fleming Island | SEA 2001271 | 184-1 | Seating | 06/01/24 | CLAY |
| 186 | UCF | SEA 5813020 | 186-1 | Seating | 04/01/25 | ORANGE |
| 186 | UCF | BEV5811505 | 186-2 | Beverage - 2COP | 09/30/24 | ORANGE |
| 186 | UCF | 1701-1109895 | 186-4 | County BTR | 09/30/23 | ORANGE |
| 187 | Jupiter | BEV6016409 | 187-2 | Beverage - 2COP | 03/31/25 | PALM BEACH |
| 187 | Jupiter | 201471357 | 187-4 | County BTR | 09/30/23 | PALM BEACH |
| 187 | Jupiter | 201471359 | 187-6 | County BTR | 09/30/23 | PALM BEACH |
| 187 | Jupiter | SEA 6021067 | 187-1 | Seating | 12/01/23 | PALM BEACH |
| 187 | Jupiter | 15-40911 | 187-3 | City BTR | N/A | TOWN OF JUPITER |
| 187 | Jupiter | 15-40912 | 187-5 | City BTR-2 | N/A | TOWN OF JUPITER |
| 190 | Clearwater | BEV6212778 | 190-2 | Beverage - 2COP | 09/30/23 | PINELLAS |
| 190 | Clearwater | SEA 6216980 | 190-1 | Seating | 02/01/25 | PINELLAS |
| 198 | Seminole - Largo | 10050102028-9 | 198-4 | Grease Permit | 01/31/23 | PINELLAS COUNTY |
| 198 | Seminole - Largo | BEV6213072 | 198-2 | Beverage - 2COP | 09/30/23 | PINELLAS |
| 198 | Seminole - Largo | BTR18-0443 | 198-3 | City BTR | 09/30/23 | CITY OF LARGO |
| 198 | Seminole - Largo | SEA 6217206 | 198-1 | Seating | 02/01/25 | PINELLAS |
| 222 | Eustis | SEA4508748 | 222-1 | Seating | 04/01/25 | LAKE |
| 222 | Eustis | 17-01593 | 222-3 | City BTR | 09/30/22 | CITY OF EUSTIS |
| 222 | Eustis | BEV4503120 | 222-2 | Beverage - 2COP | 09/30/24 | LAKE |
| 222 | Eustis | 8760042998 | 222-4 | County BTR | N/A | LAKE |
| 223 | St. Lucie West | 1020070 | 223-4 | County BTR | 09/30/22 | ST LUCIE |
| 223 | St. Lucie West | 142686 | 223-3 | City BTR | 09/30/24 | CITY OF PORT ST LUCIE |
| 223 | St. Lucie West | SEA6603111 | 223-1 | Seating | 04/01/25 | ST LUCIE |
| 223 | St. Lucie West | BEV6603156 | 223-2 | Beverage - 2COP | 03/31/25 | ST LUCIE |
| 224 | Viera | SEA1506583 | 224-1 | Seating | 04/01/25 | BREVARD |
| 224 | Viera | 171835 | 224-4 | County BTR | 09/30/23 | BREVARD |
| 224 | Viera | BEV1506886 | 224-2 | Beverage - 2COP | 03/31/25 | BREVARD |
| 227 | Platt Street | BEV3911564 | 227-2 | Beverage - 2COP | 09/30/23 | HILLSBOROUGH |
| 227 | Platt Street | 1386215 | 227-3 | City BTR | 09/30/23 | CITY OF TAMPA |
| 227 | Platt Street | 5323 | 227-4 | County BTR | 09/30/23 | HILLSBOROUGH |
| 227 | Platt Street | SEA 3916128 | 227-1 | Seating | 02/01/25 | HILLSBOROUGH |
| 230 | Royal Palm Beach | BEV6016935 | 230-2 | Beverage - 2COP | 03/31/25 | PALM BEACH |
| 230 | Royal Palm Beach | 23-00018836 | 230-3 | City BTR | 09/30/23 | VILLAGE OF ROYAL PALM BEACH |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 10, Question 62

5/15/2024 13:54

| Store No. | Store Name | License No. | License Code | License Type | Expires | Jurisdiction |
|---|---|---|---|---|---|---|
| 230 | Royal Palm Beach | 2016089214 | 230-4 | County BTR | 09/30/23 | PALM BEACH |
| 230 | Royal Palm Beach | SEA6021792 | 230-1 | Seating | 12/01/24 | PALM BEACH |
| 232 | Bloomingdale | BEV3912394 | 232-2 | Beverage - 2COP | 09/30/23 | HILLSBOROUGH |
| 232 | Bloomingdale | 48313 | 232-3 | County BTR | 09/30/23 | HILLSBOROUGH |
| 232 | Bloomingdale | SEA 3918225 | 232-1 | Seating | 02/01/25 | HILLSBOROUGH |
| 234 | Melbourne | SEA1506615 | 234-1 | Seating | 04/01/25 | BREVARD |
| 234 | Melbourne | BTR-04708-2020 | 234-3 | City BTR | 09/30/22 | CITY OF MELBOURNE |
| 234 | Melbourne | 172606 | 234-4 | County BTR | 09/30/23 | BREVARD |
| 234 | Melbourne | BEV1506937 | 234-2 | Beverage - 2COP | 03/31/25 | BREVARD |
| 237 | St. Cloud | SEA5911501 | 237-1 | Seating | 04/01/25 | OSCEOLA |
| 237 | St. Cloud | 158387 | 237-4 | County BTR | 09/30/24 | OSCEOLA |
| 237 | St. Cloud | BEV5903289 | 237-2 | Beverage - 2COP | 09/30/23 | OSCEOLA |
| 237 | St. Cloud | 17-00027100 | 237-3 | City BTR | 09/30/23 | CITY OF SAINT CLOUD |
| 237 | St. Cloud | 18-00027099 | 237-5 | City CU | 09/30/23 | CITY OF SAINT CLOUD |
| 238 | Port Orange | BEV7407664 | 238-2 | Beverage - 2COP | 03/31/25 | VOLUSIA |
| 238 | Port Orange | SEA7407397 | 238-1 | Seating | 04/01/25 | VOLUSIA |
| 238 | Port Orange | 17-00024553 | 238-3 | City BTR | 09/30/24 | CITY OF PORT ORANGE |
| 238 | Port Orange | 201606060011 | 238-4 | County BTR | 09/30/24 | VOLUSIA |
| 239 | Riverview | 35834 | 239-4 | County BTR | 09/30/23 | HILLSBOROUGH |
| 239 | Riverview | BEV3912184 | 239-2 | Beverage - 2COP | 09/30/24 | HILLSBOROUGH |
| 239 | Riverview | SEA 3917950 | 239-1 | Seating | 02/01/25 | HILLSBOROUGH |
| 241 | Apopka | SEA5811025 | 241-1 | Seating | 04/01/25 | ORANGE |
| 241 | Apopka | 11909/11910/11911 | 241-3 | City BTR | 09/30/22 | CITY OF APOPKA |
| 241 | Apopka | BEV5812529 | 241-2 | Beverage - 2COP | 09/30/23 | ORANGE |
| 241 | Apopka | 1701-1176407 | 241-4 | County BTR | 09/30/23 | ORANGE |
| 242 | Palm Bay Rd | SEA1506680 | 242-1 | Seating | 04/01/25 | BREVARD |
| 242 | Palm Bay Rd | 23-00020269 | 242-3 | City BTR | 09/30/24 | CITY OF WEST MELBOURNE |
| 242 | Palm Bay Rd | 174749 | 242-4 | County BTR | 09/30/23 | BREVARD |
| 242 | Palm Bay Rd | BEV1507063 | 242-2 | Beverage - 2COP | 03/31/25 | BREVARD |
| 243 | Brooksville | BEV3701600 | 243-2 | Beverage - 2COP | 09/30/23 | HERNANDO |
| 243 | Brooksville | SEA 3701226 | 243-1 | Seating | 02/01/25 | HERNANDO |
| 246 | Nocatee | BEV6502256 | 246-2 | Beverage - 2COP | 09/30/23 | ST JOHNS |
| 246 | Nocatee | 69687 | 246-4 | County BTR | 09/30/23 | ST JOHNS |
| 246 | Nocatee | SEA6502245 | 246-1 | Seating | 06/01/24 | ST JOHNS |
| 247 | Champions Gate | SEA5911541 | 247-1 | Seating | 04/01/25 | OSCEOLA |
| 247 | Champions Gate | 161611 | 247-4 | County BTR | 09/30/24 | OSCEOLA |
| 247 | Champions Gate | BEV5903343 | 247-2 | Beverage - 2COP | 09/30/23 | OSCEOLA |
| 249 | Lutz | BEV3912163 | 249-2 | Beverage - 2COP | 09/30/23 | HILLSBOROUGH |
| 249 | Lutz | 39228 | 249-4 | County BTR | 09/30/23 | HILLSBOROUGH |
| 249 | Lutz | SEA 3918028 | 249-1 | Seating | 02/01/25 | HILLSBOROUGH |
| 257 | Ocoee | SEA 5815203 | 257-1 | Seating | 04/01/25 | ORANGE |
| 257 | Ocoee | 5813828BEV | 257-2 | Beverage | 09/20/23 | ORANGE |

**Tijuana Flats Restaurants, LLC**

**Case No. 3:24-bk-01128-BAJ**

Attachments to Schedules - Schedule B, Part 10, Question 62

5/15/2024 13:54

| Store No. | Store Name | License No. | License Code | License Type | Expires | Jurisdiction |
|-----------|-----------|-------------|--------------|--------------|---------|--------------|
| 258 | OTown | SEA5815605 | 258 | Seating | 04/01/25 | ORANGE |
| 258 | OTown | 1701-1234123 | 258 | County BTR | 09/30/23 | ORANGE |
| 260 | Hamlin | SEA5815514 | 260 | Seating | 04/01/25 | ORANGE |
| 260 | Hamlin | BEV5814134 | 260 | Beverage - 2COP | 09/30/23 | ORANGE |
| 260 | Hamlin | 1701-1232495 | 260 | County | 09/30/23 | ORANGE |

**Fill in this information to identify the case:**

Debtor name    **Tijuana Flats Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:24-bk-01128-BAJ**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Alachua County Tax Collector**<br>Creditor's Name<br><br>**P.O. Box 142530**<br>**Gainesville, FL 32614-2530**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 169**<br><br>Describe the lien<br>**Personal Property Taxes**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $15,162.04 | $13,916.87 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2 Brevard County Tax Collector**<br>Creditor's Name<br>**400 S. St.**<br>**Ste. 6TH**<br>**Titusville, FL 32780**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 224, 234 and 242**<br><br>Describe the lien<br>**Personal Property Taxes**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,728.99 | $338,147.11 |

Debtor   **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)   **3:24-bk-01128-BAJ**
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Broward County Tax Collector** | Describe debtor's property that is subject to a lien | $4,784.20 | $174,431.81 |
|---|---|---|---|---|

Creditor's Name

**Governmental Center Annex**
**115 S. Andrews Ave.**
**Fort Lauderdale, FL 33301-1895**

Creditor's mailing address

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 111, 140, 154, 156, 170, 171 and 179**

Describe the lien
**Personal Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Clay County Tax Collector** | Describe debtor's property that is subject to a lien | $1,263.74 | $70,191.53 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 218**
**Green Cove Springs, FL 32043**

Creditor's mailing address

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 184**

Describe the lien
**Personal Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Duval County Tax Collector** | Describe debtor's property that is subject to a lien | $3,200.07 | $70,394.08 |
|---|---|---|---|---|

Creditor's Name

**231 E. Forsyth St.**
**Jacksonville, FL 32202**

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 152 and 172**

Debtor    **Tijuana Flats Restaurants, LLC**
_____
          Name                                                      Case number (if known)    **3:24-bk-01128-BAJ**
                                                                                               _____

Creditor's mailing address

**Describe the lien**
**Personal Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Hernando County Tax Collector** | **Describe debtor's property that is subject to a lien** | $1,724.25 | $91,270.80 |

Creditor's Name

**20 N. Main St., Ste. 112**
**Brooksville, FL 34601**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 243**

**Describe the lien**
**Personal Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Hillsborough County Tax Collector** | **Describe debtor's property that is subject to a lien** | $15,684.00 | $718,227.91 |

Creditor's Name

**406 30th St. SE**
**Ruskin, FL 33570**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 133, 134, 135, 165, 227, 232, 239 and 249**

**Describe the lien**
**Personal Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Tijuana Flats Restaurants, LLC**
　　　　Name

Case number (if known)　**3:24-bk-01128-BAJ**

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Lake County Tax Collector** | Describe debtor's property that is subject to a lien | $2,806.04 | $159,809.11 |

Creditor's Name

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 157 and 222**

**1505 Hooks St.**
**Clermont, FL 34711**
Creditor's mailing address

Describe the lien
**Personal Property Taxes**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Lee County Tax Collector** | Describe debtor's property that is subject to a lien | $1,086.59 | $63,120.13 |

Creditor's Name

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 180**

**2480 Thompson St.**
**Fort Myers, FL 33901**
Creditor's mailing address

Describe the lien
**Personal Property Taxes**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **LSC2022, LLC** | Describe debtor's property that is subject to a lien | $18,803,948.52 | $7,291,043.81 |

Creditor's Name

**Blanket lien on all assets**

**16130 Ventura Blvd., Ste. 250**
**Encino, CA 91436**
Creditor's mailing address

Describe the lien
**Term and Revolving Loans**

---

Debtor    **Tijuana Flats Restaurants, LLC**
          _____    Case number (if known)    **3:24-bk-01128-BAJ**
          Name

---

|  | Is the creditor an insider or related party? |
| --- | --- |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
|  | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

**2.1 1**   **Manatee County Tax Collector**
Creditor's Name

**819 301 Blvd.**
**Bradenton, FL 34205**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 159**

**Describe the lien**
**Personal Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$575.11          $3,669.70

---

**2.1 2**   **Marion County Tax Collector**
Creditor's Name

**503 S.E. 25th Ave.**
**Ocala, FL 34471**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 139**

**Describe the lien**
**Personal Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$677.04          $0.00

---

Debtor    **Tijuana Flats Restaurants, LLC**
_____
        Name

Case number (if known)    **3:24-bk-01128-BAJ**

---

| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Martin County Tax Collector** | Describe debtor's property that is subject to a lien | **$1,571.60** | **$16,983.82** |

Creditor's Name

**3485 SE Willoughby Blvd.**
**Stuart, FL 34994**

Creditor's mailing address

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 175**

Describe the lien
**Tangible Personal Property Taxes**

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Miami Dade County Tax Collector** | Describe debtor's property that is subject to a lien | **$953.23** | **$38,704.58** |

Creditor's Name

**200 NW 2nd Ave., Ste. 1**
**Miami, FL 33128**

Creditor's mailing address

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 183**

Describe the lien
**Personal Property Taxes**

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Orange County Tax Collector** | Describe debtor's property that is subject to a lien | **$29,607.60** | **$1,865,255.24** |

Creditor's Name

**301 S. Rosalind Ave.**
**Orlando, FL 32801**

Creditor's mailing address

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 102, 104, 117, 127, 128, 130, 153, 167, 186, 241, 257, 258, 260 and MGMT**

Describe the lien

---

Debtor   **Tijuana Flats Restaurants, LLC**
         <sub>Name</sub>                                    Case number (if known)   **3:24-bk-01128-BAJ**

---

**Personal Property Taxes**
**Is the creditor an insider or related party?**

■ No
☐ Yes

<sub>Creditor's email address, if known</sub>

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Osceola County Tax Collector** | | |
|---|---|---|---|

<sub>Creditor's Name</sub>

**2501 E. Irlo Bronston Memorial Hwy**
**Kissimmee, FL 34744**
<sub>Creditor's mailing address</sub>

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 237 and 247**

**$2,283.83**         **$233,086.60**

**Describe the lien**
**Personal Property Taxes**
**Is the creditor an insider or related party?**

■ No
☐ Yes

<sub>Creditor's email address, if known</sub>

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Palm Beach County Tax Collector** | | |
|---|---|---|---|

<sub>Creditor's Name</sub>

**501 S. Congress Ave.**
**Delray Beach, FL 33445**
<sub>Creditor's mailing address</sub>

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 177, 187 and 230**

**$1,816.85**         **$356,549.43**

**Describe the lien**
**Personal Property Taxes**
**Is the creditor an insider or related party?**

■ No
☐ Yes

<sub>Creditor's email address, if known</sub>

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Tijuana Flats Restaurants, LLC**
_____     Case number (if known)    **3:24-bk-01128-BAJ**
Name

■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 8 | **Pasco County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 276
Dade City, FL 33526-0276**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 163 and 164**

**Describe the lien**
**Personal Property Taxes**

**Is the creditor an insider or related party?**
■ No
□ Yes

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

$1,715.81        $88,894.61

---

| 2.1 9 | **Pinellas County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**130225 Starkey Rd.
Largo, FL 33773**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 112, 114, 120, 121, 181, 190 and 198**

**Describe the lien**
**Personal Property Taxes**

**Is the creditor an insider or related party?**
■ No
□ Yes

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

$5,674.80        $330,776.68

---

| 2.2 0 | **Sarasota County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**101 S. Washington Blvd.
Sarasota, FL 34236**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 147**

**Describe the lien**
**Personal Property Taxes**

$857.70        $16,798.47

---

Debtor    **Tijuana Flats Restaurants, LLC**
    Name

Case number (if known)    **3:24-bk-01128-BAJ**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Seminole County Tax Collector** | Describe debtor's property that is subject to a lien | $4,999.59 | $105,810.83 |

Creditor's Name

**P.O. Box 630
Sanford, FL 32772-0630**
Creditor's mailing address

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store Nos. 103, 122 and 129**

Describe the lien
**Personal Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **St. Johns County Tax Collector** | Describe debtor's property that is subject to a lien | $1,013.96 | $94,595.44 |

Creditor's Name

**P.O. Box 9001
Saint Augustine, FL 32085-9001**
Creditor's mailing address

**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 246**

Describe the lien
**Tangible Personal Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor  **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **St. Lucie County Tax Collector** | | **$1,727.98** | **$167,283.27** |
|---|---|---|---|---|

Creditor's Name

**1664 SE Walton Rd., Ste. 101**
**Port Saint Lucie, FL 34952**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 223**

Describe the lien
**Personal Property Taxes**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

---

| 2.2 4 | **US Foods, Inc.** | | **$222,643.15** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**9399 West Higgins Rd., Ste. 500**
**Rosemont, IL 60018**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Floating Lien on all Cash and Cash Equivalents**

Describe the lien
**PACA Claim**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

---

| 2.2 5 | **Volusia County Tax Collector** | | **$1,486.34** | **$150,173.22** |
|---|---|---|---|---|

Creditor's Name

**123 W. Indiana Ave., #103**
**Deland, FL 32720**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**FFE as reflected on Attachment to Schedule B, Part 8, Question 50 for Store No. 238**

Describe the lien
**Personal Property Taxes**

Debtor    **Tijuana Flats Restaurants, LLC**      Case number (if known)    **3:24-bk-01128-BAJ**
Name

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$19,128,993.03**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **J. Ellsworth Summers, Jr., Esq.**<br>**Burr Forman LLP**<br>**50 N. Laura St., Ste. 3000**<br>**Jacksonville, FL 32202** | Line  **2.10** | |

**Fill in this information to identify the case:**

Debtor name    **Tijuana Flats Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:24-bk-01128-BAJ**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Active employees of earned,<br>but unpaid wages** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$682,816.81** | **$682,816.81** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Current earned, but unpaid payroll obligation<br>for the pay periods:<br>04/08/2024 through 04/19/2024 and<br>04/15/2024 through 04/19/2024** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**FL Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$442,249.73** | **$442,249.73** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid sales taxes for 03/2024** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**FL Dept. of State**
**Clifton Building**
**2661 Executive Center Dr.**
**Tallahassee, FL 32301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$297,572.26** | **$256,115.77** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Form 945 taxes for tax period ending 12/31/2020**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$879.00** |
|---|---|---|---|

**212 Digital Inc.**
**5555 W. Waters Ave., Ste. 610**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2D01**

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,071.26** |
|---|---|---|---|

**3687 Tampa Road Crossing, LLC**
**18167 US 19 N, Ste. 600**
**Clearwater, FL 33764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/01/2007**

**Last 4 digits of account number**

Basis for the claim:  **Possible unpaid rents [121]; Pinellas County, Florida;**
**Case No. 24-002838-CO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**4027 S. Dale Mabry, LLC**
**c/o RMC Property Group**
**8902 N. Dale Mabry Hwy., Ste. 200**
**Tampa, FL 33614**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  10/31/2016**

**Last 4 digits of account number**

Basis for the claim:  **Possible unpaid rents [221]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,861.33 |
|---|---|---|---|
| | **419 E. 57th LLC**<br>**d/b/a The Shoppes of Trinity Cross**<br>**c/o RPM Realty Management, LLC**<br>**14502 N. Dal Mabry, Ste. 333**<br>**Tampa, FL 33618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/01/2011** | Basis for the claim:  **Possible unpaid rents [164]** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,747.03 |
|---|---|---|---|
| | **Aaron Van Creative, LLC**<br>**572 Darkwood Ave.**<br>**Ocoee, FL 34761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __ | Basis for the claim:  **[balance as of 04/18/2024]** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.00 |
|---|---|---|---|
| | **ABC Glass, Inc.**<br>**P.O. Box 267188**<br>**Fort Lauderdale, FL 33326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __ | Basis for the claim:  **Repairs & Maintenance [balance as of 04/18/2024]** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $381.30 |
|---|---|---|---|
| | **ABLE PLUMBING**<br>**218 S H STREET**<br>**LAKE WORTH, FL 33460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __ | Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]** | |
| | Last 4 digits of account number  **LE02** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,786.55 |
|---|---|---|---|
| | **Adia Solutions LLC**<br>**10151 Deerwood Park Blvd.**<br>**Ste. 200-44**<br>**Jacksonville, FL 32256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __ | Basis for the claim:  **[balance as of 04/18/2024]** | |
| | Last 4 digits of account number  **1A01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Alliant Partners Development, LLC**<br>**1320 E. 9th Ave., Second Fl.**<br>**Tampa, FL 33605** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  __ | Basis for the claim:  **Possible unpaid rents [279]** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,930.00 |
|---|---|---|---|
| | **America Apartments, LP**<br>**6815 Poplar Ave., Ste. 50**<br>**Germantown, TN 38138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __ | Basis for the claim:  **[balance as of 04/18/2024]** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Tijuana Flats Restaurants, LLC**
Name

Case number (if known)   **3:24-bk-01128-BAJ**

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $481.48 |
|---|---|---|---|

**American Electrical Contracting,**
**9016 PHILLIPS HIGHWAY**
**JACKSONVILLE, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **ER01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,488.38 |
|---|---|---|---|

**AmeriGas Propane LP**
**PO BOX 371473**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **ER06**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.16 |
|---|---|---|---|

**Anclote Elementary School**
**3610 Madison St.**
**New Port Richey, FL 34652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Spirit Night [balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**APP of Florida, LLC**
**c/o Greenfield Development Company**
**6831 East 32nd St., Ste. 300**
**Attn: Gary Edwards & Jeffrey Green**
**Indianapolis, IN 46226**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **06/01/2007**

Basis for the claim:  **Possible unpaid rents [126]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,565.00 |
|---|---|---|---|

**Armstrong Lock & Security Prod**
**5066 Edgewater Drive**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **MS01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,446.71 |
|---|---|---|---|

**Armstrong Lock & Security Prod**
**5066 Edgewater Drive**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Assure Kitchen Exhaust Services, I**
**10411 SW 17th St.**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Avenue at Westchase, LLC, The**
**2345 W. Sand Lake Rd., Ste. 100**
**Orlando, FL 32809**

Date(s) debt was incurred  08/04/2006

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible unpaid rents [136]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Avis Rent a Car**
**7876 Collection Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number  **IS01**

As of the petition filing date, the claim is: *Check all that apply.*    $1,243.54

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Travel Expenses [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
**AW Billing Services LLC**
**4431 North Dixie Highway**
**Boca Raton, FL 33431**

Date(s) debt was incurred __

Last 4 digits of account number  **ER08**

As of the petition filing date, the claim is: *Check all that apply.*    $1,827.48

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
**AWESOME AWNINGS OF NC**
**2474-215 WALNUT ST**
**CARY, NC 27518**

Date(s) debt was incurred __

Last 4 digits of account number  **WS01**

As of the petition filing date, the claim is: *Check all that apply.*    $2,525.74

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Babcock New Haven, LLC**
**1344 S. Apollo Blvd., Ste. 400**
**Melbourne, FL 32901**

Date(s) debt was incurred  11/16/2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $24,921.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [234]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Barada Associates, Inc.**
**P.O. Box 121**
**Greensburg, IN 47240**

Date(s) debt was incurred __

Last 4 digits of account number  **RA01**

As of the petition filing date, the claim is: *Check all that apply.*    $588.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Bayfront Central**
**1001 Arlington Ave N**
**St Petersburg, FL 33705**

Date(s) debt was incurred __

Last 4 digits of account number  **YF01**

As of the petition filing date, the claim is: *Check all that apply.*    $262.15

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)    **3:24-bk-01128-BAJ**

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $295.63 |
|---|---|---|---|

**BCI INTEGRATED SOLUTIONS**
**9501 PRINCESS PALM AVE**
**TAMPA, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  II01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**BDO**
**P.O. Box 642743**
**Pittsburgh, PA 15264-2743**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  O001**

Basis for the claim:  **Tax Partner [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**BELL-CHILDRESS MECHANICAL INC**
**2716 SONIC DRIVE**
**SUITE 105**
**VIRGINIA BEACH, VA 23453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  LL01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $306.06 |
|---|---|---|---|

**Beltram - NSO Vendor**
**6800 N. Florida Ave.**
**Tampa, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,645.86 |
|---|---|---|---|

**Benchmark Melbourne 35 Associates**
**c/o Benchmark Management Corp.**
**4053 Maple Rd., Ste. 200**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/07/2016**

**Last 4 digits of account number** __

Basis for the claim:  **Possible unpaid rents [242]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,767.98 |
|---|---|---|---|

**Berkshire Oaks Ocala, LLC**
**c/o United Properties Corp.**
**1975 Hempstead Tpke., Ste. 309**
**East Meadow, NY 11554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  08/02/2009**

**Last 4 digits of account number** __

Basis for the claim:  **Possible unpaid rents [139]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,404.00 |
|---|---|---|---|

**Black Box Intelligence**
**14785 Preston Rd., Ste. 290**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  CK01**

Basis for the claim:  **HR [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address
**BLANTON DOOR CONTROLS, INC**
**7352 WEST HILLSBOROUGH AVE**
**TAMPA, FL 33634**

Date(s) debt was incurred  _____
Last 4 digits of account number  **AN02**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$1,896.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**BLOSSMAN GAS & APPLIANCE**
**5923 SOUTEL DRIVE**
**JACKSONVILLE, FL 32219**

Date(s) debt was incurred  _____
Last 4 digits of account number  **OSO1**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$7,973.48**

---

**3.34** | Nonpriority creditor's name and mailing address
**Brandon Commons, LLC**
**7940 Via Dellagio Way, Ste. 200**
**Orlando, FL 32819**

Date(s) debt was incurred  **11/22/2004**
Last 4 digits of account number  _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [135]**

Is the claim subject to offset? ■ No ☐ Yes

**$9,140.48**

---

**3.35** | Nonpriority creditor's name and mailing address
**BRE Mariner Carrollwood LLC**
**c/o Brixmor Property Group**
**450 Lexington Ave., 13th Fl.**
**New York, NY 10017**

Date(s) debt was incurred  **03/01/2003**
Last 4 digits of account number  _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [134]**

Is the claim subject to offset? ■ No ☐ Yes

**$29,982.21**

---

**3.36** | Nonpriority creditor's name and mailing address
**BRE Throne Beneva Village Shops, L**
**c/o Brixmore Property Group**
**450 Lexington Ave., 13th Fl.**
**New York, NY 10017**

Date(s) debt was incurred  **10/29/2009**
Last 4 digits of account number  _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [147]**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**BRIGHT HOUSE NETWORKS**
**PO BOX 7195**
**PASADENA, CA 91109-7195**

Date(s) debt was incurred  _____
Last 4 digits of account number  **IG05**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cable [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$4,486.39**

---

**3.38** | Nonpriority creditor's name and mailing address
**Broward Century Locksmiths, Inc.**
**37 NE 2nd Ave.**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred  _____
Last 4 digits of account number  **OW03**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$505.73**

---

Debtor **Tijuana Flats Restaurants, LLC**
Name

Case number (if known)  **3:24-bk-01128-BAJ**

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**C & C Services of Tampa Inc.**
**1007 Robinson Rd.**
**Plant City, FL 33563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,009.00** |
|---|---|---|---|

**C.K.'s Lockshop & Security Center**
**301 S.E. 4th St.**
**Boynton Beach, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **LO01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$827.40** |
|---|---|---|---|

**C.K.'s Lockshop & Security Center**
**301 S.E. 4th St.**
**Boynton Beach, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Caligo Crossing, LLC**
**c/o Regency Centers Corp,**
**One Independent Dr., Ste. 114**
**Jacksonville, FL 32202**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **06/22/2009**

Last 4 digits of account number __

Basis for the claim:  **Possible unpaid rents [148]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,632.01** |
|---|---|---|---|

**Canon Financial Services, Inc.**
**14904 Collections Center Dr.**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,079.30** |
|---|---|---|---|

**CDW DIRECT**
**P.O. BOX 75723**
**CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **WD01**

Basis for the claim:  **Computer hardware vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,425.67** |
|---|---|---|---|

**CENTRAL FLORIDA GAS**
**PO BOX 825925**
**PHILIDELPHIA, PA 19182-5925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **NT10**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.46**

**Nonpriority creditor's name and mailing address**
**CenturyLink (EMBARQ FLORIDA, INC.)**
**PO Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred ___
Last 4 digits of account number **NT02**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ☐ No  ☐ Yes

**$245.68**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**CFT, LLC**
**2405 NW 23rd Terr.**
**Gainesville, FL 32605**

Date(s) debt was incurred **05/01/2001**
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Possible unpaid rents [107]**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**CG Downtown Shopping Center**
**8390 ChampionsGate Blvd., Ste. 104**
**ChampionsGate, FL 33896**

Date(s) debt was incurred **03/03/2017**
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible unpaid rents [247]**

Is the claim subject to offset? ☐ No  ☐ Yes

**$8,840.34**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**CH Retail Fund II**
**Orlando Gardens on Millenia, LLC**
**P.O. Box 852094**
**Richardson, TX 75085**

Date(s) debt was incurred **09/05/2016**
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Possible unpaid rents [236]**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**CHR J Hodges, LLC and**
**JLR Hodes, LLC**
**P.O. Box 9527**
**Asheville, NC 28815**

Date(s) debt was incurred **09/23/2006**
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible unpaid rents [152]**

Is the claim subject to offset? ☐ No  ☐ Yes

**$9,242.94**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**CHUGIN (U.S.A.), Inc.**
**c/o Grandstaff Commercial Manageme**
**427 S. New York Ave., Ste. 203**
**Winter Park, FL 32789**

Date(s) debt was incurred **10/01/2012**
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible unpaid rents [186]**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,369.60**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**CINTAS CORPORATION**
**PO BOX 630910**
**CINCINNATI, OH 45263**

Date(s) debt was incurred ___
Last 4 digits of account number **NT07**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Mats [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

**$32,605.84**

---

Debtor **Tijuana Flats Restaurants, LLC**          Case number (if known) **3:24-bk-01128-BAJ**

Name

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**City Fire, Inc.**<br>**5708 SW 25th Street**<br>**Hollywood, FL 33083** | As of the petition filing date, the claim is: *Check all that apply.*     **$2,533.61**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  TY02** | **Basis for the claim:  [balance as of 04/18/2024]**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**City of Apopka - Utilities**<br>**150 E 5th St.**<br>**Apopka, FL 32703** | As of the petition filing date, the claim is: *Check all that apply.*     **$1,505.30**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  Y153** | **Basis for the claim:  Utilities [balance as of 04/18/2024]**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**City of Clearwater**<br>**P.O. Box 30020**<br>**Tampa, FL 33630** | As of the petition filing date, the claim is: *Check all that apply.*     **$1,614.13**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:  [balance as of 04/18/2024]**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**CITY OF COCOA UTILITIES**<br>**PO BOX 1270**<br>**COCOA, FL 32923-1270** | As of the petition filing date, the claim is: *Check all that apply.*     **$1,123.04**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  Y119** | **Basis for the claim:  Utilities [balance as of 04/18/2024]**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**City of Cooper City, FL**<br>**9090 SW 50th Pl.**<br>**Cooper City, FL 33328** | As of the petition filing date, the claim is: *Check all that apply.*     **$294.37**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  TY58** | **Basis for the claim:  Utilities [balance as of 04/18/2024]**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**City of Eustis Utilities**<br>**Customer Service**<br>**P.O. Box 1946**<br>**Eustis, FL 32727-1946** | As of the petition filing date, the claim is: *Check all that apply.*     **$319.84**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:  Utilities [balance as of 04/18/2024]**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**City of Leesburg**<br>**PO BOX 491286**<br>**Leesburg, FL 34749-1286** | As of the petition filing date, the claim is: *Check all that apply.*     **$2,263.39**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  TY55** | **Basis for the claim:  Utilities [balance as of 04/18/2024]**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor      **Tijuana Flats Restaurants, LLC**
_____          Case number (if known)    **3:24-bk-01128-BAJ**
Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.28 |
|---|---|---|---|

**City of Melbourne Utilities**
**P.O. Box 17**
**Melbourne, FL 32902-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $831.10 |
|---|---|---|---|

**CITY OF MIRAMAR- UTL**
**PO BOX 71231**
**CHARLOTTE, NC 28272-1231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **TY42**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,036.99 |
|---|---|---|---|

**City of North Miami (UTIL)**
**PO BOX 31489**
**TAMPA, FL 33631-3489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **TY71**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,477.70 |
|---|---|---|---|

**City of Ocala (POB 30749)-UTIL**
**201 SE 3RD STREET**
**OCALA, FL 34471-2174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **TY44**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $711.90 |
|---|---|---|---|

**CITY OF OCOEE**
**1 N BLUFORD AVE**
**Ocoee, FL 34761-2223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **CO02**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $569.87 |
|---|---|---|---|

**CITY OF PLANTATION UTILITIES**
**PO BOX 31132**
**TAMPA, FL 33631-3132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Y126**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.20 |
|---|---|---|---|

**City of Port Orange - Utilities**
**P.O. Box 291037**
**Port Orange, FL 32129-1037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)    **3:24-bk-01128-BAJ**
_____

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,835.90 |
|---|---|---|---|

**CITY OF ST AUGUSTINE UTILITIES**
**50 BRIDGE STREET**
**ST AUGUSTINE, FL 32084-4334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **Y162**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.00 |
|---|---|---|---|

**CITY OF ST CLOUD UTILITIES**
**PO BOX 31304**
**TAMPA, FL 33631-3304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **Y144**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**City of St. Petersburg - Police**
**P.O. Box 2842**
**Saint Petersburg, FL 33731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  [balance as of 04/18/2024]**

Last 4 digits of account number  **TY80**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.34 |
|---|---|---|---|

**City of St. Petersburg - Utilities**
**P.O. Box 33034**
**Saint Petersburg, FL 33733-8034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **TY16**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,991.97 |
|---|---|---|---|

**CITY OF SUNRISE**
**PO BOX 31432**
**TAMPA, FL 33631-3432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **TY31**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,639.03 |
|---|---|---|---|

**City of Virginia Beach**
**2401 Courthouse Dr.**
**Virginia Beach, VA 23456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **Y129**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.11 |
|---|---|---|---|

**City of West Melbourne Utilities**
**Utility Department**
**P.O. Box 120009**
**Melbourne, FL 32912-0009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Tijuana Flats Restaurants, LLC**
     Name

Case number (if known)  **3:24-bk-01128-BAJ**

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,038.95 |
|---|---|---|---|

**CITY OF WEST PALM BEACH -**
**PO BOX 30000**
**TAMPA, FL 33630-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **Y141**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,514.46 |
|---|---|---|---|

**City of Winter Park**
**P.O. Box 1986**
**Winter Park, FL 32790-1986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **TY25**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,813.77 |
|---|---|---|---|

**CLARK NATIONAL ACCOUNTS**
**2205 OLD PHILADELPHIA PIKE**
**LANCASTER, PA 17602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Smallwares [balance as of 04/18/2024]**

Last 4 digits of account number  **RK01**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.97 |
|---|---|---|---|

**CLAY ELECTRIC COOPERATIVE, INC.**
**PO BOX 308**
**KEYSTONE HEIGHTS, FL 32656-0308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **YE01**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,363.87 |
|---|---|---|---|

**COASTAL RESTAURANT SERVICE**
**AND EQUIPMENT**
**18395 GULF BLVD SUITE 204**
**INDIAN SHORES, FL 33785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **AS06**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,937.74 |
|---|---|---|---|

**COASTAL RESTAURANT SERVICE**
**AND EQUIPMENT**
**18395 GULF BLVD SUITE 204**
**INDIAN SHORES, FL 33785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cohan, Howard**
**c/o Samantha L. Simpson, Esq.**
**Sconzo Law Office P.A.**
**3825 PGA Blvd., Ste. 207**
**Palm Beach Gardens, FL 33410**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ADA complaint; Southern District of FL; Case No. 0:24-cv-60540-MD**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Tijuana Flats Restaurants, LLC**
_____    Case number (if known)    **3:24-bk-01128-BAJ**
Name

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,136.52**

**College Venture I, LLC**
**3515 Del Prado Blvd., Ste. 107**
**Cape Coral, FL 33914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2012**

Basis for the claim:  **Possible unpaid rents [180]**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00**

**COLLIN ULMER PRODUCTIONS**
**4731 NW 39TH STREET**
**GAINSVILLE, FL 32606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **LL15**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Columbia Regency Partners II, LLC**
**Plaza Venezia**
**P.O. Box 530180**
**Atlanta, GA 30353**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **07/22/2011**

Basis for the claim:  **Possible unpaid rents [161]**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,853.04**

**CONTRACT EQUIPMENT SPECIALIST**
**2100 NE DIXIE HWY**
**JENSEN BEACH, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **NT01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,517.67**

**CONTRACT EQUIPMENT SPECIALIST**
**2100 NE DIXIE HWY**
**JENSEN BEACH, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$507.39**

**COOL SEAL GASKETS OF CENTRAL**
**2365 BEVERLY ST.**
**OVIEDO, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **OL02**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,586.88**

**COOL SEAL GASKETS OF CENTRAL**
**2365 BEVERLY ST.**
**OVIEDO, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)    **3:24-bk-01128-BAJ**
_____

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,308.50 |
|---|---|---|---|

**COOL TODAY**
**6143 CLARK CENTER AVE**
**SARASOTA, FL 34238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Last 4 digits of account number  **OL03**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,125.00 |
|---|---|---|---|

**Corporate Services Consultants**
**PO BOX 1048**
**Dandridge, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **RP02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $362.41 |
|---|---|---|---|

**Cottage Watch & Services**
**6701 21st Ave. Terrace W**
**Bradenton, FL 34209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,895.68 |
|---|---|---|---|

**Country Isles Plaza LLC**
**c/o Longpoint Realty Partners**
**116 Huntington Ave., Ste. 1001**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/03/2013**

Basis for the claim:  **Possible unpaid rents [179]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.24 |
|---|---|---|---|

**Cox Communications, Inc.**
**P.O. Box 78000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,169.22 |
|---|---|---|---|

**Cozzini Bros., Inc.**
**8430 W BRYN MAWR AVE #800**
**CHICAGO, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **ZZ01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|---|

**Crenshaw Enterprises**
**2160 Oxbow Rd.**
**Jacksonville, FL 32210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address
**Cross Regions Real Estate, Inc.**
**13553 Atlantic Blvd., Ste. 201**
**Jacksonville, FL 32225**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$8,736.00**

---

**3.96** | Nonpriority creditor's name and mailing address
**Crunchtime Information Systems**
**129 Portland St., 5th Fl.**
**Boston, MA 02114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food Cost System [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$38,302.16**

---

**3.97** | Nonpriority creditor's name and mailing address
**CRYSTAL AIR & WATER INC**
**6424 NW 18TH DRIVE**
**GAINESVILLE, FL 32653**

Date(s) debt was incurred _
Last 4 digits of account number  **YS03**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$815.75**

---

**3.98** | Nonpriority creditor's name and mailing address
**DADE LOCK & KEY, INC**
**5804 BIRD ROAD**
**MIAMI, FL 33155**

Date(s) debt was incurred _
Last 4 digits of account number  **DE01**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$471.55**

---

**3.99** | Nonpriority creditor's name and mailing address
**DARLING INGREDIENTS, INC**
**PO BOX 554885**
**DETROIT, MI 48255-4885**

Date(s) debt was incurred _
Last 4 digits of account number  **RL02**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$41,360.00**

---

**3.100** | Nonpriority creditor's name and mailing address
**Dasy Unlimited LLC**
**1053 Executive Center Dr.**
**Orlando, FL 32803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

**3.101** | Nonpriority creditor's name and mailing address
**DATASITE LLC**
**733 Marquette Ave., Ste. 600**
**Minneapolis, MN 55402**

Date(s) debt was incurred _
Last 4 digits of account number  **TA03**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Data Room [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$323.52**

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address

**DDR Southeast New Tampa Commons, L**
**Attn: General Counsel**
**3300 Enterprise Pkwy.**
**Beachwood, OH 44122**

Date(s) debt was incurred  **08/15/2011**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible unpaid rents [160]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address

**Deerwood Village Mall, LC**
**9838 Baymeadows Rd., #181**
**Jacksonville, FL 32256**

Date(s) debt was incurred  **09/05/2000**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible unpaid rents [105]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address

**Deliver That**
**4895 Dressler Rd. NW**
**Suite B, Door E**
**Canton, OH 44718**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$432.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address

**Delray Village Shoppes, Inc.**
**1001 E. Atlantic Ave., Ste. 202**
**Delray Beach, FL 33483**

Date(s) debt was incurred  **03/11/2014**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible unpaid rents [194]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address

**DELVERSENSE LLC**
**7519 E THOMAS ROAD**
**SCOTTSDALE, AZ 85251**

Date(s) debt was incurred  **03/03/2022**

Last 4 digits of account number  **LI02**

As of the petition filing date, the claim is: *Check all that apply.*    **$22,461.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chargebacks auditing [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address

**Design Temp of Florida Inc.**
**P.O. Box 262106**
**Tampa, FL 33685**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **SI01**

As of the petition filing date, the claim is: *Check all that apply.*    **$26,800.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address

**DEX IMAGING, LLC**
**P.O. BOX 17454**
**CLEARWATER, FL 33762-0454**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **EX01**

As of the petition filing date, the claim is: *Check all that apply.*    **$18,883.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Tijuana Flats Restaurants, LLC**
Name

Case number (if known)   **3:24-bk-01128-BAJ**

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,655.80**
---|---|---|---

**Dikeou Realty**
**543 Wymore Rd. N**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/07/2011**

**Basis for the claim:  Possible unpaid rents [167]**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,766.40**

**Dionis Malo**
**193 Old Oak Cir.**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/15/2005**

**Basis for the claim:  Possible unpaid rents [120]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,675.47**

**DOMINION VIRGINIA POWER**
**PO BOX 26543**
**RICHMOND, VA 23290-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **MI02**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,405.05**

**DUKE ENERGY (PROGRESS ENERGY**
**P.O. BOX 1004**
**Charlotte, NC 28201-1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **OG01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,252.29**

**Dunlawton Yorktowne Unit 4 LLC**
**P.O. Box 730086**
**Ormond Beach, FL 32173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/16/2016**

**Basis for the claim:  Possible unpaid rents [238]; Volusia County, Florida; Case No. 2024-11702-COCI, Division 82**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,511.63**

**Dunwoody Property, LLC**
**c/o M&J Wilkow Properties**
**20 S. Clark St., Ste. 3000**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/17/2008**

**Basis for the claim:  Possible unpaid rents [129]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$955.00**

**Duval Glass & Mirror, Inc.**
**623 Wesbrook Rd.**
**Jacksonville, FL 32209-7443**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Window Cleaning [balance as of 04/18/2024]**

Last 4 digits of account number  **VA02**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)    **3:24-bk-01128-BAJ**

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884.74 |
|---|---|---|---|

**Ecolab Pest Elim. Div.**
**26252 Network Pl.**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.88 |
|---|---|---|---|

**ECOLAB, INC**
**PO BOX 32027**
**NEW YORK, NY 10087-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **OL03**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,172.20 |
|---|---|---|---|

**Emburse, Inc.**
**P.O. Box 780872**
**Philadelphia, PA 19178-0872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **BU01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.60 |
|---|---|---|---|

**Emergency Glass Service, Inc.**
**1376 Bailey Ave.**
**Deltona, FL 32725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,705.50 |
|---|---|---|---|

**Endai Corporation**
**223 Wall St., Ste. 300**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.85 |
|---|---|---|---|

**Equifax Workforce Solutions**
**4076 Paysphere Cir.**
**Chicago, IL 60674-4076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **UI01**

Basis for the claim:  **HR [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.09 |
|---|---|---|---|

**ESSENTIAL AIR CARE SERVICES LLC**
**8390 CURRENCY DR**
**STE 2**
**RIVIERA BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **SE01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tijuana Flats Restaurants, LLC | Case number (if known) | 3:24-bk-01128-BAJ |
|---|---|---|---|
| | Name | | |

---

**3.123 | Nonpriority creditor's name and mailing address**
**Eustis Covenant Group, LLC**
**Attn: Real Estate**
**3521 Volunteer Blvd.**
**Henderson, NV 89044**

Date(s) debt was incurred  **12/12/2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [222]**

Is the claim subject to offset? ■ No ☐ Yes

**$9,815.76**

---

**3.124 | Nonpriority creditor's name and mailing address**
**F&K Plumbing Inc.**
**6475 NW 11 STREET**
**MARGATE, FL 33063**

Date(s) debt was incurred  _

Last 4 digits of account number  **PL01**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilities/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$4,073.00**

---

**3.125 | Nonpriority creditor's name and mailing address**
**F.I.R.S.T. Services Corp**
**4648 Old Winter Garden Rd**
**Orlando, FL 32811**

Date(s) debt was incurred  _

Last 4 digits of account number  **RS01**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$28,553.38**

---

**3.126 | Nonpriority creditor's name and mailing address**
**False Alarm Reduction Unit**
**PO Box 5489**
**Gainesville, FL 32627-5489**

Date(s) debt was incurred  _

Last 4 digits of account number  **LS01**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$4,169.75**

---

**3.127 | Nonpriority creditor's name and mailing address**
**FCS, INC.**
**3813 126TH Ave  NORTH**
**Ste 13**
**Clearwater, FL 33762**

Date(s) debt was incurred  _

Last 4 digits of account number  **SI01**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$7,075.00**

---

**3.128 | Nonpriority creditor's name and mailing address**
**FedEx Office**
**P.O. BOX 672085**
**DALLAS, TX 75267-2085**

Date(s) debt was incurred  _

Last 4 digits of account number  **FEDEX**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping/Office Supplies [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$27,017.20**

---

**3.129 | Nonpriority creditor's name and mailing address**
**Ferraro Realty Group Ocoee, LLC**
**Attn: Peter Ferraro**
**29 Pheasant Run Rd.**
**Pleasantville, NY 10570**

Date(s) debt was incurred  **02/01/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [257]**

Is the claim subject to offset? ■ No ☐ Yes

**$21,065.40**

---

Debtor   **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)   **3:24-bk-01128-BAJ**

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|

**Findsome & Winmore**
**1550 S. Lakemont Ave.**
**Winter Park, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  ND01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,130.92** |
|---|---|---|---|

**Fish Window Cleaning**
**P.O. Box 423363**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  SH32**

Basis for the claim:  **Facilities / R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,146.50** |
|---|---|---|---|

**Flamingo Plumbing & Backflow**
**Services LLC**
**2781 Vista Pkwy., Ste. K10**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  AM02**

Basis for the claim:  **Facilities / R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,297.42** |
|---|---|---|---|

**FLORIDA CITY GAS**
**PO BOX 22614**
**Miami, FL 33102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  OR41**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,215.00** |
|---|---|---|---|

**FLORIDA FLOOR COVERINGS**
**PO BOX 521046**
**Longwood, FL 32752-1046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  OR49**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,431.46** |
|---|---|---|---|

**Florida Power & Light**
**FPL - ELECTRIC**
**GENERAL MAIL FACILITY**
**MIAMI, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  OR09**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,091.80** |
|---|---|---|---|

**FLORIDA PUBLIC UTILITIES**
**PO BOX 829981**
**PHILILDELPHIA, PA 19182-9981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  UC01**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tijuana Flats Restaurants, LLC**
_____    Case number (if known)    **3:24-bk-01128-BAJ**
Name

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,108.01 |
|---|---|---|---|

**FLORIDA PUBLIC UTILITIES**
**PO BOX 829981**
**PHILILDELPHIA, PA 19182-9981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $892.00 |
|---|---|---|---|

**FOOD SAFETY CERTIFICATIONS**
**6746 S HIGHWAY A1A**
**MELBOURNE BEACH, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number  **OD03**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Four Amigos LLC**
**11555 Central Pkwy., #1102**
**Jacksonville, FL 32224**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **06/07/2007**

Basis for the claim:  **Possible unpaid rents [151]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,437.25 |
|---|---|---|---|

**Frank Gay**
**3763 MERCY STAR CT**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Last 4 digits of account number  **AN01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,635.92 |
|---|---|---|---|

**FRC St. Petersburg LLC**
**P.O. Box 2787**
**Saint Petersburg, FL 33731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2002**

Basis for the claim:  **Possible unpaid rents [112]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gamble, A'mari**
**c/o Adeash A.J. Lakraj, Esq.**
**Farah & Farah**
**2310 Parklake Dr. NE, Ste. 262**
**Atlanta, GA 30345**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Title VII claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43,367.30 |
|---|---|---|---|

**GAS SOUTH LLC**
**PO BOX 530552**
**ATLANTA, GA 30353-0552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **AS01**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tijuana Flats Restaurants, LLC**
Name

Case number (if known)    **3:24-bk-01128-BAJ**

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.21 |
|---|---|---|---|

**Gasket Central, LLC**
**16353 Blooming Cherry Dr.**
**Groveland, FL 34736**

Date(s) debt was incurred _
Last 4 digits of account number **SK19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,728.25 |
|---|---|---|---|

**GASKET GUY OF SOUTHWEST**
 **FLORIDA, LLC.**
**2890 TERN RD**
**VENICE, FL 34293**

Date(s) debt was incurred _
Last 4 digits of account number **SK04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,128.43 |
|---|---|---|---|

**GEMBECKI MECHANICAL SERVICES**
**1311 SEMINOLA BLVD**
**CASSELBERRY, FL 32707**

Date(s) debt was incurred _
Last 4 digits of account number **MB01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,804.43 |
|---|---|---|---|

**GEMBECKI MECHANICAL SERVICES**
**1311 SEMINOLA BLVD**
**CASSELBERRY, FL 32707**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**Gladiator Pressure Cleaning**
**P.O. Box 26574**
**Tampa, FL 33623**

Date(s) debt was incurred _
Last 4 digits of account number **AD01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pressure Washing [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,866.69 |
|---|---|---|---|

**Granite Telecommunications, LLC**
**P.O. Box 983119**
**Client ID No. 311**
**Boston, MA 02298-3119**

Date(s) debt was incurred  **11/16/2017**
Last 4 digits of account number **AN01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ISP [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,440.00 |
|---|---|---|---|

**GRATUITY SOLUTIONS LLC**
**3520 KRAFT ROAD - STE 200**
**NAPLES, FL 34105**

Date(s) debt was incurred _
Last 4 digits of account number **AT01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll System [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,975.00**

**Greasebusters of Orlando**
P.O. Box 120397
Clermont, FL 34712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,654.04**

**Greenspot Largo LLC**
c/o PM Real Estate Management, Inc
4000 S. Poplar St.
Casper, WY 82601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/16/2015**

Basis for the claim: **Possible unpaid rents [198]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,125.64**

**GRU**
PO Box 147051
Gainesville, FL 32614-7051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[balance as of 04/18/2024]**

Last 4 digits of account number **U001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Grupo TFJ Properties, LLC**
13100 Biscayne Blvd.
Miami, FL 33181

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **05/29/2012**

Basis for the claim: **Possible unpaid rents [173]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,887.52**

**Hamlin Retail Partners, LLC**
Attn: Scott T. Boyd
14422 Shoreside Way, Ste. 130
Winter Garden, FL 34787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/09/2022**

Basis for the claim: **Possible unpaid rents [260]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,993.58**

**HELGET GAS PRODUCTS**
PO BOX 30197
OMAHA, NE 68103-1297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Utilities [balance as of 04/18/2024]**

Last 4 digits of account number **LG01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,920.00**

**Hello Therma, Inc.**
630 15th Ave.
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[balance as of 04/18/2024]**

Last 4 digits of account number **LL01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,955.80**

**Hill / Gray Seven, LLC**
**1350 City View Center**
**Attn: Gregg Hill**
**Oviedo, FL 32765-5530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/20/2016**

**Basis for the claim:** **Possible unpaid rents [237]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**HILLSBOROUGH CO BOARD**
**OF CO COMMISSION-C**
**601 E KENNEDY, 18TH FLOOR**
**TAMPA, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **[balance as of 04/18/2024]**

Last 4 digits of account number  **LL01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$725.00**

**HILLSBOROUGH CO BOARD**
**OF CO COMMISSION-C**
**601 E KENNEDY, 18TH FLOOR**
**TAMPA, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **[balance as of 04/18/2024]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,958.30**

**Home Depot USA, Inc.**
**Attn: Jeffrey M. Poole**
**2455 Paces Ferry Rd. NW**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/2003**

**Basis for the claim:** **Possible unpaid rents [114]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,295.82**

**Hospitality Resource Supply, Inc.**
**499 N. State Rd. 434 #1005**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **[balance as of 04/18/2024]**

Last 4 digits of account number  **SP01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,883.48**

**Hospitality Resource Supply, Inc.**
**499 N. State Rd. 434 #1005**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **[balance as of 04/18/2024]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$318.07**

**HotSchedules.com, Inc.**
**P.O. Box 122097**
**Dallas, TX 75312-2097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/22/2019**

**Basis for the claim:** **Labor System [balance as of 04/18/2024]**

Last 4 digits of account number  **TS01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,059.15**

HotSchedules.com, Inc.
P.O. Box 122097
Dallas, TX 75312-2097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Labor System [balance as of 04/18/2024]

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$385.00**

Hugo Amoedo Inc.
3313 W. Ivy St.
Tampa, FL 33607

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **GO01**

**Basis for the claim:**  [balance as of 04/18/2024]

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,745.18**

Hunters Creek Shoppes, LLC
c/o Real Property Specialists, Inc
2345 W. Sand Lake Rd., Ste. 100
Orlando, FL 32809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/01/2006**

Last 4 digits of account number _

**Basis for the claim:**  Possible unpaid rents [117]

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,363.60**

Hutton Team, LLC
Attn: Allan Lloyd, Direct of RE
736 Cherry St.
Chattanooga, TN 37402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/24/2017**

Last 4 digits of account number _

**Basis for the claim:**  Possible unpaid rents [239]

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Ibis Walk Retail I, LLC and
Ibis Retail II, LLC
321 W. Main St.
Freehold, NJ 07728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/28/2012**

Last 4 digits of account number _

**Basis for the claim:**  Possible unpaid rents [181]

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,033.29**

Indeed, Inc.
Mail Code 5160
P.O. Box 660367
Dallas, TX 75266-0367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **DE01**

**Basis for the claim:**  HR [balance as of 04/18/2024]

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$454.75**

Industrial Steam Cleaning
of TAMPA BAY,
PO BOX 270568
HOUSTON, TX 77277-0568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **DU01**

**Basis for the claim:**  [balance as of 04/18/2024]

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tijuana Flats Restaurants, LLC | Case number (if known) | 3:24-bk-01128-BAJ |
|---|---|---|---|
| | Name | | |

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,932.89**

**Industrial Steam Cleaning
of TAMPA BAY,
PO BOX 270568
HOUSTON, TX 77277-0568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  [balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,665.12**

**InkTel Contact Center Solutions
8200 NW 33rd St., Ste. 100
Miami, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/26/2023

**Basis for the claim:  Catering Call Center (no longer using) [balance as of 04/18/2024]**

Last 4 digits of account number  KT01

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,742.86**

**Innovative Cloud Solutions
P.O. Box 669
Osteen, FL 32764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Accounting Support [balance as of 04/18/2024]**

Last 4 digits of account number  TE03

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,373.67**

**Insurance Office of America
P.O. Box 162969
Altamonte Springs, FL 32716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Insurance [balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**IRT Partners, LP
Attn: Legal Dept.
1600 NE Miami Gardens Dr.
Miami, FL 33179**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  09/01/1995

**Basis for the claim:  Possible unpaid rents [101]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,463.50**

**IW TECHNOLOGIES
2790 PINNACLE DRIVE
ELGIN, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  [balance as of 04/18/2024]**

Last 4 digits of account number  LI01

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Jacksonville Sheriff's Office
False Alarm Reduction Program
 P.O. Box 141925
Irving, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  [balance as of 04/18/2024]**

Last 4 digits of account number  CK03

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)   **3:24-bk-01128-BAJ**

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,312.88** |

**JEA**
**PO Box 45047**
**Jacksonville, FL 32232-5047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number   A001**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,061.00** |

**JOE HILLMAN PLUMBERS, INC**
**2280 SW 70TH AVENUE**
**SUITES 1-2**
**DAVIE, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number   EH01**

Basis for the claim:  **Faciles/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JR Zammit Holdings, LLC**
**7750 Fairway Trail**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/08/2016**

**Last 4 digits of account number** _

Basis for the claim:  **Possible unpaid rents [251]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,028.43** |

**Kappa Computer Systems, LLC**
**767 Stirling Pl., Ste. 1401**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number   PP01**

Basis for the claim:  **IT & Accounting Services [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,241.62** |

**KAZAR'S ELECTRIC, INC.**
**10600 LAND O LAKES BLVD.**
**LAND O LAKES, FL 34638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number   ZA01**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$511.00** |

**KEY GLASS LLC**
**2312 58TH AVENUE EAST**
**BRADENTON, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number   YG01**

Basis for the claim:  **Window Cleaning [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |

**KITE ENVIRONMENTAL**
**2642 MICHIGAN AVE**
**KISSIMMEE, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number   TE01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tijuana Flats Restaurants, LLC | Case number (if known) | 3:24-bk-01128-BAJ |
|---|---|---|---|
| | Name | | |

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,840.00**

Knox Sports Marketing, Inc.
13063 W. Linebaugh Ave.
Tampa, FL 33626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/27/2020**

Basis for the claim:  **Marketing  [balance as of 04/18/2024]**

Last 4 digits of account number  **OX01**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kony LLC
c/o Hybridge
P.O. Box 320407
Tampa, FL 33679

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **05/07/2018**

Basis for the claim:  **Possible unpaid rents [244]**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

KRG New Hill Place I, LLC
Attn: Property Accountant
30 S. Meridian St., Ste. 1100
Indianapolis, IN 46204

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **04/29/2013**

Basis for the claim:  **Possible unpaid rents [182]**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

KRG Parkside I, LLC
Attn: Property Accountant
30 South Meridian, Ste. 1100
Indianapolis, IN 46204

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **05/16/2014**

Basis for the claim:  **Possible unpaid rents [193]**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kroll Securities, LLC
55 E. 52 St., 17th Fl.
New York, NY 10055

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Advisory solutions**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,190.44**

Lake Apopka Natural Gas
PO BOX 2224
BIRMINGHAM, AL 35246-0023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **KE01**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Lake Nona Station, LLC
6900 Tavistock Lakes Blvd.
Ste. 200
Orlando, FL 32827

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **03/15/2022**

Basis for the claim:  **Possible unpaid rents [259]**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Tijuana Flats Restaurants, LLC**                                      Case number (if known)   **3:24-bk-01128-BAJ**
_____                                 _____
Name

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lakewood North Land Trust**
**1 Sleiman Pkwy., 2nd Fl.**
**Jacksonville, FL 32216**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **01/01/2006**

Basis for the claim:  **Possible unpaid rents [150]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lanzarote Investments, LLC**
**c/o Exan Management Services**
**111 Brickell Ave., Ste. 2175**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **08/08/2016**

Basis for the claim:  **Possible unpaid rents [233]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,162.10 |
|---|---|---|---|

**Learfield Communications, LLC**
**P.O. Box 843038**
**Kansas City, MO 64184-3038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UF/FSU Marketing [balance as of 04/18/2024]**

Last 4 digits of account number  **AR01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.60 |
|---|---|---|---|

**LEE AND CATES GLASS, INC**
**5355 Shawland Rd.**
**Jacksonville, FL 32254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,422.70 |
|---|---|---|---|

**Leesburg Properties, LLC**
**6085 Lake Forest Dr.**
**Ste. 300-D**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/2010**

Basis for the claim:  **Possible unpaid rents [157]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,818.17 |
|---|---|---|---|

**Louis Geraci LLLP**
**18114 Geraci Rd.**
**Lutz, FL 33548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/25/2011**

Basis for the claim:  **Possible unpaid rents [159]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $601.18 |
|---|---|---|---|

**Loxahatchee River District**
**P.O. Box 8800**
**Jupiter, FL 33468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tijuana Flats Restaurants, LLC | Case number *(if known)* | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,139.71** |
|---|---|---|---|

**MANATEE COUNTY UTILITY DEPT**
**PO BOX 25350**
**BRADENTON, FL 34206-5350**

Date(s) debt was incurred ___

Last 4 digits of account number __NA02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities [balance as of 04/18/2024]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,139.71** |
|---|---|---|---|

**Manatee County Utility Dept.**
**P.O. Box 25350**
**Bradenton, FL 34206-5350**

Date(s) debt was incurred ___

Last 4 digits of account number __NA02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities [balance as of 04/18/2024]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marketplace Shoppes, LLC**
**P.O. Box 44**
**Stuart, FL 34995**

Date(s) debt was incurred __03/01/2009__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Possible unpaid rents [146]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,186.33** |
|---|---|---|---|

**Massey Service, Inc.**
**PO BOX 547668**
**ORLANDO, FL 32854-7668**

Date(s) debt was incurred ___

Last 4 digits of account number __SS01__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pest Control [balance as of 04/18/2024]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,948.59** |
|---|---|---|---|

**MCNATT PLUMBING COMPANY, INC**
**5800 E Broadway Ave**
**Tampa, FL 33619**

Date(s) debt was incurred ___

Last 4 digits of account number __NA01__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Facilies/R&M vendor [balance as of 04/18/2024]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |
|---|---|---|---|

**Mellon Franchise Development**
**& Consulting**
**3191 Redhill Ave., Ste. 200**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __12/13/2022__

Last 4 digits of account number __LL01__

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Franchise Sales Commission [balance as of 04/04/2024]__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$598.00** |
|---|---|---|---|

**Menutrinfo LLC**
**2629 Redwing Rd., Ste. 280**
**Fort Collins, CO 80526**

Date(s) debt was incurred __01/05/2022__

Last 4 digits of account number __NU02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __[balance as of 04/18/2024]__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Tijuana Flats Restaurants, LLC_____   Case number (if known) __3:24-bk-01128-BAJ__
      Name

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,720.55
**Metro Rooter**
**PO BOX 22074**
**NEW YORK, NY 10087-2074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____   Basis for the claim:  __Faciles/R&M vendor [balance as of 04/18/2024]__

Last 4 digits of account number __TR01__   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,646.92
**MHW Lake Andrew, LLC**
**7332 Office Park Pl., Ste. 101**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/29/2015__   Basis for the claim:  __Possible unpaid rents [224]__

Last 4 digits of account number __   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,845.56
**MID-WEST WATER MANAGEM**
**P.O. Box 14067**
**Saint Petersburg, FL 33733-4067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __   Basis for the claim:  __[balance as of 04/18/2024]__

Last 4 digits of account number __UT22__   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,623.00
**Mirus Information Technology Servi**
**820 Gessner Rd., Ste. 1600**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/04/2020__   Basis for the claim:  __BI System [balance as of 04/18/2024]__

Last 4 digits of account number __US01__   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654,699.41
**Mobo Systems, Inc.**
**d/b/a Olo**
**99 Hudson St., Fl. 10**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/16/2019__   Basis for the claim:  __Online ordering system [balance as of 04/18/2024]__

Last 4 digits of account number __LO01__   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,582.87
**Motus, LLC**
**P.O. Box 932913**
**Atlanta, GA 31193-2913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____   Basis for the claim:  __Auto Reimbursement System [balance as of 04/18/2024]__

Last 4 digits of account number __TU01__   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,992.34
**Mutual of Omaha**
**Policyholder Services**
**P.O. Box 2147**
**Omaha, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____   Basis for the claim:  __Insurance [balance as of 04/18/2024]__

Last 4 digits of account number __TU01__   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Tijuana Flats Restaurants, LLC**                                    Case number (if known)     **3:24-bk-01128-BAJ**
_____
           Name

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,692.34 |
|---|---|---|---|

**MY INSTORE APPS**
**385 S. Lemon Ave., Ste. 310**
**Walnut, CA 91789**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,366.40 |
|---|---|---|---|

**MY INSTORE Radio**
**10-7190 Billund**
**Montanavej, DENMARK**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,804.79 |
|---|---|---|---|

**NATCOMM, INC**
**1100 LUND BLVD.**
**ANOKA, MN 55303**

Date(s) debt was incurred ___

Last 4 digits of account number  **TC01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Install & Repair vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $813.28 |
|---|---|---|---|

**NATIONAL EXEMPTION SERVICE**
**PO BOX 926**
**SAFETY HARBOR, FL 34695-0926**

Date(s) debt was incurred ___

Last 4 digits of account number  **TI03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**National Restaurant Association**
**P.O. Box 824032**
**Philadelphia, PA 19182-4032**

Date(s) debt was incurred ___

Last 4 digits of account number  **A003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,448.51 |
|---|---|---|---|

**NCR Corporation**
**P.O. Box 198755**
**Atlanta, GA 30384-8755**

Date(s) debt was incurred  **06/21/2021**

Last 4 digits of account number  **RC01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **POS System [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,744.82 |
|---|---|---|---|

**NERDHOMES, LLC DBA NH ELECTRIC**
**1750 UNIVERSITY BLVD. N**
**JACKSONVILLE, FL 32211**

Date(s) debt was incurred ___

Last 4 digits of account number  **ER01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00**

**NEW LEAF PROPERTY MAINTENANCE**
**6700 49TH AVE N**
**SAINT PETERSBURG, FL 33709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **WL02**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,663.32**

**NGOC HOA Bloomingdale, LLC**
**2809 Shetland Ridge Dr.**
**Valrico, FL 33596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/27/2018**
Last 4 digits of account number __

Basis for the claim:  **Possible unpaid rents [232]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,870.42**

**NTC-REG, LLC**
**c/o Regency Centers Corporation**
**One Independent Dr., Ste. 114**
**Jacksonville, FL 32202-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/26/2017**
Last 4 digits of account number __

Basis for the claim:  **Possible unpaid rents [246]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,903.20**

**O-Town 6 Acres, LLC**
**7940 Via Dellagio Way, Ste. 200**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/18/2022**
Last 4 digits of account number __

Basis for the claim:  **Possible unpaid rents [258]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Oakland Park Tacos LLC**
**900 McDonald**
**Northville, MI 48167**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **American Artibration Association Case No. 012400002118**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,067.60**

**Oaks at Lake Mary, Ltd.**
**c/o Quest Company**
**921 Douglas Ave., Ste. 200**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/01/1998**
Last 4 digits of account number __

Basis for the claim:  **Possible unpaid rents [103]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Oakwood Square (E&A), LLC**
**c/o Edens Limited Partnership**
**Attn: Legal Dept.**
**1221 Main St., Ste. 100**
**Columbia, SC 29201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/26/2014**
Last 4 digits of account number __

Basis for the claim:  **Possible unpaid rents [188]**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tijuana Flats Restaurants, LLC**  
‎            Name

Case number (if known)    **3:24-bk-01128-BAJ**

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,990.00** |
|---|---|---|---|

**Ocean Tomo, LLC**  
**200 W. Madison St., Ste. 3700**  
**Chicago, IL 60606**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred __  
Last 4 digits of account number __

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$257.92** |
|---|---|---|---|

**Old Dominion Insurance Co.**  
**55 West St.**  
**P.O. Box 2004**  
**Keene, NH 03431**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred __  
Last 4 digits of account number  **DD01**

Basis for the claim:  **Insurance [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$319.94** |
|---|---|---|---|

**ORLANDO WASTE PAPER CO INC**  
**PO BOX 547874**  
**ORLANDO, FL 32854-7874**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred __  
Last 4 digits of account number  **LA02**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,198.11** |
|---|---|---|---|

**OUC**  
**P.O. BOX 31329**  
**TAMPA, FL 33631-3329**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred __  
Last 4 digits of account number  **C001**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,875.00** |
|---|---|---|---|

**Palm Beach County Sheriff's Office**  
**P.O. Box 24681**  
**West Palm Beach, FL 33416**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred __  
Last 4 digits of account number  **LM02**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$806.15** |
|---|---|---|---|

**Palm Beach County Water Utilities**  
**P.O. Box 24740**  
**West Palm Beach, FL 33416-4740**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred __  
Last 4 digits of account number  **LM07**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,967.50** |
|---|---|---|---|

**Palscher, Inc.**  
**234 E. Davis Blvd.**  
**Tampa, FL 33606**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred  **10/27/2014**  
Last 4 digits of account number __

Basis for the claim:  **Possible unpaid rents [227]**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)   **3:24-bk-01128-BAJ**
_____

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Park Sheridan Plaza, Ltd.**
**1930 Harrison St., Ste. 503**
**Hollywood, FL 33020**

Date(s) debt was incurred  **07/01/2010**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [154]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,560.86 |
|---|---|---|---|

**Paul Forberger**
**Noble Management Company**
**4280 Professional Center Dr.**
**Ste. 100**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred  **03/01/2012**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [175]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,781.50 |
|---|---|---|---|

**PEAK REFRIGERATION AND AIR LLC**
**PO BOX 2388**
**UMATILLA, FL 00032-8784**

Date(s) debt was incurred  _____

Last 4 digits of account number  **AK01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,832.26 |
|---|---|---|---|

**Peoples Gas**
**PO BOX 31318**
**TAMPA, FL 33631-3318**

Date(s) debt was incurred  _____

Last 4 digits of account number  **OP01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,561.38 |
|---|---|---|---|

**PGM SERVICE**
**PO BOX 263474**
**TAMPA, FL 33685**

Date(s) debt was incurred  _____

Last 4 digits of account number  **MS01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,322.24 |
|---|---|---|---|

**Pinellas County Utilities**
**P.O. Box 1780**
**Clearwater, FL 33757**

Date(s) debt was incurred  _____

Last 4 digits of account number  **NE01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,809.70 |
|---|---|---|---|

**Play Digital Signage, Inc.**
**4245 N. Butler St.**
**Las Vegas, NV 89129**

Date(s) debt was incurred  _____

Last 4 digits of account number  **AY02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Digital Menuboards [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---

**Pompano Beach Tacos, LLC**
**900 McDonald**
**Northville, MI 48167**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **American Artibration Association Case No. 012400002118**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,801.39

**Posiflex Business Machines**
**14129 Collection Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number  **SI01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage machine [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,646.89

**PRD Owner, LLC**
**c/o Realty Income Corporation**
**Attn: Legal Dept.**
**11995 El Camino Real**
**San Diego, CA 92130**

Date(s) debt was incurred  **10/29/2012**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible unpaid rents [184]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,600.00

**PREDICTIVE INDEX HOLDINGS**
**PO BOX 675320**
**DETROIT, MI 48267-5320**

Date(s) debt was incurred _
Last 4 digits of account number  **ED01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HR [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00

**PREMIER GREASE INC.**
**PO BOX 3535**
**Alpharetta, GA 30023**

Date(s) debt was incurred _
Last 4 digits of account number  **EM11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,609.43

**PREMIER MECHANICAL SERVICES**
**12215  NW 35TH STREET**
**Coral Springs, FL 33065**

Date(s) debt was incurred _
Last 4 digits of account number  **EM09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,535.00

**PREMIER MECHANICAL SERVICES**
**12215  NW 35TH STREET**
**Coral Springs, FL 33065**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)   **3:24-bk-01128-BAJ**
_____

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**PRESSURE WASHKING LLC**
**5225 HARBINGER RD**
**SPRING HILL, FL 34608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **ES09**

Basis for the claim: **Pressure Washing [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,527.58**

**Prestige Properties - Van Dyke**
 **Commons, LLC**
**Lockbox No. 864919**
**P.O. Box 947919**
**Atlanta, GA 30394-7919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/30/2017**

Last 4 digits of account number  _

Basis for the claim: **Possible unpaid rents [249]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Princeton Center, LLC**
**P.O. Box 547037**
**Orlando, FL 32854-7037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/16/2009**

Last 4 digits of account number  _

Basis for the claim: **Possible unpaid rents [153]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,887.50**

**PROFI FACILITIES MAINTENANCE**
**P O BOX 668424**
**POMPANO BEACH, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **OF03**

Basis for the claim: **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,095.85**

**Protection One**
**P.O. BOX 872987**
**KANSAS CITY, MO 64187-2987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **OT01**

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,964.45**

**PSNC Energy**
**P.O. Box 100256**
**Columbia, SC 29202-3256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **NC01**

Basis for the claim: **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$292.72**

**PUBLIC STORAGE**
**9210 LAZY LANE**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **BL04**

Basis for the claim: **Storage Unit [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.256** | **Nonpriority creditor's name and mailing address**
Punchh, Inc.
P.O. Box 536257
Pittsburgh, PA 15253

Date(s) debt was incurred **09/06/2019**
Last 4 digits of account number **NC01**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$22,355.00**

---

**3.257** | **Nonpriority creditor's name and mailing address**
Push
101 Ernestine St.
Pittsburgh, PA 15253

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$63,294.48**

---

**3.258** | **Nonpriority creditor's name and mailing address**
PYE-BARKER FIRE & SAFETY INC
PO BOX 735358
DALLAS, TX 75373-5358

Date(s) debt was incurred _
Last 4 digits of account number **EB01**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fire/Sprinkler Services [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$1,118.03**

---

**3.259** | **Nonpriority creditor's name and mailing address**
QCPACC, LLC
c/o Lincoln Property Company
333 S. Garland Ave., Ste. 1401
Orlando, FL 32801

Date(s) debt was incurred **01/21/2008**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible unpaid rents [130]**

Is the claim subject to offset? ■ No ☐ Yes

**$24,882.27**

---

**3.260** | **Nonpriority creditor's name and mailing address**
QCPACC, LLC
c/o Lincoln Property Company
333 S. Garland Ave., Ste. 1401
Orlando, FL 32801

Date(s) debt was incurred _
Last 4 digits of account number **PA01**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$2,605.74**

---

**3.261** | **Nonpriority creditor's name and mailing address**
QUARTZ INFRARED, INC.
703-1C VAN ROSSUM AVE.
EDGEWATER PARK, NJ 08010

Date(s) debt was incurred _
Last 4 digits of account number **AR01**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$1,636.57**

---

**3.262** | **Nonpriority creditor's name and mailing address**
Radius Networks, Inc.
P.O. Box 1218
West Chester, PA 19380-1218

Date(s) debt was incurred **03/05/2021**
Last 4 digits of account number **DI02**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Flybuy Curbside System [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$12,600.00**

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.263** | **Nonpriority creditor's name and mailing address**
**Ramco Jacksonville, LLC**
**500 N. Broadway, Ste. 201**
**Jericho, NY 11753**

Date(s) debt was incurred  **02/22/2012**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Possible unpaid rents [172]**

Is the claim subject to offset? ■ No ☐ Yes

**$12,456.17**

---

**3.264** | **Nonpriority creditor's name and mailing address**
**Real Sub LLC**
**c/o Publix Super Markets Inc.**
**P.O. Box 32010**
**Lakeland, FL 33802-2010**

Date(s) debt was incurred  **05/01/2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Possible unpaid rents [111]**

Is the claim subject to offset? ■ No ☐ Yes

**$17,342.36**

---

**3.265** | **Nonpriority creditor's name and mailing address**
**Real Sub LLC**
**c/o Publix Super Markets Inc.**
**P.O. Box 32010**
**Lakeland, FL 33802-2010**

Date(s) debt was incurred  **06/11/2008**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Possible unpaid rents [141]**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.266** | **Nonpriority creditor's name and mailing address**
**Regency Centers Corporation**
**One Independent Dr., Ste. 114**
**Attn: Lease Administration**
**Jacksonville, FL 32202-5019**

Date(s) debt was incurred  **10/06/2011**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Possible unpaid rents [162]**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.267** | **Nonpriority creditor's name and mailing address**
**Republic Services**
**P.O. Box 9001099**
**Louisville, KY 40290-1099**

Date(s) debt was incurred __

Last 4 digits of account number  **PU02**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$1,012.49**

---

**3.268** | **Nonpriority creditor's name and mailing address**
**Richardson Realty, LLC**
**c/o Rettner Building Management Co**
**6 Fairfield Blvd., Ste. 1**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred  **09/07/2016**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Possible unpaid rents [245]**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.269** | **Nonpriority creditor's name and mailing address**
**RIGGINS ASSOCIATES**
**1767 Lakewood Ranch Blvd.**
**Ste. 256**
**Bradenton, FL 34211**

Date(s) debt was incurred __

Last 4 digits of account number  **GG01**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Sign Removal for closed locations [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$21,260.00**

---

Debtor  **Tijuana Flats Restaurants, LLC**
       _____
       Name

Case number (if known)   **3:24-bk-01128-BAJ**
                         _____

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,187.91 |
|---|---|---|---|

**Ripley's International, Inc.**
**7940 Via Dellagio Way, Ste. 200**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/26/2009**

Basis for the claim:  **Possible unpaid rents [127]**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,104.12 |
|---|---|---|---|

**Riviera Trading & Marketing, Inc.**
**and Scribe Enterprises, Inc.**
**6671 W. Indiantown Rd., Ste. 50**
**PMB 435**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2014**

Basis for the claim:  **Possible unpaid rents [187]; Palm Beach County, Florida; Case No. 50-2024-CC-0919**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,302.00 |
|---|---|---|---|

**Roto Rooter Remit Chicago, IL**
**5672 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  **Facilities / R&M vendor [balance as of 04/18/2024]**

Last 4 digits of account number  **TO01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,348.32 |
|---|---|---|---|

**Round It Up America, Inc.**
**P.O. Box 844284**
**Los Angeles, CA 90084-4284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  **Charitable donation [balance as of 04/18/2024]**

Last 4 digits of account number  **UN01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**RP Partners Procurement, LLC**
**3051 E. Livingstrong St., Ste. 201**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/14/2019**

Basis for the claim:  **Purchasing Partner [balance as of 04/18/2024]**

Last 4 digits of account number  **PA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,733.67 |
|---|---|---|---|

**S. Clark Butler Properties Ltd.**
**3217 SW 35th Blvd.**
**Gainesville, FL 32608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/17/2012**

Basis for the claim:  **Possible unpaid rents [169]**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,516.04 |
|---|---|---|---|

**Sams State Road 56 LLC**
**c/o Snyder Property Management**
**7643 33rd Ave. N**
**Saint Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/01/2005**

Basis for the claim:  **Possible unpaid rents [163]**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Sano Vita LLC**
**c/o Cross Regions Real Estate Inc.**
**1205 Monument Rd.**
**Jacksonville, FL 32225**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **04/03/2017**

Basis for the claim: **Possible unpaid rents [240]**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Sarasota Medical Properties**
**c/o Red Property Management, LLC**
**555 S. Osprey Ave.**
**Sarasota, FL 34236**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **10/04/2002**

Basis for the claim: **Possible unpaid rents [113]**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.04

**Sawgrass Electric, Inc.**
**5131 NW 108th Ave.**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[balance as of 04/18/2024]**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,023.62

**SCG Buckingham Square, LLC**
**4 Embarcadero Center**
**Ste. 3300**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/18/2016**

Basis for the claim: **Possible unpaid rents [230]**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,438.92

**SCRE II Tower Maitland Holdings LP**
**1075 W. Georgia St., Ste. 2600**
**Vancouver, British Columbia**
**V6E 3C9 CANADA**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **03/27/2017**

Basis for the claim: **Possible unpaid rents [100]**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,775.84

**Sembler Family Partnership #41, Lt**
**c/o The Semblar Company**
**5858 Central Ave.**
**Saint Petersburg, FL 33707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/24/2008**

Basis for the claim: **Possible unpaid rents [140]**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.11

**SHARK SIGNS OF NE FL, INC**
**5317 SHEN AVE**
**JACKSONVILLE, FL 32205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **[balance as of 04/18/2024]**

Last 4 digits of account number **RK01**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$588.10**

**Shoes For Crews LLC**
**PO BOX 734176**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **[balance as of 04/18/2024]**

Last 4 digits of account number **OE01**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,048.50**

**Shoes For Crews LLC**
**PO BOX 734176**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **[balance as of 04/18/2024]**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,033.60**

**SJR Plaza II, LLC**
**1430 Broadway, Ste. 903**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/03/2013**

Basis for the claim: **Possible unpaid rents [177]**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,868.42**

**Skylark Plaza OP, LLC**
**1801 S. Keene Rd.**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/28/2013**

Basis for the claim: **Possible unpaid rents [190]**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,432.82**

**Southgate Properties, LLLP**
**P.O. Box 568367**
**Attn: Real Estate Dept.**
**Orlando, FL 32856-8367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/2008**

Basis for the claim: **Possible unpaid rents [128]**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00**

**Spadea Lignana**
**1315 Walnut St., Ste. 1532**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **[balance as of 04/18/2024]**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,290.60**

**Springs Plaza Longwood LLC**
**c/o MCB Property Management, LLC**
**2002 Cllipper Park Rd., Ste. 105**
**Attn: Lease Administration**
**Baltimore, MD 21211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/01/2006**

Basis for the claim: **Possible unpaid rents [122]**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Tijuana Flats Restaurants, LLC**
_____ Case number (if known)   **3:24-bk-01128-BAJ**
Name

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**SSI Services**
**921 South US Hwy. 301**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  [balance as of 04/18/2024]**

Last 4 digits of account number  **SI01**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,952.02 |
|---|---|---|---|

**St. Johns Air, Inc.**
**11221 St. Johns Industrial**
**Pkwy. N**
**Jacksonville, FL 32246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Facilities/R&M vendor [balance as of 04/18/2024]**

Last 4 digits of account number  **JO17**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $425.02 |
|---|---|---|---|

**St. Lucie West Services District**
**450 SW Utility Dr.**
**Port Saint Lucie, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  [balance as of 04/18/2024]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43,857.40 |
|---|---|---|---|

**Staples Advantage, Dept ATL**
**PO BOX 105748**
**Atlanta, GA 30348-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Office Supplies [balance as of 04/18/2024]**

Last 4 digits of account number  **AP01**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,170.00 |
|---|---|---|---|

**STEAM AND SHINE LLC**
**3710 BRAMBLY AVE**
**ST CLOUD, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Facilies/R&M vendor [balance as of 04/18/2024]**

Last 4 digits of account number  **EA01**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Steam Pro VA, LLC**
**2713 Sonic Dr.**
**Virginia Beach, VA 23453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  [balance as of 04/18/2024]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Martin**
**4956 Three Oaks Blvd.**
**Sarasota, FL 34233**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Possible indemnification claim for unpaid rents [120]**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Tijuana Flats Restaurants, LLC**
_____   Case number (if known)   **3:24-bk-01128-BAJ**
Name

| | |
|---|---|
| 3.298 | **Nonpriority creditor's name and mailing address** |

**3.298** **Nonpriority creditor's name and mailing address**
**Stirling Food Systems, Inc.**
**1367 NE 17th Rd.**
**Ocala, FL 34470**

Date(s) debt was incurred _
Last 4 digits of account number  **RL03**

As of the petition filing date, the claim is: Check all that apply.   **$1,160.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** **Nonpriority creditor's name and mailing address**
**Stirling Retail 26, LLC**
**3333 S. Orange Ave., Ste. 201**
**Orlando, FL 32806**

Date(s) debt was incurred  **07/01/2005**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$17,661.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [156]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** **Nonpriority creditor's name and mailing address**
**SUMMIT FIRE & SECURITY LLC**
**P.O. BOX 855227**
**MINNEAPOLIS, MN 55485-5227**

Date(s) debt was incurred _
Last 4 digits of account number  **MM10**

As of the petition filing date, the claim is: Check all that apply.   **$11,951.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire/Sprinkler Services [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** **Nonpriority creditor's name and mailing address**
**SUNSHINE PLUMBING AND GAS**
**5510 SW 41ST BLVD**
**SUITE 101**
**GAINESVILLE, FL 32608**

Date(s) debt was incurred _
Last 4 digits of account number  **NS05**

As of the petition filing date, the claim is: Check all that apply.   **$1,347.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302** **Nonpriority creditor's name and mailing address**
**Sunshine Value Investments, LLC**
**3425 U.S. Hwy. 98 N**
**Lakeland, FL 33809**

Date(s) debt was incurred  **05/12/2017**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$16,108.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [243]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303** **Nonpriority creditor's name and mailing address**
**SVAP III Coral Landings, LLC**
**P.O. Box 209372**
**Austin, TX 78720-9372**

Date(s) debt was incurred  **09/24/2012**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$8,566.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [170]**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304** **Nonpriority creditor's name and mailing address**
**TECO- ELECTRIC**
**PO BOX 31318**
**Tampa, FL 33631-3318**

Date(s) debt was incurred _
Last 4 digits of account number  **CO01**

As of the petition filing date, the claim is: Check all that apply.   **$18,314.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Tijuana Flats Restaurants, LLC**
            _____     Case number (if known)     **3:24-bk-01128-BAJ**
           Name

| | | |
|---|---|---|
| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$976.50** |

**3.305** 

Nonpriority creditor's name and mailing address
**Texas Digital Systems, Inc.**
**2215 Sebesta Rd., Bldg. 2**
**College Station, TX 77845**

Date(s) debt was incurred _
Last 4 digits of account number  **XA01**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

**$976.50**

---

**3.306** 

Nonpriority creditor's name and mailing address
**The Crossings at Fleming Island CD**
**c/o Clay County Utility Authority**
**3176 Old Jennings Rd.**
**Middleburg, FL 32068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

**$371.89**

---

**3.307** 

Nonpriority creditor's name and mailing address
**The Hiller Companies, Inc.**
**P.O. Box 935434**
**Atlanta, GA 31193-5434**

Date(s) debt was incurred _
Last 4 digits of account number  **LL20**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,420.53**

---

**3.308** 

Nonpriority creditor's name and mailing address
**The Producers Network, LLC**
**10115 Sassfraus Wood Ct.**
**Burke, VA 22015**

Date(s) debt was incurred _
Last 4 digits of account number  **EP04**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,500.00**

---

**3.309** 

Nonpriority creditor's name and mailing address
**Thinking Phone Networks, Inc.**
**P.O. Box 347284**
**Pittsburgh, PA 15251-4284**

Date(s) debt was incurred  **01/15/2014**
Last 4 digits of account number  **IN02**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,977.58**

---

**3.310** 

Nonpriority creditor's name and mailing address
**Tipalti, Inc.**
**1051 E. Hillsdale Blvd.**
**San Mateo, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number  **PA01**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P system [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,732.00**

---

**3.311** 

Nonpriority creditor's name and mailing address
**TKG-StorageMart Partners Portfolio**
**Attn: Chris Burnam**
**2407 Rangeline Rd.**
**Columbia, MO 65203**

Date(s) debt was incurred  **05/21/2002**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible unpaid rents [109]**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Tijuana Flats Restaurants, LLC**
_____
Name

Case number *(if known)*   **3:24-bk-01128-BAJ**

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,088.78 |
|---|---|---|---|

**TOG**
**PO BOX 1240**
**ATTLEBORO, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **GI01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**Toro Construction & Maintenance LL**
**10425 Hwy. 301**
**Dade City, FL 33525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **RO01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,100.00 |
|---|---|---|---|

**Toro Construction & Maintenance LL**
**10425 Hwy. 301**
**Dade City, FL 33525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $386.11 |
|---|---|---|---|

**TOWN OF CARY WATER**
**PO BOX 71090**
**CHARLOTTE, NC 28272-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **WN01**

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,117.76 |
|---|---|---|---|

**Tramlaw, LLC**
**a/k/a Benderson 85-1 Trust**
**7978 Cooper Creek Blvd.**
**Bradenton, FL 34201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2012**

Last 4 digits of account number _

Basis for the claim:  **Possible unpaid rents [183]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**Trov Corp. of Central Florida**
**471 Autumn Oaks Pl.**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **OV01**

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $982.50 |
|---|---|---|---|

**TRUST PLUMBING CORP**
**4750 E.10TH CT.**
**HIALEAH, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **US01**

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Tijuana Flats Restaurants, LLC**
Name

Case number (if known)   **3:24-bk-01128-BAJ**

---

**3.319** | **Nonpriority creditor's name and mailing address**
**TWC SERVICES INC**
**P.O. BOX 14496**
**DES MOINES, IA 50306**

Date(s) debt was incurred _

Last 4 digits of account number  **CS01**

As of the petition filing date, the claim is: Check all that apply.   **$61,846.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facilies/R&M vendor [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address**
**U.S. Hot Sauce, Inc.**
**1315 E. Main St.**
**Saint Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number  **HS01**

As of the petition filing date, the claim is: Check all that apply.   **$454.01**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address**
**United Fire Protection**
**2900 Shader Rd.**
**Orlando, FL 32808**

Date(s) debt was incurred _

Last 4 digits of account number  **IT02**

As of the petition filing date, the claim is: Check all that apply.   **$4,091.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire / Sprinkler Services [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address**
**United Hampshire US Holdings LLC**
**Box 200285**
**Pittsburgh, PA 15251-0285**

Date(s) debt was incurred  **03/14/**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.   **$21,964.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [223]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address**
**University Center Partners, Ltd.**
**201 E. Las Olas Blvd., Ste. 1200**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred  **10/04/2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.   **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible unpaid rents [225]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address**
**University Collection-FCA, LLC**
**c/o FCA Partners, LLC**
**201 S. Tryon St., Ste. 900**
**Attn: Edward M. Cherry**
**Charlotte, NC 28202**

Date(s) debt was incurred  **11/01/2002**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.   **$9,816.42**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible unpaid rents [133]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address**
**US Foods, Inc.**
**9399 West Higgins Rd., Ste. 500**
**Rosemont, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$1,697,419.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food and Restaurant Supplies [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,821.79** |
|---|---|---|---|

**V 3 HC Retail, LLC**
**496 S. Hunt Club Blvd.**
**Apopka, FL 32703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **03/01/1997**

Basis for the claim:  **Possible unpaid rents [102]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,090.92** |
|---|---|---|---|

**VACO ORLANDO, LLC**
**PO BOX 667**
**Brentwood, TN 37024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Staffing Partner [balance as of 04/18/2024]**

Last 4 digits of account number  **CO01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,963.63** |
|---|---|---|---|

**Vector Intelligent Solutions, LLC**
**d/b/a Industry Retail Group**
**P.O. Box 645096**
**Pittsburgh, PA 15264-5096**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **01/13/2014**

Basis for the claim:  **ISP [balance as of 04/18/2024]**

Last 4 digits of account number  **CT01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,443.61** |
|---|---|---|---|

**Vector Intelligent Solutions, LLC**
**d/b/a Industry Retail Group**
**P.O. Box 645096**
**Pittsburgh, PA 15264-5096**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[balance as of 04/18/2024]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,158.32** |
|---|---|---|---|

**Victoria Plaza, Inc.**
**2113 Venetian Way**
**Winter Park, FL 32789**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/01/2016**

Basis for the claim:  **Possible unpaid rents [241]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,105.02** |
|---|---|---|---|

**VIRGINIA NATURAL GAS**
**PO BOX5409**
**CAROL STREAM, IL 60197-5409**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities [balance as of 04/18/2024]**

Last 4 digits of account number  **RG05**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,375.00** |
|---|---|---|---|

**Visual Lease, LLC**
**100 Woodbridge Center Dr.**
**Ste. 200**
**Woodbridge, NJ 07095**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **06/26/2019**

Basis for the claim:  **Lease management system [balance as of 04/18/2024]**

Last 4 digits of account number  **SU**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

---

**3.333** | Nonpriority creditor's name and mailing address
**VIVID MOBILE DETAILING LLC**
1508 W. 15TH STREET
SANFORD, FL 32771

Date(s) debt was incurred _
Last 4 digits of account number **VI01**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.334** | Nonpriority creditor's name and mailing address
**VP Electric**
1775 Blount Rd., Ste. 404
Pompano Beach, FL 33069

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$702.37**

---

**3.335** | Nonpriority creditor's name and mailing address
**WADDELL SERAFINO GEARY RECHNER JENEVEIN,**
1717 MAIN ST, 25TH FL
DALLAS, TX 75201

Date(s) debt was incurred _
Last 4 digits of account number **DD01**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$24,705.00**

---

**3.336** | Nonpriority creditor's name and mailing address
**WASTE CONNECTIONS OF FLORIDA**
PO BOX 535233
PITTSBURGH, PA 15253-5233

Date(s) debt was incurred _
Last 4 digits of account number **ST08**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$1,749.84**

---

**3.337** | Nonpriority creditor's name and mailing address
**WASTE MANAGEMENT**
PO BOX 4648
CORAL STREAM, IL 60197-4648

Date(s) debt was incurred _
Last 4 digits of account number **ST02**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$3,333.34**

---

**3.338** | Nonpriority creditor's name and mailing address
**WCA WASTE CORPORATION**
PO BOX 4524
HOUSTON, TX 77210-4524

Date(s) debt was incurred _
Last 4 digits of account number **AC01**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$4,649.96**

---

**3.339** | Nonpriority creditor's name and mailing address
**WE DO WINDOWS**
4180 COCONUT BLVD
WEST PALM BEACH, FL 33411

Date(s) debt was incurred _
Last 4 digits of account number **DO01**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Window Cleaning [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

**$573.52**

---

| Debtor | Tijuana Flats Restaurants, LLC | Case number (if known) | 3:24-bk-01128-BAJ |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,334.00 |
|---|---|---|---|
| 3.340 | **WEBB MASON, INC**<br>PO BOX 62414<br>BALTIMORE, MD 21264-2414 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Hot Sauce, Uniforms, Catering Supplies [balance as of 04/18/2024]** | |
| | Last 4 digits of account number **BB02** | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,888.22 |
|---|---|---|---|
| 3.341 | **Weingarten Nostat, Inc.**<br>P.O. Box 30344<br>Tampa, FL 33630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/31/1999** | Basis for the claim: **Possible unpaid rents [104]** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537.96 |
|---|---|---|---|
| 3.342 | **WELLINGTON UTILITIES**<br>PO BOX 31632<br>TAMPA, FL 33631-3632 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Utilities [balance as of 04/18/2024]** | |
| | Last 4 digits of account number **LL02** | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $727.60 |
|---|---|---|---|
| 3.343 | **WEST COAST PREMIER WINDOW CLEANING INC**<br>2720 5TH CT<br>PALM HARBOR, FL 34684 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Window Cleaning [balance as of 04/18/2024]** | |
| | Last 4 digits of account number **ST01** | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.344 | **West Point Commons OP-1, LLC**<br>8610 Bow Ct.<br>Orlando, FL 32836 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **07/10/2005** | Basis for the claim: **Possible unpaid rents [119]** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.345 | **Westside Shoppes, LLC**<br>7940 Via Dellagio Way, Ste. 200<br>Orlando, FL 32819 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **10/01/2018** | Basis for the claim: **Possible unpaid rents [231]** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,004.57 |
|---|---|---|---|
| 3.346 | **Whaley Foodservice Parts+ Repairs**<br>PO BOX 615<br>LEXINGTON, SC 29071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **[balance as of 04/18/2024]** | |
| | Last 4 digits of account number **AL01** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Tijuana Flats Restaurants, LLC** | | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|---|
| | Name | | | |

---

**3.347** | **Nonpriority creditor's name and mailing address**
**Whaley Foodservice Parts+ Repairs**
**PO BOX 615**
**LEXINGTON, SC 29071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$4,150.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **[balance as of 04/18/2024]**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**
**Willis Realty Corporation**
**Attn: Ben J. Willis**
**4220 Virginia Beach Blvd.**
**Virginia Beach, VA 23452**

Date(s) debt was incurred **12/15/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Possible unpaid rents [250]**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address**
**Willow Bend Towne Centre, Ltd.**
**180 Fountain Pkwy. N, Ste. 100**
**Saint Petersburg, FL 33716**

Date(s) debt was incurred **11/01/2008**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$8,026.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible unpaid rents [165]**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address**
**WITHLACOOCHEE RIVER ELECTRIC**
**COOP., INC.**
**PO BOX 278**
**DADE CITY, FL 33526-0278**

Date(s) debt was incurred _

Last 4 digits of account number **TH01**

As of the petition filing date, the claim is: Check all that apply.    **$4,709.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**
**World Wide Express**
**PO BOX 21272**
**NEW YORK, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number **RL01**

As of the petition filing date, the claim is: Check all that apply.    **$21,069.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping [balance as of 04/18/2024]**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address**
**WRI Flamingo Pines, LLC**
**P.O. Box 924133**
**Houston, TX 77292-4133**

Date(s) debt was incurred **07/01/2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible unpaid rents [171]; Broward County,**
**Florida; Case No. CONO-23-007742, Division 70**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address**
**WRI JT Northridge, LP**
**P.O. Box 30344**
**Tampa, FL 33630**

Date(s) debt was incurred **01/16/2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Possible unpaid rents [166]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,951.50 |
|---|---|---|---|

**YESCO ORLANDO NORTH**
**330 OLIVE BRANCH RD**
**DURHAM, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  __ES01__

Basis for the claim:  **[balance as of 04/18/2024]**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attn: Jeffrey Edwards**<br>**Dann Pecar Newman & Kleiman, PC**<br>**2300 One American Square**<br>**Box 82008**<br>**Indianapolis, IN 46282** | Line **3.14**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **AUA Private Equity Partners**<br>**666 Fifth Ave., 27th Fl.**<br>**Attn: Steven Flyer, Partner**<br>**New York, NY 10103** | Line **3.181**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **AUA Private Equity Partners**<br>**1 N. Clematis St., Ste. 500**<br>**West Palm Beach, FL 33401** | Line **3.181**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Avenue at Westchase, LLC, The**<br>**c/o Real Property Specialists, Inc**<br>**6700 Conroy Rd., Ste. 230**<br>**Orlando, FL 32835** | Line **3.18**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Benderson Development**<br>**7978 Cooper Creek Blvd., Ste. 100**<br>**Bradenton, FL 34201** | Line **3.316**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Brandon Commons, LLC**<br>**7505 W. Sand Lake Rd.**<br>**Orlando, FL 32819** | Line **3.34**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Brixmor Property Group**<br>**3440 Preston Ridge Rd., Ste. 425**<br>**Alpharetta, GA 30005** | Line **3.35**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Brixmor Property Group**<br>**1003 Holcomb Woods Pkwy.**<br>**Roswell, GA 30076** | Line **3.36**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Caligo Crossing, LLC**<br>**c/o Regency Centers Corp,**<br>**One Independent Dr., Ste. 114**<br>**Attn: Legal Dept.**<br>**Jacksonville, FL 32202** | Line **3.42**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.10 | **Caligo Crossing, LLC**<br>**c/o Regency Centers Corp.**<br>**6240-8 W. Indiantown Rd.**<br>**Attn: Property Management**<br>**Jupiter, FL 33458** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Carla Markowitz, Esq.**<br>**P.O. Box 20582**<br>**Tampa, FL 33602** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **CG Downtown SC, LLC**<br>**1777 Walker St., Ste. 501**<br>**Houston, TX 77010** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **CG Downtown Shopping Center**<br>**3120 Southwest Freeway**<br>**Ste. 200**<br>**Houston, TX 77098** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Christine Malo**<br>**193 Old Oak Cir.**<br>**Palm Harbor, FL 34683** | Line **3.110**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Christopher Hixson, Esq.**<br>**Hixson Law Group**<br>**18167 U.S. Hwy. 19 N, Ste. 250**<br>**Clearwater, FL 33764** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **CHUGIN (U.S.A.), Inc.**<br>**801 N. Magnolia Ave., Ste. 300B**<br>**Orlando, FL 32803** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **College Venture I, LLC**<br>**P.O. Box 62169**<br>**Fort Myers, FL 33906** | Line **3.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Country Isles Plaza, LLC**<br>**Longpoint Property Group, LLC**<br>**13218 W. Broward Blvd.**<br>**Plantation, FL 33325** | Line **3.91**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Dawn Abbott, Director of Property**<br>**V 3 Capital Group**<br>**496 S. Hunt Club Blvd.**<br>**Apopka, FL 32703** | Line **3.326**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **DeliverSense, LLC**<br>**P.O. Box 2832**<br>**Scottsdale, AZ 85252** | Line **3.106**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Developers Diversified Realty Corp**<br>**Attn: General Counsel**<br>**3300 Enterprise Pkwy.**<br>**Beachwood, OH 44122** | Line **3.102**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known)   **3:24-bk-01128-BAJ**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.22 **Dottie Drake, Property Manager**<br>**Quest Company**<br>**1180 Spring Centre S. Blvd.**<br>**Ste. 102**<br>**Altamonte Springs, FL 32714** | Line __3.226__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 **Duke Energy**<br>**Legal Dept., Lynn Columbio-DEC45A**<br>**P.O. Box 1321**<br>**Charlotte, NC 28201** | Line __3.112__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 **Dunlawton Yorktowne Unit 4 LLC**<br>**c/o Holub Development Company**<br>**1185 West Granada Blvd., Ste. 12**<br>**Ormond Beach, FL 32174** | Line __3.113__<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 **Endai Corporation**<br>**114 John St., Ste. 903**<br>**New York, NY 10038** | Line __3.120__<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 **Equity One Realty & Management FL,**<br>**Attn: Property Management**<br>**1550 NE Miami Gardens Dr.**<br>**Miami, FL 33179** | Line __3.176__<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 **Equity One Realty & Management FL,**<br>**1600 NE Miami Gardens Dr.**<br>**North Miami Beach, FL 33179** | Line __3.176__<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 **Eustis Covenant Group, LLC**<br>**Attn: Real Estate Dept.**<br>**1700 Red Hill Ave.**<br>**Irvine, CA 92614** | Line __3.123__<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 **Fanelli Law Firm, PA**<br>**5300 W. Cypress St., Ste. 200**<br>**Tampa, FL 33607** | Line __3.349__<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 **Firm Realty**<br>**1930 Harrison St., STe. 503**<br>**Hollywood, FL 33020** | Line __3.235__<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 **Fourth Street Venture I, LLC**<br>**Attn: Felix Fudge**<br>**944 4th St. N, Ste. 800**<br>**Saint Petersburg, FL 33701** | Line __3.141__<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 **FPL**<br>**Attn: Knecole Stroman**<br>**RRD/LFO**<br>**4200 W. Flagler St.**<br>**Miami, FL 33134** | Line __3.135__<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 **Frank S. Ganz, Esq.**<br>**Smith Bigman Brock**<br>**P.O. Box 15200**<br>**Daytona Beach, FL 32115-5200** | Line __3.113__<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Tijuana Flats Restaurants, LLC**
_____
Name

Case number (if known) **3:24-bk-01128-BAJ**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.34 **Grandstaff Commercial Management** 4104 Millenia Blvd., Ste. 100 Orlando, FL 32839 | Line **3.51** ☐ Not listed. Explain ____ | _ |
| 4.35 **Grupo TFJ Properties, LLC** P.O. Box 403549 Miami Beach, FL 33140 | Line **3.154** ☐ Not listed. Explain ____ | _ |
| 4.36 **Hunters Creek Shoppes, LLC** 6700 Conroy Rd., Ste. 230 Orlando, FL 32835 | Line **3.167** ☐ Not listed. Explain ____ | _ |
| 4.37 **Ibis Walk Retail I, LLC and Ibis Walk Retail II, LLC** Attn: Property Manager 3344 Peachtree Rd. NE, Ste. 1200 Atlanta, GA 30326 | Line **3.169** ☐ Not listed. Explain ____ | _ |
| 4.38 **JBL Flamingo Pines, LLC JBL Flamingo Pines 2, LLC** P.O. Box 924133 Houston, TX 77292 | Line **3.352** ☐ Not listed. Explain ____ | _ |
| 4.39 **Joseph D. Garrity, Esq.** Lorium Law 101 NE 3rd Ave., Ste. 1800 Fort Lauderdale, FL 33301 | Line **3.242** ☐ Not listed. Explain ____ | _ |
| 4.40 **Joseph D. Garrity, Esq.** Lorium Law 101 NE 3rd Ave., Ste. 1800 Fort Lauderdale, FL 33301 | Line **3.225** ☐ Not listed. Explain ____ | _ |
| 4.41 **Kony LLC, Gulf Coast Commercial, L d/b/a Hybridge** 1002 B.S. Church Ave., #320407 Attn: Chris Dows Tampa, FL 33629 | Line **3.187** ☐ Not listed. Explain ____ | _ |
| 4.42 **KRG New Hill Place I, LLC** Attn: Property Accountant 32032 Collection Center Dr. Chicago, IL 60693-0320 | Line **3.188** ☐ Not listed. Explain ____ | _ |
| 4.43 **Krista L.B. Collins, Esq.** Siegel Hughes Ross & Collins 4046 W. Newberry Rd. Gainesville, FL 32607 | Line **3.47** ☐ Not listed. Explain ____ | _ |
| 4.44 **Legacy Property Management** 681 Douglas Ave., Ste. 101 Altamonte Springs, FL 32714 | Line **3.181** ☐ Not listed. Explain ____ | _ |
| 4.45 **Marketplace Shoppes, LLC** c/o Brad Dubner 12994 170th Rd. N Jupiter, FL 33478 | Line **3.202** ☐ Not listed. Explain ____ | _ |

Debtor **Tijuana Flats Restaurants, LLC**
Name

Case number (if known) **3:24-bk-01128-BAJ**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.46 **Marketplace Shoppes, LLC**<br>**3601 SE Ocean Blvd., Ste. 005**<br>**Stuart, FL 34996** | Line **3.202**<br>☐ Not listed. Explain ____ | __ |
| 4.47 **Mellon Franchise Development &**<br>**Consulting, LLC**<br>**18004 Sky Park Cir., Ste. 160**<br>**Irvine, CA 92614** | Line **3.205**<br>☐ Not listed. Explain ____ | __ |
| 4.48 **Michael I. Feldman, Esq.**<br>**Krinzman, Huss, Lubetsky, Feldman**<br>**Alfred I. duPont Bldg., Ste. 500**<br>**169 E. Flagler St.**<br>**Miami, FL 33131** | Line **3.271**<br>☐ Not listed. Explain ____ | __ |
| 4.49 **Michael Lappas**<br>**193 Old Oak Cir.**<br>**Palm Harbor, FL 34683** | Line **3.110**<br>☐ Not listed. Explain ____ | __ |
| 4.50 **Moore & Van Allen PLLC**<br>**100 N. Tryon St., Ste. 2700**<br>**Attn: Jeffrey Glenney, Esq.**<br>**Charlotte, NC 28202** | Line **3.324**<br>☐ Not listed. Explain ____ | __ |
| 4.51 **Nicolette Corso Vilmos, Esq.**<br>**Berger Singerman**<br>**300 S. Orange Ave., Ste. 1000**<br>**Orlando, FL 32801** | Line **3.192**<br>☐ Not listed. Explain ____ | __ |
| 4.52 **O'Connor Property Management, LLC**<br>**240 Royal Palm Way, 2nd Fl.**<br>**Palm Beach, FL 33480** | Line **3.192**<br>☐ Not listed. Explain ____ | __ |
| 4.53 **Park Sheridan Plaza, Ltd.**<br>**1930 Harrison St., Ste. 505**<br>**Hollywood, FL 33020** | Line **3.235**<br>☐ Not listed. Explain ____ | __ |
| 4.54 **Park Sheridan Plaza, Ltd.**<br>**1895 Tyler St., Ste. 204**<br>**Hollywood, FL 33020** | Line **3.235**<br>☐ Not listed. Explain ____ | __ |
| 4.55 **Professional Resource Development,**<br>**1200 Network Centre Dr., Ste. 2**<br>**Effingham, IL 64201** | Line **3.244**<br>☐ Not listed. Explain ____ | __ |
| 4.56 **Real Sub LLC**<br>**c/o Publix Super Markets Inc.**<br>**P.O. Box 407**<br>**Lakeland, FL 33802-0407** | Line **3.264**<br>☐ Not listed. Explain ____ | __ |
| 4.57 **Real Sub, LLC**<br>**c/o Publix Super Markets, Inc.**<br>**3300 Public Corporate Way**<br>**Attn: Vice President, Real Estate**<br>**Lakeland, FL 33811** | Line **3.264**<br>☐ Not listed. Explain ____ | __ |

Debtor  **Tijuana Flats Restaurants, LLC**
Name

Case number (if known)  **3:24-bk-01128-BAJ**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.58 **Red Book Connect, LLC**<br>**3440 Preston Ridge Rd., Ste. 650**<br>**Alpharetta, GA 30005** | Line **3.164**<br><br>☐ Not listed. Explain ____ | _ |
| 4.59 **Regency Centers**<br>**4041 Park Oaks Blvd., Ste. 110**<br>**Attn: Pam Ashe-Oldaker**<br>**Tampa, FL 33610** | Line **3.83**<br><br>☐ Not listed. Explain ____ | _ |
| 4.60 **Regency Centers Corporation**<br>**One Independent Dr., Ste. 114**<br>**Attn: Legal Dept.**<br>**Jacksonville, FL 32202-5019** | Line **3.266**<br><br>☐ Not listed. Explain ____ | _ |
| 4.61 **Regency Centers Corporation**<br>**One Independent Dr., Ste. 114**<br>**Attn: Property Management**<br>**Jacksonville, FL 32202-5019** | Line **3.266**<br><br>☐ Not listed. Explain ____ | _ |
| 4.62 **Richardson Realty, LLC**<br>**Attn: Matthew Rettner**<br>**30 Church St., Ste. 4**<br>**New Rochelle, NY 10801** | Line **3.268**<br><br>☐ Not listed. Explain ____ | _ |
| 4.63 **Ripley's International, Inc.**<br>**7505 W. Sand Lake Rd.**<br>**Orlando, FL 32819** | Line **3.270**<br><br>☐ Not listed. Explain ____ | _ |
| 4.64 **Rooms to Go**<br>**11540 Hwy. 92 E**<br>**Seffner, FL 33584** | Line **3.197**<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 **Ryan E. Davis, Esq.**<br>**Winderweekle, Haines, Ward & Woodm**<br>**329 Park Ave. N, 2nd Fl.**<br>**Winter Park, FL 32789** | Line **3.182**<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 **Ryan S. Shipp, Esq.**<br>**Law Office of Ryan S. Shipp, PLLC**<br>**814 W. Lantana Rd., Ste. 1**<br>**Lake Worth, FL 33462** | Line **3.352**<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 **S. Clark Butler Properties Ltd.**<br>**2306 S.W. 13th St., Ste. 1206**<br>**Gainesville, FL 32608** | Line **3.275**<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 **Sana Vita, LLC**<br>**240 S.R. 312**<br>**Saint Augustine, FL 32086** | Line **3.277**<br><br>☐ Not listed. Explain ____ | _ |
| 4.69 **Sarasota Medical Properties**<br>**c/o Sarasota Commercial Management**<br>**1937 Golf St.**<br>**Sarasota, FL 34236** | Line **3.278**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.70 | **SCG Buckingham Square, LLC**<br>**c/o Continental Real Estate Compan**<br>**2121 Ponce de Leon Blvd.**<br>**Ste. 1250**<br>**Coral Gables, FL 33134** | Line **3.280**<br><br>☐ Not listed. Explain ____ | _ |

| 4.71 | **SCRE II Maitland, LP**<br>**500 N. Akard St., Ste. 2960**<br>**Dallas, TX 75201** | Line **3.281**<br><br>☐ Not listed. Explain ____ | _ |

| 4.72 | **SCRE II Tower Maitland Holdings LP**<br>**P.O. Box 865543**<br>**Orlando, FL 32886-5543** | Line **3.281**<br><br>☐ Not listed. Explain ____ | _ |

| 4.73 | **Shannon Erler, Sr. Property Mgr.**<br>**Regency Centers**<br>**4041 Park Oaks Blvd., Ste. 110**<br>**Tampa, FL 33610** | Line **3.176**<br><br>☐ Not listed. Explain ____ | _ |

| 4.74 | **Skylark Plaza OP, LLC**<br>**c/o White Development Company**<br>**P.O. Box 6961**<br>**Clearwater, FL 33758** | Line **3.287**<br><br>☐ Not listed. Explain ____ | _ |

| 4.75 | **Springs Plaza Longwood LLC**<br>**c/o MCB Real Estate, LLC**<br>**2002 Clipper Park Rd., Ste. 105**<br>**Attn: Legal**<br>**Baltimore, MD 21211** | Line **3.290**<br><br>☐ Not listed. Explain ____ | _ |

| 4.76 | **St. Johns Law Group**<br>**104 Seagrove Main St.**<br>**Attn: Amy Marie Vo, Esq.**<br>**Saint Augustine, FL 32080** | Line **3.277**<br><br>☐ Not listed. Explain ____ | _ |

| 4.77 | **Stirling Retail 26, LLC**<br>**122 Golden Beach Dr.**<br>**Golden Beach, FL 33160** | Line **3.299**<br><br>☐ Not listed. Explain ____ | _ |

| 4.78 | **SVAP III COral Landings, LLC**<br>**302 Datura St. Ste. 100**<br>**Attn: Property Manager**<br>**West Palm Beach, FL 33401** | Line **3.303**<br><br>☐ Not listed. Explain ____ | _ |

| 4.79 | **Theodora Malo**<br>**193 Old Oak Cir.**<br>**Palm Harbor, FL 34683** | Line **3.110**<br><br>☐ Not listed. Explain ____ | _ |

| 4.80 | **TKG-StorageMart Partners**<br>**Attn: John Underwood**<br>**215 N. Stadium Blvd., Ste. 207**<br>**Columbia, MO 65203** | Line **3.311**<br><br>☐ Not listed. Explain ____ | _ |

| 4.81 | **Tramlaw, LLC**<br>**a/k/a Benderson 85-1 Trust**<br>**8441 Cooper Creek Blvd.**<br>**Bradenton, FL 34201** | Line **3.316**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number (if known) | **3:24-bk-01128-BAJ** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.82 | **University Center Partners, Ltd.**<br>c/o Stiles Corporation<br>301 E. Las Olas Blvd.<br>Attn: Asset Manager<br>Fort Lauderdale, FL 33301 | Line **3.323**<br><br>☐ Not listed. Explain ____ | _ |
| 4.83 | **Vector Intelligent Solutions, LLC**<br>d/b/a Industry Retail Group<br>3 Bethesda Metro Center<br>7th Floor<br>Bethesda, MD 20814 | Line **3.328**<br><br>☐ Not listed. Explain ____ | _ |
| 4.84 | **Vector Security, Inc.**<br>2000 Ericsson Dr.<br>Warrendale, PA 15086 | Line **3.328**<br><br>☐ Not listed. Explain ____ | _ |
| 4.85 | **Weingarten Nostat, Inc.**<br>c/o Kimco Realty Corporation<br>500 N. Broadway, Ste. 201<br>P.O. Box 9010<br>Jericho, NY 11753 | Line **3.341**<br><br>☐ Not listed. Explain ____ | _ |
| 4.86 | **William S. Weisman, Esq.**<br>Weisman & Margolies, P.A.<br>120 E. Palmetto Park Rd., Ste. 210<br>Boca Raton, FL 33432 | Line **3.103**<br><br>☐ Not listed. Explain ____ | _ |
| 4.87 | **Willow Bend Towne Centre, Ltd.**<br>c/o BPMS 5300 West Cypress St.<br>Ste. 200<br>Tampa, FL 33606 | Line **3.349**<br><br>☐ Not listed. Explain ____ | _ |
| 4.88 | **WRI JT Northridge, LP**<br>Attn: General Counsel<br>P.O. Box 924133<br>Houston, TX 77292-4133 | Line **3.353**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,422,638.80 |
| **5b. Total claims from Part 2** | 5b. | + $ | 5,820,227.72 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,242,866.52 |

**Fill in this information to identify the case:**

Debtor name __**Tijuana Flats Restaurants, LLC**__

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) __**3:24-bk-01128-BAJ**__

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Bay Arbor Place, 3687 Tampa Road, Oldsmar, FL 34677 [Tijuana Flats #121, LLC - 121]** |
| State the term remaining | **expires on 09/30/2027** |
| List the contract number of any government contract | **3687 Tampa Road Crossing, LLC 18167 US 19 N, Ste. 600 Clearwater, FL 33764** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Trinity Crossings, 10900 S.R. 54, New Port Richey, FL 34655 [Tijuana Flats #164, LLC - 164]** |
| State the term remaining | **expires on 09/30/2026** |
| List the contract number of any government contract | **419 E. 57th LLC d/b/a The Shoppes of Trinity Cross c/o RPM Realty Management, LLC 14502 N. Dal Mabry, Ste. 333 Tampa, FL 33618** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Image Licensing Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **AaronVan Creative, LLC 9501 Satellite Blvd., Ste. 101 Orlando, FL 32837** |

Debtor 1   **Tijuana Flats Restaurants, LLC**

First Name    Middle Name    Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Sales Agreement for Chicken** | |
| State the term remaining | **Amick Farms, LLC P.O. Box 1400 Attn: Jim Carpenter Leesville, SC 29070** |
| List the contract number of any government contract | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of space located at 10 E. New Haven Avenue, Melbourne, FL 32901 [TJF Management Co., LLC - 234]** | |
| State the term remaining — **expires on 11/30/2025** | **Babcock New Haven, LLC 1344 S. Apollo Blvd., Ste. 400 Melbourne, FL 32901** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of space located at West Melbourne Interchange Center, 715 Palm Bay Road, West Melbourne, FL 32904 [Tijuana Flats #242, LLC - 242]** | |
| State the term remaining — **expires on 11/30/2026** | **Benchmark Melbourne 35 Associates c/o Benchmark Management Corp. 4053 Maple Rd., Ste. 200 Buffalo, NY 14226** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of space located at Berkshire Oaks Center, 3950 S.W. College Road, Ocala, FL 34474 [Tijuana Flats #139, LLC - 139]** | |
| State the term remaining — **expires 08/31/2029** | **Berkshire Oaks Ocala, LLC c/o United Properties Corp. 1975 Hempstead Tpke., Ste. 309 East Meadow, NY 11554** |
| List the contract number of any government contract | |

Debtor 1  **Tijuana Flats Restaurants, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **3:24-bk-01128-BAJ**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant Marketing and Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bitesquad.com, LLC 214 Jefferson St. Lafayette, LA 70501** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Marinated Steak Strips Supplier Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Branding Iron - Rochester Meat Co. 1682 Sauget Business Blvd. East Saint Louis, IL 62206-1454** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Brandon Commons, 11007 Causeway Boulevard, Brandon, FL 33511 [Tijuana Flats #135, LLC - 135] expires 11/21/2029** | |
|---|---|---|---|
| | State the term remaining | | **Brandon Commons, LLC 7940 Via Dellagio Way, Ste. 200 Orlando, FL 32819** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Carrollwood Center Shopping Center, 10007 N. Dale Mabrey Highway, Tampa, FL 33618 [Tijuana Flats #134, LLC - 134] expires** | |
|---|---|---|---|
| | State the term remaining | | **BRE Mariner Carrollwood LLC c/o Brixmor Property Group 450 Lexington Ave., 13th Fl. New York, NY 10017** |
| | List the contract number of any government contract | | |

Debtor 1  **Tijuana Flats Restaurants, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **3:24-bk-01128-BAJ**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Beneva Village Shops, 3404 Clark Road, Sarasota, Florida 34231 [Tijuana Flats #147, LLC - 147]** | |
|---|---|---|---|
| | State the term remaining | **expires 10/31/2029** | **BRE Throne Beneva Village Shops, L c/o Brixmore Property Group 450 Lexington Ave., 13th Fl. New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription agreement for Certify Enterprise** | |
|---|---|---|---|
| | State the term remaining | | **Certify, Inc. 20 York St. Portland, ME 04101** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at ChampionsGate Downtown Village, 8274 ChampionsGate Boulevard, ChampionsGate, FL 33896 [Tijuana Flats #247, LLC - 247]** | |
|---|---|---|---|
| | State the term remaining | **expires on 03/31/2027** | **CG Downtown Shopping Center 8390 ChampionsGate Blvd., Ste. 104 ChampionsGate, FL 33896** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Hodges Station Shopping Center, Jacksonville, FL 32224 [Tijuana Flats #152, LLC - 152]** | |
|---|---|---|---|
| | State the term remaining | **epires 09/30/2026** | **CHR J Hodges, LLC and JLR Hodes, LLC P.O. Box 9527 Asheville, NC 28815** |
| | List the contract number of any government contract | | |

Debtor 1    **Tijuana Flats Restaurants, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)    **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at International Plaza, 11551 University Boulevard, Suite 6, Orlando, FL 32817 [Tijuana Flats Burrito Co. - 186]** | |
|---|---|---|---|
| | State the term remaining | **expires on 01/31/2028** | **CHUGIN (U.S.A.), Inc. c/o Grandstaff Commercial Manageme 427 S. New York Ave., Ste. 203 Winter Park, FL 32789** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 7070 College Parkway, Fort Myers, FL 33907 [Tijuana Flats #180, LLC - 180]** | |
|---|---|---|---|
| | State the term remaining | **expires on 12/31/2027** | **College Venture I, LLC 3515 Del Prado Blvd., Ste. 107 Cape Coral, FL 33914** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 1110 and 1112 Weston Road, Weston, FL 33326 [Tijuana Flats #179, LLC - 179]** | |
|---|---|---|---|
| | State the term remaining | **expires on 09/30/2028** | **Country Isles Plaza LLC c/o Longpoint Realty Partners 116 Huntington Ave., Ste. 1001 Boston, MA 02116** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Master License Agreement for Zenput Store software** | |
|---|---|---|---|
| | State the term remaining | **expires on 01/01/2025** | **Crunchtime Information Systems 129 Portland St., 5th Fl. Boston, MA 02114** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement and Mutual Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DELVERSENSE LLC 7519 E THOMAS ROAD SCOTTSDALE, AZ 85251** |
| | List the contract number of any government contract | | |

Debtor 1    **Tijuana Flats Restaurants, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*    **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.21.**  State what the contract or lease is for and the nature of the debtor's interest

**Managed Printed Services Agreement**

State the term remaining    **09/30/2023**

List the contract number of any government contract

**Dex MPS, d/b/a Dex Imaging**
**5109 W. Lemon St.**
**Tampa, FL 33609**

---

**2.22.**  State what the contract or lease is for and the nature of the debtor's interest

**Lease of space located at 2900-2914 E. Colonial Drive, Orlando, FL 32803 [Tijuana Flats #167, LLC - 167]**

State the term remaining    **04/07/2011**

List the contract number of any government contract

**Dikeou Realty**
**543 Wymore Rd. N**
**Maitland, FL 32751**

---

**2.23.**  State what the contract or lease is for and the nature of the debtor's interest

**Lease of space located at 180 South Belcher Road, Largo, FL 33771 [Tijuana Flats #120, LLC - 120]**

State the term remaining    **expires 10/31/2026**

List the contract number of any government contract

**Dionis Malo**
**193 Old Oak Cir.**
**Palm Harbor, FL 34683**

---

**2.24.**  State what the contract or lease is for and the nature of the debtor's interest

**Contract for services to design, develop and implement a fundraiser website**

State the term remaining

List the contract number of any government contract

**DonationScout, LLC**
**2054 Kildaire Farm Rd. Ste. 204**
**Cary, NC 27518-6614**

---

**2.25.**  State what the contract or lease is for and the nature of the debtor's interest

**Software as a Services Services ("SaaS Services") Agreement**

State the term remaining

List the contract number of any government contract

**DonationScout, LLC**
**2054 Kildaire Farm Rd. Ste. 204**
**Cary, NC 27518-6614**

---

Debtor 1  **Tijuana Flats Restaurants, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **DoorDash Fulfillment Drive Addendum** | |
| | State the term remaining | **automatic 1 year renewal periods** | **DoorDash, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 735240 Dallas, TX 75373** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Dunlawton Commons, 1760 Dunlawton Avenue, Port Orange, FL 32127 [Tijuana Flats #238, LLC - 238]** | |
| | State the term remaining | **expires on 05/31/2026** | **Dunlawton Yorktowne Unit 4 LLC** |
| | List the contract number of any government contract | | **P.O. Box 730086 Ormond Beach, FL 32173** |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Dunwoody Plaza, 5030 State Road 46, Sanford, FL 32771 [Tijuana Flats #129, LLC - 129]** | |
| | State the term remaining | **expires 02/29/2028** | **Dunwoody Property, LLC c/o M&J Wilkow Properties, LLC** |
| | List the contract number of any government contract | | **20 S. Clark St., Ste. 3000 Chicago, IL 60603** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
| | State the term remaining | **Month to month** | **Endai Corporation** |
| | List the contract number of any government contract | | **223 Wall St., Ste. 300 Huntington, NY 11743** |

| Debtor 1 | Tijuana Flats Restaurants, LLC | Case number (*if known*) | 3:24-bk-01128-BAJ |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Shoppes at Eustis, U.S. 441 and Spring Harbor Boulevard, Eustis (Mt. Dora), FL 32757 [Tijuana Flats #222, LLC - 222]** | |
|---|---|---|---|
| | State the term remaining | **expires on 12/31/2026** | **Eustis Covenant Group, LLC Attn: Real Estate 3521 Volunteer Blvd. Henderson, NV 89044** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 11018 W. Colonial Drive, Ocoee, FL 34761 [Tijuana Flats #257, LLC - 257]** | |
|---|---|---|---|
| | State the term remaining | **expires on 01/31/2031** | **Ferraro Realty Group Ocoee, LLC Attn: Peter Ferraro 29 Pheasant Run Rd. Pleasantville, NY 10570** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 944 4th Street North, St. Petersburg, FL 33701 [Tijuana Flats #112, LLC- 112]** | |
|---|---|---|---|
| | State the term remaining | **07/31/2027** | **FRC St. Petersburg LLC P.O. Box 2787 Saint Petersburg, FL 33731** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement for telephone system** | |
|---|---|---|---|
| | State the term remaining | **Automatic 1 year renewals** | **Fuze, Inc. P.O. Box 347284 Pittsburgh, PA 15251-4284** |
| | List the contract number of any government contract | | |

Debtor 1    **Tijuana Flats Restaurants, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **3:24-bk-01128-BAJ**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for retention for services relating to possible claims against Visa/Mastercard relating to the Visa and Mastercard Interchange Fee case (MDL No. 1720-MKB)** |
| State the term remaining | **Garden Road Capital Advisors, LLC T/A Class Action Financial Stateme 1812 Front Street Scotch Plains, NJ 07076** |
| List the contract number of any government contract | |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for retention for services relating to possible claims against Koch Foods, Inc., et al. relating to the Broiler Chicken Antitrust Litigation (Civil No. 1:15-cv-08637, (N.D. ILL.))** |
| State the term remaining | **Garden Road Capital Advisors, LLC T/A Class Action Financial Stateme 1812 Front Street Scotch Plains, NJ 07076** |
| List the contract number of any government contract | |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for ISP** |
| State the term remaining | **Granite Telecommunications, LLC P.O. Box 983119 Client ID No. 311 Boston, MA 02298-3119** |
| List the contract number of any government contract | |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest | **Joint User Agreement and Employer Platform Agreement** |
| State the term remaining | **expires on 02/28/2026** |
| List the contract number of any government contract | **Gratuity Solutions, LLC 3520 Kraft Rd., Ste. 200 Naples, FL 34105** |

Debtor 1  **Tijuana Flats Restaurants, LLC**
_____
First Name    Middle Name    Last Name

Case number *(if known)*    **3:24-bk-01128-BAJ**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Agreement for Cheese** | |
|---|---|---|---|
| | State the term remaining | | **Great Lakes Cheese Co., Inc.** |
| | | | **17825 Great Lakes Pkwy.** |
| | List the contract number of any government contract | | **P.O. Box 1806** |
| | | | **Hiram, OH 44234-1806** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 13100 Seminole Boulevard, Largo, FL [Tijuana Flats #198, LLC - 198]** | |
|---|---|---|---|
| | State the term remaining | **expires on 01/18/2025** | **Greenspot Largo LLC** |
| | | | **c/o PM Real Estate Management, Inc** |
| | List the contract number of any government contract | | **4000 S. Poplar St.** |
| | | | **Casper, WY 82601** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant Marketing and Delivery Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GrubHub** |
| | | | **111 W. Washington St.** |
| | List the contract number of any government contract | | **Ste. 2100** |
| | | | **Chicago, IL 60602-2783** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located atHamlin, 14410 Shoreside Way, Suite 100, Winter Garden, FL 34787  [Tijuana Flats #260, LLC - 260]** | |
|---|---|---|---|
| | State the term remaining | **expires on 09/30/2032** | **Hamlin Retail Partners, LLC** |
| | | | **Attn: Scott T. Boyd** |
| | List the contract number of any government contract | | **14422 Shoreside Way, Ste. 130** |
| | | | **Winter Garden, FL 34787** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 4100 13th Street, Saint Cloud, FL 34769 [Tijuana Flats #237, LLC - 237]** | |
|---|---|---|---|
| | State the term remaining | **expires on 06/30/2026** | **Hill / Gray Seven, LLC** |
| | | | **1350 City View Center** |
| | List the contract number of any government contract | | **Attn: Gregg Hill** |
| | | | **Oviedo, FL 32765-5530** |

Debtor 1  **Tijuana Flats Restaurants, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of space located at Crossroads Shopping Center, 2300 22nd Avenue North, St. Petersburg, FL 33710 [Tijuana Flats #114, LLC- 114]** | |
| State the term remaining — **expires 08/31/2028** | **Home Depost USA, Inc. Attn: Jeffrey M. Poole 2455 Paces Ferry Rd. NW Atlanta, GA 30339** |
| List the contract number of any government contract | |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of space located at Hunters Creek Shoppes, 13651 Hunters Oak Drive, Orlando, FL 32837 [Tijuana Flats #117, LLC - 117]** | |
| State the term remaining — **expires 11/30/2026** | **Hunters Creek Shoppes, LLC c/o Real Property Specialists, Inc 2345 W. Sand Lake Rd., Ste. 100 Orlando, FL 32809** |
| List the contract number of any government contract | |
| **2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of space located at 13009 U.S. 301, Riverview, FL 33578 [TJF Management Co., LLC - 239]** | |
| State the term remaining — **expires on 04/30/2027** | **Hutton Team, LLC Attn: Allan Lloyd, Direct of RE 736 Cherry St. Chattanooga, TN 37402** |
| List the contract number of any government contract | |
| **2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of space located at Ibis Walk Shopping Center, 10300 Roosevelt Boulevard North, St. Petersburg, FL 33716 [Tijuana Flats #181, LLC - 181]** | |
| State the term remaining — **expires on 08/31/2027** | **Ibis Walk Retail I, LLC and Ibis Retail II, LLC 321 W. Main St. Freehold, NJ 07728** |
| List the contract number of any government contract | |

Debtor 1  **Tijuana Flats Restaurants, LLC**
    First Name      Middle Name      Last Name

Case number (*if known*)  **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing and Sponsorship Agreement [Florida State University] expires on 06/30/2024** | |
|---|---|---|---|
| | State the term remaining | | **IMG College, LLC c/o Learfield Communications, LLC P.O. Box 843038 Kansas City, MO 64184-3038** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing and Sponsorship Agreement [University of Florida] expires on 06/30/2025** | |
|---|---|---|---|
| | State the term remaining | | **IMG College, LLC c/o Learfield Communications, LLC P.O. Box 843038 Kansas City, MO 64184-3038** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Master Call Center Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **automatic annual renewals** | **InkTel Contact Center Solutions 8200 NW 33rd St., Ste. 100 Miami, FL 33122** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** | |
|---|---|---|---|
| | State the term remaining | **expires on 03/31/2025** | **Joe Christina 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship Agreement for certain events at Roger Dean Chevrolet Stadium** | |
|---|---|---|---|
| | State the term remaining | **expires on 02/23/2025** | **Jupiter Stadium, Ltd. 4751 Main St. Jupiter, FL 33458** |
| | List the contract number of any government contract | | |

Debtor 1   **Tijuana Flats Restaurants, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Sonicwall Appliance and Subscription License Agreement** | |
|---|---|---|---|
| | State the term remaining | **automatic 1 year renrewals** | **Kappa Computer Systems, LLC** |
| | List the contract number of any government contract | | **767 Stirling Pl., Ste. 1401 Lake Mary, FL 32746** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Colocation Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Kappa Computer Systems, LLC** |
| | List the contract number of any government contract | | **270 S. Northlake Blvd., Ste. 1000 Altamonte Springs, FL 32701** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Sports Marketing Agreement and Sports Sponsorship Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Knox Sports Marketing, Inc.** |
| | List the contract number of any government contract | | **13063 W. Linebaugh Ave. Tampa, FL 33626** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Stable Pricing Program Offer for Cheese** | |
|---|---|---|---|
| | State the term remaining | | **Land O'Lakes, Inc.** |
| | List the contract number of any government contract | | **4001 Lexington Ave. N Arden Hills, MN 55126-2998** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Auditing and Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2022** | **Lease Administration Solutions Attn: Rick Burke** |
| | List the contract number of any government contract | | **26 Princess St. Wakefield, MA 01880** |

Debtor 1   **Tijuana Flats Restaurants, LLC**
_____
First Name      Middle Name      Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 10300 US Highway 441, Leesburg, FL 34788 [Tijuana Flats #157, LLC - 157]** | |
|---|---|---|---|
| | State the term remaining | **expires on 05/31/2025** | **Leesburg Properties, LLC 6085 Lake Forest Dr. Ste. 300-D Atlanta, GA 30328** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 2123 and 2127 Cortez Road West, Bradenton, FL 34207 [Tijuana Flats #159, LLC - 159]** | |
|---|---|---|---|
| | State the term remaining | **expireson 11/20/2026** | **Louis Geraci LLLP 18114 Geraci Rd. Lutz, FL 33548** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Development and Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | **Perpetual** | **Mellon Franchise Development & Consulting 3191 Redhill Ave., Ste. 200 Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Client Nutritional Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **MenuTrinfo, LLC 2629 Redwing Rd., Ste. 280 Fort Collins, CO 80526** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Viera Shops, 7181 Lake Andrew, Melbourne, FL 32940 [Tijuana Flats #224, LLC - 224]** | |
|---|---|---|---|
| | State the term remaining | **expires on 06/30/2025** | **MHW Lake Andrew, LLC 7332 Office Park Pl., Ste. 101 Melbourne, FL 32940** |
| | List the contract number of any government contract | | |

Debtor 1   **Tijuana Flats Restaurants, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Application Services Agreement for Business Intelligence System** | |
|---|---|---|---|
| | State the term remaining | **60 day automatic renewal terms** | **Mirus Information Technology Servi 820 Gessner Rd., Ste. 1600 Houston, TX 77024** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement for online ordering system** | |
|---|---|---|---|
| | State the term remaining | **expires on 05/16/2024** | **Mobo Systems, Inc. 26 Broadway, 24th Floor New York, NY 10004** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Dispatch Services Agreement for online ordering system** | |
|---|---|---|---|
| | State the term remaining | | **Mobo Systems, Inc. d/b/a Olo 99 Hudson St., Fl. 10 New York, NY 10013** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Authorized Operator Agreement for online ordering system** | |
|---|---|---|---|
| | State the term remaining | | **Mobo Systems, Inc. d/b/a Olo 99 Hudson St., Fl. 10 New York, NY 10013** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **National Beef Supplier Agreement** | |
|---|---|---|---|
| | State the term remaining | | **National Beef Packing LLC 12200 N. Ambassador Dr. Ste. 500  WI 54163** |
| | List the contract number of any government contract | | |

Debtor 1 **Tijuana Flats Restaurants, LLC**
First Name       Middle Name       Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement for point of sale system** |
| | State the term remaining | **Perpetual** |
| | List the contract number of any government contract | |

**NCR Corporation**
**Attn: General Counsel / Notices**
**864 Spring St. NW**
**Atlanta, GA 30308**

| | | |
|---|---|---|
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 2054 Bloomingdale Avenue, Valrico, FL 33596 [Tijuana Flats #232, LLC - 232]** |
| | State the term remaining | **expires on 04/30/2029** |
| | List the contract number of any government contract | |

**NGOC HOA Bloomingdale, LLC**
**2809 Shetland Ridge Dr.**
**Valrico, FL 33596**

| | | |
|---|---|---|
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Nocatee Town Center, 1801 C.R. 210, Ponte Vedra, FL 32081 [Tijuana Flats #246, LLC - 246]** |
| | State the term remaining | **expires on 06/30/2027** |
| | List the contract number of any government contract | |

**NTC-REG, LLC**
**c/o Regency Centers Corporation**
**One Independent Dr., Ste. 114**
**Jacksonville, FL 32202-5019**

| | | |
|---|---|---|
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at The Crossings at O-Town West, 7750 Palm Parkway, Orlando, FL 32836 [Tijuana Flats #258, LLC - 258]** |
| | State the term remaining | **expires on 09/30/2032** |
| | List the contract number of any government contract | |

**O-Town 6 Acres, LLC**
**7940 Via Dellagio Way, Ste. 200**
**Orlando, FL 32819**

Debtor 1    **Tijuana Flats Restaurants, LLC**                                Case number (*if known*)    **3:24-bk-01128-BAJ**
  _____                                  _____
  First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Oaks at Lake Mary Shopping Center, 3005 West Lake Mary Boulevard, Lake Mary, FL 32746 [Flats 1, Inc. - 103]** | |
| State the term remaining | **expires 10/31/2028** | **Oaks at Lake Mary, Ltd.** |
| List the contract number of any government contract | | **c/o Quest Company 921 Douglas Ave., Ste. 200 Altamonte Springs, FL 32714** |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 1617 Platt Street, Tampa, FL 33609 [Tijuana Flats #227, LLC - 227] expires on 10/26/2029** | |
| State the term remaining | | **Palscher, Inc.** |
| List the contract number of any government contract | | **234 E. Davis Blvd. Tampa, FL 33606** |
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Park Sheridan Plaza, 3357 Sheridan Street, Hollywood, FL 33021 [Tijuana Flats #154, LLC - 154]** | |
| State the term remaining | **expires 12/31/2030** | **Park Sheridan Plaza, Ltd.** |
| List the contract number of any government contract | | **1930 Harrison St., Ste. 503 Hollywood, FL 33020** |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest | **Casino Night Contract [11.07.2024]** | |
| State the term remaining | | **Party Corp., The** |
| List the contract number of any government contract | | **P.O. Box 161670 Altamonte Springs, FL 32716** |

Debtor 1  **Tijuana Flats Restaurants, LLC**
 First Name          Middle Name          Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of space located at Stuart Square, 930-2260 S. Federal Highway, Stuart, FL 34994 [Tijuana Flats #175, LLC - 175] expires on 02/28/2027** | **Paul Forberger**<br>**Noble Management Company**<br>**4280 Professional Center Dr. Ste. 100**<br>**Palm Beach Gardens, FL 33410** |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Restaurant Marketing and Delivery Commission Agreement** | **Portier and Uber**<br>**d/b/a Uber Eats**<br>**1455 Market St., Ste. 400**<br>**San Francisco, CA 94103** |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **UberEATS Master Framework Letter Agreement** | **Portier, LLC**<br>**1455 Market St., 4th Fl.**<br>**San Francisco, CA 94103-1355** |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of space located at 1647 County Road 220, Fleming Island, FL 32003 [Tijuana Flats #182, LLC - 184] expires on 10/28/2027** | **PRD Owner, LLC**<br>**c/o Realty Income Corporation**<br>**Attn: Legal Dept.**<br>**11995 El Camino Real**<br>**San Diego, CA 92130** |
| **2.79.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of space located at Van Dyke Commons, 17623 N. Dale Mabry Highway, Lutz, Florida 33548 [Tijuana Flats #249, LLC - 249] expires 12/31/2027** | **Prestige Properties - Van Dyke Commons, LLC**<br>**Lockbox No. 864919**<br>**P.O. Box 947919**<br>**Atlanta, GA 30394-7919** |

Debtor 1  **Tijuana Flats Restaurants, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.80.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of space located at 2217 Edgewater Drive, Orlando, FL 32804 [Tijuana Flats #153, LLC - 153] expires 04/30/2025**<br><br>**Princeton Center, LLC<br>P.O. Box 547037<br>Orlando, FL 32854-7037** |
| **2.81.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement for online marketing**<br><br>**Perpetual**<br><br>**Punchh, Inc.<br>P.O. Box 536257<br>Pittsburgh, PA 15253** |
| **2.82.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marketing Agreement**<br><br>**Month to month**<br><br>**Push<br>101 Ernestine St.<br>Pittsburgh, PA 15253** |
| **2.83.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of space located at Altamonte City Centre, 895 E. Altamonte Drive, Altamonte Springs, FL 32701 [Tijuana Flats Burrito Company - 130] expires 06/30/2025**<br><br>**QCPACC, LLC<br>c/o Lincoln Property Company<br>333 S. Garland Ave., Ste. 1401<br>Orlando, FL 32801** |
| **2.84.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Service Agreement for Hosted Radiant Software**<br><br>**Radiant Systems, Inc.<br>3925 Brookside Pkwy.<br>Alpharetta, GA 30022** |

| Debtor 1 | **Tijuana Flats Restaurants, LLC** | | Case number *(if known)* | **3:24-bk-01128-BAJ** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Subscription for FlyBuy curbside system** | |
|---|---|---|---|
| | State the term remaining | **03/05/2024** | |
| | List the contract number of any government contract | | **Radius Networks, Inc.**<br>**P.O. Box 1218**<br>**West Chester, PA 19380-1218** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Software as a Service ("SaaS") Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Radius Networks, Inc.**<br>**3255 Grace St. NW**<br>**Washington, DC 20007** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at River City Marketplace, 651 Nautica Drive, Unit 2, Jacksonville, FL 32218 [Tijuana Flats #172, LLC -1723]** | |
|---|---|---|---|
| | State the term remaining | **expires on 04/30/2028** | |
| | List the contract number of any government contract | | **Ramco Jacksonville, LLC**<br>**500 N. Broadway, Ste. 201**<br>**Jericho, NY 11753** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for app-based streaming platform service** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rarefied Atmosphere, Inc.**<br>**2043 S. Lamar Blvd.**<br>**Austin, TX 78704** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Hillsboro Square, Deerfield Beach, FL 33441 [Tijuana Flats #111, LLC - 111]** | |
|---|---|---|---|
| | State the term remaining | **expires 04/30/2027** | |
| | List the contract number of any government contract | | **Real Sub LLC**<br>**c/o Publix Super Markets Inc.**<br>**P.O. Box 32010**<br>**Lakeland, FL 33802-2010** |

Debtor 1   **Tijuana Flats Restaurants, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **HotSchedules Team Mobile App Service Agreement** | |
| | State the term remaining | **Renewal 1 year periods** | **Red Book Connect, LLC**<br>**3440 Preston Ridge Rd., Ste. 650**<br>**Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |
| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at La Vina Village Shopping Center, 9161 Narcoossee Road, Orlando, FL 32827 [Tijuana Flats #127, LLC - 127]** | |
| | State the term remaining | **expires 03/25/2029** | **Ripley's International, Inc.**<br>**7940 Via Dellagio Way, Ste. 200**<br>**Orlando, FL 32819** |
| | List the contract number of any government contract | | |
| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 6771 West Indiantown Road, Jupiter, FL 33458 [Tijuana Flats #187, LLC - 187]** | |
| | State the term remaining | **expires on 03/30/2029** | **Riviera Trading & Marketing, Inc. and Scribe Enterprises, Inc.**<br>**6671 W. Indiantown Rd., Ste. 50**<br>**PMB 435**<br>**Jupiter, FL 33458** |
| | List the contract number of any government contract | | |
| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Chain Procurement and Management Contract** | |
| | State the term remaining | **automatic 1 year renewals** | **RP Partners Procurement, LLC**<br>**3051 E. Livingstrong St., Ste. 201**<br>**Orlando, FL 32803** |
| | List the contract number of any government contract | | |

Debtor 1  **Tijuana Flats Restaurants, LLC**
First Name   Middle Name   Last Name

Case number (*if known*)  **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Butler Plaza, 3205 Clark Butler Boulevard, Gainesville, FL 32608 [Tijuana Flats #169, LLC - 169]** | |
| | State the term remaining | **expires on 01/31/2027** | **S. Clark Butler Properties Ltd. 3217 SW 35th Blvd. Gainesville, FL 32608** |
| | List the contract number of any government contract | | |
| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Sam's Club Shopping Center, 27709 State Road 56 Boulevard, Wesley Chapel, FL 33543 [RDA, Inc. - 163]** | |
| | State the term remaining | **expires on 09/30/2026** | **Sams State Road 56 LLC c/o Snyder Property Management 7643 33rd Ave. N Saint Petersburg, FL 33710** |
| | List the contract number of any government contract | | |
| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 394 South State Road 7, Royal Palm Beach, FL 33414 [Tijuana Flats #2300, LLC - 230]** | |
| | State the term remaining | **expires on 01/31/2026** | **SCG Buckingham Square, LLC 4 Embarcadero Center Ste. 3300 San Francisco, CA 94111** |
| | List the contract number of any government contract | | |
| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of corporate office space located at The Maitland 100 Building, 2300 Maitland Center Parkway, Suite 306, Maitland, FL 32751 [TJF USA, LLC - 100]** | |
| | State the term remaining | **expires 03/31/2030** | **SCRE II Tower Maitland Holdings LP 1075 W. Georgia St., Ste. 2600 Vancouver, British Columbia V6E 3C9 CANADA** |
| | List the contract number of any government contract | | |

Debtor 1   **Tijuana Flats Restaurants, LLC**
_____    Case number (if known)   **3:24-bk-01128-BAJ**
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.98.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Commercial Boulevard Shoppes, 7850 West Commercial Boulevard, Lauderhill, FL 33351 [Tijuana Flats #140, LLC - 140]** | |
| State the term remaining | **expires 11/30/2028** | **Sembler Family Partnership #41, Lt c/o The Semblar Company 5858 Central Ave. Saint Petersburg, FL 33707** |
| List the contract number of any government contract | | |
| **2.99.** State what the contract or lease is for and the nature of the debtor's interest | **Marketing and Sponsorship Agreement** | |
| State the term remaining | **expires on 06/30/2025** | **Seminole Sports Properties, LLC 2400 Dallas Pkwy., Ste. 500 Plano, TX 75093** |
| List the contract number of any government contract | | |
| **2.100.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 6101 South Jog Road, Lake Worth, FL 33467 [Tijuana Flats #177, LLC - 177]** | |
| State the term remaining | **expires on 09/30/2028** | **SJR Plaza II, LLC 1430 Broadway, Ste. 903 New York, NY 10018** |
| List the contract number of any government contract | | |
| **2.101.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Courtyard at Countryside Shopping Center, 2518 State Road 580, Clearwater, FL 33761[Tijuana Flats #191, LLC - 190]** | |
| State the term remaining | **expires on 09/30/2028** | **Skylark Plaza OP, LLC 1801 S. Keene Rd. Clearwater, FL 33756** |
| List the contract number of any government contract | | |

Debtor 1  **Tijuana Flats Restaurants, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.102.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of space located at Southgate East, 3154 S. Orange Avenue, Orlando, FL 32806 [Tijuana Flats #128, LLC - 128]**

State the term remaining  **expires 05/31/2028**

List the contract number of any government contract

**Southgate Properties, LLLP
P.O. Box 568367
Attn: Real Estate Dept.
Orlando, FL 32856-8367**

**2.103.** State what the contract or lease is for and the nature of the debtor's interest

**Fee Agreement for Franchise Company**

State the term remaining  **Month to month**

List the contract number of any government contract

**Spadea Lignana
1315 Walnut St., Ste. 1532
Philadelphia, PA 19107**

**2.104.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of space located at Springs Plaza, 125-165 Wekiva Springs Road, 2425-2491 West State Road 434, Longwood, FL 32779 [Tijuana Flats #122, LLC - 122]**

State the term remaining  **expires 06/30/2026**

List the contract number of any government contract

**Springs Plaza Longwood LLC
c/o MCB Property Management, LLC
2002 Cllipper Park Rd., Ste. 105
Attn: Lease Administration
Baltimore, MD 21211**

**2.105.** State what the contract or lease is for and the nature of the debtor's interest

**Social Media Management Agreement**

State the term remaining  **Month to month**

List the contract number of any government contract

**Sprout Social, Inc.
131 S. Dearborn St., Ste. 700
Chicago, IL 60603**

Debtor 1    **Tijuana Flats Restaurants, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*    **3:24-bk-01128-BAJ**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.106.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of space located at Stirling Town Center, 8703 Stirling Road, Cooper City, FL 33328 [Tijuana Flats #156, LLC - 156]**<br><br>**expires on 06/30/2025** | **Stirling Retail 26, LLC**<br>**3333 S. Orange Ave., Ste. 201**<br>**Orlando, FL 32806** |
| **2.107.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of space located at Cortez West Shopping Center, near Cortez Boulevard and Evergreen Woods Trl., Brooksville, FL [Tijuana Flats #243, LLC - 243]**<br><br>**expires on 10/08/2027** | **Sunshine Value Investments, LLC**<br>**3425 U.S. Hwy. 98 N**<br>**Lakeland, FL 33809** |
| **2.108.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of space located at Coral Landings III, 6204 West Sample Road, Coral Springs, FL 33067 [Tijuana Flats #170, LLC - 170]**<br><br>**expires on 09/30/2027** | **SVAP III Coral Landings, LLC**<br>**P.O. Box 209372**<br>**Austin, TX 78720-9372** |
| **2.109.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement**<br><br>**Month to month** | **Thinking Phone Networks, Inc.**<br>**54 Washburn Ave.**<br>**Attn: CFO**<br>**Cambridge, MA 02140** |

| Debtor 1 | **Tijuana Flats Restaurants, LLC** | | Case number (*if known*) | **3:24-bk-01128-BAJ** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for A/P System** | |
|---|---|---|---|
| | State the term remaining | | **Tipalti, Inc.** |
| | List the contract number of any government contract | | **1051 E. Hillsdale Blvd.** **San Mateo, CA 94404** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at 5215 University Parkway, University Park, FL 34201 [Tijuana Flats #183, LLC - 183] expires on 10/31/2027** | |
|---|---|---|---|
| | State the term remaining | | **Tramlaw, LLC** **a/k/a Benderson 85-1 Trust** |
| | List the contract number of any government contract | | **7978 Cooper Creek Blvd.** **Bradenton, FL 34201** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Shoppes at St. Lucie West, NW St. Lucie West Boulevard, Port St. Lucie, FL 34986 [Tijuana Flats #223, LLC - 223] expires on 03/31/2026** | |
|---|---|---|---|
| | State the term remaining | | **United Hampshire US Holdings LLC** **Box 200285** |
| | List the contract number of any government contract | | **Pittsburgh, PA 15251-0285** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Event Agreement [01/18/2024]** | |
|---|---|---|---|
| | State the term remaining | | **Universal City Development Partner** **1000 Universal Studios Plaza** |
| | List the contract number of any government contract | | **B110, 2nd Fl.** **Orlando, FL 32819** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at University Collection, 2782-B E. Fowler Avenue, Tampa, FL 33612 [Tijuana Flats #133, LLC - 133] expires 09/30/2026** | |
|---|---|---|---|
| | State the term remaining | | **University Collection-FCA, LLC** **c/o FCA Partners, LLC** **201 S. Tryon St., Ste. 900** |
| | List the contract number of any government contract | | **Attn: Edward M. Cherry** **Charlotte, NC 28202** |

Debtor 1    **Tijuana Flats Restaurants, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **3:24-bk-01128-BAJ**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Master Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **expires on 04/02/2026** | **US Foods, Inc.** |
| | List the contract number of any government contract | | **9399 West Higgins Rd., Ste. 500 Rosemont, IL 60018** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Shoppes at Hunt Club, 442-4 South Hunt Club Boulevard, Apopka, FL 32703 [Tijuana Flats, Inc. - 102]** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/2026** | **V 3 HC Retail, LLC** |
| | List the contract number of any government contract | | **496 S. Hunt Club Blvd. Apopka, FL 32703** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Aloha / OLO equipment - Additional Location Setup [257]** | |
|---|---|---|---|
| | State the term remaining | | **Valuetec Card Solutions, LLC** |
| | List the contract number of any government contract | | **113 Seaboard Ln., Ste. A-200 Franklin, TN 37067** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Agreement to provide for the electronic processing of gift cards, loyalty cards, prepaid cards and other related cards** | |
|---|---|---|---|
| | State the term remaining | | **Valuetec Card Solutions, LLC** |
| | List the contract number of any government contract | | **113 Seaboard Ln., Ste. A-200 Franklin, TN 37067** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Service Agreement for ISP** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Vector Security, Inc.** |
| | List the contract number of any government contract | | **2000 Ericsson Dr. Warrendale, PA 15086** |

Debtor 1   **Tijuana Flats Restaurants, LLC**
           _____
           First Name          Middle Name          Last Name

Case number (*if known*)   **3:24-bk-01128-BAJ**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Victoria Plaza, 1099 W. Orange Blossom Trail, Apopka, FL 32712 [Tijuana Flats #241, LLC - 241]** | |
|---|---|---|---|
| | State the term remaining | **expires on 10/31/2026** | **Victoria Plaza, Inc. 2113 Venetian Way Winter Park, FL 32789** |
| | List the contract number of any government contract | | |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription License Agreement for Lease Management System** | |
|---|---|---|---|
| | State the term remaining | | **Visual Lease, LLC 100 Woodbridge Center Dr. Ste. 200 Woodbridge, NJ 07095** |
| | List the contract number of any government contract | | |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Trash removal services** | |
|---|---|---|---|
| | State the term remaining | | **WASTE CONNECTIONS OF FLORIDA PO BOX 535233 PITTSBURGH, PA 15253-5233** |
| | List the contract number of any government contract | | |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Trash removal services** | |
|---|---|---|---|
| | State the term remaining | | **WASTE MANAGEMENT PO BOX 4648 CORAL STREAM, IL 60197-4648** |
| | List the contract number of any government contract | | |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Trash removal services** | |
|---|---|---|---|
| | State the term remaining | | **WCA WASTE CORPORATION PO BOX 4524 HOUSTON, TX 77210-4524** |
| | List the contract number of any government contract | | |

Debtor 1    **Tijuana Flats Restaurants, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **3:24-bk-01128-BAJ**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Winter Park Corners Shopping Center, 1955 Aloma Avenue, Winter Park, FL 32792 [Flats II, Inc. - 104]** | |
|---|---|---|---|
| | State the term remaining | **03/31/2030** | |
| | List the contract number of any government contract | | **Weingarten Nostat, Inc. P.O. Box 30344 Tampa, FL 33630** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Willow Bend Towne Center, 23100 S.R. 54, Lutz, FL 33549 [Tijuana Flats #165, LLC - 165]** | |
|---|---|---|---|
| | State the term remaining | **expires on 10/31/2028** | |
| | List the contract number of any government contract | | **Willow Bend Towne Centre, Ltd. 180 Fountain Pkwy. N, Ste. 100 Saint Petersburg, FL 33716** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space located at Flamingo Pines Shopping Center, Pines Boulevard, Pembroke Pines, FL [Tijuana Flats #171, LLC - 171]** | |
|---|---|---|---|
| | State the term remaining | **expires on 07/31/2027** | |
| | List the contract number of any government contract | | **WRI Flamingo Pines, LLC P.O. Box 924133 Houston, TX 77292-4133** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Support and Implementation Agreement for Zenput Platform** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zenput, Inc. 129 Portland St. Boston, MA 02114** |

**Fill in this information to identify the case:**

Debtor name **Tijuana Flats Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **3:24-bk-01128-BAJ**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Benn Irwin** | **679 Montreal Ln.** **Sanford, FL 32771** | **Lakewood North Land Trust** | ☐ D _____ ■ E/F __3.193__ ☐ G _____ |
| 2.2 | **Brian Wheeler** | **1800 Via Palermo** **Winter Park, FL 32751** | **West Point Commons OP-1, LLC** | ☐ D _____ ■ E/F __3.344__ ☐ G _____ |
| 2.3 | **Brian Wheeler** | **1800 Via Palermo** **Winter Park, FL 32751** | **Home Depost USA, Inc.** | ☐ D _____ ■ E/F __3.161__ ☐ G _____ |
| 2.4 | **Chester Wheeler** | **2686 Tuskawilla Rd.** **Oviedo, FL 32765** | **West Point Commons OP-1, LLC** | ☐ D _____ ■ E/F __3.344__ ☐ G _____ |
| 2.5 | **Chester Wheeler** | **2686 Tuskawilla Rd.** **Oviedo, FL 32765** | **TKG-StorageMart Partners Portfolio** | ☐ D _____ ■ E/F __3.311__ ☐ G _____ |

Debtor   **Tijuana Flats Restaurants, LLC**                              Case number *(if known)*   **3:24-bk-01128-BAJ**

---

■ **Additional Page to List More Codebtors**

| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | |
|---|---|---|
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| | Column 1: Codebtor | Address | Column 2: Creditor | Check schedule |
|---|---|---|---|---|
| 2.6 | **Chester Wheeler** | **2686 Tuskawilla Rd.**<br>**Oviedo, FL 32765** | **Home Depost USA,**<br>**Inc.** | ☐ D _____<br>■ E/F   **3.161**<br>☐ G _____ |
| 2.7 | **Chester Wheeler** | **1051 Winderley Pl.**<br>**Maitland, FL 32751** | **Dionis Malo** | ☐ D _____<br>■ E/F   **3.110**<br>☐ G _____ |
| 2.8 | **Ellen Fitch** | **8029 Acorn Ridge Rd.**<br>**Jacksonville, FL 32256** | **West Point Commons**<br>**OP-1, LLC** | ☐ D _____<br>■ E/F   **3.344**<br>☐ G _____ |
| 2.9 | **Golden Dome**<br>**Enterprises, Inc.** | **d/b/a Tijuana Flats Burrito Co.**<br>**Attn: Steve Finelli, President**<br>**One Barbados Ave.**<br>**Tampa, FL 33606** | **Brandon Commons,**<br>**LLC** | ☐ D _____<br>■ E/F   **3.34**<br>☐ G _____ |
| 2.10 | **Golden Dome**<br>**Enterprises, Inc.** | **1229 Acappella Ln.**<br>**Apollo Beach, FL 33572** | **Brandon Commons,**<br>**LLC** | ☐ D _____<br>■ E/F   **3.34**<br>☐ G _____ |
| 2.11 | **Jack Camp Fitch** | **8028 Acorn Ridge Rd.**<br>**Jacksonville, FL 32256** | **West Point Commons**<br>**OP-1, LLC** | ☐ D _____<br>■ E/F   **3.344**<br>☐ G _____ |
| 2.12 | **Jack Camp Fitch** | **8028 Acorn Ridge Rd.**<br>**Jacksonville, FL 32256** | **TKG-StorageMart**<br>**Partners Portfolio** | ☐ D _____<br>■ E/F   **3.311**<br>☐ G _____ |

---

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number *(if known)* | **3:24-bk-01128-BAJ** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 **Jack Camp Fitch** | 8028 Acorn Ridge Rd.<br>Jacksonville, FL 32256 | **Home Depost USA, Inc.** | ☐ D _____<br>■ E/F **3.161**<br>☐ G _____ |
| 2.14 **James Shaver** | 16624 Cobblestone Ln.<br>Clermont, FL 34711 | **Lakewood North Land Trust** | ☐ D _____<br>■ E/F **3.193**<br>☐ G _____ |
| 2.15 **John Underwood** | | **TKG-StorageMart Partners Portfolio** | ☐ D _____<br>■ E/F **3.311**<br>☐ G _____ |
| 2.16 **RDA, Inc.** | 4711 34th St. N<br>Saint Petersburg, FL 33714 | **Sams State Road 56 LLC** | ☐ D _____<br>■ E/F **3.276**<br>☐ G _____ |
| 2.17 **Stephen Martin** | 4956 Three Oaks Blvd.<br>Sarasota, FL 34233 | **Home Depost USA, Inc.** | ☐ D _____<br>■ E/F **3.161**<br>☐ G _____ |
| 2.18 **Stephen Martin** | 7140 Captain Kidd Ave.<br>Sarasota, FL 34231 | **Dionis Malo** | ☐ D _____<br>■ E/F **3.110**<br>☐ G _____ |
| 2.19 **Tijuana Flats #120, LLC** | 2300 Maitland Center Pkwy.<br>Ste. 306<br>Maitland, FL 32751 | **Stephen Martin** | ☐ D _____<br>■ E/F **3.297**<br>☐ G _____ |

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number *(if known)* | **3:24-bk-01128-BAJ** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 | **Tijuana Flats #176, LLC** | 2025 Riverside Ave. Ste. 4/5 Jacksonville, FL 32204 | **LSC2022, LLC** | ■ D  __2.10__<br>☐ E/F  ____<br>☐ G  ____ |
| 2.21 | **Tijuana Flats #259, LLC** | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | **Lake Nona Station, LLC** | ☐ D  ____<br>■ E/F  __3.192__<br>☐ G  ____ |
| 2.22 | **TJF Holding Co., LLC** | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | **KRG Parkside I, LLC** | ☐ D  ____<br>■ E/F  __3.189__<br>☐ G  ____ |
| 2.23 | **TJF Holding Co., LLC** | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | **Delray Village Shoppes, Inc.** | ☐ D  ____<br>■ E/F  __3.105__<br>☐ G  ____ |
| 2.24 | **TJF Holding Co., LLC** | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | **Greenspot Largo LLC** | ☐ D  ____<br>■ E/F  __3.152__<br>☐ G  ____ |
| 2.25 | **TJF Holding Co., LLC** | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | **4027 S. Dale Mabry, LLC** | ☐ D  ____<br>■ E/F  __3.3__<br>☐ G  ____ |
| 2.26 | **TJF Holding Co., LLC** | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | **Eustis Covenant Group, LLC** | ☐ D  ____<br>■ E/F  __3.123__<br>☐ G  ____ |

| Debtor | **Tijuana Flats Restaurants, LLC** | | Case number *(if known)* | **3:24-bk-01128-BAJ** |
|---|---|---|---|---|

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.27 | **TJF Holding Co., LLC** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **United Hampshire US Holdings LLC** | ☐ D _____ <br> ■ E/F _**3.322**_ <br> ☐ G _____ |
| 2.28 | **TJF Holding Co., LLC** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **MHW Lake Andrew, LLC** | ☐ D _____ <br> ■ E/F _**3.208**_ <br> ☐ G _____ |
| 2.29 | **TJF Holding Co., LLC** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **University Center Partners, Ltd.** | ☐ D _____ <br> ■ E/F _**3.323**_ <br> ☐ G _____ |
| 2.30 | **TJF Holding Co., LLC** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **Palscher, Inc.** | ☐ D _____ <br> ■ E/F _**3.234**_ <br> ☐ G _____ |
| 2.31 | **TJF Holding Co., LLC** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **Westside Shoppes, LLC** | ☐ D _____ <br> ■ E/F _**3.345**_ <br> ☐ G _____ |
| 2.32 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **3687 Tampa Road Crossing, LLC** | ☐ D _____ <br> ■ E/F _**3.2**_ <br> ☐ G _____ |
| 2.33 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Springs Plaza Longwood LLC** | ☐ D _____ <br> ■ E/F _**3.290**_ <br> ☐ G _____ |

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number *(if known)* | **3:24-bk-01128-BAJ** |

---

**■ Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.34 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Ripley's International, Inc.** | ☐ D _____  ■ E/F  **3.270**  ☐ G _____ |
| 2.35 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Southgate Properties, LLLP** | ☐ D _____  ■ E/F  **3.288**  ☐ G _____ |
| 2.36 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **QCPACC, LLC** | ☐ D _____  ■ E/F  **3.259**  ☐ G _____ |
| 2.37 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Berkshire Oaks Ocala, LLC** | ☐ D _____  ■ E/F  **3.30**  ☐ G _____ |
| 2.38 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Real Sub LLC** | ☐ D _____  ■ E/F  **3.265**  ☐ G _____ |
| 2.39 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Marketplace Shoppes, LLC** | ☐ D _____  ■ E/F  **3.202**  ☐ G _____ |
| 2.40 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Caligo Crossing, LLC** | ☐ D _____  ■ E/F  **3.42**  ☐ G _____ |
| 2.41 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **S. Clark Butler Properties Ltd.** | ☐ D _____  ■ E/F  **3.275**  ☐ G _____ |

Debtor  **Tijuana Flats Restaurants, LLC**                          Case number *(if known)*  **3:24-bk-01128-BAJ**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.42 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **SVAP III Coral Landings, LLC** | ☐ D _____ ■ E/F  **3.303** ☐ G _____ |

| 2.43 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **WRI Flamingo Pines, LLC** | ☐ D _____ ■ E/F  **3.352** ☐ G _____ |

| 2.44 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Ramco Jacksonville, LLC** | ☐ D _____ ■ E/F  **3.263** ☐ G _____ |

| 2.45 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Grupo TFJ Properties, LLC** | ☐ D _____ ■ E/F  **3.154** ☐ G _____ |

| 2.46 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Paul Forberger** | ☐ D _____ ■ E/F  **3.236** ☐ G _____ |

| 2.47 | **TJF Holding Company, Inc.** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **PRD Owner, LLC** | ☐ D _____ ■ E/F  **3.244** ☐ G _____ |

| 2.48 | **TJF Management Co., LLC** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **Babcock New Haven, LLC** | ☐ D _____ ■ E/F  **3.22** ☐ G _____ |

| 2.49 | **TJF USA, LLC** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Victoria Plaza, Inc.** | ☐ D _____ ■ E/F  **3.330** ☐ G _____ |

Debtor    **Tijuana Flats Restaurants, LLC**                          Case number *(if known)*   **3:24-bk-01128-BAJ**

---

**▉** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.50 | **TJF USA, LLC** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Benchmark Melbourne 35 Associates** | ☐ D ____  ■ E/F  __3.29__  ☐ G ____ |
| 2.51 | **TJF USA, LLC** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Sunshine Value Investments, LLC** | ☐ D ____  ■ E/F  __3.302__  ☐ G ____ |
| 2.52 | **TJF USA, LLC** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **NTC-REG, LLC** | ☐ D ____  ■ E/F  __3.223__  ☐ G ____ |
| 2.53 | **TJF USA, LLC** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **CG Downtown Shopping Center** | ☐ D ____  ■ E/F  __3.48__  ☐ G ____ |
| 2.54 | **TJF USA, LLC** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Prestige Properties - Van Dyke** | ☐ D ____  ■ E/F  __3.250__  ☐ G ____ |
| 2.55 | **TJF USA, LLC** | **2300 Maitland Center Pkwy., #306 Maitland, FL 32751** | **Dunlawton Yorktowne Unit 4 LLC** | ☐ D ____  ■ E/F  __3.113__  ☐ G ____ |
| 2.56 | **TJF Westchase, LLC** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **Avenue at Westchase, LLC, The** | ☐ D ____  ■ E/F  __3.18__  ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **Tijuana Flats Restaurants, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **3:24-bk-01128-BAJ**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other   **Total Revenue (consolidated)** | **$31,063,044.65** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Total Revenue (consolidated)** | **$120,080,517.00** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Total Revenue (consolidated)** | **$142,259,582.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | Tijuana Flats Restaurants, LLC | | Case number (if known) | 3:24-bk-01128-BAJ |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached Vendor Check Register Report for period of 01/01/2024 through 04/19/2024** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See Global Notes regarding transactions on behalf of restaurant locations.** | | **Unknown** | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **3687 Tampa Road Crossings, LLC vs. Tijuana Flats #121, LLC**<br>24-002838-CO | **Eviction action** | **County Court**<br>**Pinellas County, Florida** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Howard Cohan vs. Tijuana Flats #177, LLC, Tijuana Flats #187, LLC, Tijuana Flats #224, LLC and Tijuana Flats #223, LLC**<br>9:22-cv-80999 | **ADA complaint** | **United States District Court**<br>**Southern District of Florida**<br>**West Palm Beach Division** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor  **Tijuana Flats Restaurants, LLC**              Case number *(if known)*  **3:24-bk-01128-BAJ**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Joshua McBride vs. Tijuana Flats #111, LLC** EEOC No. 15D-2022-00578, FCHR No. 202233 | **Employment discrimination complaint** | **Florida Commission on Human Relations State of Florida** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.4. **U.S. Dept. of Labor vs. Tijuana Flats #134, LLC** 1946672 | **OSHA Complaint - cleaning agents with no PPE** | **U.S. Dept. of Labor Occupational Safety and Health Administration** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.5. **JBL Flamingo Pines, LLC vs. Tijuana Flats Restaurants, LLC** CONO-23-007742, Div. 70 | **Eviction action** | **County Court Broward County, Florida** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.6. **Scribe Enterprises, Inc. and Riviera Trading and Marketing, Inc. d/b/a Scribe Riviera, J.V. vs. Tijuana Flats #187, LLC** 50-2024-CC-0919 | **Eviction action** | **County Court Palm Beach County, Florida** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.7. **Dunlawton Yorktowne Unit 4, LLC vs. Tijuana Flats #238, LLC and TJF USA, LLC** 2024-11702-COCI, Div. 82 | **Eviction action** | **County Court Volusia County, Florida** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.8. **Howard Cohan vs. Tijuana Flats Burrito Company, LLC, doing business as Tijuana Flats #111** 0:24-cv-60540-MD | **ADA complaint** | **U.S. District Court Southern District of Florida Ft. Lauderdale Division** | ☑ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor   **Tijuana Flats Restaurants, LLC**                        Case number *(if known)*   **3:24-bk-01128-BAJ**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thames \| Markey<br>50 North Laura Street<br>Suite 1600<br>Jacksonville, FL 32202** | **Attorney Fees for this and related entity Chapter 11 filing of Tijuana Flats #176, LLC** | **04/05/2024** | **$140,000.00** |
| | Email or website address<br>**rrt@thamesmarkey.law** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Greenberg Traurig, LLP<br>1840 Century Park E., Ste. 1900<br>Los Angeles, CA 90067-2121** | **$50,000.00<br>$50,000.00<br>$25,000.00** | **10/30/2023<br>11/09/2023<br>03/27/2024** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

| Debtor | Tijuana Flats Restaurants, LLC | Case number *(if known)* | 3:24-bk-01128-BAJ |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | Tijuana Flats Restaurants, LLC | Case number *(if known)* | 3:24-bk-01128-BAJ |
|--------|-------------------------------|--------------------------|-------------------|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|----------------------------|----------------------------|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|--------------------------|--------------------------|-----------------------|-------|
| **Various Subsidiary Entities of Recently Closed Tijuana Flats Restaurant Locations** | **Truist Bank Master Analyzed Checking Account No. xxxx.0363** | **Receivables due as of the Petition Date and paid into this Truist Master Account post-petition through UberEats, DoorDash and credit card sales [balance as of 04/18/2024]** | **$46,016.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|--------------------------|--------------------------|-----------------------|-------|
| **Tijuana Flats Just in Queso Foundation, 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **Truist Bank Master Account No. xxxx.0363** | **Funds from sales of Just in Queso Foundation merchandise as of the Petition Date awaiting transfer to appropriate Just in Queso Foundation account** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|--------------------------|--------------------------|-----------------------|-------|
| **TJF Franchise Group, LLC 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **Truist Bank Master Account No. xxxx.0363** | **Franchise rebates of TJF Franchise Group, LLC as of the Petition Date awaiting transfer to appropriate TJF Franchise Group account** | **Unknown** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

| Debtor | Tijuana Flats Restaurants, LLC | Case number *(if known)*  3:24-bk-01128-BAJ |
|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **TJF Franchise Group, LLC**<br>**2300 Maitland Center Pkwy.**<br>**Ste. 306**<br>**Maitland, FL 32751** | **Franchise holding company** | EIN:    **59-3740989**<br><br>From-To   **08/28/2001 - Present** |
| 25.2.  **Tijuana Flats #176, LLC**<br>**2300 Maitland Center Pkwy.**<br>**Ste. 306**<br>**Maitland, FL 32751** | **Restaurant** | EIN:    **45-4775435**<br><br>From-To   **07/15/2012 - Present** |
| 25.3.  **See attached listing to**<br>**Schedule B,**<br>**Part 4, Question 15.** | **Tijuana Flats restaurant locations** | EIN:<br><br>From-To |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **BDO USA, LLP**<br>**450 S. Orange Ave., Ste. 550**<br>**Orlando, FL 32801** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | Tijuana Flats Restaurants, LLC | Case number *(if known)* | **3:24-bk-01128-BAJ** |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **BDO USA, LLP**<br>**450 S. Orange Ave., Ste. 550**<br>**Orlando, FL 32801** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Multiple supervisors located at various locations** | **Weekly** | **Food and Beverage Inventories taken weekly across all Tijuana Flats restaurant locations** |

| Name and address of the person who has possession of inventory records |
|---|
| **Various Tijuana Flats Restaurant Locatio** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **FlatHeads, LLC** | **16130 Ventura Blvd., Ste. 250 Encino, CA 91436** | **Owner** | **100% ownership interest** |
| **Joe Christina** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **CEO** | **0% ownership interest** |
| **David A. Pearl** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **CFO** | **0% ownership interest** |
| **Casey Rees** | **2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751** | **Sr. VP of Finance** | **0% ownership interest** |

Debtor    Tijuana Flats Restaurants, LLC _____    Case number *(if known)*  3:24-bk-01128-BAJ

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jamie Cecil | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | Director of Operations | 0% ownership interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Wheeler | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | Manager | 0% ownership interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Flyer | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | Manager | 0% ownership interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andy Unanue | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | Manager | 0% ownership interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| J. Camp Fitch | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | Manager | 0% ownership interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kyce Chihi | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | Manager | 0% ownership interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| TJ Flats Holdings, LLC | 2300 Maitland Center Pkwy. Ste. 306 Maitland, FL 32751 | Previous Owner | Summer of 2015 - 04/04/2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Louis Psallidas | | Former CFO | 03/25/2019 - 03/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Tijuana Flats Restaurants, LLC**    Case number *(if known)*  **3:24-bk-01128-BAJ**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Joe Christina**<br>**2300 Maitland Center Pkwy.**<br>**Ste. 306**<br>**Maitland, FL 32751**<br><br>**Relationship to debtor**<br>**Board Member** | **$522,130.76** | **04/19/2023 -**<br>**04/18/2024** | **Payroll** |
| 30.2. | **David A. Pearl**<br>**2300 Maitland Center Pkwy.**<br>**Ste. 306**<br>**Maitland, FL 32751**<br><br>**Relationship to debtor**<br>**Interim CFO** | **$91,121.46**<br>**$133,000.00** | **04/19/2023 -**<br>**04/18/2024**<br>**03/2023 -**<br>**11/2023** | **Payroll**<br>**Payment through**<br>**Pearl Business**<br>**Group** |
| 30.3. | **Casey Rees**<br>**2300 Maitland Center Pkwy.**<br>**Ste. 306**<br>**Maitland, FL 32751**<br><br>**Relationship to debtor**<br>**Sr. VP of Finance** | **$248,250.31** | **04/19/2023 -**<br>**04/18/2024** | **Payroll** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **TJF USA II, LLC** | **EIN:    86-3545609** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Debtor | **Tijuana Flats Restaurants, LLC** | Case number *(if known)* | **3:24-bk-01128-BAJ** |
|---|---|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2024**

**/s/ Joseph D. Christina**                              **Joseph D. Christina**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

```
System:    5/14/2024  3:21:35 PM                    Restaurants                                    Page:   1
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                              Multicurrency Management


Ranges:       From:                         To:                                    From:          To:
  Check Number First                          Last                  Check Date     1/1/2024       4/19/2024
  Vendor ID    .COM01                         ZONE01                Checkbook ID    First          Last
  Vendor Name  First                          Last


Sorted By:  Vendor ID


* Voided Checks


Check Number      Date      Vendor ID        Vendor Check Name          Audit Trail Code              Amount
-----------------------------------------------------------------------------------------------------------
  Checkbook ID      Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
-----------------------------------------------------------------------------------------------------------
5005434          1/10/2024 212D01           212 DIGITAL INC.           PMCHK00031525             $1,371.75
  AP CHECKS        Z-US$

5005496          1/10/2024 212D01           212 DIGITAL INC.           PMCHK00031526               $936.75
  AP CHECKS        Z-US$

5005530          1/10/2024 212D01           212 DIGITAL INC.           PMCHK00031527             $1,161.00
  AP CHECKS        Z-US$

5005565          1/10/2024 212D01           212 DIGITAL INC.           PMCHK00031528             $5,096.93
  AP CHECKS        Z-US$

5005684          2/6/2024  212D01           212 DIGITAL INC.           PMCHK00031548             $1,042.50
  AP CHECKS        Z-US$

5005762          2/7/2024  212D01           212 DIGITAL INC.           PMCHK00031549             $1,049.25
  AP CHECKS        Z-US$

5005799          2/7/2024  212D01           212 DIGITAL INC.           PMCHK00031550             $1,275.75
  AP CHECKS        Z-US$

5005835          2/7/2024  212D01           212 DIGITAL INC.           PMCHK00031551             $1,153.50
  AP CHECKS        Z-US$

5005882          2/8/2024  212D01           212 DIGITAL INC.           PMCHK00031552                $11.84
  AP CHECKS        Z-US$

5006603          3/15/2024 3687T01          3687 TAMPA ROAD CROSSINGS, L PMCHK00031616            $8,524.76
  AP CHECKS        Z-US$

MGMT ACH 021324  2/9/2024  3687T01          3687 TAMPA ROAD CROSSINGS, L PMPAY00004842           $17,632.00
  AP CHECKS        Z-US$

5005497          1/10/2024 3TWE01           3 TWENTY 3 BUILDERS         PMCHK00031526               $435.00
  AP CHECKS        Z-US$

5005323          1/4/2024  4027SD           4027 S DALE MABRY HWY LLC   PMCHK00031519            $10,653.00
  AP CHECKS        Z-US$

5005939          2/8/2024  4027SD           4027 S DALE MABRY HWY LLC   PMCHK00031554            $10,653.00
  AP CHECKS        Z-US$

5006604          3/15/2024 4027SD           4027 S DALE MABRY HWY LLC   PMCHK00031616            $10,653.00
  AP CHECKS        Z-US$

0020189          2/26/2024 AARO12           AARON RIVERA               PMCHK00031570             $1,050.71
  PAYROLL TRUIST   Z-US$

0020170          2/23/2024 ABBY02           ABBY MORRILL               PMCHK00031568                $79.51
  PAYROLL TRUIST   Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                           Page:   2
User Date: 5/14/2024                           VENDOR CHECK REGISTER REPORT                User ID: cmickulas
                                                 Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID           Vendor Check Name              Audit Trail Code          Amount
-----------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID     Rate Type ID     Exchange Table ID   Exchange Rate      Functional/Originating
-----------------------------------------------------------------------------------------------------------------
0020281          3/19/2024 ADRI10           ADRIANN REYES                   PMCHK00031618          $614.98
   PAYROLL TRUIST    Z-US$

5005435          1/10/2024 A-HEA01          A-HEAD FOR PROFITS OF FL, LL    PMCHK00031525          $291.34
   AP CHECKS         Z-US$

5006877          4/3/2024  ALACH02          JOHN POWER, TAX COLLECTOR       PMCHK00031634        $16,267.01
   AP CHECKS         Z-US$

0020155          2/20/2024 ALIC03           ALICIA GREENE                   PMCHK00031567          $309.01
   PAYROLL TRUIST    Z-US$

0020143          1/16/2024 ALTO01           ALTON JEAN                      PMCHK00031532           $88.11
   PAYROLL TRUIST    Z-US$

5005567          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031530          $412.31
   AP CHECKS         Z-US$

5005568          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031530          $497.24
   AP CHECKS         Z-US$

5005569          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031530          $412.10
   AP CHECKS         Z-US$

5005604          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031531          $427.13
   AP CHECKS         Z-US$

5005605          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031531          $427.67
   AP CHECKS         Z-US$

5005606          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031531          $411.64
   AP CHECKS         Z-US$

5005607          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031531        $1,038.50
   AP CHECKS         Z-US$

5005608          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031531          $474.29
   AP CHECKS         Z-US$

5005609          1/12/2024 AMER06           AMERIGAS PROPANE LP             PMCHK00031531          $386.15
   AP CHECKS         Z-US$

AMERIGAS 1.8     1/8/2024  AMER06           AMERIGAS PROPANE LP             PMPAY00004759        $1,220.37
   UTILITIES A       Z-US$

AMERIGAS 1.8.24  1/8/2024  AMER06           AMERIGAS PROPANE LP             PMPAY00004750          $439.62
   UTILITIES B       Z-US$

AMERIGAS 2.16.24 2/16/2024 AMER06           AMERIGAS PROPANE LP             PMPAY00004750        $1,721.34
   UTILITIES B       Z-US$

AMERIGAS 2.2.24  2/2/2024  AMER06           AMERIGAS PROPANE LP             PMPAY00004712        $1,609.78
   UTILITIES A       Z-US$

AMERIGAS 3.21    3/21/2024 AMER06           AMERIGAS PROPANE LP             PMPAY00004821        $3,059.14
   UTILITIES A       Z-US$
```

```
System:    5/14/2024   3:21:35 PM                    Restaurants                              Page:    3
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT               User ID: cmickulas
                                                Multicurrency Management
```

* Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| AMERIGAS 3.21 #2 | 3/21/2024 | AMER06 | AMERIGAS PROPANE LP | PMPAY00004821 | $4,675.92 |
| UTILITIES A | Z-US$ | | | | |
| 5005610 | 1/12/2024 | AMER08 | AW BILLING SERVICES LLC | PMCHK00031531 | $185.89 |
| AP CHECKS | Z-US$ | | | | |
| 5006855 | 3/29/2024 | AMER46 | AMERICAN PORTABLE AIR | PMCHK00031633 | $510.50 |
| AP CHECKS | Z-US$ | | | | |
| 5005984 | 2/8/2024 | AMER59 | AMERICAN CANCER SOCIETY | PMCHK00031555 | $51.75 |
| AP CHECKS | Z-US$ | | | | |
| 5005674 | 1/26/2024 | ANDR22 | ANDREW DENARO | PMCHK00031540 | $1,000.00 |
| AP CHECKS | Z-US$ | | | | |
| 5005685 | 2/6/2024 | ANON01 | ANONA ELEMENTARY SCHOOL | PMCHK00031548 | $119.41 |
| AP CHECKS | Z-US$ | | | | |
| 5005666 | 1/16/2024 | ANTH17 | ANTHONY MINELLI | PMCHK00031534 | $1,000.00 |
| AP CHECKS | Z-US$ | | | | |
| 5006046 | 2/9/2024 | ANTH17 | ANTHONY MINELLI | PMCHK00031558 | $1,000.00 |
| AP CHECKS | Z-US$ | | | | |
| 5005985 | 2/8/2024 | APOP22 | APOPKA SEVENTH DAY ADVENTIST | PMCHK00031555 | $140.43 |
| AP CHECKS | Z-US$ | | | | |
| 0020151 | 2/8/2024 | ARIA05 | ARIANA GONZALEZ | PMCHK00031556 | $238.26 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 0020169 | 2/20/2024 | ARIA06 | ARIANA TORRES | PMCHK00031567 | $297.99 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 5005789 | 2/7/2024 | ARMS01 | ARMSTRONG LOCK & SECURITY PR | PMCHK00031549 | $15.19 |
| AP CHECKS | Z-US$ | | | | |
| 5005866 | 2/7/2024 | ARMS01 | ARMSTRONG LOCK & SECURITY PR | PMCHK00031551 | $298.68 |
| AP CHECKS | Z-US$ | | | | |
| 5006704 | 3/22/2024 | ARMS01 | ARMSTRONG LOCK & SECURITY PR | PMCHK00031625 | $138.00 |
| AP CHECKS | Z-US$ | | | | |
| 5006043 | 2/9/2024 | ARON01 | ARON GOODENBURY | PMCHK00031558 | $1,400.00 |
| AP CHECKS | Z-US$ | | | | |
| 0020154 | 2/20/2024 | ARTU01 | ARTURO ZUNIGA | PMCHK00031567 | $122.56 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 0020210 | 3/1/2024 | ARTU01 | ARTURO ZUNIGA | PMCHK00031576 | $110.74 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 5005428 | 1/9/2024 | AUST10 | AUSTIN MANESS | PMCHK00031523 | $1,000.00 |
| AP CHECKS | Z-US$ | | | | |
| 5005667 | 1/17/2024 | AUST10 | AUSTIN MANESS | PMCHK00031535 | $1,200.00 |
| AP CHECKS | Z-US$ | | | | |

```
System:    5/14/2024  3:21:35 PM                        Restaurants                              Page:   4
User Date: 5/14/2024                             VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                                  Multicurrency Management


* Voided Checks


Check Number       Date      Vendor ID        Vendor Check Name           Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID      Rate Type ID     Exchange Table ID  Exchange Rate       Functional/Originating
------------------------------------------------------------------------------------------------------------------
0020138          1/3/2024 AVAI01            AVA IANNUZZI                PMCHK00031514               $21.38
   PAYROLL TRUIST      Z-US$

5006210          2/29/2024 AWS01            AWESOME AWNINGS OF NORTH CAR PMCHK00031575            $2,525.74
   AP CHECKS           Z-US$

5006740          3/27/2024 AWS01            AWESOME AWNINGS OF NORTH CAR PMCHK00031630            $2,525.74
   AP CHECKS           Z-US$

5005380          1/4/2024 AZAL01            AZALEA MANAGEMENT & LEASING  PMCHK00031520            $9,156.56
   AP CHECKS           Z-US$

5005883          2/8/2024 AZAL01            AZALEA MANAGEMENT & LEASING  PMCHK00031553            $9,156.56
   AP CHECKS           Z-US$

5006648          3/19/2024 AZAL01           AZALEA MANAGEMENT & LEASING  PMCHK00031620            $9,463.48
   AP CHECKS           Z-US$

5006686          3/19/2024 AZAL01           AZALEA MANAGEMENT & LEASING  PMCHK00031620            $1,063.84
   AP CHECKS           Z-US$

5005531          1/10/2024 B&BU01           B&B UNDER PRESSURE PRO WASH  PMCHK00031527              $135.00
   AP CHECKS           Z-US$

5005836          2/7/2024 B&BU01            B&B UNDER PRESSURE PRO WASH  PMCHK00031551              $135.00
   AP CHECKS           Z-US$

5005436          1/10/2024 B&GP01           B&G PLUMBING CO.             PMCHK00031525              $200.00
   AP CHECKS           Z-US$

5006061          2/29/2024 B&GP01           B&G PLUMBING CO.             PMCHK00031572              $485.00
   AP CHECKS           Z-US$

5005381          1/4/2024 BABC01            BABCOCK NEW HAVEN LLC        PMCHK00031520            $8,229.00
   AP CHECKS           Z-US$

5005672          1/23/2024 BALL05           BALLENTINE ELECTRIC, INC     PMCHK00031538              $250.00
   AP CHECKS           Z-US$

5005686          2/6/2024 BAYF01            BAYFRONT CENTRAL             PMCHK00031548              $502.90
   AP CHECKS           Z-US$

5005837          2/7/2024 BAYF01            BAYFRONT CENTRAL             PMCHK00031551              $610.44
   AP CHECKS           Z-US$

5006499          3/7/2024 BCII01            BCI INTEGRATED SOLUTIONS     PMCHK00031591              $423.28
   AP CHECKS           Z-US$

5005499          1/10/2024 BELT01           INNOVATIVE FOODSERVICE GROIP PMCHK00031526              $739.21
   AP CHECKS           Z-US$

5005838          2/7/2024 BELT01            INNOVATIVE FOODSERVICE GROIP PMCHK00031551               $89.72
   AP CHECKS           Z-US$

5005382          1/4/2024 BENC03            BENCHMARK PBH, LLC           PMCHK00031520            $7,624.60
   AP CHECKS           Z-US$
```

```
System:     5/14/2024  3:21:35 PM                    Restaurants                              Page:    5
User Date:  5/14/2024                        VENDOR CHECK REGISTER REPORT                      User ID: cmickulas
                                              Multicurrency Management


* Voided Checks


Check Number      Date        Vendor ID           Vendor Check Name            Audit Trail Code              Amount
-----------------------------------------------------------------------------------------------------------------------
  Checkbook ID      Currency ID       Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
-----------------------------------------------------------------------------------------------------------------------
5005885           2/8/2024  BENC03              BENCHMARK PBH, LLC           PMCHK00031553             $7,624.60
  AP CHECKS         Z-US$

5005986           2/8/2024  BETH05              BETHEL LUTHERAN CHURCH OF HO  PMCHK00031555              $173.50
  AP CHECKS         Z-US$

5005687           2/6/2024  BILL01              BILLY THE SUNSHINE PLUMBER    PMCHK00031548              $331.00
  AP CHECKS         Z-US$

5006890           4/3/2024  BILL02              BILL FENWICK PLUMBING, INC.   PMCHK00031635            $2,122.95
  AP CHECKS         Z-US$

5005570           1/12/2024 BLOSO1              BLOSSMAN GAS & APPLIANCE      PMCHK00031530              $676.04
  AP CHECKS         Z-US$

5005571           1/12/2024 BLOSO1              BLOSSMAN GAS & APPLIANCE      PMCHK00031530              $384.07
  AP CHECKS         Z-US$

BLOSS 4.3.24      4/3/2024  BLOSO1              BLOSSMAN GAS & APPLIANCE      PMPAY00004873            $6,562.01
  UTILITIES B       Z-US$

5006878           4/3/2024  BOBM01              DAVID W. JORDAN, LAKE COUNTY  PMCHK00031634            $2,806.04
  AP CHECKS         Z-US$

5005987           2/8/2024  BOONHS01            BOONE HIGH SCHOOL DANCE MARA  PMCHK00031555               $88.53
  AP CHECKS         Z-US$

0020234           3/4/2024  BRAE01              BRAEDEN ARENA                 PMCHK00031583              $405.60
  PAYROLL TRUIST    Z-US$

5005325           1/4/2024  BRAN01              CH RETAIL FUND I/TAMPA BRAND  PMCHK00031519              $885.42
  AP CHECKS         Z-US$

5005326           1/4/2024  BRAN01              CH RETAIL FUND I/TAMPA BRAND  PMCHK00031519           $10,071.67
  AP CHECKS         Z-US$

5005941           2/8/2024  BRAN01              CH RETAIL FUND I/TAMPA BRAND  PMCHK00031554           $10,071.67
  AP CHECKS         Z-US$

5006605           3/15/2024 BRAN01              CH RETAIL FUND I/TAMPA BRAND  PMCHK00031616           $10,071.67
  AP CHECKS         Z-US$

5005327           1/4/2024  BRE01               BRE MARINER CARROLLWOOD, LLC  PMCHK00031519              $467.01
  AP CHECKS         Z-US$

5005328           1/4/2024  BRE01               BRE MARINER CARROLLWOOD, LLC  PMCHK00031519            $9,931.26
  AP CHECKS         Z-US$

5005988           2/8/2024  BREN03              BRENTWOOD ELEMENTARY SCHOOL   PMCHK00031555              $198.59
  AP CHECKS         Z-US$

ACH JAN RENT      1/3/2024  BRET01              BRE THRONE BENEVA VILLAGE SH  PMPAY00004739            $7,037.12
  AP CHECKS         Z-US$

RENT 0224         2/1/2024  BRET01              BRE THRONE BENEVA VILLAGE SH  PMPAY00004828            $6,803.72
  AP CHECKS         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                              Page:    6
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                              Multicurrency Management


* Voided Checks


Check Number         Date      Vendor ID        Vendor Check Name          Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID      Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate        Functional/Originating
------------------------------------------------------------------------------------------------------------------
5005829              2/7/2024  BREV07           BREVARD AMERICAN ASSOCIATION  PMCHK00031551            $146.14
   AP CHECKS         Z-US$

EFT000000000351      1/9/2024  BRIG04           BRIGHT HOUSE NETWORKS       PMPAY00004730             $34.21
   TF REGIONS UTL    Z-US$

EFT000000000352      2/7/2024  BRIG04           BRIGHT HOUSE NETWORKS       PMPAY00004834             $34.21
   TF REGIONS UTL    Z-US$

SPECTRUM             1/30/2024 BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004759            $446.74
   UTILITIES A       Z-US$

SPECTRUM 1.2.24      1/2/2024  BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004754          $1,613.21
   UTILITIES A       Z-US$

SPECTRUM 1.29        1/29/2024 BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004759            $784.79
   UTILITIES A       Z-US$

SPECTRUM 1.5         1/5/2024  BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004754            $145.24
   UTILITIES A       Z-US$

SPECTRUM 2.2         2/2/2024  BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004800          $1,166.47
   UTILITIES A       Z-US$

SPECTRUM 2.27        2/27/2024 BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004807            $337.93
   UTILITIES A       Z-US$

SPECTRUM 2.29        2/29/2024 BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004807            $446.86
   UTILITIES A       Z-US$

SPECTRUM 2.5         2/5/2024  BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004800            $145.24
   UTILITIES A       Z-US$

SPECTRUM 3.1         3/1/2024  BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004860            $446.74
   UTILITIES A       Z-US$

SPECTRUM 3.27        3/27/2024 BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004864            $345.06
   UTILITIES A       Z-US$

SPECTRUM 3.29        3/29/2024 BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004864            $469.85
   UTILITIES A       Z-US$

SPECTRUM 3.5         3/5/2024  BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004862          $1,377.49
   UTILITIES A       Z-US$

SPECTRUM 4.1         4/1/2024  BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004864            $469.76
   UTILITIES A       Z-US$

SPECTRUM 4.2         4/2/2024  BRIG05           BRIGHT HOUSE NETWORKS       PMPAY00004864          $1,225.12
   UTILITIES A       Z-US$

0020252              3/6/2024  BRIJ01           BRIJAL RANA                 PMCHK00031588            $321.64
   PAYROLL TRUIST    Z-US$

5006879              4/3/2024  BROW01           BROWARD COUNTY TAX COLLECTOR  PMCHK00031634        $7,514.70
   AP CHECKS         Z-US$
```

```
System:     5/14/2024  3:21:35 PM                        Restaurants                          Page:    7
User Date:  5/14/2024                            VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                                   Multicurrency Management


* Voided Checks

Check Number        Date      Vendor ID          Vendor Check Name            Audit Trail Code           Amount
--------------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate     Functional/Originating
--------------------------------------------------------------------------------------------------------------------
5006106             2/29/2024 BROW03               BROWARD CENTURY LOCKSMITHS,  PMCHK00031572            $392.07
   AP CHECKS           Z-US$

5006042             2/9/2024  BROW12               SUNSET LAKES ELEMENTARY PTSA PMCHK00031557            $135.63
   AP CHECKS           Z-US$

5006506             3/8/2024  BRYA01               BRAYN BOUNSAVATH             PMCHK00031599            $400.00
   AP CHECKS           Z-US$

0020190             2/26/2024 CALE04               CALEB HAMILTON               PMCHK00031570            $537.08
   PAYROLL TRUIST      Z-US$

5005989             2/8/2024  CAMB02               CAMBRIDGE CHRISTIAN SCHOOL   PMCHK00031555             $81.40
   AP CHECKS           Z-US$

0020191             2/26/2024 CAME08               CAMERON BIPPEN               PMCHK00031570            $525.32
   PAYROLL TRUIST      Z-US$

5005990             2/8/2024  CASTLE01             CASTLEVIEW ELEMENTARY PTO    PMCHK00031555             $62.46
   AP CHECKS           Z-US$

CENTURY 3.26.24     3/26/2024 CENT02               CENTURYLINK                  PMPAY00004853            $238.80
   UTILITIES B         Z-US$

CENTURYLINK 1.25.24 1/25/2024 CENT02               CENTURYLINK                  PMPAY00004750            $238.78
   UTILITIES B         Z-US$

5005572             1/12/2024 CENT10               CENTRAL FLORIDA GAS          PMCHK00031530            $588.08
   AP CHECKS           Z-US$

CENT 1.23.24        1/23/2024 CENT10               CENTRAL FLORIDA GAS          PMPAY00004750            $550.85
   UTILITIES B         Z-US$

CENT 1.8.24         1/8/2024  CENT10               CENTRAL FLORIDA GAS          PMPAY00004750            $593.97
   UTILITIES B         Z-US$

CENT 2.29.24        2/29/2024 CENT10               CENTRAL FLORIDA GAS          PMPAY00004784            $605.79
   UTILITIES B         Z-US$

CENT 3.21.24        3/21/2024 CENT10               CENTRAL FLORIDA GAS          PMPAY00004847            $708.12
   UTILITIES B         Z-US$

CENT 4.1.24         4/1/2024  CENT10               CENTRAL FLORIDA GAS          PMPAY00004872            $562.98
   UTILITIES B         Z-US$

5006880             4/3/2024  CFT001               CFT, LLC                     PMCHK00031634         $15,358.05
   AP CHECKS           Z-US$

5005384             1/4/2024  CGD001               CG DOWNTOWN SC, LLC          PMCHK00031520          $9,103.28
   AP CHECKS           Z-US$

5005887             2/8/2024  CGD001               CG DOWNTOWN SC, LLC          PMCHK00031553          $8,891.28
   AP CHECKS           Z-US$

5006651             3/19/2024 CGD001               CG DOWNTOWN SC, LLC          PMCHK00031620          $8,891.28
   AP CHECKS           Z-US$
```

```
System:     5/14/2024  3:21:35 PM                        Restaurants                              Page:    8
User Date:  5/14/2024                          VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date       Vendor ID        Vendor Check Name            Audit Trail Code              Amount
----------------------------------------------------------------------------------------------------------------
  Checkbook ID      Currency ID    Rate Type ID     Exchange Table ID  Exchange Rate     Functional/Originating
----------------------------------------------------------------------------------------------------------------
5006687           3/19/2024  CGDO01           CG DOWNTOWN SC, LLC          PMCHK00031620               $212.00
  AP CHECKS         Z-US$

0020250           3/4/2024   CHAR25           CHARLOTTE ELDRIDGE           PMCHK00031583                $51.12
  PAYROLL TRUIST    Z-US$

0020185           2/23/2024  CHAY02           CHAYSE SMITH                 PMCHK00031568               $143.69
  PAYROLL TRUIST    Z-US$

5005426           1/8/2024   CHEL03           CHELSEA DAVIS                PMCHK00031521             $1,200.00
  AP CHECKS         Z-US$

5005681           2/6/2024   CHEL03           CHELSEA DAVIS                PMCHK00031547             $1,500.00
  AP CHECKS         Z-US$

5006503           3/7/2024   CHEL03           CHELSEA DAVIS                PMCHK00031595               $600.00
  AP CHECKS         Z-US$

0020161           2/20/2024  CHEY04           CHEYANNE LOY                 PMCHK00031567                $26.07
  PAYROLL TRUIST    Z-US$

0020211           3/1/2024   CHEY04           CHEYANNE LOY                 PMCHK00031576               $151.55
  PAYROLL TRUIST    Z-US$

5006037           2/8/2024   CHIL12           CHILDREN'S MIRACLE NETWORK   PMCHK00031555                $68.41
  AP CHECKS         Z-US$

0020171           2/23/2024  CHRI57           CHRISTOPHER GONZALEZ         PMCHK00031568               $545.56
  PAYROLL TRUIST    Z-US$

5005670           1/18/2024  CHRIS03          CHRISTOPHER JOHNSON          PMCHK00031536             $1,100.00
  AP CHECKS         Z-US$

5005386           1/4/2024   CHUG01           CHUGIN USA, INC.             PMCHK00031520            $10,584.01
  AP CHECKS         Z-US$

5005890           2/8/2024   CHUG01           CHUGIN USA, INC.             PMCHK00031553               $209.99
  AP CHECKS         Z-US$

5005891           2/8/2024   CHUG01           CHUGIN USA, INC.             PMCHK00031553            $10,794.00
  AP CHECKS         Z-US$

5005991           2/8/2024   CIMI01           CIMINO ELEMENTARY PTA        PMCHK00031555               $119.40
  AP CHECKS         Z-US$

5005437           1/10/2024  CINT07           CINTAS CORPORATION           PMCHK00031525             $9,147.04
  AP CHECKS         Z-US$

5006924           4/11/2024  CINT07           CINTAS CORPORATION           PMCHK00031642                $31.46
  AP CHECKS         Z-US$

5005479           1/10/2024  CITY02           CITY FIRE, INC.              PMCHK00031525               $327.96
  AP CHECKS         Z-US$

5005790           2/7/2024   CITY02           CITY FIRE, INC.              PMCHK00031549               $331.91
  AP CHECKS         Z-US$
```

```
System:     5/14/2024   3:21:35 PM                    Restaurants                              Page:    9
User Date:  5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number          Date       Vendor ID          Vendor Check Name          Audit Trail Code                Amount
--------------------------------------------------------------------------------------------------------------------
   Checkbook ID          Currency ID     Rate Type ID     Exchange Table ID  Exchange Rate      Functional/Originating
--------------------------------------------------------------------------------------------------------------------
5005867             2/7/2024  CITY02             CITY FIRE, INC.            PMCHK00031551                   $299.39
   AP CHECKS            Z-US$

5006107             2/29/2024 CITY02             CITY FIRE, INC.            PMCHK00031572                   $208.65
   AP CHECKS            Z-US$

5005611             1/12/2024 CITY04             CITY OF CLEARWATER         PMCHK00031531                   $481.67
   AP CHECKS            Z-US$

5005612             1/12/2024 CITY04             CITY OF CLEARWATER         PMCHK00031531                   $670.24
   AP CHECKS            Z-US$

5005613             1/12/2024 CITY04             CITY OF CLEARWATER         PMCHK00031531                   $433.30
   AP CHECKS            Z-US$

CLEARWATER          1/12/2024 CITY04             CITY OF CLEARWATER         PMPAY00004661                 $1,366.84
   UTILITIES A         Z-US$

CLEARWATER 1.8       1/8/2024  CITY04            CITY OF CLEARWATER         PMPAY00004759                   $482.48
   UTILITIES A         Z-US$

CLEARWATER 2.23     2/23/2024 CITY04             CITY OF CLEARWATER         PMPAY00004761                   $680.01
   UTILITIES A         Z-US$

CLEARWATER 2.27     2/27/2024 CITY04             CITY OF CLEARWATER         PMPAY00004766                   $518.23
   UTILITIES A         Z-US$

CLEARWATER 2.6       2/6/2024  CITY04            CITY OF CLEARWATER         PMPAY00004723                   $770.14
   UTILITIES A         Z-US$

CLEARWATER 3.12     3/12/2024 CITY04             CITY OF CLEARWATER         PMPAY00004786                 $3,816.96
   UTILITIES A         Z-US$

CLEARWATER 3.28     3/28/2024 CITY04             CITY OF CLEARWATER         PMPAY00004821                   $452.14
   UTILITIES A         Z-US$

CLEARWATER 4.3       4/3/2024  CITY04            CITY OF CLEARWATER         PMPAY00004854                   $524.85
   UTILITIES A         Z-US$

CLEARWATER 4.9       4/9/2024  CITY04            CITY OF CLEARWATER         PMPAY00004854                 $1,125.84
   UTILITIES A         Z-US$

REMIT000000000001827 1/10/2024 CITY05           CITY OF GAINESVILLE        PMCHK00031525                     $0.00
                        Z-US$

ORLANDO 3.25.24     3/25/2024 CITY08             CITY OF ORLANDO            PMPAY00004853                   $702.63
   UTILITIES B         Z-US$

CITY OF COCOA 1.8.24 1/8/2024  CITY119          CITY OF COCOA UTILITIES    PMPAY00004750                   $417.58
   UTILITIES B         Z-US$

COCOA 3.1.24         3/1/2024  CITY119           CITY OF COCOA UTILITIES    PMPAY00004841                   $417.58
   UTILITIES B         Z-US$

PLANTATION 2.2.24   2/2/2024  CITY126            CITY OF PLANTATION UTILITIES PMPAY00004713                 $176.89
   UTILITIES A         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                           Page:   10
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT              User ID: cmickulas
                                             Multicurrency Management


* Voided Checks


Check Number      Date      Vendor ID        Vendor Check Name           Audit Trail Code           Amount

   Checkbook ID      Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate       Functional/Originating
-----------------------------------------------------------------------------------------------------------------

MELBOURNE 1.9.24   1/9/2024  CITY134          CITY OF MELBOURNE           PMPAY00004750            $195.13
   UTILITIES B         Z-US$

MELBOURNE 2.29.24  2/29/2024 CITY134          CITY OF MELBOURNE           PMPAY00004784            $472.16
   UTILITIES B         Z-US$

CITY OF WPB 1.16.24 1/16/2024 CITY141         CITY OF WEST PALM BEACH     PMPAY00004668            $580.72
   UTILITIES A         Z-US$

PORT ORANGE 1.8.24  1/8/2024  CITY143         CITY OF PORT ORANGE CUSTOMER PMPAY00004750           $217.16
   UTILITIES B         Z-US$

PORT ORANGE 2.28.24 2/28/2024 CITY143         CITY OF PORT ORANGE CUSTOMER PMPAY00004783           $404.08
   UTILITIES B         Z-US$

ST CLOUD 1.8.24    1/8/2024  CITY144          CITY OF ST CLOUD            PMPAY00004750            $436.70
   UTILITIES B         Z-US$

ST CLOUD 3.14.24   3/14/2024 CITY144          CITY OF ST CLOUD            PMPAY00004844            $585.94
   UTILITIES B         Z-US$

ST CLUD 2.22.24    2/22/2024 CITY144          CITY OF ST CLOUD            PMPAY00004783            $495.11
   UTILITIES B         Z-US$

5006881            4/3/2024  CITY145          CITY TREASURER              PMCHK00031634          $4,639.03
   AP CHECKS

VA BCH 1.22.24     1/22/2024 CITY145          CITY TREASURER              PMPAY00004753          $4,551.43
   ACH TRUIST          Z-US$

VA BCH 2.20.24     2/20/2024 CITY145          CITY TREASURER              PMPAY00004792          $4,237.24
   ACH TRUIST          Z-US$

VA BCH 3.20.24     3/20/2024 CITY145          CITY TREASURER              PMPAY00004868          $4,596.53
   UTILITIES B         Z-US$

3.1.23 APOPKA      3/1/2024  CITY153          CITY OF APOPKA              PMPAY00004836          $1,761.94
   UTILITIES B         Z-US$

5005573            1/12/2024 CITY153          CITY OF APOPKA              PMCHK00031530          $1,506.83
   AP CHECKS           Z-US$

APOPKA 3.26.24     3/26/2024 CITY153          CITY OF APOPKA              PMPAY00004853          $1,481.71
   UTILITIES B         Z-US$

EUSTIS 2.29.24     2/29/2024 CITY157          CITY OF EUSTIS              PMPAY00004784            $288.23
   UTILITIES B         Z-US$

5005574            1/12/2024 CITY157          CITY OF EUSTIS              PMCHK00031530            $304.03
   AP CHECKS           Z-US$

5005575            1/12/2024 CITY158          CITY OF WEST MELBOURNE      PMCHK00031530            $335.00
   AP CHECKS           Z-US$

WEST 3.1.24        3/1/2024  CITY158          CITY OF WEST MELBOURNE      PMPAY00004841            $346.46
   UTILITIES B         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                        Page:   11
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT              User ID: cmickulas
                                             Multicurrency Management


* Voided Checks


Check Number           Date      Vendor ID        Vendor Check Name           Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate     Functional/Originating
-------------------------------------------------------------------------------------------------------------------
CITY OF ST PETE 1.8  1/8/2024  CITY16           CITY OF ST. PETERSBURG      PMPAY00004759               $408.31
   UTILITIES A          Z-US$

CITY OF ST PETE 2.14 2/9/2024  CITY16           CITY OF ST. PETERSBURG      PMPAY00004735               $441.93
   UTILITIES A          Z-US$

CITY OF ST PETE 3.14 3/15/2024 CITY16           CITY OF ST. PETERSBURG      PMPAY00004821               $983.90
   UTILITIES A          Z-US$

5005576              1/12/2024 CITY162          CITY OF ST AUGUSTINE        PMCHK00031530             $1,959.50
   AP CHECKS            Z-US$

REMIT000000000001828 1/10/2024 CITY169          CITY OF APOPKA              PMCHK00031525                 $0.00
   AP CHECKS            Z-US$

5005438              1/10/2024 CITY180          CITY OF OAKLAND PARK - FALSE PMCHK00031525              $150.00
   AP CHECKS            Z-US$

5005439              1/10/2024 CITY21           CITY OF TAMPA               PMCHK00031525               $120.00
   AP CHECKS            Z-US$

5005577              1/12/2024 CITY25           CITY OF WINTER PARK         PMCHK00031530               $582.72
   AP CHECKS            Z-US$

5005578              1/12/2024 CITY25           CITY OF WINTER PARK         PMCHK00031530               $707.80
   AP CHECKS            Z-US$

5005579              1/12/2024 CITY25           CITY OF WINTER PARK         PMCHK00031530               $450.57
   AP CHECKS            Z-US$

CWP 4.3.24           4/3/2024  CITY25           CITY OF WINTER PARK         PMPAY00004873               $720.45
   UTILITIES B          Z-US$

WINT PARK 2.16.24    2/16/2024 CITY25           CITY OF WINTER PARK         PMPAY00004783               $100.00
   UTILITIES B          Z-US$

WINTER PARK 3.22.24  3/22/2024 CITY25           CITY OF WINTER PARK         PMPAY00004847             $2,215.83
   UTILITIES B          Z-US$

WINTERPARK 1         1/8/2024  CITY25           CITY OF WINTER PARK         PMPAY00004750               $923.26
   UTILITIES B          Z-US$

WINTERPARK 2         1/8/2024  CITY25           CITY OF WINTER PARK         PMPAY00004750               $464.49
   UTILITIES B          Z-US$

WP 3.7.24            3/7/2024  CITY25           CITY OF WINTER PARK         PMPAY00004841               $650.88
   UTILITIES B          Z-US$

LAKE MARY 2.29.24    2/29/2024 CITY28           CITY OF LAKE MARY           PMPAY00004784               $273.11
   UTILITIES B          Z-US$

5005580              1/12/2024 CITY28           CITY OF LAKE MARY           PMCHK00031530               $122.16
   AP CHECKS            Z-US$

5005614              1/12/2024 CITY31           CITY OF SUNRISE             PMCHK00031531               $450.80
   AP CHECKS            Z-US$
```

```
System:    5/14/2024   3:21:35 PM                    Restaurants                              Page:   12
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID        Vendor Check Name          Audit Trail Code              Amount
    Checkbook ID        Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate    Functional/Originating
-------------------------------------------------------------------------------------------------------------------
5005615             1/12/2024 CITY31            CITY OF SUNRISE            PMCHK00031531               $430.33
    AP CHECKS           Z-US$

SUNRISE 1.19        1/19/2024 CITY31            CITY OF SUNRISE            PMPAY00004759               $891.37
    UTILITIES A         Z-US$

SUNRISE 2.2.24      2/2/2024  CITY31            CITY OF SUNRISE            PMPAY00004713               $770.90
    UTILITIES A         Z-US$

CITY OF DEER 1.24.24 1/24/2024 CITY32          CITY OF DEERFIELD BEACH    PMPAY00004750               $436.33
    UTILITIES B         Z-US$

DEERFIELD 3.21      3/21/2024 CITY32            CITY OF DEERFIELD BEACH    PMPAY00004821               $499.23
    UTILITIES A         Z-US$

LAUDERHILL 1.16.24  1/16/2024 CITY34            CITY OF LAUDERHILL UTILITIES PMPAY00004669             $367.43
    UTILITIES A         Z-US$

LAUDERHILL 3.21     3/21/2024 CITY34            CITY OF LAUDERHILL UTILITIES PMPAY00004821             $747.20
    UTILITIES A         Z-US$

LAUDERHILL 4.18     4/18/2024 CITY34            CITY OF LAUDERHILL UTILITIES PMPAY00004859             $374.91
    UTILITIES A         Z-US$

5005616             1/12/2024 CITY42            CITY OF MIRAMAR            PMCHK00031531               $631.16
    AP CHECKS           Z-US$

5005617             1/12/2024 CITY42            CITY OF MIRAMAR            PMCHK00031531               $206.00
    AP CHECKS           Z-US$

MIRAMAR 2.2.24      2/2/2024  CITY42            CITY OF MIRAMAR            PMPAY00004713             $1,849.14
    UTILITIES A         Z-US$

5005500             1/10/2024 CITY43            CITY FIRE                 PMCHK00031526               $824.98
    AP CHECKS           Z-US$

CITY OF OCALA 1.8.24 1/8/2024 CITY44           CITY OF OCALA             PMPAY00004750             $3,952.26
    UTILITIES B         Z-US$

CITY OF OCALA 2.21  2/21/2024 CITY44           CITY OF OCALA             PMPAY00004783             $3,802.21
    UTILITIES B         Z-US$

OCALA 3.25.24       3/25/2024 CITY44            CITY OF OCALA             PMPAY00004852             $3,854.92
    UTILITIES B         Z-US$

OCALA 4.4.24        4/4/2024  CITY44            CITY OF OCALA             PMPAY00004873             $3,979.61
    UTILITIES B         Z-US$

REMIT000000000001829 1/10/2024 CITY47          CITY OF OCALA             PMCHK00031525                 $0.00

2.29.2024 LEESBURG  2/29/2024 CITY55           CITY OF LEESBURG          PMPAY00004783             $2,280.70
    UTILITIES B         Z-US$

LEESBURG 2.8.24     2/8/2024  CITY55            CITY OF LEESBURG          PMPAY00004790             $2,192.91
    UTILITIES B         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                          Page:   13
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                             Multicurrency Management


* Voided Checks


Check Number       Date      Vendor ID      Vendor Check Name          Audit Trail Code            Amount
-----------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID       Rate Type ID    Exchange Table ID  Exchange Rate    Functional/Originating
-----------------------------------------------------------------------------------------------------------
LEESBURG 3.29.24   3/29/2024 CITY55         CITY OF LEESBURG           PMPAY00004853          $2,225.75
   UTILITIES B         Z-US$

LAUDERHILL 2.8.24  2/8/2024  CITY56         CITY OF LAUDERHILL- LICENSE PMPAY00004726           $137.41
   UTILITIES A         Z-US$

REMIT000000000001830 1/10/2024 CITY56       CITY OF LAUDERHILL- LICENSE PMCHK00031525             $0.00
   UTILITIES A         Z-US$

COOPER CITY 2.2.24 2/2/2024  CITY58         CITY OF COOPER CITY, FL    PMPAY00004713           $688.64
   UTILITIES A         Z-US$

COOPER CITY 3.21   3/21/2024 CITY58         CITY OF COOPER CITY, FL    PMPAY00004821           $741.52
   UTILITIES A         Z-US$

CITY OF STAURT 2.14 2/14/2024 CITY74        CITY OF STUART             PMPAY00004733         $1,449.01
   UTILITIES A         Z-US$

STUART 1.8         1/8/2024  CITY74         CITY OF STUART             PMPAY00004759           $715.01
   UTILITIES A         Z-US$

STUART 3.28        3/28/2024 CITY74         CITY OF STUART             PMPAY00004821           $745.60
   UTILITIES A         Z-US$

CITY OF PPINES 1.16 1/16/2024 CITY79        CITY OF PEMBROKE PINES     PMPAY00004670           $372.31
   UTILITIES A         Z-US$

PEMBROKE 2.2.24    2/2/2024  CITY79         CITY OF PEMBROKE PINES     PMPAY00004713           $284.13
   UTILITIES A         Z-US$

PEMBROKE PINES 3.21 3/21/2024 CITY79        CITY OF PEMBROKE PINES     PMPAY00004821           $777.86
   UTILITIES A         Z-US$

5005868            2/7/2024  CITY80         CITY OF ST. PETERSBURG     PMCHK00031551           $230.00
   AP CHECKS           Z-US$

REMIT000000000001831 1/10/2024 CITY82       CITY OF BOYNTON BEACH      PMCHK00031525             $0.00

5005618            1/12/2024 CITY92         CITY OF BOYNTON BEACH/UTILIT PMCHK00031531          $268.09
   AP CHECKS           Z-US$

BOYNTON 3.21       3/21/2024 CITY92         CITY OF BOYNTON BEACH/UTILIT PMPAY00004821          $146.80
   UTILITIES A         Z-US$

5005864            2/7/2024  CKLO01         C.K.'S LOCKSHOP & SECURITY C PMCHK00031551          $638.79
   AP CHECKS           Z-US$

5005441            1/10/2024 CLARK01         CLARK NATIONAL ACCOUNTS    PMCHK00031525         $1,835.91
   AP CHECKS           Z-US$

5005501            1/10/2024 CLARK01         CLARK NATIONAL ACCOUNTS    PMCHK00031526         $2,848.33
   AP CHECKS           Z-US$

5005532            1/10/2024 CLARK01         CLARK NATIONAL ACCOUNTS    PMCHK00031527         $1,420.47
   AP CHECKS           Z-US$
```

```
System:    5/14/2024   3:21:35 PM                    Restaurants                              Page:   14
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                Multicurrency Management


* Voided Checks

Check Number        Date      Vendor ID         Vendor Check Name            Audit Trail Code           Amount
----------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID     Rate Type ID     Exchange Table ID  Exchange Rate    Functional/Originating
----------------------------------------------------------------------------------------------------------------
5005675            1/30/2024  CLARK01           CLARK NATIONAL ACCOUNTS      PMCHK00031541          $6,276.70
   AP CHECKS          Z-US$

5006923            4/10/2024  CLARK01           CLARK NATIONAL ACCOUNTS      PMCHK00031641            $179.41
   AP CHECKS          Z-US$

CLAY 3.29.24 2     3/29/2024  CLAYE01           CLAY ELECTRIC COOPERATIVE, I  PMPAY00004863             $1.00
   UTILITIES B        Z-US$

5005581            1/12/2024  CLAYE01           CLAY ELECTRIC COOPERATIVE, I  PMCHK00031530           $861.00
   AP CHECKS          Z-US$

CLAY 3.29.24       3/29/2024  CLAYE01           CLAY ELECTRIC COOPERATIVE, I  PMPAY00004853           $997.14
   UTILITIES B        Z-US$

CLAY ELECT 2.29.24 2/29/2024  CLAYE01           CLAY ELECTRIC COOPERATIVE, I  PMPAY00004783         $1,255.80
   UTILITIES B        Z-US$

5005442            1/10/2024  COAS06            COASTAL RESTAURANT SERVICE &  PMCHK00031525           $176.49
   AP CHECKS          Z-US$

5006065            2/29/2024  COCO02            COCONUT CREEK LITTLE LEAGUE    PMCHK00031572            $54.88
   AP CHECKS          Z-US$

5005945            2/8/2024   COLL03            COLLEGE VENTURES I, LLC        PMCHK00031554         $8,059.76
   AP CHECKS          Z-US$

5006609            3/15/2024  COLL03            COLLEGE VENTURES I, LLC        PMCHK00031616         $8,059.76
   AP CHECKS          Z-US$

MGMT ACH021424     2/14/2024  COLL03            COLLEGE VENTURES I, LLC        PMPAY00004842         $8,411.46
   AP CHECKS          Z-US$

5006066            2/29/2024  COLL15            COLLIN ULMER PRODUCTIONS       PMCHK00031572           $150.00
   AP CHECKS          Z-US$

5006770            3/27/2024  COLL15            COLLIN ULMER PRODUCTIONS       PMCHK00031631           $150.00
   AP CHECKS          Z-US$

5006893            4/3/2024   COLL15            COLLIN ULMER PRODUCTIONS       PMCHK00031636           $150.00
   AP CHECKS          Z-US$

COMCAST 2.14.24    2/15/2024  COMC01            COMCAST COMMUNICATIONS         PMPAY00004737           $792.17
   UTILITIES A        Z-US$

COMCAST 4.11       4/11/2024  COMC01            COMCAST COMMUNICATIONS         PMPAY00004856           $258.46
   UTILITIES A        Z-US$

0020192            2/26/2024  CONN07            CONNOR MALEY                   PMCHK00031570            $72.57
   PAYROLL TRUIST     Z-US$

CONSERVICE 1.9     1/9/2024   CONS03            CONSERVICE LLC                 PMPAY00004759           $344.40
   UTILITIES A        Z-US$

CONSERVICE 2.7     2/7/2024   CONS03            CONSERVICE LLC                 PMPAY00004793           $344.40
   UTILITIES A        Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                              Page:   15
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                 Multicurrency Management


 * Voided Checks


Check Number        Date       Vendor ID         Vendor Check Name           Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
  Checkbook ID        Currency ID       Rate Type ID     Exchange Table ID  Exchange Rate    Functional/Originating
------------------------------------------------------------------------------------------------------------------
CONSERVICE 3.14    3/14/2024 CONS03               CONSERVICE LLC              PMPAY00004821                $332.72
  UTILITIES A        Z-US$

CONSERVICE 4.11    4/11/2024 CONS03               CONSERVICE LLC              PMPAY00004856                $349.10
  UTILITIES A        Z-US$

5005534            1/10/2024 CONT01               CONTRACT EQUIPMENT SPECIALIS PMCHK00031527             $5,274.39
  AP CHECKS          Z-US$

5005475            1/10/2024 COOL02               COOL SEAL GASKETS OF CENTRAL PMCHK00031525               $173.08
  AP CHECKS          Z-US$

5005523            1/10/2024 COOL02               COOL SEAL GASKETS OF CENTRAL PMCHK00031526               $339.55
  AP CHECKS          Z-US$

5005554            1/10/2024 COOL02               COOL SEAL GASKETS OF CENTRAL PMCHK00031527               $306.02
  AP CHECKS          Z-US$

5005785            2/7/2024  COOL02               COOL SEAL GASKETS OF CENTRAL PMCHK00031549               $889.03
  AP CHECKS          Z-US$

5005823            2/7/2024  COOL02               COOL SEAL GASKETS OF CENTRAL PMCHK00031550               $306.88
  AP CHECKS          Z-US$

5006067            2/29/2024 COOL03               N&M COOLING & HEATING, INC   PMCHK00031572               $614.00
  AP CHECKS          Z-US$

5006895            4/3/2024  COOL03               N&M COOLING & HEATING, INC   PMCHK00031636               $237.60
  AP CHECKS          Z-US$

5006647            3/19/2024 COOP09               COOPER CITY HIGH SCHOOL - WA PMCHK00031619               $103.21
  AP CHECKS          Z-US$

5005992            2/8/2024  CORA11               Coral Glades High School     PMCHK00031555                $91.57
  AP CHECKS          Z-US$

5005993            2/8/2024  CORA20               CORAL REEF ELEMENTARY PTO    PMCHK00031555               $712.65
  AP CHECKS          Z-US$

5005994            2/8/2024  CORN01               CORNERSTONE CHARTER ACADEMY  PMCHK00031555               $106.34
  AP CHECKS          Z-US$

5005582            1/12/2024 CORP02               CORPORATE SERVICES CONSULTAN PMCHK00031530               $575.00
  AP CHECKS          Z-US$

5005619            1/12/2024 CORP02               CORPORATE SERVICES CONSULTAN PMCHK00031531               $121.00
  AP CHECKS          Z-US$

5006709            3/27/2024 CORP02               CORPORATE SERVICES CONSULTAN PMCHK00031627             $3,800.00
  AP CHECKS          Z-US$

5006710            3/27/2024 CORP02               CORPORATE SERVICES CONSULTAN PMCHK00031628             $4,126.00
  AP CHECKS          Z-US$

5006711            3/27/2024 CORP02               CORPORATE SERVICES CONSULTAN PMCHK00031629             $3,307.00
  AP CHECKS          Z-US$
```

```
System:    5/14/2024   3:21:35 PM                    Restaurants                        Page:   16
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                              Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID           Vendor Check Name           Audit Trail Code              Amount
---------------------------------------------------------------------------------------------------------------------
   Checkbook ID      Currency ID      Rate Type ID      Exchange Table ID  Exchange Rate      Functional/Originating
---------------------------------------------------------------------------------------------------------------------
5005333            1/4/2024   COUN05              COUNTRY ISLES PLAZA, LLC    PMCHK00031519           $11,340.35
   AP CHECKS         Z-US$

5005946            2/8/2024   COUN05              COUNTRY ISLES PLAZA, LLC    PMCHK00031554           $11,340.35
   AP CHECKS         Z-US$

0020193            2/26/2024  COUR06              COURTNEY JUNIS              PMCHK00031570              $306.15
   PAYROLL TRUIST    Z-US$

COX 2.29.24        2/29/2024  COXC01              COX COMMUNICATIONS, INC.    PMPAY00004784              $170.11
   UTILITIES B       Z-US$

COX COM 1.8.24     1/8/2024   COXC01              COX COMMUNICATIONS, INC.    PMPAY00004750              $139.47
   UTILITIES B       Z-US$

5005444            1/10/2024  COZZ01              COZZINI BROS., INC.         PMCHK00031525            $4,130.08
   AP CHECKS         Z-US$

5005388            1/4/2024   CPIO01              CPI OCALA, LLC              PMCHK00031520            $5,534.48
   AP CHECKS         Z-US$

5005445            1/10/2024  CREN01              CRENSHAW HOODS              PMCHK00031525              $485.00
   AP CHECKS         Z-US$

5005446            1/10/2024  CRYS03              CRYSTAL AIR & WATER INC     PMCHK00031525                $0.50
   AP CHECKS         Z-US$

5005536            1/10/2024  CRYS03              CRYSTAL AIR & WATER INC     PMCHK00031527              $411.00
   AP CHECKS         Z-US$

5005766            2/7/2024   CRYS03              CRYSTAL AIR & WATER INC     PMCHK00031549              $125.00
   AP CHECKS         Z-US$

5006069            2/29/2024  CRYS03              CRYSTAL AIR & WATER INC     PMCHK00031572              $706.00
   AP CHECKS         Z-US$

0020144            1/16/2024  CUTA01              CUTARAH SALLEY              PMCHK00031532              $122.79
   PAYROLL TRUIST    Z-US$

5005995            2/8/2024   CYPR10              CYPRESS BAY CHEER LEADING   PMCHK00031555               $64.61
   AP CHECKS         Z-US$

5005480            1/10/2024  DADE01              DADE LOCK & KEY, INC        PMCHK00031525              $404.00
   AP CHECKS         Z-US$

5005566            1/12/2024  DAMI05              DESMIN MARTINEZ             PMCHK00031529            $1,100.00
   AP CHECKS         Z-US$

0020188            2/23/2024  DANI25              DANIEL ESCARRA              PMCHK00031568               $69.39
   PAYROLL TRUIST    Z-US$

0020251            3/4/2024   DANI26              DANIELLA HEREDIA            PMCHK00031583               $41.89
   PAYROLL TRUIST    Z-US$

5005448            1/10/2024  DASY01              DASY UNLIMITED LLC          PMCHK00031525              $180.00
   AP CHECKS         Z-US$
```

```
System:     5/14/2024  3:21:35 PM                        Restaurants                              Page:   17
User Date:  5/14/2024                              VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                     Multicurrency Management


* Voided Checks


Check Number      Date      Vendor ID        Vendor Check Name              Audit Trail Code            Amount
----------------------------------------------------------------------------------------------------------------
  Checkbook ID    Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
----------------------------------------------------------------------------------------------------------------
5005504         1/10/2024 DASY01           DASY UNLIMITED LLC             PMCHK00031526              $90.00
  AP CHECKS           Z-US$

5005538         1/10/2024 DASY01           DASY UNLIMITED LLC             PMCHK00031527              $90.00
  AP CHECKS           Z-US$

5005694         2/6/2024  DASY01           DASY UNLIMITED LLC             PMCHK00031548             $450.00
  AP CHECKS           Z-US$

5005768         2/7/2024  DASY01           DASY UNLIMITED LLC             PMCHK00031549              $90.00
  AP CHECKS           Z-US$

5005803         2/7/2024  DASY01           DASY UNLIMITED LLC             PMCHK00031550              $90.00
  AP CHECKS           Z-US$

5006500         3/7/2024  DASY01           DASY UNLIMITED LLC             PMCHK00031592             $180.00
  AP CHECKS           Z-US$

5006504         3/8/2024  DASY01           DASY UNLIMITED LLC             PMCHK00031597              $90.00
  AP CHECKS           Z-US$

5006897         4/3/2024  DASY01           DASY UNLIMITED LLC             PMCHK00031636              $90.00
  AP CHECKS           Z-US$

5005321         1/4/2024  DAVI30           DAVID MACK                     PMCHK00031517             $500.00
  AP CHECKS           Z-US$

5005678         1/31/2024 DAVI30           DAVID MACK                     PMCHK00031543             $800.00
  AP CHECKS           Z-US$

0020186         2/23/2024 DAVI31           DAVID BUTTACH                  PMCHK00031568             $473.37
  PAYROLL TRUIST      Z-US$

0020212         3/1/2024  DAYS02           DAYSIA CURRY                   PMCHK00031576           $2,620.55
  PAYROLL TRUIST      Z-US$

DBPR 2.2.24     2/2/2024  DBPR02           DBPR- DIV OF HOTELS AND REST   PMPAY00004800           $5,754.00
  UTILITIES A         Z-US$

SEAT 3.29.2024  3/29/2024 DBPR02           DBPR- DIV OF HOTELS AND REST   PMPAY00004858           $7,917.00
  UTILITIES B         Z-US$

DBPR 3.29.24 2  3/29/2024 DBPR03           DBPR, DIV OF ALCOHOLIC BEVER   PMPAY00004861           $8,232.00
  UTILITIES B         Z-US$

0020156         2/20/2024 DEAN03           DEANNA BRASHER                 PMCHK00031567             $171.23
  PAYROLL TRUIST      Z-US$

5005804         2/7/2024  DEDG01           DEDGE'S LOCK & KEY SHOP, INC   PMCHK00031550             $223.71
  AP CHECKS           Z-US$

5005427         1/9/2024  DEER01           DEERWOOD VILLAGE MALL, L.C.    PMCHK00031522           $7,473.79
  AP CHECKS           Z-US$

5005896         2/8/2024  DEER01           DEERWOOD VILLAGE MALL, L.C.    PMCHK00031553           $7,403.93
  AP CHECKS           Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                              Page:  18
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                               Multicurrency Management


* Voided Checks

Check Number      Date     Vendor ID         Vendor Check Name            Audit Trail Code             Amount
------------------------------------------------------------------------------------------------------------
   Checkbook ID      Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate       Functional/Originating
------------------------------------------------------------------------------------------------------------
MGMT ACH 021624  2/16/2024 DEER01             DEERWOOD VILLAGE MALL, L.C.  PMPAY00004843             $7,403.93
   AP CHECKS        Z-US$

5005996          2/8/2024  DEER03             DEERFIELD BEACH ELEMENTARY S PMCHK00031555              $135.86
   AP CHECKS        Z-US$

5005449          1/10/2024 DELI01             DELIVER THAT                 PMCHK00031525               $50.00
   AP CHECKS        Z-US$

5005805          2/7/2024  DELI01             DELIVER THAT                 PMCHK00031550              $180.97
   AP CHECKS        Z-US$

5006501          3/7/2024  DELI01             DELIVER THAT                 PMCHK00031593              $184.00
   AP CHECKS        Z-US$

5006505          3/8/2024  DELI01             DELIVER THAT                 PMCHK00031598               $58.47
   AP CHECKS        Z-US$

0020194          2/26/2024 DENI01             DENISSE MAIDANA              PMCHK00031570              $402.45
   PAYROLL TRUIST   Z-US$

5005391          1/4/2024  DENO01             DENO P. DIKEOU,  DIKEOU REAL PMCHK00031520            $8,144.71
   AP CHECKS        Z-US$

5005481          1/10/2024 DESI01             DESIGN TEMP OF FLORIDA INC.  PMCHK00031525           $13,656.47
   AP CHECKS        Z-US$

5005557          1/10/2024 DESI01             DESIGN TEMP OF FLORIDA INC.  PMCHK00031527            $1,573.94
   AP CHECKS        Z-US$

5005747          2/6/2024  DESI01             DESIGN TEMP OF FLORIDA INC.  PMCHK00031548            $3,025.97
   AP CHECKS        Z-US$

0020235          3/4/2024  DIEG01             DIEGO MIRA                   PMCHK00031583               $36.41
   PAYROLL TRUIST   Z-US$

0020184          2/23/2024 DILL05             DILLON RAJZYNGER             PMCHK00031568              $975.06
   PAYROLL TRUIST   Z-US$

5005335          1/4/2024  DION01             DIONIS MALO AND MICHAEL LAPP PMCHK00031519            $8,281.75
   AP CHECKS        Z-US$

5005948          2/8/2024  DION01             DIONIS MALO AND MICHAEL LAPP PMCHK00031554            $8,281.75
   AP CHECKS        Z-US$

5006559          3/13/2024 DION01             DIONIS MALO AND MICHAEL LAPP PMCHK00031607           $15,322.61
   AP CHECKS        Z-US$

5005620          1/12/2024 DIRE01             DIRECTV                      PMCHK00031531              $385.14
   AP CHECKS        Z-US$

DIRECTV 1.5      1/5/2024  DIRE01             DIRECTV                      PMPAY00004754              $385.14
   UTILITIES A      Z-US$

DBPR 2.6.24      2/6/2024  DIVI02             DIVISION OF HOTELS & RESTAUR PMPAY00004719              $400.00
   UTILITIES A      Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                              Page:   19
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                              Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID        Vendor Check Name           Audit Trail Code            Amount
------------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate     Functional/Originating
------------------------------------------------------------------------------------------------------------
DOMIN VA 2.29.24    2/29/2024 DOMI02          DOMINION VIRGINIA POWER      PMPAY00004783             $765.23
   UTILITIES B         Z-US$

DOMINION 3.29.24    3/29/2024 DOMI02          DOMINION VIRGINIA POWER      PMPAY00004853             $958.00
   UTILITIES B         Z-US$

DOMINON VA 1.8.24   1/8/2024  DOMI02          DOMINION VIRGINIA POWER      PMPAY00004750           $1,997.60
   UTILITIES B         Z-US$

5006866             4/3/2024  DOUG01          NANCY C. MILLAN, TAX COLLECT PMCHK00031634          $19,523.32
   AP CHECKS           Z-US$

5005997             2/8/2024  DRPHI01         DR PHILLIPS CENTER FOR THE P  PMCHK00031555            $625.00
   AP CHECKS           Z-US$

MGMT ACH0215 #2     2/15/2024 DUNL01          DUNLAWTON YORKTOWNE UNIT 4,   PMPAY00004842          $10,917.99
   AP CHECKS           Z-US$

MGMT EFT 041124     4/11/2024 DUNL01          DUNLAWTON YORKTOWNE UNIT 4,   PMPAY00004842          $10,107.91
   AP CHECKS           Z-US$

MGT ACH021504 1     2/15/2024 DUNL01          DUNLAWTON YORKTOWNE UNIT 4,   PMPAY00004842          $10,107.91
   AP CHECKS           Z-US$

5005393             1/4/2024  DUNW01          DUNWOODY PROPERTY LLC        PMCHK00031520           $6,040.61
   AP CHECKS           Z-US$

5005900             2/8/2024  DUNW01          DUNWOODY PROPERTY LLC        PMCHK00031553           $5,809.33
   AP CHECKS           Z-US$

5005901             2/8/2024  DUNW01          DUNWOODY PROPERTY LLC        PMCHK00031553             $110.00
   AP CHECKS           Z-US$

5006658             3/19/2024 DUNW01          DUNWOODY PROPERTY LLC        PMCHK00031620           $5,809.33
   AP CHECKS           Z-US$

5006882             4/3/2024  DUVA01          MICHAEL CORRIGAN, TAX COLLEC  PMCHK00031634          $11,518.46
   AP CHECKS           Z-US$

5006073             2/29/2024 DUVA02          DUVAL GLASS & MIRROR, INC    PMCHK00031572             $285.00
   AP CHECKS           Z-US$

5006056             2/23/2024 DYLA06          DYLAN BUTLER                 PMCHK00031569           $1,000.00
   AP CHECKS           Z-US$

5005476             1/10/2024 ECOL01          ECOLAB PEST ELIM. DIV.       PMCHK00031525             $126.82
   AP CHECKS           Z-US$

5005524             1/10/2024 ECOL01          ECOLAB PEST ELIM. DIV.       PMCHK00031526             $126.22
   AP CHECKS           Z-US$

5005506             1/10/2024 ECOL03          ECOLAB, INC                  PMCHK00031526             $386.36
   AP CHECKS           Z-US$

5005806             2/7/2024  ECOL03          ECOLAB, INC                  PMCHK00031550              $42.49
   AP CHECKS           Z-US$
```

```
System:      5/14/2024   3:21:35 PM                    Restaurants                              Page:    20
User Date:   5/14/2024                          VENDOR CHECK REGISTER REPORT                     User ID: cmickulas
                                                  Multicurrency Management


* Voided Checks

Check Number       Date      Vendor ID        Vendor Check Name              Audit Trail Code              Amount
-----------------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID    Rate Type ID     Exchange Table ID  Exchange Rate     Functional/Originating
-----------------------------------------------------------------------------------------------------------------
5005842            2/7/2024  ECOL03           ECOLAB, INC                    PMCHK00031551                $37.24
   AP CHECKS          Z-US$

5006074            2/29/2024 ECOL03           ECOLAB, INC                    PMCHK00031572               $253.04
   AP CHECKS          Z-US$

0020236            3/4/2024  ELIS04           ELISMARY GONZALEZ              PMCHK00031583               $183.91
   PAYROLL TRUIST     Z-US$

0020195            2/26/2024 ERIC13           ERICA SCHRECK                  PMCHK00031570               $389.17
   PAYROLL TRUIST     Z-US$

0020284            3/19/2024 ERIC13           ERICA SCHRECK                  PMCHK00031618               $505.87
   PAYROLL TRUIST     Z-US$

0020285            4/5/2024  ERIN06           ERIN BOYD                      PMCHK00031638                $70.35
   PAYROLL TRUIST     Z-US$

5005451            1/10/2024 ESSE01           ESSENTIAL AIR CARE SERVICES    PMCHK00031525                $38.52
   AP CHECKS          Z-US$

5005540            1/10/2024 ESSE01           ESSENTIAL AIR CARE SERVICES    PMCHK00031527                $77.04
   AP CHECKS          Z-US$

5005695            2/6/2024  ESSE01           ESSENTIAL AIR CARE SERVICES    PMCHK00031548                $77.49
   AP CHECKS          Z-US$

5005807            2/7/2024  ESSE01           ESSENTIAL AIR CARE SERVICES    PMCHK00031550                $38.52
   AP CHECKS          Z-US$

5005843            2/7/2024  ESSE01           ESSENTIAL AIR CARE SERVICES    PMCHK00031551                $77.49
   AP CHECKS          Z-US$

5006075            2/29/2024 ESSE01           ESSENTIAL AIR CARE SERVICES    PMCHK00031572                $57.78
   AP CHECKS          Z-US$

5006898            4/3/2024  ESSE01           ESSENTIAL AIR CARE SERVICES    PMCHK00031636                $58.23
   AP CHECKS          Z-US$

5005394            1/4/2024  EUST04           EUSTIS COVENANT GROUP LLC      PMCHK00031520             $9,947.69
   AP CHECKS          Z-US$

5005902            2/8/2024  EUST04           EUSTIS COVENANT GROUP LLC      PMCHK00031553             $9,947.69
   AP CHECKS          Z-US$

5006659            3/19/2024 EUST04           EUSTIS COVENANT GROUP LLC      PMCHK00031620             $9,947.69
   AP CHECKS          Z-US$

0020280            3/14/2024 FABI01           FABIOLA ROSAS                  PMCHK00031610               $339.63
   PAYROLL TRUIST     Z-US$

0020237            3/4/2024  FABI02           FABIAN GOMEZ                   PMCHK00031583               $294.09
   PAYROLL TRUIST     Z-US$

5005452            1/10/2024 FCSI01           FCS, INC.                      PMCHK00031525               $175.00
   AP CHECKS          Z-US$
```

```
System:    5/14/2024   3:21:35 PM                          Restaurants                                    Page:    21
User Date: 5/14/2024                              VENDOR CHECK REGISTER REPORT                       User ID: cmickulas
                                                    Multicurrency Management


* Voided Checks


Check Number      Date      Vendor ID        Vendor Check Name            Audit Trail Code                   Amount
-----------------------------------------------------------------------------------------------------------------------
  Checkbook ID        Currency ID     Rate Type ID     Exchange Table ID  Exchange Rate        Functional/Originating
-----------------------------------------------------------------------------------------------------------------------
5005541           1/10/2024 FCSI01          FCS, INC.                     PMCHK00031527                     $595.00
  AP CHECKS           Z-US$

5005808           2/7/2024  FCSI01          FCS, INC.                     PMCHK00031550                     $595.00
  AP CHECKS           Z-US$

5005844           2/7/2024  FCSI01          FCS, INC.                     PMCHK00031551                     $350.00
  AP CHECKS           Z-US$

5006044           2/9/2024  FEDE06          FEDERICO GUEVARA              PMCHK00031558                     $800.00
  AP CHECKS           Z-US$

5006059           2/27/2024 FEDE06          FEDERICO GUEVARA              PMCHK00031571                     $500.00
  AP CHECKS           Z-US$

5005453           1/10/2024 FEDEX           FEDEX OFFICE                  PMCHK00031525                   $2,740.87
  AP CHECKS           Z-US$

5005507           1/10/2024 FEDEX           FEDEX OFFICE                  PMCHK00031526                   $1,024.04
  AP CHECKS           Z-US$

5005395           1/4/2024  FERR01          FERRARO REALTY GROUP OCOEE,   PMCHK00031520                  $10,471.24
  AP CHECKS           Z-US$

5005903           2/8/2024  FERR01          FERRARO REALTY GROUP OCOEE,   PMCHK00031553                  $10,471.24
  AP CHECKS           Z-US$

5005483           1/10/2024 FIRS01          F.I.R.S.T. SERVICES CORP      PMCHK00031525                   $5,253.92
  AP CHECKS           Z-US$

5005558           1/10/2024 FIRS01          F.I.R.S.T. SERVICES CORP      PMCHK00031527                   $1,049.93
  AP CHECKS           Z-US$

5005749           2/6/2024  FIRS01          F.I.R.S.T. SERVICES CORP      PMCHK00031548                   $1,962.41
  AP CHECKS           Z-US$

5005792           2/7/2024  FIRS01          F.I.R.S.T. SERVICES CORP      PMCHK00031549                     $876.75
  AP CHECKS           Z-US$

5005869           2/7/2024  FIRS01          F.I.R.S.T. SERVICES CORP      PMCHK00031551                   $3,959.10
  AP CHECKS           Z-US$

5006110           2/29/2024 FIRS01          F.I.R.S.T. SERVICES CORP      PMCHK00031572                   $1,453.24
  AP CHECKS           Z-US$

5006836           3/29/2024 FIRS01          F.I.R.S.T. SERVICES CORP      PMCHK00031632                   $1,556.43
  AP CHECKS           Z-US$

5006857           3/29/2024 FIRS01          F.I.R.S.T. SERVICES CORP      PMCHK00031633                   $3,364.09
  AP CHECKS           Z-US$

5006111           2/29/2024 FISH01          FISH WINDOW CLEANING- ORLAND  PMCHK00031572                     $113.96
  AP CHECKS           Z-US$

5005485           1/10/2024 FISH03          FISH WINDOW CLEANING- JACKSO  PMCHK00031525                     $317.47
  AP CHECKS           Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                           Page:    22
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID      Vendor Check Name            Audit Trail Code            Amount
-----------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
-----------------------------------------------------------------------------------------------------------
5005559           1/10/2024  FISH03         FISH WINDOW CLEANING- JACKSO  PMCHK00031527             $161.25
   AP CHECKS          Z-US$

5005793           2/7/2024   FISH03         FISH WINDOW CLEANING- JACKSO  PMCHK00031549             $595.90
   AP CHECKS          Z-US$

5005870           2/7/2024   FISH03         FISH WINDOW CLEANING- JACKSO  PMCHK00031551             $118.25
   AP CHECKS          Z-US$

5006858           3/29/2024  FISH03         FISH WINDOW CLEANING- JACKSO  PMCHK00031633              $80.63
   AP CHECKS          Z-US$

5005484           1/10/2024  FISH32         FISH WINDOW CLEANING          PMCHK00031525             $113.96
   AP CHECKS          Z-US$

5005482           1/10/2024  FKPL01         F&K PLUMBING INC.             PMCHK00031525             $225.00
   AP CHECKS          Z-US$

5005791           2/7/2024   FKPL01         F&K PLUMBING INC.             PMCHK00031549             $250.00
   AP CHECKS          Z-US$

5006859           3/29/2024  FKPL01         F&K PLUMBING INC.             PMCHK00031633             $450.00
   AP CHECKS          Z-US$

5005699           2/6/2024   FLAM02         FLAMINGO PLUMBING & BACKFLOW  PMCHK00031548             $335.00
   AP CHECKS          Z-US$

5005810           2/7/2024   FLAM02         FLAMINGO PLUMBING & BACKFLOW  PMCHK00031550             $134.95
   AP CHECKS          Z-US$

5005662           1/16/2024  FLOR06         FLORIDA DEPARTMENT OF REVENU  PMCHK00031533           $3,135.32
   AP CHECKS          Z-US$

FLA DEPT 2.20.24  2/20/2024  FLOR06         FLORIDA DEPARTMENT OF REVENU  PMPAY00004792         $522,569.08
   ACH TRUIST         Z-US$

FLA DOR 1.22.24   1/22/2024  FLOR06         FLORIDA DEPARTMENT OF REVENU  PMPAY00004753         $544,442.50
   ACH TRUIST         Z-US$

FLA DPT 3.20.2024 3/20/2024  FLOR06         FLORIDA DEPARTMENT OF REVENU  PMPAY00004863           $5,962.24
   UTILITIES B        Z-US$

FLDOR 3.20.24     3/20/2024  FLOR06         FLORIDA DEPARTMENT OF REVENU  PMPAY00004866         $499,716.18
   ACH TRUIST         Z-US$

5005583           1/12/2024  FLOR09         FLORIDA POWER & LIGHT         PMCHK00031530           $1,115.06
   AP CHECKS          Z-US$

5005584           1/12/2024  FLOR09         FLORIDA POWER & LIGHT         PMCHK00031530           $1,089.49
   AP CHECKS          Z-US$

5005621           1/12/2024  FLOR09         FLORIDA POWER & LIGHT         PMCHK00031531           $1,246.21
   AP CHECKS          Z-US$

5005622           1/12/2024  FLOR09         FLORIDA POWER & LIGHT         PMCHK00031531           $1,208.16
   AP CHECKS          Z-US$
```

```
System:     5/14/2024   3:21:35 PM                    Restaurants                              Page:    23
User Date:  5/14/2024                            VENDOR CHECK REGISTER REPORT                   User ID: cmickulas
                                                  Multicurrency Management


* Voided Checks


Check Number       Date       Vendor ID       Vendor Check Name          Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------------
   Checkbook ID    Currency ID     Rate Type ID     Exchange Table ID   Exchange Rate    Functional/Originating
-------------------------------------------------------------------------------------------------------------------
5005623            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531             $1,137.40
   AP CHECKS       Z-US$

5005624            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531               $335.12
   AP CHECKS       Z-US$

5005625            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531               $999.03
   AP CHECKS       Z-US$

5005626            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531             $1,398.79
   AP CHECKS       Z-US$

5005627            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531               $429.77
   AP CHECKS       Z-US$

5005628            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531             $1,278.32
   AP CHECKS       Z-US$

5005629            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531             $1,206.74
   AP CHECKS       Z-US$

5005630            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531             $1,170.05
   AP CHECKS       Z-US$

5005631            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531               $692.79
   AP CHECKS       Z-US$

5005632            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531             $1,136.99
   AP CHECKS       Z-US$

5005633            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531             $1,310.82
   AP CHECKS       Z-US$

5005634            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531             $1,007.31
   AP CHECKS       Z-US$

5005635            1/12/2024  FLOR09          FLORIDA POWER & LIGHT      PMCHK00031531               $605.72
   AP CHECKS       Z-US$

FPL 2.2.24          2/2/2024  FLOR09          FLORIDA POWER & LIGHT      PMPAY00004712            $11,566.47
   UTILITIES A     Z-US$

FPL 2.22.24        2/22/2024  FLOR09          FLORIDA POWER & LIGHT      PMPAY00004783             $2,817.58
   UTILITIES B     Z-US$

FPL 2.23.24        2/23/2024  FLOR09          FLORIDA POWER & LIGHT      PMPAY00004783             $2,494.57
   UTILITIES B     Z-US$

FPL 2.28.24        2/28/2024  FLOR09          FLORIDA POWER & LIGHT      PMPAY00004783             $3,890.55
   UTILITIES B     Z-US$

FPL 3.1.24          3/1/2024  FLOR09          FLORIDA POWER & LIGHT      PMPAY00004841             $1,387.84
   UTILITIES B     Z-US$

FPL 3.1.24 2        3/1/2024  FLOR09          FLORIDA POWER & LIGHT      PMPAY00004841             $1,088.39
   UTILITIES B     Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                              Page:   24
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                               Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID        Vendor Check Name          Audit Trail Code              Amount
--------------------------------------------------------------------------------------------------------------
  Checkbook ID      Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
--------------------------------------------------------------------------------------------------------------
FPL 3.12            3/12/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004786           $23,243.83
  UTILITIES A       Z-US$

FPL 3.12.24 1       3/12/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004841            $1,272.01
  UTILITIES B       Z-US$

FPL 3.12.24 2       3/12/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004841            $3,976.33
  UTILITIES B       Z-US$

FPL 3.21            3/21/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004821            $8,485.95
  UTILITIES A       Z-US$

FPL 3.28            3/28/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004821            $2,810.41
  UTILITIES A       Z-US$

FPL 3.29.24         3/29/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004853            $2,620.69
  UTILITIES B       Z-US$

FPL 3.5              3/5/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004777            $4,116.25
  UTILITIES A       Z-US$

FPL 3.7.24           3/7/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004786            $1,213.09
  UTILITIES A       Z-US$

FPL 4.11            4/11/2024 FLOR09          FLORIDA POWER & LIGHT      PMPAY00004856           $12,506.97
  UTILITIES A       Z-US$

5005636             1/12/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMCHK00031531             $157.73
  AP CHECKS         Z-US$

5005637             1/12/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMCHK00031531             $421.47
  AP CHECKS         Z-US$

FPU 2.2.24           2/2/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMPAY00004713             $602.25
  UTILITIES A       Z-US$

FPU 3.1.24           3/1/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMPAY00004836             $376.10
  UTILITIES B       Z-US$

FPUC 1.12           1/12/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMPAY00004664            $1,536.07
  UTILITIES A       Z-US$

FPUC 1.9.24          1/9/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMPAY00004750             $841.91
  UTILITIES B       Z-US$

FPUC 3.1.24 129      3/1/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMPAY00004836             $464.53
  UTILITIES B       Z-US$

FPUC 3.21.24 1      3/21/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMPAY00004847             $962.52
  UTILITIES B       Z-US$

FPUC 3.21.24 2      3/21/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMPAY00004847             $346.09
  UTILITIES B       Z-US$

FPUC 3.6             3/6/2024 FLOR10          FLORIDA PUBLIC UTILITIES   PMPAY00004777            $2,084.62
  UTILITIES A       Z-US$
```

```
System:     5/14/2024   3:21:35 PM                        Restaurants                              Page:   25
User Date:  5/14/2024                             VENDOR CHECK REGISTER REPORT                      User ID: cmickulas
                                                    Multicurrency Management


* Voided Checks


Check Number          Date      Vendor ID          Vendor Check Name              Audit Trail Code              Amount
    Checkbook ID          Currency ID      Rate Type ID     Exchange Table ID   Exchange Rate      Functional/Originating
----------------------------------------------------------------------------------------------------------------------------
FPUC 4.11.24          4/11/2024 FLOR10             FLORIDA PUBLIC UTILITIES       PMPAY00004856              $752.25
    UTILITIES A           Z-US$

FPUC 4.16             4/16/2024 FLOR10             FLORIDA PUBLIC UTILITIES       PMPAY00004859            $1,154.91
    UTILITIES A           Z-US$

FL GAS 3.29.24        3/29/2024 FLOR41             FLORIDA CITY GAS               PMPAY00004853              $427.64
    UTILITIES B           Z-US$

5005585               1/12/2024 FLOR41             FLORIDA CITY GAS               PMCHK00031530              $371.19
    AP CHECKS             Z-US$

FCG 1.8               1/8/2024  FLOR41             FLORIDA CITY GAS               PMPAY00004759              $245.33
    UTILITIES A           Z-US$

FCG 2.2.24            2/2/2024  FLOR41             FLORIDA CITY GAS               PMPAY00004713              $274.55
    UTILITIES A           Z-US$

FCG 4.9               4/9/2024  FLOR41             FLORIDA CITY GAS               PMPAY00004854              $550.92
    UTILITIES A           Z-US$

FL GAS 3.19.24        3/19/2024 FLOR41             FLORIDA CITY GAS               PMPAY00004846              $908.00
    UTILITIES B           Z-US$

FL GAS 3.19.24 2      3/19/2024 FLOR41             FLORIDA CITY GAS               PMPAY00004846              $739.16
    UTILITIES B           Z-US$

FLOR GAS 3.19.24 3    3/19/2024 FLOR41             FLORIDA CITY GAS               PMPAY00004846              $553.37
    UTILITIES B           Z-US$

5005700               2/6/2024  FLOR49             FLORIDA FLOOR COVERINGS, INC   PMCHK00031548              $885.00
    AP CHECKS             Z-US$

5005998               2/8/2024  FLOR77             FLORIDA COUNCIL OF THE BLIND   PMCHK00031555              $105.69
    AP CHECKS             Z-US$

5005543               1/10/2024 FOOD03             FOOD SAFETY CERTIFICATIONS     PMCHK00031527              $327.00
    AP CHECKS             Z-US$

5006901               4/3/2024  FOOD03             FOOD SAFETY CERTIFICATIONS     PMCHK00031636              $109.00
    AP CHECKS             Z-US$

5005999               2/8/2024  FOR02              FOREST LAKE ACADEMY CLASS OF   PMCHK00031555              $288.32
    AP CHECKS             Z-US$

FPLE 3.11.24          3/11/2024 FPLE01             FPL ENERGY SERVICES            PMPAY00004841              $851.80
    UTILITIES B           Z-US$

FPUC 1.25.24          1/25/2024 FPUC01             FLORIDA PUBLIC UTILITIES       PMPAY00004758            $1,708.23
    ACH TRUIST            Z-US$

5006078               2/29/2024 FRAN01             FRANK GAY                      PMCHK00031572              $339.72
    AP CHECKS             Z-US$

5005336               1/4/2024  FRCS01             F R C ST. PETERSBURG LLC       PMCHK00031519            $8,656.41
    AP CHECKS             Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                              Page:   26
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                   User ID: cmickulas
                                               Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID       Vendor Check Name          Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate        Functional/Originating
------------------------------------------------------------------------------------------------------------------
FRONTIER 1.8        1/8/2024  FRON02           FRONTIER COMMUNICATIONS    PMPAY00004754                $347.71
   UTILITIES A        Z-US$

FRONTIER 2.9        2/9/2024  FRON02           FRONTIER COMMUNICATIONS    PMPAY00004735                $364.74
   UTILITIES A        Z-US$

FRONTIER 4.5        4/5/2024  FRON02           FRONTIER COMMUNICATIONS    PMPAY00004854                $984.91
   UTILITIES A        Z-US$

5006921             4/5/2024  FUTU03           FUTURE FLIPZ INC.          PMCHK00031639                $174.27
   AP CHECKS          Z-US$

0020196             2/26/2024 GABR11           GABRIELLE BOYD             PMCHK00031570                $110.86
   PAYROLL TRUIST     Z-US$

0020168             2/20/2024 GABR12           GABRIEL CENTURION          PMCHK00031567                 $57.85
   PAYROLL TRUIST     Z-US$

GAS 1.11.24         1/11/2024 GAS01            GAS SOUTH LLC              PMPAY00004752              $1,452.06
   UTILITIES B        Z-US$

GAS 1.12.24         1/12/2024 GAS01            GAS SOUTH LLC              PMPAY00004752                $841.03
   UTILITIES B        Z-US$

GAS 1.16.24         1/16/2024 GAS01            GAS SOUTH LLC              PMPAY00004752              $1,029.89
   UTILITIES B        Z-US$

GAS 1.18.24         1/18/2024 GAS01            GAS SOUTH LLC              PMPAY00004752                $652.96
   UTILITIES B        Z-US$

GAS 1.19.24         1/19/2024 GAS01            GAS SOUTH LLC              PMPAY00004752                $733.71
   UTILITIES B        Z-US$

GAS 1.2.24          1/2/2024  GAS01            GAS SOUTH LLC              PMPAY00004752                $315.70
   UTILITIES B        Z-US$

GAS 1.22.24         1/22/2024 GAS01            GAS SOUTH LLC              PMPAY00004752              $2,000.84
   UTILITIES B        Z-US$

GAS 1.29.24         1/29/2024 GAS01            GAS SOUTH LLC              PMPAY00004752              $1,317.20
   UTILITIES B        Z-US$

GAS 1.31.24         1/31/2024 GAS01            GAS SOUTH LLC              PMPAY00004752                $332.37
   UTILITIES B        Z-US$

GAS 1.4.24          1/4/2024  GAS01            GAS SOUTH LLC              PMPAY00004752                $281.57
   UTILITIES B        Z-US$

GAS 1.5.24          1/5/2024  GAS01            GAS SOUTH LLC              PMPAY00004752                $283.38
   UTILITIES B        Z-US$

GAS 1.8.24          1/8/2024  GAS01            GAS SOUTH LLC              PMPAY00004752              $1,860.83
   UTILITIES B        Z-US$

GAS 2.12.24         2/12/2024 GAS01            GAS SOUTH LLC              PMPAY00004752              $2,189.84
   UTILITIES B        Z-US$
```

```
System:    5/14/2024  3:21:35 PM                        Restaurants                              Page:    27
User Date: 5/14/2024                             VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                   Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID         Vendor Check Name           Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------------
     Checkbook ID        Currency ID      Rate Type ID     Exchange Table ID  Exchange Rate     Functional/Originating
-------------------------------------------------------------------------------------------------------------------
GAS 2.16.24         2/16/2024 GAS01            GAS SOUTH LLC                 PMPAY00004752               $337.06
     UTILITIES B          Z-US$

GAS 2.16.24 2       2/16/2024 GAS01            GAS SOUTH LLC                 PMPAY00004783               $300.50
     UTILITIES B          Z-US$

GAS 2.2.24           2/2/2024 GAS01            GAS SOUTH LLC                 PMPAY00004752               $478.84
     UTILITIES B          Z-US$

GAS 2.22.24         2/22/2024 GAS01            GAS SOUTH LLC                 PMPAY00004787               $957.50
     UTILITIES B          Z-US$

GAS 2.23.24         2/23/2024 GAS01            GAS SOUTH LLC                 PMPAY00004787               $596.50
     UTILITIES B          Z-US$

GAS 2.26.24         2/26/2024 GAS01            GAS SOUTH LLC                 PMPAY00004787             $1,988.19
     UTILITIES B          Z-US$

GAS 2.29.24         2/29/2024 GAS01            GAS SOUTH LLC                 PMPAY00004787               $315.68
     UTILITIES B          Z-US$

GAS 2.9.24           2/9/2024 GAS01            GAS SOUTH LLC                 PMPAY00004752               $335.78
     UTILITIES B          Z-US$

GAS 3.1.24           3/1/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863             $1,168.28
     UTILITIES B          Z-US$

GAS 3.14.24         3/14/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863             $2,496.53
     UTILITIES B          Z-US$

GAS 3.15.24         3/15/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863             $1,270.55
     UTILITIES B          Z-US$

GAS 3.18.24         3/18/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863               $614.60
     UTILITIES B          Z-US$

GAS 3.21.24         3/21/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863               $621.36
     UTILITIES B          Z-US$

GAS 3.22.24         3/22/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863               $714.52
     UTILITIES B          Z-US$

GAS 3.25.24         3/25/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863             $1,518.30
     UTILITIES B          Z-US$

GAS 3.29.24         3/29/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863               $703.08
     UTILITIES B          Z-US$

GAS 3.4.24           3/4/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863               $836.97
     UTILITIES B          Z-US$

GAS 3.7.24           3/7/2024 GAS01            GAS SOUTH LLC                 PMPAY00004863               $292.86
     UTILITIES B          Z-US$

GAS SOUTH 1.11      1/11/2024 GAS01            GAS SOUTH LLC                 PMPAY00004759             $1,787.68
     UTILITIES A          Z-US$
```

```
System:    5/14/2024  3:21:35 PM                Restaurants                       Page:   28
User Date: 5/14/2024                     VENDOR CHECK REGISTER REPORT              User ID: cmickulas
                                          Multicurrency Management


* Voided Checks


Check Number       Date      Vendor ID        Vendor Check Name        Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate    Functional/Originating
------------------------------------------------------------------------------------------------------------

GAS SOUTH 1.12     1/12/2024  GAS01            GAS SOUTH LLC            PMPAY00004759               $305.93
   UTILITIES A        Z-US$

GAS SOUTH 1.16.24  1/16/2024  GAS01            GAS SOUTH LLC            PMPAY00004759             $1,215.75
   UTILITIES A        Z-US$

GAS SOUTH 1.18     1/18/2024  GAS01            GAS SOUTH LLC            PMPAY00004759             $1,070.89
   UTILITIES A        Z-US$

GAS SOUTH 1.19     1/19/2024  GAS01            GAS SOUTH LLC            PMPAY00004759               $241.50
   UTILITIES A        Z-US$

GAS SOUTH 1.2.24   1/2/2024   GAS01            GAS SOUTH LLC            PMPAY00004754               $313.76
   UTILITIES A        Z-US$

GAS SOUTH 1.22     1/22/2024  GAS01            GAS SOUTH LLC            PMPAY00004759             $1,127.83
   UTILITIES A        Z-US$

GAS SOUTH 1.29     1/29/2024  GAS01            GAS SOUTH LLC            PMPAY00004759             $1,752.07
   UTILITIES A        Z-US$

GAS SOUTH 1.30     1/30/2024  GAS01            GAS SOUTH LLC            PMPAY00004759               $271.32
   UTILITIES A        Z-US$

GAS SOUTH 1.4.24   1/4/2024   GAS01            GAS SOUTH LLC            PMPAY00004754               $888.95
   UTILITIES A        Z-US$

GAS SOUTH 1.5      1/5/2024   GAS01            GAS SOUTH LLC            PMPAY00004754               $593.92
   UTILITIES A        Z-US$

GAS SOUTH 1.8      1/8/2024   GAS01            GAS SOUTH LLC            PMPAY00004759             $2,510.12
   UTILITIES A        Z-US$

GAS SOUTH 2.12     2/12/2024  GAS01            GAS SOUTH LLC            PMPAY00004807             $2,267.73
   UTILITIES A        Z-US$

GAS SOUTH 2.16     2/16/2024  GAS01            GAS SOUTH LLC            PMPAY00004807               $994.01
   UTILITIES A        Z-US$

GAS SOUTH 2.2      2/2/2024   GAS01            GAS SOUTH LLC            PMPAY00004800               $288.98
   UTILITIES A        Z-US$

GAS SOUTH 2.20     2/20/2024  GAS01            GAS SOUTH LLC            PMPAY00004807               $262.15
   UTILITIES A        Z-US$

GAS SOUTH 2.22     2/22/2024  GAS01            GAS SOUTH LLC            PMPAY00004807             $1,273.79
   UTILITIES A        Z-US$

GAS SOUTH 2.23     2/23/2024  GAS01            GAS SOUTH LLC            PMPAY00004807               $225.27
   UTILITIES A        Z-US$

GAS SOUTH 2.26     2/26/2024  GAS01            GAS SOUTH LLC            PMPAY00004807             $1,500.52
   UTILITIES A        Z-US$

GAS SOUTH 2.29     2/29/2024  GAS01            GAS SOUTH LLC            PMPAY00004807               $568.66
   UTILITIES A        Z-US$
```

```
System:     5/14/2024   3:21:35 PM                    Restaurants                           Page:   29
User Date:  5/14/2024                          VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                                 Multicurrency Management


* Voided Checks


Check Number       Date      Vendor ID        Vendor Check Name           Audit Trail Code                Amount
     Checkbook ID          Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate        Functional/Originating
------------------------------------------------------------------------------------------------------------------------

GAS SOUTH 2.5      2/5/2024  GAS01            GAS SOUTH LLC                PMPAY00004800                $1,124.49
     UTILITIES A            Z-US$

GAS SOUTH 2.8      2/8/2024  GAS01            GAS SOUTH LLC                PMPAY00004807                $1,733.55
     UTILITIES A            Z-US$

GAS SOUTH 2.8.24   2/8/2024  GAS01            GAS SOUTH LLC                PMPAY00004787                $1,129.71
     UTILITIES B            Z-US$

GAS SOUTH 2.9      2/9/2024  GAS01            GAS SOUTH LLC                PMPAY00004807                  $383.64
     UTILITIES A            Z-US$

GAS SOUTH 3.1      3/1/2024  GAS01            GAS SOUTH LLC                PMPAY00004860                  $657.50
     UTILITIES A            Z-US$

GAS SOUTH 3.11     3/11/2024 GAS01            GAS SOUTH LLC                PMPAY00004862                  $141.07
     UTILITIES A            Z-US$

GAS SOUTH 3.14     3/14/2024 GAS01            GAS SOUTH LLC                PMPAY00004862                $3,349.32
     UTILITIES A            Z-US$

GAS SOUTH 3.15     3/15/2024 GAS01            GAS SOUTH LLC                PMPAY00004862                  $831.07
     UTILITIES A            Z-US$

GAS SOUTH 3.18     3/18/2024 GAS01            GAS SOUTH LLC                PMPAY00004862                $1,213.69
     UTILITIES A            Z-US$

GAS SOUTH 3.22     3/22/2024 GAS01            GAS SOUTH LLC                PMPAY00004862                  $233.70
     UTILITIES A            Z-US$

GAS SOUTH 3.25     3/25/2024 GAS01            GAS SOUTH LLC                PMPAY00004864                $1,226.42
     UTILITIES A            Z-US$

GAS SOUTH 3.28     3/28/2024 GAS01            GAS SOUTH LLC                PMPAY00004864                  $755.13
     UTILITIES A            Z-US$

GAS SOUTH 3.29     3/29/2024 GAS01            GAS SOUTH LLC                PMPAY00004864                  $515.38
     UTILITIES A            Z-US$

GAS SOUTH 3.4      3/4/2024  GAS01            GAS SOUTH LLC                PMPAY00004862                $1,472.23
     UTILITIES A            Z-US$

GAS SOUTH 3.5      3/5/2024  GAS01            GAS SOUTH LLC                PMPAY00004862                  $194.95
     UTILITIES A            Z-US$

GAS SOUTH 3.8      3/8/2024  GAS01            GAS SOUTH LLC                PMPAY00004862                  $366.61
     UTILITIES A            Z-US$

GAS SOUTH 4.1      4/1/2024  GAS01            GAS SOUTH LLC                PMPAY00004864                  $658.10
     UTILITIES A            Z-US$

GAS SOUTH 4.11     4/11/2024 GAS01            GAS SOUTH LLC                PMPAY00004864                  $626.09
     UTILITIES A            Z-US$

GAS SOUTH 4.12     4/12/2024 GAS01            GAS SOUTH LLC                PMPAY00004864                  $992.08
     UTILITIES A            Z-US$
```

```
System:     5/14/2024   3:21:35 PM                        Restaurants                              Page:    30
User Date:  5/14/2024                            VENDOR CHECK REGISTER REPORT                       User ID: cmickulas
                                                   Multicurrency Management


* Voided Checks


Check Number      Date      Vendor ID        Vendor Check Name          Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------
  Checkbook ID    Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
-------------------------------------------------------------------------------------------------------------
GAS SOUTH 4.15   4/15/2024 GAS01           GAS SOUTH LLC              PMPAY00004864               $570.37
   UTILITIES A    Z-US$

GAS SOUTH 4.19   4/19/2024 GAS01           GAS SOUTH LLC              PMPAY00004864               $858.19
   UTILITIES A    Z-US$

GAS SOUTH 4.4    4/4/2024  GAS01           GAS SOUTH LLC              PMPAY00004864               $538.71
   UTILITIES A    Z-US$

GAS SOUTH 4.5    4/5/2024  GAS01           GAS SOUTH LLC              PMPAY00004864               $375.50
   UTILITIES A    Z-US$

GAS SOUTH 4.8    4/8/2024  GAS01           GAS SOUTH LLC              PMPAY00004864             $2,143.28
   UTILITIES A    Z-US$

5005701          2/6/2024  GASK04          GASKET GUY                PMCHK00031548               $303.20
   AP CHECKS      Z-US$

5005454          1/10/2024 GASK14          GASKET GUY OF JACKSONVILLE PMCHK00031525               $463.38
   AP CHECKS      Z-US$

5005702          2/6/2024  GASK14          GASKET GUY OF JACKSONVILLE PMCHK00031548               $686.37
   AP CHECKS      Z-US$

5005455          1/10/2024 GATO09          GATOR FIRE EXTINGUISHER CO I PMCHK00031525             $204.79
   AP CHECKS      Z-US$

5005486          1/10/2024 GEMB01          GEMBECKI MECHANICAL SERVICES PMCHK00031525          $13,547.46
   AP CHECKS      Z-US$

5005560          1/10/2024 GEMB01          GEMBECKI MECHANICAL SERVICES PMCHK00031527             $623.00
   AP CHECKS      Z-US$

5005795          2/7/2024  GEMB01          GEMBECKI MECHANICAL SERVICES PMCHK00031549             $963.00
   AP CHECKS      Z-US$

5005871          2/7/2024  GEMB01          GEMBECKI MECHANICAL SERVICES PMCHK00031551           $2,637.32
   AP CHECKS      Z-US$

5006799          3/27/2024 GEMB01          GEMBECKI MECHANICAL SERVICES PMCHK00031631           $2,359.80
   AP CHECKS      Z-US$

0020152          2/13/2024 GENE10          GENESIS PEREZ             PMCHK00031561                $99.52
   PAYROLL TRUIST Z-US$

5006867          4/3/2024  GEOR01          GEORGE ALBRIGHT, TAX COLLECT PMCHK00031634             $677.04
   AP CHECKS      Z-US$

5005509          1/10/2024 GPAU01          GP AUTO DETAILING         PMCHK00031526               $212.00
   AP CHECKS      Z-US$

5005752          2/6/2024  GRAN01          GRANITE TELECOMMUNICATIONS PMCHK00031548            $14,677.09
   AP CHECKS      Z-US$

5005872          2/7/2024  GRAT01          GRATUITY SOLUTIONS LLC    PMCHK00031551             $2,400.00
   AP CHECKS      Z-US$
```

```
System:    5/14/2024   3:21:35 PM                          Restaurants                              Page:    31
User Date: 5/14/2024                               VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                     Multicurrency Management


* Voided Checks


Check Number       Date      Vendor ID          Vendor Check Name              Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID    Rate Type ID     Exchange Table ID   Exchange Rate      Functional/Originating
------------------------------------------------------------------------------------------------------------------
5006054          2/15/2024 GRAT01           GRATUITY SOLUTIONS LLC        PMCHK00031565             $6,620.00
   AP CHECKS        Z-US$

5005456          1/10/2024 GREA32           GREASEBUSTERS OF ORLANDO      PMCHK00031525               $425.00
   AP CHECKS        Z-US$

5005510          1/10/2024 GREA32           GREASEBUSTERS OF ORLANDO      PMCHK00031526               $425.00
   AP CHECKS        Z-US$

5005703          2/6/2024  GREA32           GREASEBUSTERS OF ORLANDO      PMCHK00031548             $2,975.00
   AP CHECKS        Z-US$

5005770          2/7/2024  GREA32           GREASEBUSTERS OF ORLANDO      PMCHK00031549               $425.00
   AP CHECKS        Z-US$

5006079          2/29/2024 GREA32           GREASEBUSTERS OF ORLANDO      PMCHK00031572               $850.00
   AP CHECKS        Z-US$

5006699          3/21/2024 GREA32           GREASEBUSTERS OF ORLANDO      PMCHK00031621               $425.00
   AP CHECKS        Z-US$

5006700          3/21/2024 GREA32           GREASEBUSTERS OF ORLANDO      PMCHK00031622             $1,575.00
   AP CHECKS        Z-US$

5005846          2/7/2024  GREA33           GREASEBUSTERS OF THE TRIAD    PMCHK00031551             $1,050.00
   AP CHECKS        Z-US$

5005511          1/10/2024 GREA34           GREASE BUSTERS OF SOUTH FLOR  PMCHK00031526               $385.00
   AP CHECKS        Z-US$

5005337          1/4/2024  GREE18           GREENSPOT RANCH LARGO, LLC    PMCHK00031519            $10,554.00
   AP CHECKS        Z-US$

5005950          2/8/2024  GREE18           GREENSPOT RANCH LARGO, LLC    PMCHK00031554            $10,554.00
   AP CHECKS        Z-US$

5006613          3/15/2024 GREE18           GREENSPOT RANCH LARGO, LLC    PMCHK00031616            $11,081.70
   AP CHECKS        Z-US$

GRU 1.8.24       1/8/2024  GRU001           GRU                           PMPAY00004750             $5,370.57
   UTILITIES B      Z-US$

GRU 2.29.24      2/29/2024 GRU001           GRU                           PMPAY00004784             $2,065.52
   UTILITIES B      Z-US$

GRU 3.29.24      3/29/2024 GRU001           GRU                           PMPAY00004853             $1,924.30
   UTILITIES B      Z-US$

5006000          2/8/2024  GULF08           GULF GATE ELEMENTARY SCHOOL   PMCHK00031555               $114.20
   AP CHECKS        Z-US$

0020163          2/20/2024 HAIL07           HAILEY HOWELL                 PMCHK00031567               $431.77
   PAYROLL TRUIST   Z-US$

5005397          1/4/2024  HAML01           HAMLIN RETAIL PARTNERS,LLC    PMCHK00031520             $9,825.17
   AP CHECKS        Z-US$
```

```
System:    5/14/2024  3:21:35 PM                        Restaurants                              Page:    32
User Date: 5/14/2024                              VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                    Multicurrency Management


* Voided Checks


Check Number          Date      Vendor ID        Vendor Check Name           Audit Trail Code            Amount
-----------------------------------------------------------------------------------------------------------------
  Checkbook ID        Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate     Functional/Originating
-----------------------------------------------------------------------------------------------------------------
5005905              2/8/2024  HAML01           HAMLIN RETAIL PARTNERS,LLC  PMCHK00031553            $9,779.00
  AP CHECKS          Z-US$

5005906              2/8/2024  HAML01           HAMLIN RETAIL PARTNERS,LLC  PMCHK00031553               $31.02
  AP CHECKS          Z-US$

5006661              3/19/2024 HAML01           HAMLIN RETAIL PARTNERS,LLC  PMCHK00031620            $9,779.00
  AP CHECKS          Z-US$

5006001              2/8/2024  HAVE01           HAVEN FOR CATS              PMCHK00031555               $92.94
  AP CHECKS          Z-US$

5005487              1/10/2024 HELG01           HELGET GAS PRODUCTS         PMCHK00031525              $152.07
  AP CHECKS          Z-US$

5005529              1/10/2024 HELG01           HELGET GAS PRODUCTS         PMCHK00031526               $63.76
  AP CHECKS          Z-US$

5005561              1/10/2024 HELG01           HELGET GAS PRODUCTS         PMCHK00031527              $182.27
  AP CHECKS          Z-US$

5005753              2/6/2024  HELG01           HELGET GAS PRODUCTS         PMCHK00031548            $7,658.62
  AP CHECKS          Z-US$

5005796              2/7/2024  HELG01           HELGET GAS PRODUCTS         PMCHK00031549              $512.88
  AP CHECKS          Z-US$

5005873              2/7/2024  HELG01           HELGET GAS PRODUCTS         PMCHK00031551            $7,485.83
  AP CHECKS          Z-US$

5006868              4/3/2024  HERN01           HERNANDO COUNTY TAX COLLECTO PMCHK00031634           $1,724.25
  AP CHECKS          Z-US$

5006002              2/8/2024  HERN04           HERNANDO COUNTY SCHOOL BOARD PMCHK00031555              $50.00
  AP CHECKS          Z-US$

HILLSBOROUGH 1.9.24  1/9/2024  HILL01           BOCC                        PMPAY00004659               $75.00
  UTILITIES A        Z-US$

HILLSBOROUGH 2.14    2/14/2024 HILL04           BOCC (HILLSBOROUGH CTY)     PMPAY00004734            $1,556.34
  UTILITIES A        Z-US$

HILLSBOROUGH 4.11    4/11/2024 HILL04           BOCC (HILLSBOROUGH CTY)     PMPAY00004856            $1,189.05
  UTILITIES A        Z-US$

5005398              1/4/2024  HILL12           HILL/GRAY SEVEN, LLC        PMCHK00031520            $8,525.56
  AP CHECKS          Z-US$

5005907              2/8/2024  HILL12           HILL/GRAY SEVEN, LLC        PMCHK00031553            $8,525.56
  AP CHECKS          Z-US$

5006662              3/19/2024 HILL12           HILL/GRAY SEVEN, LLC        PMCHK00031620            $8,840.34
  AP CHECKS          Z-US$

5006689              3/19/2024 HILL12           HILL/GRAY SEVEN, LLC        PMCHK00031620            $5,942.23
  AP CHECKS          Z-US$
```

```
System:    5/14/2024   3:21:35 PM                      Restaurants                              Page:   33
User Date: 5/14/2024                            VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                                  Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID        Vendor Check Name          Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------
  Checkbook ID       Currency ID      Rate Type ID     Exchange Table ID  Exchange Rate      Functional/Originating
-------------------------------------------------------------------------------------------------------------
5006003            2/8/2024  HOLL13           HOLLY RIDGE ELEMENTARY PTA  PMCHK00031555               $149.27
  AP CHECKS          Z-US$

5005340            1/4/2024  HOME01           THE HOME DEPOT USA, INC     PMCHK00031519             $8,694.83
  AP CHECKS          Z-US$

5005952            2/8/2024  HOME01           THE HOME DEPOT USA, INC     PMCHK00031554             $8,694.83
  AP CHECKS          Z-US$

5006614            3/15/2024 HOME01           THE HOME DEPOT USA, INC     PMCHK00031616             $8,694.83
  AP CHECKS          Z-US$

5005555            1/10/2024 HOOD07           HOODSRITE LLC               PMCHK00031527               $107.00
  AP CHECKS          Z-US$

5005786            2/7/2024  HOOD07           HOODSRITE LLC               PMCHK00031549               $107.00
  AP CHECKS          Z-US$

5006100            2/29/2024 HOOD07           HOODSRITE LLC               PMCHK00031572               $107.00
  AP CHECKS          Z-US$

0020153            2/13/2024 HORA01           HORACE JORDAN               PMCHK00031561               $478.74
  PAYROLL TRUIST     Z-US$

5005457            1/10/2024 HOSP01           HOSPITALITY RESOURCE SUPPLY, PMCHK00031525              $793.95
  AP CHECKS          Z-US$

5005544            1/10/2024 HOSP01           HOSPITALITY RESOURCE SUPPLY, PMCHK00031527              $129.70
  AP CHECKS          Z-US$

5005811            2/7/2024  HOSP01           HOSPITALITY RESOURCE SUPPLY, PMCHK00031550              $130.88
  AP CHECKS          Z-US$

5005849            2/7/2024  HOSP01           HOSPITALITY RESOURCE SUPPLY, PMCHK00031551               $12.17
  AP CHECKS          Z-US$

5005488            1/10/2024 HOTS01           FOURTH ENTERPRISES LLC - HOT PMCHK00031525           $17,088.47
  AP CHECKS          Z-US$

5005513            1/10/2024 HUGO01           HUGO AMOEDO INC             PMCHK00031526               $225.00
  AP CHECKS          Z-US$

5006903            4/3/2024  HUGO01           HUGO AMOEDO INC             PMCHK00031636               $910.00
  AP CHECKS          Z-US$

5005399            1/4/2024  HUNT01           HUNTERS CREEK SHOPPES, LLC  PMCHK00031520             $8,293.60
  AP CHECKS          Z-US$

5005908            2/8/2024  HUNT01           HUNTERS CREEK SHOPPES, LLC  PMCHK00031553             $1,741.66
  AP CHECKS          Z-US$

5005909            2/8/2024  HUNT01           HUNTERS CREEK SHOPPES, LLC  PMCHK00031553             $8,293.60
  AP CHECKS          Z-US$

5005341            1/4/2024  IBIS02           IBIS WALK RETAIL I LLC      PMCHK00031519             $7,183.23
  AP CHECKS          Z-US$
```

```
System:     5/14/2024   3:21:35 PM                    Restaurants                              Page:    34
User Date:  5/14/2024                          VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                                Multicurrency Management


* Voided Checks

Check Number        Date       Vendor ID        Vendor Check Name            Audit Trail Code              Amount
--------------------------------------------------------------------------------------------------------------------
  Checkbook ID        Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
--------------------------------------------------------------------------------------------------------------------
5006615             3/15/2024  IBIS02          IBIS WALK RETAIL I LLC        PMCHK00031616            $7,183.23
  AP CHECKS           Z-US$

5005773             2/7/2024   IDYL01          IDYLLWILDE ELEMENTARY PTA     PMCHK00031549              $114.31
  AP CHECKS           Z-US$

5006004             2/8/2024   INAC01          INA A COLEN ACADEMY LLC       PMCHK00031555              $270.50
  AP CHECKS           Z-US$

5006005             2/8/2024   INDI02          INDIAN RIDGE MIDDLE SCHOOL B  PMCHK00031555               $81.43
  AP CHECKS           Z-US$

5005562             1/10/2024  INDU01          INDUSTRIAL STEAM CLEANING OF  PMCHK00031527            $1,823.26
  AP CHECKS           Z-US$

5005874             2/7/2024   INDU01          INDUSTRIAL STEAM CLEANING OF  PMCHK00031551              $911.63
  AP CHECKS           Z-US$

5006498             3/7/2024   INDU01          CHARTER CAPITAL HOLDINGS LP   PMCHK00031590            $3,642.27
  AP CHECKS           Z-US$

5005459             1/10/2024  INSU01          INSURANCE OFFICE OF AMERICA,  PMCHK00031525              $960.00
  AP CHECKS           Z-US$

5005707             2/6/2024   INSU01          INSURANCE OFFICE OF AMERICA,  PMCHK00031548              $700.00
  AP CHECKS           Z-US$

5005850             2/7/2024   INSU01          INSURANCE OFFICE OF AMERICA,  PMCHK00031551              $600.00
  AP CHECKS           Z-US$

5006580             3/14/2024  INSU01          INSURANCE OFFICE OF AMERICA,  PMCHK00031611              $295.00
  AP CHECKS           Z-US$

5006581             3/14/2024  INSU01          INSURANCE OFFICE OF AMERICA,  PMCHK00031612            $1,869.00
  AP CHECKS           Z-US$

0020197             2/26/2024  JACE02          JACELIN GARCIA                PMCHK00031570              $572.16
  PAYROLL TRUIST      Z-US$

5005433             1/10/2024  JACK03          JACKSONVILLE SHERIFF'S OFFIC  PMCHK00031525              $100.00
  AP CHECKS           Z-US$

5005495             1/10/2024  JACK03          JACKSONVILLE SHERIFF'S OFFIC  PMCHK00031526               $20.00
  AP CHECKS           Z-US$

5006058             2/27/2024  JACO09          JACOB DREIBAND                PMCHK00031571              $500.00
  AP CHECKS           Z-US$

0020238             3/4/2024   JADE02          JADE NARANJO ROMAN            PMCHK00031583               $41.38
  PAYROLL TRUIST      Z-US$

5005316             1/2/2024   JAIM01          JAMIE PEREZ                   PMCHK00031512            $1,000.00
  AP CHECKS           Z-US$

5005708             2/6/2024   JAKE05          JAKES PRESSURE WASHING LLC    PMCHK00031548              $350.00
  AP CHECKS           Z-US$
```

```
System:     5/14/2024   3:21:35 PM                    Restaurants                          Page:    35
User Date:  5/14/2024                        VENDOR CHECK REGISTER REPORT                   User ID: cmickulas
                                               Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID          Vendor Check Name           Audit Trail Code              Amount
---------------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
---------------------------------------------------------------------------------------------------------------------
0020157           2/20/2024 JAME22            JAMELIS BONET               PMCHK00031567              $39.61
  PAYROLL TRUIST      Z-US$

0020239           3/4/2024  JARQ01            JARQUAN MOMPLAISIR          PMCHK00031583              $98.27
  PAYROLL TRUIST      Z-US$

0020139           1/3/2024  JASM08            JASMINE JOHNSON             PMCHK00031514             $758.63
  PAYROLL TRUIST      Z-US$

0020140           1/3/2024  JAYD04            JAYDEN NAZIR                PMCHK00031514             $347.20
  PAYROLL TRUIST      Z-US$

0020240           3/4/2024  JAYD05            JAYDEN BASTO                PMCHK00031583             $131.61
  PAYROLL TRUIST      Z-US$

5005342           1/4/2024  JBLF01            JBL FLAMINGO PINES LLC      PMCHK00031519           $1,936.57
  AP CHECKS           Z-US$

5006455           3/5/2024  JBLF01            JBL FLAMINGO PINES LLC      PMCHK00031587          $10,506.88
  AP CHECKS           Z-US$

MGMT ACH 02224    2/21/2024 JBLF01            JBL FLAMINGO PINES LLC      PMPAY00004843          $10,506.88
  AP CHECKS           Z-US$

5005813           2/7/2024  JDSE01            JD SERVICENOW               PMCHK00031550             $328.65
  AP CHECKS           Z-US$

5005586           1/12/2024 JEA001            JEA                         PMCHK00031530           $1,030.79
  AP CHECKS           Z-US$

JEA 2.20.24       2/20/2024 JEA001            JEA                         PMPAY00004750           $5,279.20
  UTILITIES B         Z-US$

JEA 2.29.24       2/29/2024 JEA001            JEA                         PMPAY00004783           $1,283.04
  UTILITIES B         Z-US$

JEA 2.29.24 2     2/29/2024 JEA001            JEA                         PMPAY00004783           $1,152.39
  UTILITIES B         Z-US$

JEA 3.19.24       3/19/2024 JEA001            JEA                         PMPAY00004844           $3,611.36
  UTILITIES B         Z-US$

JEA 3.29.24       3/29/2024 JEA001            JEA                         PMPAY00004853           $2,299.42
  UTILITIES B         Z-US$

REMIT000000000001832 1/12/2024 JEA001         JEA                         PMCHK00031531               $0.00
                      Z-US$

0020256           3/7/2024  JESS25            JESSICA DUPREE              PMCHK00031596              $93.92
  PAYROLL TRUIST      Z-US$

5006869           4/3/2024  JIMM01            JIMMY WEEKS, TAX COLLECTOR  PMCHK00031634           $1,263.74
  AP CHECKS           Z-US$

5006101           2/29/2024 JIMS02            JIM'S PLUMBING AND IRRIGATIO PMCHK00031572            $180.00
  AP CHECKS           Z-US$
```

```
System:    5/14/2024  3:21:35 PM                          Restaurants                                  Page:    36
User Date: 5/14/2024                              VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                   Multicurrency Management


* Voided Checks

Check Number      Date      Vendor ID        Vendor Check Name           Audit Trail Code              Amount
--------------------------------------------------------------------------------------------------------------------
   Checkbook ID     Currency ID     Rate Type ID     Exchange Table ID  Exchange Rate     Functional/Originating
--------------------------------------------------------------------------------------------------------------------
5005709          2/6/2024   JLAM01           JLAMASON INC.               PMCHK00031548             $1,738.75
  AP CHECKS          Z-US$

5005460          1/10/2024  JOEH01           JOE HILLMAN PLUMBERS, INC   PMCHK00031525             $1,558.15
  AP CHECKS          Z-US$

5006081          2/29/2024  JOEH01           JOE HILLMAN PLUMBERS, INC   PMCHK00031572               $567.78
  AP CHECKS          Z-US$

5006006          2/8/2024   JOHN43           JOHN HOPKINS MIDDLE PTSA    PMCHK00031555               $145.51
  AP CHECKS          Z-US$

5005663          1/16/2024  JONA13           JONATHAN BURTON             PMCHK00031534               $600.00
  AP CHECKS          Z-US$

5005676          1/30/2024  JONA13           JONATHAN BURTON             PMCHK00031542               $600.00
  AP CHECKS          Z-US$

0020147          2/1/2024   JONA15           JONATHAN GREENBERG          PMCHK00031545               $184.30
  PAYROLL TRUIST     Z-US$

0020183          2/23/2024  JOSE13           JOSE MEDINA                 PMCHK00031568               $717.79
  PAYROLL TRUIST     Z-US$

0020241          3/4/2024   JULI07           JULIA HOLLAND               PMCHK00031583               $138.39
  PAYROLL TRUIST     Z-US$

5005710          2/6/2024   JUST01           JUST IN QUESO FOUNDATION, IN PMCHK00031548              $625.00
  AP CHECKS          Z-US$

5005775          2/7/2024   JUST01           JUST IN QUESO FOUNDATION, IN PMCHK00031549              $124.74
  AP CHECKS          Z-US$

5006082          2/29/2024  JUST01           JUST IN QUESO FOUNDATION, IN PMCHK00031572              $354.82
  AP CHECKS          Z-US$

5006823          3/29/2024  JUST01           JUST IN QUESO FOUNDATION, IN PMCHK00031632               $65.76
  AP CHECKS          Z-US$

5006927          4/18/2024  JUST01           JUST IN QUESO FOUNDATION, IN PMCHK00031644              $516.90
  AP CHECKS          Z-US$

5005876          2/7/2024   JUST17           JUST IN QUESO FOUNDATION, IN PMCHK00031551           $20,309.51
  AP CHECKS          Z-US$

5006083          2/29/2024  JUST17           JUST IN QUESO FOUNDATION, IN PMCHK00031572            $9,505.91
  AP CHECKS          Z-US$

5006453          3/5/2024   JUST21           JUSTIN GENEST               PMCHK00031585               $600.00
  AP CHECKS          Z-US$

0020146          1/16/2024  JUST22           JUSTIN HYATT                PMCHK00031532               $549.46
  PAYROLL TRUIST     Z-US$

5006007          2/8/2024   JWMI01           J.W. MITCHELL HIGH SCHOOL   PMCHK00031555               $224.91
  AP CHECKS          Z-US$
```

```
System:     5/14/2024   3:21:35 PM                        Restaurants                              Page:    37
User Date:  5/14/2024                             VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                                    Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID          Vendor Check Name              Audit Trail Code              Amount
--------------------------------------------------------------------------------------------------------------------
  Checkbook ID      Currency ID      Rate Type ID     Exchange Table ID   Exchange Rate        Functional/Originating
--------------------------------------------------------------------------------------------------------------------
5006761             3/27/2024 K&DS01             PROPERTY SERVICES BY K&D LLC   PMCHK00031630                $645.00
  AP CHECKS         Z-US$

0020158             2/20/2024 KARI03             KARINA ROHENA                  PMCHK00031567                $243.90
  PAYROLL TRUIST    Z-US$

0020213             3/1/2024  KARI03             KARINA ROHENA                  PMCHK00031576                $352.76
  PAYROLL TRUIST    Z-US$

0020198             2/26/2024 KARM01             KARIM SOBOL                    PMCHK00031570                $692.01
  PAYROLL TRUIST    Z-US$

0020142             1/4/2024  KAYT02             KAYTLIN WELLESLEY              PMCHK00031518                $180.36
  PAYROLL TRUIST    Z-US$

5005477             1/10/2024 KAZA01             KAZAR'S ELECTRIC, INC.         PMCHK00031525                $693.36
  AP CHECKS         Z-US$

5005824             2/7/2024  KAZA01             KAZAR'S ELECTRIC, INC.         PMCHK00031550                $477.51
  AP CHECKS         Z-US$

5006102             2/29/2024 KAZA01             KAZAR'S ELECTRIC, INC.         PMCHK00031572                $238.52
  AP CHECKS         Z-US$

5006038             2/8/2024  KEEN01             KEENE'S CROSSING ELEMENTARY    PMCHK00031555                 $90.58
  AP CHECKS         Z-US$

5005515             1/10/2024 KEIT01             KEITH LAWSON COMPANY, INC.     PMCHK00031526                $649.00
  AP CHECKS         Z-US$

0020205             2/26/2024 KELL11             KELLY GRULLON                  PMCHK00031570              $1,083.79
  PAYROLL TRUIST    Z-US$

0020242             3/4/2024  KELL12             KELLI CALLAHAN                 PMCHK00031583                $188.31
  PAYROLL TRUIST    Z-US$

5006870             4/3/2024  KENB01             KEN BURTON, JR. TAX COLLECTO   PMCHK00031634              $1,528.34
  AP CHECKS         Z-US$

5005711             2/6/2024  KITE01             KITE ENVIRONMENTAL             PMCHK00031548                $300.00
  AP CHECKS         Z-US$

5005776             2/7/2024  KITE01             KITE ENVIRONMENTAL             PMCHK00031549                $150.00
  AP CHECKS         Z-US$

5006084             2/29/2024 KITE01             KITE ENVIRONMENTAL             PMCHK00031572                $150.00
  AP CHECKS         Z-US$

5006801             3/27/2024 KITE01             KITE ENVIRONMENTAL             PMCHK00031631                $690.00
  AP CHECKS         Z-US$

5005320             1/3/2024  KRGP01             KRG PARKSIDE I, LLC            PMCHK00031516              $2,000.00
  AP CHECKS         Z-US$

REMIT000000000001840 3/15/2024 KRGP01           KRG PARKSIDE I, LLC            PMCHK00031616                  $0.00
                    Z-US$
```

```
System:    5/14/2024   3:21:35 PM                      Restaurants                              Page:   38
User Date: 5/14/2024                           VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                                 Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID        Vendor Check Name            Audit Trail Code           Amount

  Checkbook ID        Currency ID      Rate Type ID      Exchange Table ID  Exchange Rate      Functional/Originating
-----------------------------------------------------------------------------------------------------------

VERSAPAY KITE 193   1/10/2024 KRGP01            KRG PARKSIDE I, LLC          PMPAY00004738          $13,120.60
  AP CHECKS           Z-US$

5005319             1/3/2024  KRGR01            KRG NEW HILL PLACE I, LLC    PMCHK00031516           $2,000.00
  AP CHECKS           Z-US$

REMIT000000000001841 3/15/2024 KRGR01          KRG NEW HILL PLACE I, LLC    PMCHK00031616               $0.00
  AP CHECKS           Z-US$

VERSAPY KITE 182    1/10/2024 KRGR01            KRG NEW HILL PLACE I, LLC    PMPAY00004738          $10,926.05
  AP CHECKS           Z-US$

5005432             1/10/2024 KRYS02            KRYSTAL GREENFIELD           PMCHK00031524           $1,000.00
  AP CHECKS           Z-US$

0020181             2/23/2024 KYRA02            KYRA SMITH                   PMCHK00031568             $275.14
  PAYROLL TRUIST      Z-US$

0020159             2/20/2024 LACE03            LACEY REID                   PMCHK00031567             $456.11
  PAYROLL TRUIST      Z-US$

0020214             3/1/2024  LACE03            LACEY REID                   PMCHK00031576             $697.66
  PAYROLL TRUIST      Z-US$

5006085             2/29/2024 LACHI01           LA CHIQUITA TORTILLA-MFR ORL PMCHK00031572               $0.72
  AP CHECKS           Z-US$

LAKE APOPKA 4.1.24  4/1/2024  LAKE01            LAKE APOPKA NATURAL GAS      PMPAY00004872           $1,221.81
  UTILITIES B         Z-US$

5005587             1/12/2024 LAKE01            LAKE APOPKA NATURAL GAS      PMCHK00031530             $627.10
  AP CHECKS           Z-US$

LAKE 2.27.24        2/27/2024 LAKE01            LAKE APOPKA NATURAL GAS      PMPAY00004783             $534.00
  UTILITIES B         Z-US$

LAKE 2.5.24         2/5/2024  LAKE01            LAKE APOPKA NATURAL GAS      PMPAY00004750           $1,801.90
  UTILITIES B         Z-US$

LAKE 3.26.24        3/26/2024 LAKE01            LAKE APOPKA NATURAL GAS      PMPAY00004853             $520.65
  UTILITIES B         Z-US$

LAKE APOPKA 1.9.24  1/9/2024  LAKE01            LAKE APOPKA NATURAL GAS      PMPAY00004750           $2,441.42
  UTILITIES B         Z-US$

LANG 3.1.24         3/1/2024  LAKE01            LAKE APOPKA NATURAL GAS      PMPAY00004841             $698.28
  UTILITIES B         Z-US$

LANG 3.12.24        3/12/2024 LAKE01            LAKE APOPKA NATURAL GAS      PMPAY00004844           $1,423.52
  UTILITIES B         Z-US$

5006008             2/8/2024  LAKE11            LAKE MARY HIGH SCHOOL BASEBA PMCHK00031555             $100.70
  AP CHECKS           Z-US$

5006009             2/8/2024  LAKE42            LAKE EOLA CHARTER SCHOOL PTS PMCHK00031555             $135.83
  AP CHECKS           Z-US$
```

```
System:    5/14/2024   3:21:35 PM                    Restaurants                              Page:   39
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                               Multicurrency Management


* Voided Checks

Check Number         Date      Vendor ID         Vendor Check Name              Audit Trail Code            Amount
------------------------------------------------------------------------------------------------------------------
  Checkbook ID       Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
------------------------------------------------------------------------------------------------------------------
5005403              1/4/2024 LAKE56            LAKE NONA STATION, LLC         PMCHK00031520          $11,862.71
  AP CHECKS          Z-US$

5006010              2/8/2024 LARG06            LARGO MIDDLE IB WORLD SCHOOL   PMCHK00031555             $174.55
  AP CHECKS          Z-US$

5006883              4/3/2024 LEEC01            LEE COUNTY TAX COLLECTOR       PMCHK00031634           $1,086.59
  AP CHECKS          Z-US$

5005638              1/12/2024 LEEC04           LEE COUNTY UTILITIES           PMCHK00031531             $172.58
  AP CHECKS          Z-US$

LEE COUNTY 1.16      1/16/2024 LEEC04           LEE COUNTY UTILITIES           PMPAY00004759             $172.58
  UTILITIES A        Z-US$

LEE COUNTY 3.21      3/21/2024 LEEC04           LEE COUNTY UTILITIES           PMPAY00004821             $479.74
  UTILITIES A        Z-US$

0020182              2/23/2024 LEON11           LEONETTE BAHR                  PMCHK00031568             $325.88
  PAYROLL TRUIST     Z-US$

5005712              2/6/2024 LIFE04            LIFE SAFETY SOLUTIONS INC.     PMCHK00031548             $346.26
  AP CHECKS          Z-US$

5005525              1/10/2024 LIGH09           LIGHT BULB DEPOT 5 LLC         PMCHK00031526             $251.55
  AP CHECKS          Z-US$

5005825              2/7/2024 LIGH09            LIGHT BULB DEPOT 5 LLC         PMCHK00031550             $413.88
  AP CHECKS          Z-US$

0020160              2/20/2024 LILL03           LILLIAN ROSADO                 PMCHK00031567              $24.41
  PAYROLL TRUIST     Z-US$

5006884              4/3/2024 LISA01            BREVARD COUNTY TAX COLLECTOR   PMCHK00031634           $1,728.99
  AP CHECKS          Z-US$

5006011              2/8/2024 LLTA01            LLT ACADEMY                    PMCHK00031555             $118.51
  AP CHECKS          Z-US$

0020199              2/26/2024 LOGA07           LOGAN TAYLOR                   PMCHK00031570             $751.03
  PAYROLL TRUIST     Z-US$

0020179              2/23/2024 LORE01           LORENZO NEVES                  PMCHK00031568             $549.92
  PAYROLL TRUIST     Z-US$

MGM CO ACH 020924    2/9/2024 LOUI04            LOUIS GERACI, LLLP             PMPAY00004842          $17,267.88
  AP CHECKS          Z-US$

5006012              2/8/2024 LOUI06            LOUIS BENITO MIDDLE SCHOOL P   PMCHK00031555              $86.89
  AP CHECKS          Z-US$

0020180              2/23/2024 LOUI07           LOUIS MACHADO                  PMCHK00031568              $95.90
  PAYROLL TRUIST     Z-US$

5006013              2/8/2024 MADE03            MADEIRA BEACH FUNDAMENTAL PT   PMCHK00031555             $513.17
  AP CHECKS          Z-US$
```

```
System:    5/14/2024  3:21:35 PM                        Restaurants                              Page:    40
User Date: 5/14/2024                             VENDOR CHECK REGISTER REPORT                     User ID: cmickulas
                                                   Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID           Vendor Check Name           Audit Trail Code              Amount
    Checkbook ID          Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate       Functional/Originating
------------------------------------------------------------------------------------------------------------------
0020243            3/4/2024 MADI20           MADISON WALIGURA            PMCHK00031583               $217.87
    PAYROLL TRUIST       Z-US$

0020286            4/5/2024 MADI21           MADISON WHISENANT           PMCHK00031638               $102.32
    PAYROLL TRUIST       Z-US$

5005489            1/10/2024 MAHO02          MAHONEY ICE EQUIPMENT       PMCHK00031525               $167.28
    AP CHECKS            Z-US$

MANATEE 1.9        1/9/2024 MANA02           MANATEE COUNTY UTILITY DEPT PMPAY00004759             $1,162.50
    UTILITIES A         Z-US$

MANATEE 3.21       3/21/2024 MANA02          MANATEE COUNTY UTILITY DEPT PMPAY00004821             $3,213.97
    UTILITIES A         Z-US$

5006014            2/8/2024 MANA06           MANATEE ELEMENTARY          PMCHK00031555               $336.18
    AP CHECKS            Z-US$

0020178            2/23/2024 MARC18          MARCUS TEMPLE               PMCHK00031568               $943.36
    PAYROLL TRUIST       Z-US$

0020187            2/23/2024 MART12          MARTIN GLEASON              PMCHK00031568             $1,063.19
    PAYROLL TRUIST       Z-US$

5005713            2/6/2024 MASS01           MASSEY SERVICE, INC.        PMCHK00031548            $18,579.70
    AP CHECKS            Z-US$

5005851            2/7/2024 MASS01           MASSEY SERVICE, INC.        PMCHK00031551             $7,955.39
    AP CHECKS            Z-US$

5006905            4/3/2024 MASS01           MASSEY SERVICE, INC.        PMCHK00031636             $9,690.13
    AP CHECKS            Z-US$

0020177            2/23/2024 MATH03          MATHEUS ANDRADE             PMCHK00031568               $546.67
    PAYROLL TRUIST       Z-US$

5005405            1/4/2024 MAXW02           MAXWELL PROPERTIES LLC      PMCHK00031520            $11,470.67
    AP CHECKS            Z-US$

5005461            1/10/2024 MCNA01          MCNATT PLUMBING COMPANY, INC PMCHK00031525              $795.00
    AP CHECKS            Z-US$

5005516            1/10/2024 MCNA01          MCNATT PLUMBING COMPANY, INC PMCHK00031526              $570.00
    AP CHECKS            Z-US$

5005814            2/7/2024 MCNA01           MCNATT PLUMBING COMPANY, INC PMCHK00031550              $250.00
    AP CHECKS            Z-US$

5006086            2/29/2024 MCNA01          MCNATT PLUMBING COMPANY, INC PMCHK00031572              $653.46
    AP CHECKS            Z-US$

5006906            4/3/2024 MCNA01           MCNATT PLUMBING COMPANY, INC PMCHK00031636              $247.00
    AP CHECKS            Z-US$

0020162            2/20/2024 MEGH02          MEGHAN NEELY                PMCHK00031567               $218.89
    PAYROLL TRUIST       Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                          Page:   41
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT              User ID: cmickulas
                                              Multicurrency Management
```

\* Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| 0020215 | 3/1/2024 MEGH02 | | MEGHAN NEELY | PMCHK00031576 | $166.56 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 5005490 | 1/10/2024 METR01 | | METRO ROOTER | PMCHK00031525 | $1,091.00 |
| AP CHECKS | Z-US$ | | | | |
| 5006862 | 3/29/2024 METR01 | | METRO ROOTER | PMCHK00031633 | $1,813.30 |
| AP CHECKS | Z-US$ | | | | |
| 5006885 | 4/3/2024 MIAM01 | | MIAMI-DADE COUNTY TAX COLLEC | PMCHK00031634 | $1,983.32 |
| AP CHECKS | Z-US$ | | | | |
| 5005430 | 1/9/2024 MICH43 | | MICHAEL WILLIAMS | PMCHK00031523 | $1,000.00 |
| AP CHECKS | Z-US$ | | | | |
| 5006051 | 2/13/2024 MICH43 | | MICHAEL WILLIAMS | PMCHK00031562 | $700.00 |
| AP CHECKS | Z-US$ | | | | |
| 5005677 | 1/30/2024 MIKE07 | | MIKE VECENTE | PMCHK00031542 | $800.00 |
| AP CHECKS | Z-US$ | | | | |
| 5005682 | 2/6/2024 MIKE07 | | MIKE VECENTE | PMCHK00031547 | $800.00 |
| AP CHECKS | Z-US$ | | | | |
| 0020278 | 3/12/2024 MIKE08 | | MIKE ALVAREZ | PMCHK00031606 | $649.37 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 5006103 | 2/29/2024 MOBI02 | | MOBILE LOCKSMITH | PMCHK00031572 | $186.38 |
| AP CHECKS | Z-US$ | | | | |
| 0020204 | 2/26/2024 MORG08 | | MORGAN CANTERBURY | PMCHK00031570 | $149.82 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 5006015 | 2/8/2024 MOUN09 | | MOUNT DORA MIDDLE SCHOOL PTO | PMCHK00031555 | $169.54 |
| AP CHECKS | Z-US$ | | | | |
| 5005348 | 1/4/2024 NADG02 | | NADG (COURTYARD) LP | PMCHK00031519 | $9,345.62 |
| AP CHECKS | Z-US$ | | | | |
| 5005349 | 1/4/2024 NADG02 | | NADG (COURTYARD) LP | PMCHK00031519 | $204.63 |
| AP CHECKS | Z-US$ | | | | |
| 5005958 | 2/8/2024 NADG02 | | NADG (COURTYARD) LP | PMCHK00031554 | $10,345.69 |
| AP CHECKS | Z-US$ | | | | |
| 0020244 | 3/4/2024 NATA01 | | NATALIA CAMACHO | PMCHK00031583 | $56.04 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 0020245 | 3/4/2024 NATA02 | | NATALIE ASCENCIO | PMCHK00031583 | $29.62 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 5006907 | 4/3/2024 NATC01 | | NATCOMM, INC | PMCHK00031636 | $803.60 |
| AP CHECKS | Z-US$ | | | | |
| 0020141 | 1/3/2024 NATH11 | | NATHAN SOMMERS | PMCHK00031514 | $125.79 |
| PAYROLL TRUIST | Z-US$ | | | | |

```
System:    5/14/2024  3:21:35 PM                    Restaurants                            Page:    42
User Date: 5/14/2024                         VENDOR CHECK REGISTER REPORT                   User ID: cmickulas
                                                Multicurrency Management


* Voided Checks

Check Number        Date       Vendor ID      Vendor Check Name          Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------
   Checkbook ID      Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
-------------------------------------------------------------------------------------------------------------
5005588            1/12/2024 NATI03            NATIONAL EXEMPTION SERVICE  PMCHK00031530               $160.96
   AP CHECKS         Z-US$

NATIONAL 3.25.24   3/25/2024 NATI03            NATIONAL EXEMPTION SERVICE  PMPAY00004852               $338.92
   UTILITIES B       Z-US$

NES 2.7            2/7/2024  NATI03            NATIONAL EXEMPTION SERVICE  PMPAY00004793               $727.89
   UTILITIES A       Z-US$

NES 3.14           3/14/2024 NATI03            NATIONAL EXEMPTION SERVICE  PMPAY00004821             $1,038.62
   UTILITIES A       Z-US$

5005798            2/7/2024  NCRC01            NCR CORPORATION            PMCHK00031549               $681.40
   AP CHECKS         Z-US$

5006016            2/8/2024  NEAS02            NEASE BAND BOOSTERS        PMCHK00031555               $229.57
   AP CHECKS         Z-US$

5005717            2/6/2024  NEWL02            NEW LEAF PROPERTY MAINTENANC PMCHK00031548             $250.00
   AP CHECKS         Z-US$

5005854            2/7/2024  NEWL02            NEW LEAF PROPERTY MAINTENANC PMCHK00031551             $250.00
   AP CHECKS         Z-US$

5005350            1/4/2024  NEWT02            FJS, LLC                   PMCHK00031519             $8,476.22
   AP CHECKS         Z-US$

5005959            2/8/2024  NEWT02            FJS, LLC                   PMCHK00031554             $8,476.22
   AP CHECKS         Z-US$

0020253            3/7/2024  NICH03            NICHOLAS BARNES            PMCHK00031596               $103.14
   PAYROLL TRUIST    Z-US$

0020279            3/12/2024 NICH03            NICHOLAS BARNES            PMCHK00031606               $157.61
   PAYROLL TRUIST    Z-US$

0020176            2/23/2024 NICK10            NICKOLAS ALLEN             PMCHK00031568               $871.89
   PAYROLL TRUIST    Z-US$

5005351            1/4/2024  NOBL01            NP I, INC.                 PMCHK00031519             $8,202.32
   AP CHECKS         Z-US$

5005960            2/8/2024  NOBL01            NP I, INC.                 PMCHK00031554             $8,202.32
   AP CHECKS         Z-US$

NC DEPT 1.22.24    1/22/2024 NORT03            NORTH CAROLINA DEPARTMENT OF PMPAY00004753           $12,622.57
   ACH TRUIST        Z-US$

NC DEPT 2.20.24    2/20/2024 NORT03            NORTH CAROLINA DEPARTMENT OF PMPAY00004792           $10,358.48
   ACH TRUIST        Z-US$

5005831            2/7/2024  NORT20            NORTHEAST HIGH SCHOOL      PMCHK00031551               $177.07
   AP CHECKS         Z-US$

5005718            2/6/2024  NORT35            NORTH FLOIRDA WINDOW CLEANIN PMCHK00031548              $32.25
   AP CHECKS         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                            Page:    43
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                               Multicurrency Management


* Voided Checks


Check Number         Date      Vendor ID      Vendor Check Name           Audit Trail Code              Amount
---------------------------------------------------------------------------------------------------------------
   Checkbook ID         Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate    Functional/Originating
---------------------------------------------------------------------------------------------------------------
5005406              1/4/2024  OAKS01         OAKS AT LAKE MARY LTD        PMCHK00031520             $8,080.41
   AP CHECKS           Z-US$

5005913              2/8/2024  OAKS01         OAKS AT LAKE MARY LTD        PMCHK00031553             $6,343.45
   AP CHECKS           Z-US$

5005589              1/12/2024 OCO02          CITY OF OCOEE                PMCHK00031530               $448.91
   AP CHECKS           Z-US$

OCOEE 1.9.24         1/9/2024  OCO02          CITY OF OCOEE                PMPAY00004750               $451.86
   UTILITIES B         Z-US$

OCOEE 3.21.24        3/21/2024 OCO02          CITY OF OCOEE                PMPAY00004847               $688.65
   UTILITIES B         Z-US$

MGMT EFT 022324      2/23/2024 OLO01          MOBO SYSTEMS INC             PMPAY00004843            $34,781.41
   AP CHECKS           Z-US$

ORANGE CTY 3.18.24   3/18/2024 ORAN03         ORANGE COUNTY UTILITIES      PMPAY00004844                $35.66
   UTILITIES B         Z-US$

ORANGE 1.8.24        1/8/2024  ORAN03         ORANGE COUNTY UTILITIES      PMPAY00004750                $34.61
   UTILITIES B         Z-US$

ORANGE 2.29.24       2/29/2024 ORAN03         ORANGE COUNTY UTILITIES      PMPAY00004784                $34.61
   UTILITIES B         Z-US$

REMIT000000000001833 1/12/2024 ORAN03         ORANGE COUNTY UTILITIES      PMCHK00031531                 $0.00
   Z-US$

5006017              2/8/2024  ORAN08         ORANGE COUNTY PUBLIC SCHOOL  PMCHK00031555               $131.86
   AP CHECKS           Z-US$

5005590              1/12/2024 ORLA02         ORLANDO WASTE PAPER CO INC   PMCHK00031530               $320.63
   AP CHECKS           Z-US$

0020203              2/26/2024 OSCA03         OSCAR TORRES RIVERA          PMCHK00031570               $712.87
   PAYROLL TRUIST      Z-US$

5005719              2/6/2024  OSCE02         OSCEOLA FUNDAMENTAL HIGH SCH PMCHK00031548               $284.63
   AP CHECKS           Z-US$

5006886              4/3/2024  OSCE04         BRUCE VICKERS, CFC, OSCEOLA  PMCHK00031634             $3,630.07
   AP CHECKS           Z-US$

5005407              1/4/2024  OTOWN01        O TOWN 6 ACRES, LLC          PMCHK00031520            $10,353.00
   AP CHECKS           Z-US$

5005914              2/8/2024  OTOWN01        O TOWN 6 ACRES, LLC          PMCHK00031553            $10,353.00
   AP CHECKS           Z-US$

OUC 1.9.24           1/9/2024  OUC001         OUC                          PMPAY00004750             $1,449.91
   UTILITIES B         Z-US$

OUC 2.28.24          2/28/2024 OUC001         OUC                          PMPAY00004783             $7,636.92
   UTILITIES B         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                          Page:   44
User Date: 5/14/2024                         VENDOR CHECK REGISTER REPORT                 User ID: cmickulas
                                               Multicurrency Management
```

\* Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| OUC 2.5.24 | 2/5/2024 | OUC001 | OUC | PMPAY00004750 | $13,583.14 |
| UTILITIES B | Z-US$ | | | | |
| OUC 3.1.24 | 3/1/2024 | OUC001 | OUC | PMPAY00004841 | $1,452.33 |
| UTILITIES B | Z-US$ | | | | |
| OUC 3.13.24 | 3/13/2024 | OUC001 | OUC | PMPAY00004844 | $7,265.72 |
| UTILITIES B | Z-US$ | | | | |
| OUC 3.26.24 | 3/26/2024 | OUC001 | OUC | PMPAY00004853 | $8,797.96 |
| UTILITIES B | Z-US$ | | | | |
| OUC 3.28.24 | 3/28/2024 | OUC001 | OUC | PMPAY00004853 | $1,199.17 |
| UTILITIES B | Z-US$ | | | | |
| OUC 4.1.24 | 4/1/2024 | OUC001 | OUC | PMPAY00004872 | $2,859.08 |
| UTILITIES B | Z-US$ | | | | |
| REMIT000000000001834 | 1/12/2024 | OUC001 | OUC | PMCHK00031531 | $0.00 |
| | Z-US$ | | | | |
| 5006088 | 2/29/2024 | P&M02 | P & M DOOR & LOCK REPAIR | PMCHK00031572 | $180.00 |
| AP CHECKS | Z-US$ | | | | |
| 5005639 | 1/12/2024 | PALM07 | PALM BEACH COUNTY WATER UTIL | PMCHK00031531 | $346.57 |
| AP CHECKS | Z-US$ | | | | |
| 5005640 | 1/12/2024 | PALM07 | PALM BEACH COUNTY WATER UTIL | PMCHK00031531 | $368.21 |
| AP CHECKS | Z-US$ | | | | |
| PBC 1.16.24 | 1/16/2024 | PALM07 | PALM BEACH COUNTY WATER UTIL | PMPAY00004666 | $1,148.77 |
| UTILITIES A | Z-US$ | | | | |
| PBC 3.21 | 3/21/2024 | PALM07 | PALM BEACH COUNTY WATER UTIL | PMPAY00004821 | $2,200.18 |
| UTILITIES A | Z-US$ | | | | |
| ACH JAN RENT | 1/3/2024 | PALS01 | PALSCHER, INC. | PMPAY00004739 | $11,342.50 |
| AP CHECKS | Z-US$ | | | | |
| RENT 0224 | 2/1/2024 | PALS01 | PALSCHER, INC. | PMPAY00004828 | $10,865.00 |
| AP CHECKS | Z-US$ | | | | |
| 5006039 | 2/8/2024 | PANT02 | PANTHER CREEK BAND BOOSTERS, | PMCHK00031555 | $215.63 |
| AP CHECKS | Z-US$ | | | | |
| 5005856 | 2/7/2024 | PARA02 | PARADISE PLUMBING & AR CONDI | PMCHK00031551 | $544.62 |
| AP CHECKS | Z-US$ | | | | |
| ACH JAN RENT | 1/3/2024 | PARK01 | PARK SHERIDAN PLAZA | PMPAY00004739 | $9,365.50 |
| AP CHECKS | Z-US$ | | | | |
| RENT EFT FEB2024 | 2/1/2024 | PARK01 | PARK SHERIDAN PLAZA | PMPAY00004829 | $9,365.50 |
| AP CHECKS | Z-US$ | | | | |
| 5006871 | 4/3/2024 | PASC01 | MIKE FASANO, TAX COLLECTOR | PMCHK00031634 | $2,580.00 |
| AP CHECKS | Z-US$ | | | | |

```
System:     5/14/2024  3:21:35 PM                    Restaurants                              Page:    45
User Date:  5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                  Multicurrency Management


* Voided Checks

Check Number        Date      Vendor ID          Vendor Check Name            Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------------
    Checkbook ID        Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate    Functional/Originating
-------------------------------------------------------------------------------------------------------------------
5005665             1/16/2024 PAUL17             PAUL BORZELLIERE            PMCHK00031534               $800.00
    AP CHECKS           Z-US$

5006502             3/7/2024  PAYT02             PAYTON R. KEITH             PMCHK00031594               $800.00
    AP CHECKS           Z-US$

5006018             2/8/2024  PEAC06             PEACE UNITED METHODIST CHURC PMCHK00031555              $180.11
    AP CHECKS           Z-US$

5005603             1/12/2024 PEOP01             TECO                        PMCHK00031530             $2,357.06
    AP CHECKS           Z-US$

5005661             1/12/2024 PEOP01             TECO                        PMCHK00031531             $5,969.22
    AP CHECKS           Z-US$

PEOPLE 2.27.24      2/27/2024 PEOP01             TECO                        PMPAY00004783               $375.07
    UTILITIES B         Z-US$

PEOPLE 2.27.24*     2/27/2024 PEOP01             TECO                        PMPAY00004783               $284.07
    UTILITIES B         Z-US$

PEOPLE 4.1.24       4/1/2024  PEOP01             TECO                        PMPAY00004872             $5,252.04
    UTILITIES B         Z-US$

PEOPLE GAS 3.1.24   3/1/2024  PEOP01             TECO                        PMPAY00004837            $10,255.07
    UTILITIES B         Z-US$

PEOPLES 4.5.24      4/5/2024  PEOP01             TECO                        PMPAY00004873               $792.92
    UTILITIES B         Z-US$

PEOPLES GAS 1.8     1/8/2024  PEOP01             TECO                        PMPAY00004759             $2,259.59
    UTILITIES A         Z-US$

PEOPLES GAS 2.2.24  2/2/2024  PEOP01             TECO                        PMPAY00004713               $600.66
    UTILITIES A         Z-US$

PEOPLES GAS 2.27    2/27/2024 PEOP01             TECO                        PMPAY00004766               $286.67
    UTILITIES A         Z-US$

PEOPLES GAS 2.29    2/29/2024 PEOP01             TECO                        PMPAY00004777             $3,627.28
    UTILITIES A         Z-US$

PEOPLES GAS 2.6.24  2/5/2024  PEOP01             TECO                        PMPAY00004714               $540.53
    UTILITIES A         Z-US$

PEOPLES GAS 2.9     2/9/2024  PEOP01             TECO                        PMPAY00004735               $840.84
    UTILITIES A         Z-US$

PEOPLES GAS 3.13    3/13/2024 PEOP01             TECO                        PMPAY00004818             $7,737.78
    UTILITIES A         Z-US$

PEOPLES GAS 3.13.24 3/13/2024 PEOP01             TECO                        PMPAY00004817               $239.47
    UTILITIES A         Z-US$

PEOPLES GAS 3.14    3/14/2024 PEOP01             TECO                        PMPAY00004818               $790.17
    UTILITIES A         Z-US$
```

```
System:     5/14/2024  3:21:35 PM                    Restaurants                         Page:    46
User Date:  5/14/2024                         VENDOR CHECK REGISTER REPORT                User ID: cmickulas
                                               Multicurrency Management


 * Voided Checks


Check Number         Date      Vendor ID      Vendor Check Name          Audit Trail Code         Amount
-----------------------------------------------------------------------------------------------------------
  Checkbook ID        Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate   Functional/Originating
-----------------------------------------------------------------------------------------------------------
PEOPLES GAS 4.10     4/10/2024 PEOP01         TECO                        PMPAY00004855        $1,890.04
  UTILITIES A         Z-US$

PEOPLES GAS 4.11     4/11/2024 PEOP01         TECO                        PMPAY00004856        $2,108.24
  UTILITIES A         Z-US$

PEOPLES GAS 4.3.24   4/3/2024  PEOP01         TECO                        PMPAY00004850          $263.26
  UTILITIES A         Z-US$

PEOPLES GAS 4.9      4/9/2024  PEOP01         TECO                        PMPAY00004855        $1,756.96
  UTILITIES A         Z-US$

5005462              1/10/2024 PGMS01         PGM SERVICE                 PMCHK00031525          $534.15
  AP CHECKS           Z-US$

5005518              1/10/2024 PGMS01         PGM SERVICE                 PMCHK00031526          $843.01
  AP CHECKS           Z-US$

5005546              1/10/2024 PGMS01         PGM SERVICE                 PMCHK00031527          $748.33
  AP CHECKS           Z-US$

5005721              2/6/2024  PGMS01         PGM SERVICE                 PMCHK00031548        $3,750.89
  AP CHECKS           Z-US$

5005857              2/7/2024  PGMS01         PGM SERVICE                 PMCHK00031551          $214.50
  AP CHECKS           Z-US$

5006908              4/3/2024  PGMS01         PGM SERVICE                 PMCHK00031636          $601.37
  AP CHECKS           Z-US$

5005429              1/9/2024  PHIL05         PHIL D'AMATO                PMCHK00031523        $1,000.00
  AP CHECKS           Z-US$

5005668              1/17/2024 PHIL05         PHIL D'AMATO                PMCHK00031535        $1,200.00
  AP CHECKS           Z-US$

5005641              1/12/2024 PINE01         PINELLAS COUNTY UTILITIES   PMCHK00031531        $2,310.93
  AP CHECKS           Z-US$

PINELLAS 3.14        3/14/2024 PINE01         PINELLAS COUNTY UTILITIES   PMPAY00004821        $2,534.45
  UTILITIES A         Z-US$

5005833              2/7/2024  PINE09         LEILA G. DAVIS ELEMENTARY   PMCHK00031551          $247.31
  AP CHECKS           Z-US$

5006887              4/3/2024  PINE20         CHARLES W THOMAS, TAX COLLEC PMCHK00031634       $9,460.27
  AP CHECKS           Z-US$

EMP PAYROL 1.12.24   1/10/2024 PLAN07         PLANSOURCE                  PMPAY00004676      $405,139.89
  PAYROLL TRUIST      Z-US$

EMP PAYROL 2.02.24   1/31/2024 PLAN07         PLANSOURCE                  PMPAY00004751      $441,015.63
  PAYROLL TRUIST      Z-US$

EMP PAYROLL 1.05.24  1/3/2024  PLAN07         PLANSOURCE                  PMPAY00004675      $411,411.84
  PAYROLL TRUIST      Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                              Page:    47
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT              User ID: cmickulas
                                               Multicurrency Management
```

\* Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| EMP PAYROLL 1.19.24 | 1/19/2024 | PLAN07 | PLANSOURCE | PMPAY00004744 | $416,013.15 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 1.26.24 | 1/26/2024 | PLAN07 | PLANSOURCE | PMPAY00004743 | $437,551.55 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 2.09.24 | 2/9/2024 | PLAN07 | PLANSOURCE | PMPAY00004746 | $474,382.82 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 2.16.24 | 2/16/2024 | PLAN07 | PLANSOURCE | PMPAY00004747 | $457,062.94 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 2.23.24 | 2/21/2024 | PLAN07 | PLANSOURCE | PMPAY00004780 | $420,331.25 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 3.01.24 | 2/29/2024 | PLAN07 | PLANSOURCE | PMPAY00004781 | $451,534.81 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 3.08.24 | 3/6/2024 | PLAN07 | PLANSOURCE | PMPAY00004782 | $421,418.79 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 3.22.24 | 3/20/2024 | PLAN07 | PLANSOURCE | PMPAY00004805 | $413,235.95 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 3.29.24 | 3/27/2024 | PLAN07 | PLANSOURCE | PMPAY00004806 | $542,165.51 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 315.24 | 3/13/2024 | PLAN07 | PLANSOURCE | PMPAY00004811 | $439,357.76 |
| PAYROLL TRUIST | Z-US$ | | | | |
| EMP PAYROLL 4.05.24 | 4/3/2024 | PLAN07 | PLANSOURCE | PMPAY00004824 | $496,616.25 |
| PAYROLL TRUIST | Z-US$ | | | | |
| MGR PAYROLL 3.08.24 | 3/7/2024 | PLAN07 | PLANSOURCE | PMPAY00004815 | $503,909.65 |
| PAYROLL TRUIST | Z-US$ | | | | |
| PAYROLL ADMIN FEE | 3/18/2024 | PLAN07 | PLANSOURCE | PMPAY00004810 | $22,256.37 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 5005778 | 2/7/2024 | PLAT02 | PLATO ACADEMY LARGO | PMCHK00031549 | $97.71 |
| AP CHECKS | Z-US$ | | | | |
| 5006040 | 2/8/2024 | PLAT03 | PLATO ACADEMY SEMINOLE PTO | PMCHK00031555 | $98.22 |
| AP CHECKS | Z-US$ | | | | |
| 5006019 | 2/8/2024 | POLO01 | POLO PARK MIDDLE SCHOOL | PMCHK00031555 | $75.91 |
| AP CHECKS | Z-US$ | | | | |
| 5005724 | 2/6/2024 | POSG01 | POSGUYS.COM | PMCHK00031548 | $869.04 |
| AP CHECKS | Z-US$ | | | | |
| 5006053 | 2/15/2024 | POSG01 | POSGUYS.COM | PMCHK00031564 | $960.00 |
| AP CHECKS | Z-US$ | | | | |
| 5005408 | 1/4/2024 | PRD01 | PRD OWNER, LLC | PMCHK00031520 | $8,574.50 |
| AP CHECKS | Z-US$ | | | | |

```
System:    5/14/2024  3:21:35 PM              Restaurants                        Page:   48
User Date: 5/14/2024                   VENDOR CHECK REGISTER REPORT               User ID: cmickulas
                                        Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID        Vendor Check Name         Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate    Functional/Originating
------------------------------------------------------------------------------------------------------------
5005915            2/8/2024  PRD01             PRD OWNER, LLC             PMCHK00031553            $8,574.50
   AP CHECKS          Z-US$

5006669            3/19/2024 PRD01             PRD OWNER, LLC             PMCHK00031620            $8,574.50
   AP CHECKS          Z-US$

5005464            1/10/2024 PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031525         $4,944.42
   AP CHECKS          Z-US$

5005519            1/10/2024 PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031526         $1,950.37
   AP CHECKS          Z-US$

5005547            1/10/2024 PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031527         $9,866.14
   AP CHECKS          Z-US$

5005779            2/7/2024  PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031549         $2,543.85
   AP CHECKS          Z-US$

5005815            2/7/2024  PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031550         $3,553.30
   AP CHECKS          Z-US$

5005858            2/7/2024  PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031551         $3,339.44
   AP CHECKS          Z-US$

5006091            2/29/2024 PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031572         $1,337.92
   AP CHECKS          Z-US$

5006826            3/29/2024 PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031632         $4,580.62
   AP CHECKS          Z-US$

5006909            4/3/2024  PREM09            PREMIER MECHANICAL SERVICES,  PMCHK00031636         $3,194.50
   AP CHECKS          Z-US$

5006092            2/29/2024 PREM11            PREMIER GREASE INC.        PMCHK00031572             $375.00
   AP CHECKS          Z-US$

5005780            2/7/2024  PRES09            PRESSURE WASHKING LLC      PMCHK00031549             $250.00
   AP CHECKS          Z-US$

5005353            1/4/2024  PRIC01            PRICKLY PEAR PARTNERS, LLC  PMCHK00031519           $9,276.90
   AP CHECKS          Z-US$

5005354            1/4/2024  PRIC01            PRICKLY PEAR PARTNERS, LLC  PMCHK00031519            $175.00
   AP CHECKS          Z-US$

5005962            2/8/2024  PRIC01            PRICKLY PEAR PARTNERS, LLC  PMCHK00031554           $9,276.90
   AP CHECKS          Z-US$

5006622            3/15/2024 PRIC01            PRICKLY PEAR PARTNERS, LLC  PMCHK00031616           $9,276.90
   AP CHECKS          Z-US$

ACH JAN RENT       1/3/2024  PRIN02            PRINCETON CENTER LLC       PMPAY00004739            $6,848.66
   AP CHECKS          Z-US$

REMIT000000000001836 2/8/2024  PRIN02          PRINCETON CENTER LLC       PMCHK00031554               $0.00
                     Z-US$
```

```
System:    5/14/2024  3:21:35 PM                          Restaurants                                    Page:    49
User Date: 5/14/2024                               VENDOR CHECK REGISTER REPORT                           User ID: cmickulas
                                                      Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID        Vendor Check Name           Audit Trail Code                    Amount
--------------------------------------------------------------------------------------------------------------------------
    Checkbook ID       Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate            Functional/Originating
--------------------------------------------------------------------------------------------------------------------------
REMIT000000000001842 3/15/2024 PRIN02            PRINCETON CENTER LLC           PMCHK00031616                   $0.00
                       Z-US$

RENT EFT  FEB2024    2/1/2024 PRIN02             PRINCETON CENTER LLC           PMPAY00004829                $6,755.32
  AP CHECKS           Z-US$

5005318             1/3/2024 PROF03           PROFI FACILITIES MAINTENANCE     PMCHK00031515                  $214.41
  AP CHECKS           Z-US$

5005816             2/7/2024 PROF03           PROFI FACILITIES MAINTENANCE     PMCHK00031550                  $419.01
  AP CHECKS           Z-US$

5005591             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031530                $1,632.53
  AP CHECKS           Z-US$

5005592             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031530                $1,197.35
  AP CHECKS           Z-US$

5005593             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031530                $1,615.03
  AP CHECKS           Z-US$

5005594             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031530                  $690.64
  AP CHECKS           Z-US$

5005595             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031530                  $991.47
  AP CHECKS           Z-US$

5005596             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031530                $1,395.30
  AP CHECKS           Z-US$

5005642             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031531                $2,034.26
  AP CHECKS           Z-US$

5005643             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031531                $1,441.90
  AP CHECKS           Z-US$

5005644             1/12/2024 PROG01             DUKE ENERGY                    PMCHK00031531                $1,496.59
  AP CHECKS           Z-US$

DUKE 1.12.24        1/12/2024 PROG01             DUKE ENERGY                    PMPAY00004663                $1,348.32
  UTILITIES B         Z-US$

DUKE 1.8            1/8/2024 PROG01              DUKE ENERGY                    PMPAY00004759                $9,235.54
  UTILITIES A         Z-US$

DUKE 1.8.24         1/8/2024 PROG01              DUKE ENERGY                    PMPAY00004750                $5,764.89
  UTILITIES B         Z-US$

DUKE 1.8.24 2       1/8/2024 PROG01              DUKE ENERGY                    PMPAY00004750                $8,950.96
  UTILITIES B         Z-US$

DUKE 1.9.24         1/22/2024 PROG01             DUKE ENERGY                    PMPAY00004750                $1,333.17
  UTILITIES B         Z-US$

DUKE 2.16.24        2/16/2024 PROG01             DUKE ENERGY                    PMPAY00004750                $1,823.11
  UTILITIES B         Z-US$
```

```
System:    5/14/2024   3:21:35 PM                         Restaurants                              Page:    50
User Date: 5/14/2024                            VENDOR CHECK REGISTER REPORT                        User ID: cmickulas
                                                  Multicurrency Management


* Voided Checks


Check Number        Date       Vendor ID        Vendor Check Name            Audit Trail Code               Amount
----------------------------------------------------------------------------------------------------------------------
  Checkbook ID          Currency ID       Rate Type ID     Exchange Table ID   Exchange Rate      Functional/Originating
----------------------------------------------------------------------------------------------------------------------
DUKE 2.2.24         2/2/2024  PROG01             DUKE ENERGY                  PMPAY00004712              $1,446.28
  UTILITIES A           Z-US$

DUKE 2.27.24        2/27/2024 PROG01             DUKE ENERGY                  PMPAY00004783              $2,006.69
  UTILITIES B           Z-US$

DUKE 2.29.24        2/29/2024 PROG01             DUKE ENERGY                  PMPAY00004789              $5,279.13
  UTILITIES B           Z-US$

DUKE 2.5.24         2/5/2024  PROG01             DUKE ENERGY                  PMPAY00004750             $14,653.92
  UTILITIES B           Z-US$

DUKE 2.7            2/7/2024  PROG01             DUKE ENERGY                  PMPAY00004793              $9,108.37
  UTILITIES A           Z-US$

DUKE 3.11.24        3/11/2024 PROG01             DUKE ENERGY                  PMPAY00004841              $9,664.53
  UTILITIES B           Z-US$

DUKE 3.14           3/14/2024 PROG01             DUKE ENERGY                  PMPAY00004818             $10,442.82
  UTILITIES A           Z-US$

DUKE 3.20           3/20/2024 PROG01             DUKE ENERGY                  PMPAY00004821              $3,176.00
  UTILITIES A           Z-US$

DUKE 3.21.24        3/21/2024 PROG01             DUKE ENERGY                  PMPAY00004847              $6,527.81
  UTILITIES B           Z-US$

DUKE 3.28.24        3/28/2024 PROG01             DUKE ENERGY                  PMPAY00004853              $5,854.15
  UTILITIES B           Z-US$

DUKE 3.6            3/6/2024  PROG01             DUKE ENERGY                  PMPAY00004777              $1,481.98
  UTILITIES A           Z-US$

DUKE 3.7.2024       3/7/2024  PROG01             DUKE ENERGY                  PMPAY00004841               $973.48
  UTILITIES B           Z-US$

DUKE 4.10           4/10/2024 PROG01             DUKE ENERGY                  PMPAY00004856              $4,549.37
  UTILITIES A           Z-US$

DUKE 4.11.24        4/11/2024 PROG01             DUKE ENERGY                  PMPAY00004856              $2,874.71
  UTILITIES A           Z-US$

DUKE 4.16           4/16/2024 PROG01             DUKE ENERGY                  PMPAY00004857              $3,707.87
  UTILITIES A           Z-US$

DUKE 4.5.24         4/5/2024  PROG01             DUKE ENERGY                  PMPAY00004873               $963.57
  UTILITIES B           Z-US$

5005597             1/12/2024 PSNC01             PSNC ENERGY                  PMCHK00031530               $936.95
  AP CHECKS             Z-US$

5005598             1/12/2024 PSNC01             PSNC ENERGY                  PMCHK00031530               $689.82
  AP CHECKS             Z-US$

PS 1.3 #2           1/3/2024  PUBL04             PUBLIC STORAGE               PMPAY00004754               $263.04
  UTILITIES A           Z-US$
```

```
System:    5/14/2024   3:21:35 PM                    Restaurants                              Page:    51
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                               Multicurrency Management


* Voided Checks


Check Number        Date       Vendor ID        Vendor Check Name          Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate       Functional/Originating
------------------------------------------------------------------------------------------------------------------
PS 2.5 #1           2/5/2024  PUBL04           PUBLIC STORAGE             PMPAY00004800              $263.04
   UTILITIES A         Z-US$

PS 3.5              3/5/2024  PUBL04           PUBLIC STORAGE             PMPAY00004862              $263.04
   UTILITIES A         Z-US$

PS 4.3              4/3/2024  PUBL04           PUBLIC STORAGE             PMPAY00004864              $263.04
   UTILITIES A         Z-US$

REMIT000000000001843 3/15/2024 PUBL04          PUBLIC STORAGE             PMCHK00031616                $0.00
                       Z-US$

5006049             2/13/2024 PUBL05           PUBLIX SUPER MARKETS, INC  PMCHK00031560            $8,590.37
   AP CHECKS          Z-US$

PS 1.3 #1           1/3/2024  PUBL07           PUBLIC STORAGE             PMPAY00004754              $290.10
   UTILITIES A         Z-US$

PS 2.5 #2           2/5/2024  PUBL07           PUBLIC STORAGE             PMPAY00004800              $337.35
   UTILITIES A         Z-US$

5005526             1/10/2024 PYEB01           PYE-BARKER FIRE & SAFETY INC PMCHK00031526            $356.80
   AP CHECKS          Z-US$

5005409             1/4/2024  QCPA01           QCPACC, LLC                PMCHK00031520            $9,190.43
   AP CHECKS          Z-US$

0020202             2/26/2024 RACH14           RACHAEL CYPHERT            PMCHK00031570            $1,161.53
   PAYROLL TRUIST     Z-US$

RADIUS 1.24.24      1/24/2024 RADI03           RADIUS NETWORKS INC        PMPAY00004731           $15,000.00
   TF REGIONS CHKS    Z-US$

0020200             2/26/2024 RAFA03           RAFAEL DIAZ                PMCHK00031570              $506.04
   PAYROLL TRUIST     Z-US$

ACH JAN RENT        1/3/2024  RAMC01           RAMCO JACKSONVILLE LLC      PMPAY00004739           $14,745.89
   AP CHECKS          Z-US$

REMIT000000000001837 2/8/2024  RAMC01          RAMCO JACKSONVILLE LLC      PMCHK00031554                $0.00
                       Z-US$

REMIT000000000001844 3/15/2024 RAMC01          RAMCO JACKSONVILLE LLC      PMCHK00031616                $0.00
                       Z-US$

RENT EFT FEB2024    2/1/2024  RAMC01           RAMCO JACKSONVILLE LLC      PMPAY00004829           $11,308.39
   AP CHECKS          Z-US$

0020150             2/1/2024  RAPH01           RAPHAEL BLOUNT             PMCHK00031545              $232.90
   PAYROLL TRUIST     Z-US$

0020288             4/5/2024  RAPH01           RAPHAEL BLOUNT             PMCHK00031638              $201.70
   PAYROLL TRUIST     Z-US$

0020175             2/23/2024 RAUL02           RAUL GUTIERREZ             PMCHK00031568              $260.70
   PAYROLL TRUIST     Z-US$
```

* Voided Checks

| Check Number / Checkbook ID | Date / Currency ID | Vendor ID / Rate Type ID | Vendor Check Name / Exchange Table ID | Audit Trail Code / Exchange Rate | Amount / Functional/Originating |
|---|---|---|---|---|---|
| 5005355 | 1/4/2024 | REDC01 | NGOC HOA BLOOMINGDALE, LLC | PMCHK00031519 | $362.88 |
| AP CHECKS | Z-US$ | | | | |
| 5005356 | 1/4/2024 | REDC01 | NGOC HOA BLOOMINGDALE, LLC | PMCHK00031519 | $9,227.30 |
| AP CHECKS | Z-US$ | | | | |
| 5005964 | 2/8/2024 | REDC01 | NGOC HOA BLOOMINGDALE, LLC | PMCHK00031554 | $10,942.81 |
| AP CHECKS | Z-US$ | | | | |
| 5006624 | 3/15/2024 | REDC01 | NGOC HOA BLOOMINGDALE, LLC | PMCHK00031616 | $9,932.20 |
| AP CHECKS | Z-US$ | | | | |
| 5005492 | 1/10/2024 | REGE02 | REGENCY LIGHTING | PMCHK00031525 | $183.31 |
| AP CHECKS | Z-US$ | | | | |
| 5005410 | 1/4/2024 | REGE03 | REGENCY CENTERS CORP | PMCHK00031520 | $10,490.28 |
| AP CHECKS | Z-US$ | | | | |
| EFTSUNMASTER013024 | 1/30/2024 | REGE03 | REGENCY CENTERS CORP | PMPAY00004802 | $1,606.93 |
| AP CHECKS | Z-US$ | | | | |
| 5005411 | 1/4/2024 | REGE05 | REGENCY CENTERS LP | PMCHK00031520 | $3,947.33 |
| AP CHECKS | Z-US$ | | | | |
| 5005412 | 1/4/2024 | REGE06 | REGENCY CENTERS LP | PMCHK00031520 | $11,280.64 |
| AP CHECKS | Z-US$ | | | | |
| 5005919 | 2/8/2024 | REGE06 | REGENCY CENTERS LP | PMCHK00031553 | $10,767.87 |
| AP CHECKS | Z-US$ | | | | |
| EFT FROM SUNTR MAST | 1/30/2024 | REGE06 | REGENCY CENTERS LP | PMPAY00004802 | $739.22 |
| AP CHECKS | Z-US$ | | | | |
| 5005413 | 1/4/2024 | REIN01 | REINHOLD VIERA PROPERTIES, L | PMCHK00031520 | $10,226.53 |
| AP CHECKS | Z-US$ | | | | |
| 5005920 | 2/8/2024 | REIN01 | REINHOLD VIERA PROPERTIES, L | PMCHK00031553 | $10,226.53 |
| AP CHECKS | Z-US$ | | | | |
| REMIT000000000001835 | 1/12/2024 | REPU02 | SEASIDE SANITATION #762 | PMCHK00031531 | $0.00 |
| | Z-US$ | | | | |
| REPUBLIC 1.12 | 1/12/2024 | REPU02 | SEASIDE SANITATION #762 | PMPAY00004662 | $1,173.24 |
| UTILITIES A | Z-US$ | | | | |
| REPUBLIC 2.7 | 2/7/2024 | REPU02 | SEASIDE SANITATION #762 | PMPAY00004793 | $790.82 |
| UTILITIES A | Z-US$ | | | | |
| REPUBLIC 3.14 | 3/14/2024 | REPU02 | SEASIDE SANITATION #762 | PMPAY00004821 | $876.05 |
| UTILITIES A | Z-US$ | | | | |
| 0020167 | 2/20/2024 | RHIA01 | RHIANNON NETTLES | PMCHK00031567 | $318.13 |
| PAYROLL TRUIST | Z-US$ | | | | |
| 0020209 | 3/1/2024 | RHIA01 | RHIANNON NETTLES | PMCHK00031576 | $219.08 |
| PAYROLL TRUIST | Z-US$ | | | | |

```
System:     5/14/2024   3:21:35 PM                    Restaurants                              Page:    53
User Date:  5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                  Multicurrency Management


* Voided Checks

Check Number        Date      Vendor ID         Vendor Check Name          Audit Trail Code              Amount
-----------------------------------------------------------------------------------------------------------------
  Checkbook ID      Currency ID     Rate Type ID     Exchange Table ID  Exchange Rate        Functional/Originating
-----------------------------------------------------------------------------------------------------------------
5005493             1/10/2024 RIGG01            RIGGINS ASSOCIATES         PMCHK00031525              $448.00
  AP CHECKS         Z-US$

5006702             3/22/2024 RIGG01            RIGGINS ASSOCIATES         PMCHK00031624            $4,940.00
  AP CHECKS         Z-US$

0020246             3/4/2024  RILE09            RILEY GAUS                 PMCHK00031583               $65.56
  PAYROLL TRUIST    Z-US$

5005415             1/4/2024  RIPL01            RIPLEY'S INTERNATIONAL LLC PMCHK00031520            $7,295.40
  AP CHECKS         Z-US$

5005922             2/8/2024  RIPL01            RIPLEY'S INTERNATIONAL LLC PMCHK00031553            $7,295.40
  AP CHECKS         Z-US$

5006676             3/19/2024 RIPL01            RIPLEY'S INTERNATIONAL LLC PMCHK00031620            $7,403.78
  AP CHECKS         Z-US$

5006692             3/19/2024 RIPL01            RIPLEY'S INTERNATIONAL LLC PMCHK00031620            $1,729.16
  AP CHECKS         Z-US$

5006020             2/8/2024  RIVE01            RIVERGLADES ELEMENTARY PTA PMCHK00031555               $90.01
  AP CHECKS         Z-US$

5006701             3/21/2024 RKAM01            RKA MULTISERVICE PLUS LLC  PMCHK00031623              $350.00
  AP CHECKS         Z-US$

5005671             1/22/2024 ROBE05            ROBERT B EARLY II          PMCHK00031537            $1,300.00
  AP CHECKS         Z-US$

0020254             3/7/2024  ROBE27            ROBERT LAURENZO            PMCHK00031596               $86.35
  PAYROLL TRUIST    Z-US$

0020255             3/7/2024  ROLA01            ROLANDO GARCIA             PMCHK00031596              $101.85
  PAYROLL TRUIST    Z-US$

5006021             2/8/2024  ROYA05            ROYAL PALM BEACH ELEMENTARY PMCHK00031555             $392.95
  AP CHECKS         Z-US$

5005357             1/4/2024  RPMR01            419 E. 57TH, LLC           PMCHK00031519            $8,209.30
  AP CHECKS         Z-US$

0020174             2/23/2024 RYAN23            RYAN MORRILL               PMCHK00031568               $34.05
  PAYROLL TRUIST    Z-US$

0020283             3/19/2024 RYAN24            RYAN HUNTER                PMCHK00031618              $467.88
  PAYROLL TRUIST    Z-US$

5006022             2/8/2024  SABA02            SABAL POINT ELEMENTARY SCHOO PMCHK00031555            $232.79
  AP CHECKS         Z-US$

0020148             2/1/2024  SAMA09            SAMANTHA BELL              PMCHK00031545              $274.72
  PAYROLL TRUIST    Z-US$

5005358             1/4/2024  SAMS01            SAM'S SR 56, LLC           PMCHK00031519            $7,445.47
  AP CHECKS         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                               Page:   54
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                              Multicurrency Management


* Voided Checks


Check Number       Date      Vendor ID       Vendor Check Name        Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------
  Checkbook ID     Currency ID     Rate Type ID   Exchange Table ID  Exchange Rate      Functional/Originating
-------------------------------------------------------------------------------------------------------------
5005966           2/8/2024  SAMS01           SAM'S SR 56, LLC         PMCHK00031554             $7,445.47
  AP CHECKS       Z-US$

5006626           3/15/2024 SAMS01           SAM'S SR 56, LLC         PMCHK00031616             $8,682.72
  AP CHECKS       Z-US$

0020166           2/20/2024 SAMU07           SAMUEL MILLER            PMCHK00031567               $149.14
  PAYROLL TRUIST  Z-US$

0020208           3/1/2024  SAMU07           SAMUEL MILLER            PMCHK00031576               $413.19
  PAYROLL TRUIST  Z-US$

5006872           4/3/2024  SARA01           TAX COLLECTOR,BARBARA FORD-C  PMCHK00031634          $1,715.27
  AP CHECKS       Z-US$

5005359           1/4/2024  SARA04           SARASOTA MEDICAL PROPERTIES  PMCHK00031519           $1,062.00
  AP CHECKS       Z-US$

5005360           1/4/2024  SARA04           SARASOTA MEDICAL PROPERTIES  PMCHK00031519           $9,215.01
  AP CHECKS       Z-US$

5005967           2/8/2024  SARA04           SARASOTA MEDICAL PROPERTIES  PMCHK00031554           $9,215.01
  AP CHECKS       Z-US$

5006055           2/15/2024 SARA04           SARASOTA MEDICAL PROPERTIES  PMCHK00031566           $1,824.14
  AP CHECKS       Z-US$

5006627           3/15/2024 SARA04           SARASOTA MEDICAL PROPERTIES  PMCHK00031616           $8,973.51
  AP CHECKS       Z-US$

0020249           3/4/2024  SARA29           SARA ACCREDITATO         PMCHK00031583               $144.86
  PAYROLL TRUIST  Z-US$

5005416           1/4/2024  SCG01            SCG RIVERSIDE MARKET, LLC    PMCHK00031520          $10,859.39
  AP CHECKS       Z-US$

5005923           2/8/2024  SCG01            SCG RIVERSIDE MARKET, LLC    PMCHK00031553          $10,859.39
  AP CHECKS       Z-US$

5006873           4/3/2024  SCOTT01          SCOTT RANDOLPH, ORANGE COUNT PMCHK00031634          $31,071.58
  AP CHECKS       Z-US$

SCOTT 3.21.24     3/21/2024 SCOTT01          SCOTT RANDOLPH, ORANGE COUNT PMPAY00004847            $743.46
  UTILITIES B     Z-US$

5005317           1/3/2024  SCRI01           SCRIBE RIVIERA, J.V.     PMCHK00031513               $450.93
  AP CHECKS       Z-US$

MGMT CO EFT020824 2/8/2024  SCRI01           SCRIBE RIVIERA, J.V.     PMPAY00004842            $18,943.41
  AP CHECKS       Z-US$

5005417           1/4/2024  SDCC01           SDC CENTRAL CORP         PMCHK00031520             $6,153.03
  AP CHECKS       Z-US$

5005924           2/8/2024  SDCC01           SDC CENTRAL CORP         PMCHK00031553             $6,153.03
  AP CHECKS       Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                          Page:    55
User Date: 5/14/2024                        VENDOR CHECK REGISTER REPORT              User ID: cmickulas
                                              Multicurrency Management


* Voided Checks

Check Number      Date     Vendor ID      Vendor Check Name          Audit Trail Code           Amount
------------------------------------------------------------------------------------------------------
  Checkbook ID      Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate   Functional/Originating
------------------------------------------------------------------------------------------------------
5005664          1/16/2024 SEAN04         SEAN BROWN                 PMCHK00031534          $1,000.00
  AP CHECKS        Z-US$

5006023          2/8/2024  SEFF01         SEFFNER CHRISITAN ACADEMY  PMCHK00031555            $132.49
  AP CHECKS        Z-US$

5005363          1/4/2024  SEMB01         SEMBLER FAMILY PARTNERSHIP # PMCHK00031519         $8,527.13
  AP CHECKS        Z-US$

5005364          1/4/2024  SEMB01         SEMBLER FAMILY PARTNERSHIP # PMCHK00031519           $659.77
  AP CHECKS        Z-US$

5005970          2/8/2024  SEMB01         SEMBLER FAMILY PARTNERSHIP # PMCHK00031554         $9,004.31
  AP CHECKS        Z-US$

5006874          4/3/2024  SEMI02         JOEL GREENBERG, TAX COLLECTO PMCHK00031634         $7,976.21
  AP CHECKS        Z-US$

5006024          2/8/2024  SEMI11         SEMINOLE RIDGE HIGH SCHOOL  PMCHK00031555            $107.04
  AP CHECKS        Z-US$

0020287          4/5/2024  SHEL08         SHELBY GORE                PMCHK00031638             $97.25
  PAYROLL TRUIST   Z-US$

5005971          2/8/2024  SJRP01         SJR PLAZA II LLC           PMCHK00031554         $11,016.80
  AP CHECKS        Z-US$

5006922          4/5/2024  SJRP01         SJR PLAZA II LLC           PMCHK00031640         $11,016.80
  AP CHECKS        Z-US$

0020164          2/20/2024 SLAT01         SLATER LANAM               PMCHK00031567            $164.43
  PAYROLL TRUIST   Z-US$

0020207          3/1/2024  SLAT01         SLATER LANAM               PMCHK00031576            $208.13
  PAYROLL TRUIST   Z-US$

0020165          2/20/2024 SOPH04         SOPHIA ARNOLD              PMCHK00031567            $280.38
  PAYROLL TRUIST   Z-US$

5006025          2/8/2024  SORR01         SORRENTO ELEMENTARY PTO    PMCHK00031555            $195.53
  AP CHECKS        Z-US$

5005418          1/4/2024  SOUT12         SOUTHGATE PROPERTIES, LLP  PMCHK00031520         $11,060.71
  AP CHECKS        Z-US$

5005925          2/8/2024  SOUT12         SOUTHGATE PROPERTIES, LLP  PMCHK00031553            $553.03
  AP CHECKS        Z-US$

5005926          2/8/2024  SOUT12         SOUTHGATE PROPERTIES, LLP  PMCHK00031553         $10,507.09
  AP CHECKS        Z-US$

5006679          3/19/2024 SOUT12         SOUTHGATE PROPERTIES, LLP  PMCHK00031620         $10,507.09
  AP CHECKS        Z-US$

5006694          3/19/2024 SOUT12         SOUTHGATE PROPERTIES, LLP  PMCHK00031620            $553.01
  AP CHECKS        Z-US$
```

```
System:    5/14/2024   3:21:35 PM                    Restaurants                              Page:   56
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                     User ID: cmickulas
                                               Multicurrency Management


* Voided Checks


Check Number        Date       Vendor ID        Vendor Check Name            Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate      Functional/Originating
------------------------------------------------------------------------------------------------------------------
5005645             1/12/2024  SOUT22           MID-WEST WATER MANAGEMENT     PMCHK00031531                $493.73
   AP CHECKS           Z-US$

SWM 1.22.24         1/22/2024  SOUT22           MID-WEST WATER MANAGEMENT     PMPAY00004687                $741.27
   UTILITIES A         Z-US$

SWM 2.2.24          2/2/2024   SOUT22           MID-WEST WATER MANAGEMENT     PMPAY00004713              $1,721.55
   UTILITIES A         Z-US$

SWM 3.14            3/14/2024  SOUT22           MID-WEST WATER MANAGEMENT     PMPAY00004821              $2,093.68
   UTILITIES A         Z-US$

SWM 4.11.24         4/11/2024  SOUT22           MID-WEST WATER MANAGEMENT     PMPAY00004856                $830.39
   UTILITIES A         Z-US$

5006026             2/8/2024   SOUT58           SOUTH TAMPA MICROSCHOOL FOUN  PMCHK00031555                $103.66
   AP CHECKS           Z-US$

5005419             1/4/2024   SPRI04           SPRINGS PLAZA LONGWOOD LLC    PMCHK00031520              $8,351.04
   AP CHECKS           Z-US$

5005465             1/10/2024  STAN06           STANA, INC                   PMCHK00031525                 $78.20
   AP CHECKS           Z-US$

5005817             2/7/2024   STAN06           STANA, INC                   PMCHK00031550                 $78.20
   AP CHECKS           Z-US$

5006093             2/29/2024  STAN06           STANA, INC                   PMCHK00031572                 $78.20
   AP CHECKS           Z-US$

STANA 1.8.24        1/8/2024   STAN06           STANA, INC                   PMPAY00004750                 $78.20
   UTILITIES B         Z-US$

STANA 3.22.24       3/22/2024  STAN06           STANA, INC                   PMPAY00004799                $156.40
   UTILITIES B         Z-US$

STANA 4.5.2024      4/5/2024   STAN06           STANA, INC                   PMPAY00004820                $234.60
   UTILITIES B         Z-US$

5006057             2/23/2024  STAN09           STAN RAJZYNGER                PMCHK00031569                $700.00
   AP CHECKS           Z-US$

5005466             1/10/2024  STAP01           STAPLES ADVANTAGE             PMCHK00031525              $9,972.73
   AP CHECKS           Z-US$

5005520             1/10/2024  STAP01           STAPLES ADVANTAGE             PMCHK00031526              $1,640.40
   AP CHECKS           Z-US$

5005548             1/10/2024  STAP01           STAPLES ADVANTAGE             PMCHK00031527                $399.10
   AP CHECKS           Z-US$

5006027             2/8/2024   STCL08           ST. CLOUD HIGH SCHOOL LACROS  PMCHK00031555                $341.86
   AP CHECKS           Z-US$

5005467             1/10/2024  STEA01           STEAM AND SHINE LLC           PMCHK00031525                $190.00
   AP CHECKS           Z-US$
```

```
System:    5/14/2024   3:21:35 PM                    Restaurants                              Page:   57
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number      Date       Vendor ID        Vendor Check Name              Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID      Currency ID      Rate Type ID    Exchange Table ID   Exchange Rate       Functional/Originating
------------------------------------------------------------------------------------------------------------------
5005521          1/10/2024  STEA01           STEAM AND SHINE LLC            PMCHK00031526               $310.00
   AP CHECKS         Z-US$

5005549          1/10/2024  STEA01           STEAM AND SHINE LLC            PMCHK00031527               $565.00
   AP CHECKS         Z-US$

5005782          2/7/2024   STEA01           STEAM AND SHINE LLC            PMCHK00031549               $490.00
   AP CHECKS         Z-US$

5005819          2/7/2024   STEA01           STEAM AND SHINE LLC            PMCHK00031550               $205.00
   AP CHECKS         Z-US$

5005859          2/7/2024   STEA01           STEAM AND SHINE LLC            PMCHK00031551               $160.00
   AP CHECKS         Z-US$

5006095          2/29/2024  STEA01           STEAM AND SHINE LLC            PMCHK00031572               $770.00
   AP CHECKS         Z-US$

5006806          3/27/2024  STEA01           STEAM AND SHINE LLC            PMCHK00031631               $170.00
   AP CHECKS         Z-US$

5006912          4/3/2024   STEA01           STEAM AND SHINE LLC            PMCHK00031636               $335.00
   AP CHECKS         Z-US$

0020145          1/16/2024  STEV16           STEVEN JARDEN                  PMCHK00031532               $478.63
   PAYROLL TRUIST    Z-US$

5005366          1/4/2024   STIR03           STIRLING PROPERTY INVESTMENT   PMCHK00031519               $874.91
   AP CHECKS         Z-US$

5005367          1/4/2024   STIR03           STIRLING PROPERTY INVESTMENT   PMCHK00031519             $8,748.05
   AP CHECKS         Z-US$

5005972          2/8/2024   STIR03           STIRLING PROPERTY INVESTMENT   PMCHK00031554            $10,706.26
   AP CHECKS         Z-US$

5005468          1/10/2024  STIRL03          STIRLING FOOD SYSTEMS INC      PMCHK00031525               $520.63
   AP CHECKS         Z-US$

5005550          1/10/2024  STIRL03          STIRLING FOOD SYSTEMS INC      PMCHK00031527               $551.85
   AP CHECKS         Z-US$

5005820          2/7/2024   STIRL03          STIRLING FOOD SYSTEMS INC      PMCHK00031550               $574.15
   AP CHECKS         Z-US$

5006913          4/3/2024   STIRL03          STIRLING FOOD SYSTEMS INC      PMCHK00031636               $536.66
   AP CHECKS         Z-US$

5005469          1/10/2024  STJO17           St Johns Air, Inc.             PMCHK00031525             $8,089.68
   AP CHECKS         Z-US$

5006807          3/27/2024  STJO17           St Johns Air, Inc.             PMCHK00031631               $308.19
   AP CHECKS         Z-US$

5006914          4/3/2024   STJO17           St Johns Air, Inc.             PMCHK00031636               $928.77
   AP CHECKS         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                              Page:    58
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID      Vendor Check Name           Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID     Rate Type ID     Exchange Table ID  Exchange Rate    Functional/Originating
-------------------------------------------------------------------------------------------------------------
ST LUCIE 1.16.24   1/16/2024 STLU01          ST. LUCIE WEST SERVICES DIST  PMPAY00004667           $1,015.59
   UTILITIES A       Z-US$

ST LUCIE 3.8       3/8/2024  STLU01          ST. LUCIE WEST SERVICES DIST  PMPAY00004786             $877.37
   UTILITIES A       Z-US$

ST LUCIE 4.11      4/11/2024 STLU01          ST. LUCIE WEST SERVICES DIST  PMPAY00004856             $415.94
   UTILITIES A       Z-US$

ST LUCIE WEST 2.14 2/14/2024 STLU01          ST. LUCIE WEST SERVICES DIST  PMPAY00004736           $1,148.39
   UTILITIES A       Z-US$

5006888            4/3/2024  STLU02          CHRIS CRAFT, TAX COLLECTOR S  PMCHK00031634           $1,727.98
   AP CHECKS         Z-US$

5005368            1/4/2024  STLU04          UNITED HAMPSHIRE US HOLDINGS  PMCHK00031519          $10,879.17
   AP CHECKS         Z-US$

5005973            2/8/2024  STLU04          UNITED HAMPSHIRE US HOLDINGS  PMCHK00031554          $10,879.17
   AP CHECKS         Z-US$

5006028            2/8/2024  STLU14          ST LUKE'S CHILD DEVELOPMENT   PMCHK00031555              $54.02
   AP CHECKS         Z-US$

5005470            1/10/2024 STRY01          STRYKER ELECTRICAL CONTRACTI  PMCHK00031525             $291.00
   AP CHECKS         Z-US$

5005879            2/7/2024  SUMM10          SUMMIT FIRE & SECURITY LLC    PMCHK00031551           $8,064.15
   AP CHECKS         Z-US$

5006864            3/29/2024 SUMM10          SUMMIT FIRE & SECURITY LLC    PMCHK00031633             $365.00
   AP CHECKS         Z-US$

5006104            2/29/2024 SUNB02          SUNBIRD WINDOW CLEANING       PMCHK00031572              $65.00
   AP CHECKS         Z-US$

5005471            1/10/2024 SUNS05          SUNSHINE PLUMBING AND GAS     PMCHK00031525             $570.00
   AP CHECKS         Z-US$

5005860            2/7/2024  SUNS05          SUNSHINE PLUMBING AND GAS     PMCHK00031551             $165.00
   AP CHECKS         Z-US$

5005370            1/4/2024  SUNS08          SUNSHINE VALVE INVESTMENTS,   PMCHK00031519           $8,573.45
   AP CHECKS         Z-US$

5005975            2/8/2024  SUNS08          SUNSHINE VALVE INVESTMENTS,   PMCHK00031554          $11,920.97
   AP CHECKS         Z-US$

5005371            1/4/2024  SVAP01          SVAP III CORAL LANDINGS, LLC  PMCHK00031519           $8,442.20
   AP CHECKS         Z-US$

5005976            2/8/2024  SVAP01          SVAP III CORAL LANDINGS, LLC  PMCHK00031554           $4,207.54
   AP CHECKS         Z-US$

5006636            3/15/2024 SVAP01          SVAP III CORAL LANDINGS, LLC  PMCHK00031616           $8,442.20
   AP CHECKS         Z-US$
```

```
System:     5/14/2024  3:21:35 PM                        Restaurants                              Page:    59
User Date:  5/14/2024                             VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                   Multicurrency Management


* Voided Checks

Check Number        Date      Vendor ID         Vendor Check Name            Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID      Rate Type ID    Exchange Table ID  Exchange Rate     Functional/Originating
------------------------------------------------------------------------------------------------------------------
5006050             2/13/2024 TABI02             TABITHA RODRIGUEZ            PMCHK00031562               $665.00
   AP CHECKS            Z-US$

0020247             3/4/2024  TAMA05             TAMARA SEGEDI               PMCHK00031583               $198.73
   PAYROLL TRUIST      Z-US$

0020201             2/26/2024 TATI02             TATIANA MERCADO             PMCHK00031570               $353.22
   PAYROLL TRUIST      Z-US$

5006875             4/3/2024  TAXC01             TAX COLLECTOR, PALM BCH CTY  PMCHK00031634             $4,302.66
   AP CHECKS            Z-US$

PBC 4.2.24          4/2/2024  TAXC01             TAX COLLECTOR, PALM BCH CTY  PMPAY00004849               $842.50
   UTILITIES A         Z-US$

5005646             1/12/2024 TECO01             TECO- ELECTRIC              PMCHK00031531             $1,425.90
   AP CHECKS            Z-US$

5005647             1/12/2024 TECO01             TECO- ELECTRIC              PMCHK00031531             $1,350.55
   AP CHECKS            Z-US$

5005648             1/12/2024 TECO01             TECO- ELECTRIC              PMCHK00031531               $254.89
   AP CHECKS            Z-US$

5005649             1/12/2024 TECO01             TECO- ELECTRIC              PMCHK00031531             $1,333.84
   AP CHECKS            Z-US$

5005650             1/12/2024 TECO01             TECO- ELECTRIC              PMCHK00031531             $1,213.01
   AP CHECKS            Z-US$

5005651             1/12/2024 TECO01             TECO- ELECTRIC              PMCHK00031531             $1,022.60
   AP CHECKS            Z-US$

5005652             1/12/2024 TECO01             TECO- ELECTRIC              PMCHK00031531               $394.34
   AP CHECKS            Z-US$

TECO 2.2.24         2/2/2024  TECO01             TECO- ELECTRIC              PMPAY00004713             $1,288.97
   UTILITIES A         Z-US$

TECO 2.27           2/27/2024 TECO01             TECO- ELECTRIC              PMPAY00004765             $1,093.86
   UTILITIES A         Z-US$

TECO 2.28           2/28/2024 TECO01             TECO- ELECTRIC              PMPAY00004770             $1,057.11
   UTILITIES A         Z-US$

TECO 2.29           2/29/2024 TECO01             TECO- ELECTRIC              PMPAY00004777             $6,790.21
   UTILITIES A         Z-US$

TECO 2.5.24         2/5/2024  TECO01             TECO- ELECTRIC              PMPAY00004714             $2,374.40
   UTILITIES A         Z-US$

TECO 2.6.24         2/6/2024  TECO01             TECO- ELECTRIC              PMPAY00004724             $1,659.17
   UTILITIES A         Z-US$

TECO 2.9            2/9/2024  TECO01             TECO- ELECTRIC              PMPAY00004735             $1,598.94
   UTILITIES A         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                              Page:    60
User Date: 5/14/2024                            VENDOR CHECK REGISTER REPORT                   User ID: cmickulas
                                                 Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID       Vendor Check Name          Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------
   Checkbook ID       Currency ID    Rate Type ID    Exchange Table ID  Exchange Rate       Functional/Originating
-------------------------------------------------------------------------------------------------------------
TECO 3.12           3/12/2024 TECO01          TECO- ELECTRIC             PMPAY00004786             $1,267.33
   UTILITIES A        Z-US$

TECO 3.13           3/13/2024 TECO01          TECO- ELECTRIC             PMPAY00004818             $3,730.99
   UTILITIES A        Z-US$

TECO 3.22           3/22/2024 TECO01          TECO- ELECTRIC             PMPAY00004821             $1,466.53
   UTILITIES A        Z-US$

TECO 3.27           3/27/2024 TECO01          TECO- ELECTRIC             PMPAY00004821             $1,111.96
   UTILITIES A        Z-US$

TECO 4.1.24         4/1/2024  TECO01          TECO- ELECTRIC             PMPAY00004848             $1,066.05
   UTILITIES A        Z-US$

TECO 4.11           4/11/2024 TECO01          TECO- ELECTRIC             PMPAY00004856             $2,318.46
   UTILITIES A        Z-US$

TECO 4.4.24         4/4/2024  TECO01          TECO- ELECTRIC             PMPAY00004854             $2,238.84
   UTILITIES A        Z-US$

TECO 4.9            4/9/2024  TECO01          TECO- ELECTRIC             PMPAY00004855             $2,926.31
   UTILITIES A        Z-US$

5005372             1/4/2024  THEA01          THE AVENUE AT WESTCHASE, LLC  PMCHK00031519          $9,269.07
   AP CHECKS          Z-US$

5005977             2/8/2024  THEA01          THE AVENUE AT WESTCHASE, LLC  PMCHK00031554         $12,242.21
   AP CHECKS          Z-US$

CROSSING 2.22.24    2/22/2024 THEC02          THE CROSSINGS AT FLEMING ISL  PMPAY00004783           $697.11
   UTILITIES B        Z-US$

THE CROSS 1.9.24    1/9/2024  THEC02          THE CROSSINGS AT FLEMING ISL  PMPAY00004750           $303.40
   UTILITIES B        Z-US$

5005599             1/12/2024 THIN02          FUZE, INC                  PMCHK00031530             $7,981.83
   AP CHECKS          Z-US$

5005600             1/12/2024 THIN02          FUZE, INC                  PMCHK00031530             $8,006.16
   AP CHECKS          Z-US$

5006029             2/8/2024  TILE02          TILDENVILLE ELEMENTARY PTA PMCHK00031555              $432.07
   AP CHECKS          Z-US$

5005653             1/12/2024 TOGI01          TOG                        PMCHK00031531              $692.25
   AP CHECKS          Z-US$

TOHO 3.26.24        3/26/2024 TOHO01          TOHO WATER AUTHORITY       PMPAY00004853              $720.59
   UTILITIES B        Z-US$

TOHO 3.29.24        3/29/2024 TOHO01          TOHO WATER AUTHORITY       PMPAY00004853              $629.44
   UTILITIES B        Z-US$

TOHO WATER 2.5.24   2/5/2024  TOHO01          TOHO WATER AUTHORITY       PMPAY00004750             $1,204.96
   UTILITIES B        Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                                 Page:   61
User Date: 5/14/2024                         VENDOR CHECK REGISTER REPORT                  User ID: cmickulas
                                               Multicurrency Management


 * Voided Checks


Check Number        Date       Vendor ID      Vendor Check Name            Audit Trail Code            Amount

   Checkbook ID      Currency ID    Rate Type ID     Exchange Table ID   Exchange Rate    Functional/Originating
---------------------------------------------------------------------------------------------------------------
5005679            2/1/2024  TORO01           TORO CONSTRUCTION & MAINTENA  PMCHK00031544          $1,860.00
   AP CHECKS        Z-US$

5005601            1/12/2024 TOWN01           TOWN OF CARY                 PMCHK00031530            $387.39
   AP CHECKS        Z-US$

HOLLY SPRINGS 2.21 2/21/2024 TOWN04           TOWN OF HOLLY SPRINGS        PMPAY00004788            $962.06
   UTILITIES B      Z-US$

JUPITER 1.16.24    1/16/2024 TOWN05           TOWN OF JUPITER              PMPAY00004665            $477.50
   UTILITIES A      Z-US$

JUPITER 3.6        3/6/2024  TOWN05           TOWN OF JUPITER              PMPAY00004777             $47.96
   UTILITIES A      Z-US$

JUPITER 4.16       4/16/2024 TOWN05           TOWN OF JUPITER              PMPAY00004857             $92.86
   UTILITIES A      Z-US$

5005373            1/4/2024  TRAM01           TRAMLAW, LLC                 PMCHK00031519          $9,008.56
   AP CHECKS        Z-US$

5005978            2/8/2024  TRAM01           TRAMLAW, LLC                 PMCHK00031554         $11,750.79
   AP CHECKS        Z-US$

0020282            3/19/2024 TRAV06           TRAVIAN SESLER               PMCHK00031618            $495.22
   PAYROLL TRUIST   Z-US$

5005861            2/7/2024  TROV01           TROV CORP OF CENTRAL FLORIDA PMCHK00031551            $800.00
   AP CHECKS        Z-US$

5006096            2/29/2024 TRUC01           TRUCK REFRIGERATION SERVICE  PMCHK00031572            $881.68
   AP CHECKS        Z-US$

5005552            1/10/2024 TRUS01           TRUST PLUMBING CORP          PMCHK00031527            $277.36
   AP CHECKS        Z-US$

5005783            2/7/2024  TRUS01           TRUST PLUMBING CORP          PMCHK00031549            $345.00
   AP CHECKS        Z-US$

5005862            2/7/2024  TRUS01           TRUST PLUMBING CORP          PMCHK00031551            $621.50
   AP CHECKS        Z-US$

5006097            2/29/2024 TRUS01           TRUST PLUMBING CORP          PMCHK00031572            $487.50
   AP CHECKS        Z-US$

5005478            1/10/2024 TWCS01           TWC SERVICES INC             PMCHK00031525          $4,398.48
   AP CHECKS        Z-US$

5005527            1/10/2024 TWCS01           TWC SERVICES INC             PMCHK00031526            $321.71
   AP CHECKS        Z-US$

5005556            1/10/2024 TWCS01           TWC SERVICES INC             PMCHK00031527            $761.48
   AP CHECKS        Z-US$

5005745            2/6/2024  TWCS01           TWC SERVICES INC             PMCHK00031548          $4,726.55
   AP CHECKS        Z-US$
```

```
System:     5/14/2024   3:21:35 PM                    Restaurants                              Page:    62
User Date:  5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                 Multicurrency Management


* Voided Checks


Check Number       Date      Vendor ID        Vendor Check Name             Audit Trail Code              Amount

   Checkbook ID       Currency ID     Rate Type ID    Exchange Table ID   Exchange Rate       Functional/Originating
-------------------------------------------------------------------------------------------------------------------
5005787            2/7/2024  TWCS01           TWC SERVICES INC              PMCHK00031549             $3,150.73
   AP CHECKS         Z-US$

5005826            2/7/2024  TWCS01           TWC SERVICES INC              PMCHK00031550             $1,291.76
   AP CHECKS         Z-US$

5005865            2/7/2024  TWCS01           TWC SERVICES INC              PMCHK00031551             $5,566.08
   AP CHECKS         Z-US$

5006047            2/12/2024 TWCS01           TWC SERVICES INC              PMCHK00031559               $510.33
   AP CHECKS         Z-US$

5006105            2/29/2024 TWCS01           TWC SERVICES INC              PMCHK00031572            $10,464.44
   AP CHECKS         Z-US$

5006030            2/8/2024  UCPT01           UCP TRANSITIONAL LEARNING AC  PMCHK00031555                $54.53
   AP CHECKS         Z-US$

5005494            1/10/2024 UNIT01           SUMMIT FIRE & SECURITY        PMCHK00031525               $275.00
   AP CHECKS         Z-US$

5005880            2/7/2024  UNIT01           SUMMIT FIRE & SECURITY        PMCHK00031551             $3,567.50
   AP CHECKS         Z-US$

5005374            1/4/2024  UNIV03           UNIVERSITY COLLECTION - FCA   PMCHK00031519             $9,724.69
   AP CHECKS         Z-US$

5005979            2/8/2024  UNIV03           UNIVERSITY COLLECTION - FCA   PMCHK00031554             $9,724.69
   AP CHECKS         Z-US$

5006639            3/15/2024 UNIV03           UNIVERSITY COLLECTION - FCA   PMCHK00031616            $10,064.97
   AP CHECKS         Z-US$

EFT0109*2024       1/9/2024  USFO02           US FOODS                      PMPAY00004681               $299.80
   AP CHECKS         Z-US$

EFT01012024        1/1/2024  USFO02           US FOODS                      PMPAY00004660           $277,676.39
   AP CHECKS         Z-US$

EFT01022024        1/2/2024  USFO02           US FOODS                      PMPAY00004660             $6,303.87
   AP CHECKS         Z-US$

EFT01032024        1/3/2024  USFO02           US FOODS                      PMPAY00004660            $27,996.44
   AP CHECKS         Z-US$

EFT01042024        1/4/2024  USFO02           US FOODS                      PMPAY00004685           $234,403.94
   AP CHECKS         Z-US$

EFT0105            1/5/2024  USFO02           US FOODS                      PMPAY00004769            $41,404.96
   AP CHECKS         Z-US$

EFT01082024        1/8/2024  USFO02           US FOODS                      PMPAY00004684           $327,315.05
   AP CHECKS         Z-US$

EFT01092024        1/9/2024  USFO02           US FOODS                      PMPAY00004681               $299.80
   AP CHECKS         Z-US$
```

```
System:     5/14/2024   3:21:35 PM                    Restaurants                          Page:    63
User Date:  5/14/2024                           VENDOR CHECK REGISTER REPORT                User ID: cmickulas
                                                   Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID          Vendor Check Name           Audit Trail Code              Amount
-----------------------------------------------------------------------------------------------------------------
  Checkbook ID        Currency ID       Rate Type ID    Exchange Table ID  Exchange Rate        Functional/Originating
-----------------------------------------------------------------------------------------------------------------
EFT01102024        1/10/2024 USFO02           US FOODS                  PMPAY00004680            $38,054.26
   AP CHECKS          Z-US$

EFT01112024        1/11/2024 USFO02           US FOODS                  PMPAY00004679           $263,809.38
   AP CHECKS          Z-US$

EFT01122024        1/12/2024 USFO02           US FOODS                  PMPAY00004686            $36,904.15
   AP CHECKS          Z-US$

EFT01152024        1/15/2024 USFO02           US FOODS                  PMPAY00004688           $344,254.03
   AP CHECKS          Z-US$

EFT01162024        1/16/2024 USFO02           US FOODS                  PMPAY00004689               $261.37
   AP CHECKS          Z-US$

EFT01172024        1/17/2024 USFO02           US FOODS                  PMPAY00004690            $33,030.54
   AP CHECKS          Z-US$

EFT01182024        1/18/2024 USFO02           US FOODS                  PMPAY00004691           $273,183.25
   AP CHECKS          Z-US$

EFT01192024        1/19/2024 USFO02           US FOODS                  PMPAY00004692            $45,874.19
   AP CHECKS          Z-US$

EFT01222024        1/22/2024 USFO02           US FOODS                  PMPAY00004693           $317,358.00
   AP CHECKS          Z-US$

EFT01232024        1/23/2024 USFO02           US FOODS                  PMPAY00004722               $108.42
   AP CHECKS          Z-US$

EFT01242024        1/24/2024 USFO02           US FOODS                  PMPAY00004721            $34,931.77
   AP CHECKS          Z-US$

EFT01252024        1/25/2024 USFO02           US FOODS                  PMPAY00004708           $258,152.47
   AP CHECKS          Z-US$

EFT01262024        1/26/2024 USFO02           US FOODS                  PMPAY00004709            $43,752.97
   AP CHECKS          Z-US$

EFT01292024        1/29/2024 USFO02           US FOODS                  PMPAY00004707                $94.94
   AP CHECKS          Z-US$

EFT01302024        1/30/2024 USFO02           US FOODS                  PMPAY00004748           $204,690.99
   AP CHECKS          Z-US$

EFT01312024        1/31/2024 USFO02           US FOODS                  PMPAY00004720            $71,425.61
   AP CHECKS          Z-US$

EFT02012024        2/1/2024 USFO02            US FOODS                  PMPAY00004718           $219,487.77
   AP CHECKS          Z-US$

EFT02022024        2/2/2024 USFO02            US FOODS                  PMPAY00004717            $43,708.39
   AP CHECKS          Z-US$

EFT02052024        2/5/2024 USFO02            US FOODS                  PMPAY00004715           $104,488.13
   AP CHECKS          Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                              Page:   64
User Date: 5/14/2024                           VENDOR CHECK REGISTER REPORT                   User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID          Vendor Check Name           Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID      Rate Type ID    Exchange Table ID   Exchange Rate       Functional/Originating
------------------------------------------------------------------------------------------------------------------
EFT02062024         2/6/2024  USFO02             US FOODS                    PMPAY00004716            $127,128.57
   AP CHECKS           Z-US$

EFT02072024         2/7/2024  USFO02             US FOODS                    PMPAY00004725             $58,450.69
   AP CHECKS           Z-US$

EFT02082024         2/8/2024  USFO02             US FOODS                    PMPAY00004727            $259,402.28
   AP CHECKS           Z-US$

EFT02092024         2/9/2024  USFO02             US FOODS                    PMPAY00004728             $46,607.71
   AP CHECKS           Z-US$

EFT02122024         2/12/2024 USFO02             US FOODS                    PMPAY00004729            $323,183.54
   AP CHECKS           Z-US$

EFT02142024         2/14/2024 USFO02             US FOODS                    PMPAY00004732             $35,754.84
   AP CHECKS           Z-US$

EFT02152024         2/15/2024 USFO02             US FOODS                    PMPAY00004740            $254,203.81
   AP CHECKS           Z-US$

EFT02162024         2/16/2024 USFO02             US FOODS                    PMPAY00004741             $32,470.26
   AP CHECKS           Z-US$

EFT02192024         2/19/2024 USFO02             US FOODS                    PMPAY00004742            $331,567.00
   AP CHECKS           Z-US$

EFT02202024         2/20/2024 USFO02             US FOODS                    PMPAY00004749                $269.39
   AP CHECKS           Z-US$

EFT02212024         2/21/2024 USFO02             US FOODS                    PMPAY00004755             $35,594.89
   AP CHECKS           Z-US$

EFT02222024         2/22/2024 USFO02             US FOODS                    PMPAY00004756            $260,794.13
   AP CHECKS           Z-US$

EFT02232024         2/23/2024 USFO02             US FOODS                    PMPAY00004760             $38,860.17
   AP CHECKS           Z-US$

EFT02262024         2/26/2024 USFO02             US FOODS                    PMPAY00004762            $319,642.38
   AP CHECKS           Z-US$

EFT02272024         2/27/2024 USFO02             US FOODS                    PMPAY00004767                 $89.17
   AP CHECKS           Z-US$

EFT02282024         2/28/2024 USFO02             US FOODS                    PMPAY00004768             $25,093.05
   AP CHECKS           Z-US$

EFT02292024         2/29/2024 USFO02             US FOODS                    PMPAY00004771            $269,858.61
   AP CHECKS           Z-US$

EFT03012024         3/1/2024  USFO02             US FOODS                    PMPAY00004772             $36,561.29
   AP CHECKS           Z-US$

EFT03042024         3/4/2024  USFO02             US FOODS                    PMPAY00004773            $299,564.70
   AP CHECKS           Z-US$
```

```
System:      5/14/2024   3:21:35 PM                   Restaurants                              Page:   65
User Date:   5/14/2024                        VENDOR CHECK REGISTER REPORT                      User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID        Vendor Check Name        Audit Trail Code              Amount
-------------------------------------------------------------------------------------------------------------
   Checkbook ID        Currency ID     Rate Type ID     Exchange Table ID   Exchange Rate    Functional/Originating
-------------------------------------------------------------------------------------------------------------
EFT03052024        3/5/2024  USFO02          US FOODS                 PMPAY00004774                $24.15
   AP CHECKS           Z-US$

EFT03062024        3/6/2024  USFO02          US FOODS                 PMPAY00004775            $39,180.98
   AP CHECKS           Z-US$

EFT03072024        3/7/2024  USFO02          US FOODS                 PMPAY00004776           $281,707.31
   AP CHECKS           Z-US$

EFT03082024        3/8/2024  USFO02          US FOODS                 PMPAY00004778            $45,653.48
   AP CHECKS           Z-US$

EFT03112024        3/11/2024 USFO02          US FOODS                 PMPAY00004779           $318,848.83
   AP CHECKS           Z-US$

EFT03132024        3/13/2024 USFO02          US FOODS                 PMPAY00004785            $30,083.58
   AP CHECKS           Z-US$

EFT03142024        3/14/2024 USFO02          US FOODS                 PMPAY00004791           $257,008.54
   AP CHECKS           Z-US$

EFT03152024        3/15/2024 USFO02          US FOODS                 PMPAY00004794            $39,781.09
   AP CHECKS           Z-US$

EFT03182024        3/18/2024 USFO02          US FOODS                 PMPAY00004795           $311,815.32
   AP CHECKS           Z-US$

EFT03202024        3/20/2024 USFO02          US FOODS                 PMPAY00004796            $26,977.40
   AP CHECKS           Z-US$

EFT03212024        3/21/2024 USFO02          US FOODS                 PMPAY00004797           $217,647.02
   AP CHECKS           Z-US$

EFT03222024        3/22/2024 USFO02          US FOODS                 PMPAY00004798            $42,637.51
   AP CHECKS           Z-US$

EFT03252024        3/25/2024 USFO02          US FOODS                 PMPAY00004801           $286,633.24
   AP CHECKS           Z-US$

EFT03262024        3/26/2024 USFO02          US FOODS                 PMPAY00004803               $524.78
   AP CHECKS           Z-US$

EFT03272024        3/27/2024 USFO02          US FOODS                 PMPAY00004804            $33,594.24
   AP CHECKS           Z-US$

EFT03282024        3/28/2024 USFO02          US FOODS                 PMPAY00004808           $242,636.87
   AP CHECKS           Z-US$

EFT03292024        3/29/2024 USFO02          US FOODS                 PMPAY00004809            $41,343.80
   AP CHECKS           Z-US$

EFT04012024        4/1/2024  USFO02          US FOODS                 PMPAY00004812           $313,632.64
   AP CHECKS           Z-US$

EFT04022024        4/2/2024  USFO02          US FOODS                 PMPAY00004813               $568.59
   AP CHECKS           Z-US$
```

```
System:     5/14/2024   3:21:35 PM                    Restaurants                              Page:    66
User Date:  5/14/2024                         VENDOR CHECK REGISTER REPORT                     User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date       Vendor ID        Vendor Check Name          Audit Trail Code              Amount
----------------------------------------------------------------------------------------------------------------
  Checkbook ID        Currency ID      Rate Type ID     Exchange Table ID  Exchange Rate    Functional/Originating
----------------------------------------------------------------------------------------------------------------
EFT04032024         4/3/2024   USFO02           US FOODS                   PMPAY00004814            $34,949.90
  AP CHECKS           Z-US$

EFT04042024         4/4/2024   USFO02           US FOODS                   PMPAY00004816           $232,386.54
  AP CHECKS           Z-US$

EFT04052024         4/5/2024   USFO02           US FOODS                   PMPAY00004819            $41,006.24
  AP CHECKS           Z-US$

EFT04082024         4/8/2024   USFO02           US FOODS                   PMPAY00004822           $322,616.21
  AP CHECKS           Z-US$

EFT04092024         4/9/2024   USFO02           US FOODS                   PMPAY00004823               $480.60
  AP CHECKS           Z-US$

EFT04102024         4/10/2024  USFO02           US FOODS                   PMPAY00004825            $34,173.55
  AP CHECKS           Z-US$

EFT04112024         4/11/2024  USFO02           US FOODS                   PMPAY00004826           $254,873.75
  AP CHECKS           Z-US$

EFT04122024         4/12/2024  USFO02           US FOODS                   PMPAY00004827            $43,291.91
  AP CHECKS           Z-US$

EFT04152024         4/15/2024  USFO02           US FOODS                   PMPAY00004830           $293,373.71
  AP CHECKS           Z-US$

EFT04162024         4/16/2024  USFO02           US FOODS                   PMPAY00004831               $123.55
  AP CHECKS           Z-US$

EFT04172024         4/17/2024  USFO02           US FOODS                   PMPAY00004832            $32,402.40
  AP CHECKS           Z-US$

EFT04182024         4/18/2024  USFO02           US FOODS                   PMPAY00004835           $241,202.28
  AP CHECKS           Z-US$

EFT04192024         4/19/2024  USFO02           US FOODS                   PMPAY00004838            $33,863.26
  AP CHECKS           Z-US$

5005420             1/4/2024   V3CA01           V 3 HC RETAIL, LLC         PMCHK00031520             $5,767.13
  AP CHECKS           Z-US$

5005929             2/8/2024   V3CA01           V 3 HC RETAIL, LLC         PMCHK00031553             $5,767.13
  AP CHECKS           Z-US$

5006681             3/19/2024  V3CA01           V 3 HC RETAIL, LLC         PMCHK00031620             $6,052.25
  AP CHECKS           Z-US$

5006696             3/19/2024  V3CA01           V 3 HC RETAIL, LLC         PMCHK00031620               $285.12
  AP CHECKS           Z-US$

0020248             3/4/2024   VALE05           VALERY VALENTIN            PMCHK00031583                $62.86
  PAYROLL TRUIST      Z-US$

5005376             1/4/2024   VAND01           PRESTIGE PROPERTIES - VAN DY  PMCHK00031519         $9,438.54
  AP CHECKS           Z-US$
```

```
System:     5/14/2024   3:21:35 PM                        Restaurants                              Page:   67
User Date:  5/14/2024                              VENDOR CHECK REGISTER REPORT              User ID: cmickulas
                                                    Multicurrency Management


* Voided Checks

Check Number       Date      Vendor ID        Vendor Check Name            Audit Trail Code              Amount

   Checkbook ID        Currency ID      Rate Type ID     Exchange Table ID  Exchange Rate      Functional/Originating
--------------------------------------------------------------------------------------------------------------------
5005981            2/8/2024  VAND01           PRESTIGE PROPERTIES - VAN DY  PMCHK00031554            $10,642.00
   AP CHECKS           Z-US$

5006640            3/15/2024 VAND01           PRESTIGE PROPERTIES - VAN DY  PMCHK00031616             $9,438.54
   AP CHECKS           Z-US$

5005421            1/4/2024  VICT04           VICTORIA PLAZA, INC           PMCHK00031520             $6,517.10
   AP CHECKS           Z-US$

5005930            2/8/2024  VICT04           VICTORIA PLAZA, INC           PMCHK00031553             $2,882.47
   AP CHECKS           Z-US$

5005931            2/8/2024  VICT04           VICTORIA PLAZA, INC           PMCHK00031553             $6,744.48
   AP CHECKS           Z-US$

VA GAS 1.9.24      1/9/2024  VIRG05           VIRGINIA NATURAL GAS          PMPAY00004750               $595.59
   UTILITIES B         Z-US$

VA GAS 3.1.24      3/1/2024  VIRG05           VIRGINIA NATURAL GAS          PMPAY00004841               $719.59
   UTILITIES B         Z-US$

VNG 3.11.24        3/11/2024 VIRG05           VIRGINIA NATURAL GAS          PMPAY00004841               $727.38
   UTILITIES B         Z-US$

VA DEPT 2.22.24    2/22/2024 VIRG06           VIRGINIA BEACH DEPT OF REV    PMPAY00004792             $4,594.71
   ACH TRUIST          Z-US$

VA GOV 1.24.24     1/24/2024 VIRG06           VIRGINIA BEACH DEPT OF REV    PMPAY00004753             $4,935.41
   ACH TRUIST          Z-US$

VADOR 3.20.24      3/20/2024 VIRG06           VIRGINIA BEACH DEPT OF REV    PMPAY00004866             $4,984.31
   ACH TRUIST          Z-US$

5006031            2/8/2024  VOLL01           VOLLEYNATION, INC.            PMCHK00031555               $132.27
   AP CHECKS           Z-US$

5006889            4/3/2024  VOLU05           VOLUSIA COUNTY REVENUE DIVIS  PMCHK00031634             $1,486.34
   AP CHECKS           Z-US$

5005472            1/10/2024 VPEL01           VP ELECTRIC                   PMCHK00031525               $942.73
   AP CHECKS           Z-US$

5006876            4/3/2024  WAKE01           WAKE COUNTY,PREPARED FOOD AN  PMCHK00031634             $2,200.65
   AP CHECKS           Z-US$

WAKE 1.22.24       1/22/2024 WAKE01           WAKE COUNTY,PREPARED FOOD AN  PMPAY00004763             $1,741.05
   ACH TRUIST          Z-US$

WAKE 2.20.24       2/20/2024 WAKE01           WAKE COUNTY,PREPARED FOOD AN  PMPAY00004792             $1,428.76
   ACH TRUIST          Z-US$

5005654            1/12/2024 WAST02           WASTE MANAGEMENT              PMCHK00031531               $570.57
   AP CHECKS           Z-US$

5005655            1/12/2024 WAST02           WASTE MANAGEMENT              PMCHK00031531               $807.87
   AP CHECKS           Z-US$
```

```
System:    5/14/2024  3:21:35 PM                    Restaurants                              Page:   68
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                   User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date       Vendor ID        Vendor Check Name           Audit Trail Code              Amount
------------------------------------------------------------------------------------------------------------------
  Checkbook ID      Currency ID     Rate Type ID    Exchange Table ID  Exchange Rate       Functional/Originating
------------------------------------------------------------------------------------------------------------------
5005656            1/12/2024 WAST02          WASTE MANAGEMENT            PMCHK00031531               $814.49
  AP CHECKS          Z-US$

WASTE MGMT 3.14    3/14/2024 WAST02          WASTE MANAGEMENT            PMPAY00004821             $3,321.15
  UTILITIES A        Z-US$

WM 2.2.24          2/2/2024 WAST02           WASTE MANAGEMENT            PMPAY00004713             $1,278.50
  UTILITIES A        Z-US$

WM 3.7             3/7/2024 WAST02           WASTE MANAGEMENT            PMPAY00004786               $807.87
  UTILITIES A        Z-US$

WASTE PRO 1.29.24  1/29/2024 WAST06          WASTE PRO - FT. MYERS       PMPAY00004701             $1,662.78
  UTILITIES A        Z-US$

WASTE PRO 3.21     3/21/2024 WAST06          WASTE PRO - FT. MYERS       PMPAY00004821               $546.00
  UTILITIES A        Z-US$

WASTE PRO 4.18     4/18/2024 WAST06          WASTE PRO - FT. MYERS       PMPAY00004859               $546.00
  AP CHECKS          Z-US$

5005602            1/12/2024 WAST08          WASTE CONNECTIONS OF FLORIDA  PMCHK00031530             $703.53
  AP CHECKS          Z-US$

5005658            1/12/2024 WAST08          WASTE CONNECTIONS OF FLORIDA  PMCHK00031531             $826.59
  AP CHECKS          Z-US$

WASTE 3.21.24      3/21/2024 WAST08          WASTE CONNECTIONS OF FLORIDA  PMPAY00004847           $1,417.61
  UTILITIES B        Z-US$

WC 3.20            3/20/2024 WAST08          WASTE CONNECTIONS OF FLORIDA  PMPAY00004821           $1,425.57
  UTILITIES A        Z-US$

5005659            1/12/2024 WAST10          WASTE CONNECTIONS OF FLORIDA  PMCHK00031531              $33.80
  AP CHECKS          Z-US$

WASTECONNECTIONS 4.3 4/3/2024 WAST10         WASTE CONNECTIONS OF FLORIDA  PMPAY00004850           $1,368.86
  UTILITIES A        Z-US$

5005473            1/10/2024 WEBB02          WEBB MASON, INC             PMCHK00031525             $4,600.01
  AP CHECKS          Z-US$

5005680            2/2/2024 WEBB02           WEBB MASON, INC             PMCHK00031546            $10,862.50
  AP CHECKS          Z-US$

5005863            2/7/2024 WEBB02           WEBB MASON, INC             PMCHK00031551            $22,260.51
  AP CHECKS          Z-US$

5005528            1/10/2024 WEDO01          WE DO WINDOWS               PMCHK00031526               $165.85
  AP CHECKS          Z-US$

5005788            2/7/2024 WEDO01           WE DO WINDOWS               PMCHK00031549                $55.64
  AP CHECKS          Z-US$

5005827            2/7/2024 WEDO01           WE DO WINDOWS               PMCHK00031550                $44.94
  AP CHECKS          Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                              Page:    69
User Date: 5/14/2024                           VENDOR CHECK REGISTER REPORT                     User ID: cmickulas
                                                 Multicurrency Management


* Voided Checks


Check Number          Date      Vendor ID        Vendor Check Name            Audit Trail Code              Amount

  Checkbook ID        Currency ID      Rate Type ID     Exchange Table ID  Exchange Rate      Functional/Originating
-----------------------------------------------------------------------------------------------------------------

5005422             1/4/2024  WEIN01            WEINGARTEN NOSTAT, INC.      PMCHK00031520              $13,363.66
  AP CHECKS         Z-US$

5005932             2/8/2024  WEIN01            WEINGARTEN NOSTAT, INC.      PMCHK00031553              $10,970.38
  AP CHECKS         Z-US$

5006683             3/19/2024 WEIN01            WEINGARTEN NOSTAT, INC.      PMCHK00031620              $10,970.38
  AP CHECKS         Z-US$

5006697             3/19/2024 WEIN01            WEINGARTEN NOSTAT, INC.      PMCHK00031620               $6,636.64
  AP CHECKS         Z-US$

WELLINGTON 1.8      1/8/2024  WELL02            WELLINGTON UTILITIES         PMPAY00004759                 $140.00
  UTILITIES A       Z-US$

5005474             1/10/2024 WELL05            WELLINGTON LANDINGS MIDDLE S  PMCHK00031525                 $57.15
  AP CHECKS         Z-US$

5005553             1/10/2024 WEST01            WEST COAST PREMIER WINDOW CL  PMCHK00031527                 $85.60
  AP CHECKS         Z-US$

5005784             2/7/2024  WEST01            WEST COAST PREMIER WINDOW CL  PMCHK00031549                $321.00
  AP CHECKS         Z-US$

5005822             2/7/2024  WEST01            WEST COAST PREMIER WINDOW CL  PMCHK00031550                 $42.80
  AP CHECKS         Z-US$

5006099             2/29/2024 WEST01            WEST COAST PREMIER WINDOW CL  PMCHK00031572                $321.00
  AP CHECKS         Z-US$

5006041             2/8/2024  WEST02            WEST ORANGE HIGH SCHOOL      PMCHK00031555                 $90.71
  AP CHECKS         Z-US$

REMIT000000000001826 1/4/2024  WEST07           WESTWOOD PLAZA               PMCHK00031519                  $0.00
                    Z-US$

REMIT000000000001838 2/8/2024  WEST07           WESTWOOD PLAZA               PMCHK00031554                  $0.00
                    Z-US$

5006032             2/8/2024  WEST09            WESTCHASE ELEMENTARY PTA     PMCHK00031555                $123.96
  AP CHECKS         Z-US$

5005424             1/4/2024  WEST49            WESTSIDE SHOPPES LLC         PMCHK00031520               $9,934.00
  AP CHECKS         Z-US$

5005934             2/8/2024  WEST49            WESTSIDE SHOPPES LLC         PMCHK00031553               $9,799.65
  AP CHECKS         Z-US$

5005935             2/8/2024  WEST49            WESTSIDE SHOPPES LLC         PMCHK00031553                $144.16
  AP CHECKS         Z-US$

5006033             2/8/2024  WEST64            WEST BROWARD BASEBALL BOOSTE PMCHK00031555                 $62.88
  AP CHECKS         Z-US$

5006034             2/8/2024  WEST65            WEST PASCO YOUTH SOCCER ASSO  PMCHK00031555                $127.57
  AP CHECKS         Z-US$
```

```
System:    5/14/2024  3:21:35 PM                      Restaurants                              Page:    70
User Date: 5/14/2024                          VENDOR CHECK REGISTER REPORT                    User ID: cmickulas
                                                Multicurrency Management


* Voided Checks


Check Number        Date       Vendor ID        Vendor Check Name          Audit Trail Code              Amount
-----------------------------------------------------------------------------------------------------------------
  Checkbook ID       Currency ID      Rate Type ID     Exchange Table ID  Exchange Rate      Functional/Originating
-----------------------------------------------------------------------------------------------------------------
5005761            2/6/2024  WHAL01           WHALEY FOODSERVICE         PMCHK00031548              $840.14
  AP CHECKS          Z-US$

5005881            2/7/2024  WHAL01           WHALEY FOODSERVICE         PMCHK00031551            $2,690.73
  AP CHECKS          Z-US$

5005377            1/4/2024  WILL02           WILLOW BEND TOWNE CENTRE, LT  PMCHK00031519          $8,236.11
  AP CHECKS          Z-US$

5005982            2/8/2024  WILL02           WILLOW BEND TOWNE CENTRE, LT  PMCHK00031554          $8,251.95
  AP CHECKS          Z-US$

5006641            3/15/2024 WILL02           WILLOW BEND TOWNE CENTRE, LT  PMCHK00031616          $8,236.11
  AP CHECKS          Z-US$

5005425            1/4/2024  WILL07           WILLIS REALTY CORPORATION  PMCHK00031520            $4,294.55
  AP CHECKS          Z-US$

5005936            2/8/2024  WILL07           WILLIS REALTY CORPORATION  PMCHK00031553            $4,294.55
  AP CHECKS          Z-US$

5006685            3/19/2024 WILL07           WILLIS REALTY CORPORATION  PMCHK00031620            $4,294.55
  AP CHECKS          Z-US$

5005431            1/9/2024  WILL14           WILLIAM POSEY              PMCHK00031523            $1,000.00
  AP CHECKS          Z-US$

5006045            2/9/2024  WILL14           WILLIAM POSEY              PMCHK00031558            $1,000.00
  AP CHECKS          Z-US$

5006454            3/5/2024  WILL14           WILLIAM POSEY              PMCHK00031586            $1,000.00
  AP CHECKS          Z-US$

5006035            2/8/2024  WINT19           WINTERGUARD AT USF         PMCHK00031555              $127.34
  AP CHECKS          Z-US$

5005660            1/12/2024 WITH01           WITHLACOOCHEE RIVER ELECTRIC  PMCHK00031531            $279.15
  AP CHECKS          Z-US$

WITHLACOOCHEE 2.2  1/31/2024 WITH01           WITHLACOOCHEE RIVER ELECTRIC  PMPAY00004713            $706.03
  UTILITIES A        Z-US$

WITHLACOOCHEE 3.5  3/5/2024  WITH01           WITHLACOOCHEE RIVER ELECTRIC  PMPAY00004777          $1,710.93
  UTILITIES A        Z-US$

WITHLACOOCHEE 4.3  4/3/2024  WITH01           WITHLACOOCHEE RIVER ELECTRIC  PMPAY00004854          $1,792.37
  UTILITIES A        Z-US$

5006036            2/8/2024  WOME04           WOMEN'S CLUB LACROSSE AT UCF  PMCHK00031555             $91.76
  AP CHECKS          Z-US$

5005378            1/4/2024  WRIJ01           WRI JT NORTHRIDGE, LP       PMCHK00031519            $7,991.83
  AP CHECKS          Z-US$

0020173            2/23/2024 YARI01           YARITZA FIGUEROA            PMCHK00031568              $301.04
  PAYROLL TRUIST     Z-US$
```

```
System:     5/14/2024   3:21:35 PM                  Restaurants                         Page:    71
User Date:  5/14/2024                        VENDOR CHECK REGISTER REPORT               User ID: cmickulas
                                               Multicurrency Management


* Voided Checks


Check Number        Date      Vendor ID          Vendor Check Name           Audit Trail Code              Amount

     Checkbook ID        Currency ID     Rate Type ID     Exchange Table ID   Exchange Rate      Functional/Originating
----------------------------------------------------------------------------------------------------------------------
0020172             2/23/2024  YOUS01              YOUSSEF ZAITOUNI            PMCHK00031568               $470.71
  PAYROLL TRUIST        Z-US$

5005834             2/7/2024   YOUT05              YOUTH SPORTS OF HOLLYWOOD IN PMCHK00031551              $171.12
  AP CHECKS            Z-US$

0020149             2/1/2024   ZACK01              ZACKERY HARPER             PMCHK00031545               $346.15
  PAYROLL TRUIST        Z-US$

0020206             3/1/2024   ZOEY02              ZOEY LACKEY                PMCHK00031576             $1,916.30
  PAYROLL TRUIST        Z-US$

                                                                                             --------------------
Total Checks:  1,332                            Total Functional Amount of Checks:            $21,521,151.32
                                                                                             ====================
```