[Dordst] [Order Scheduling Trial–BK]

ORDERED.

**Dated: August 14, 2024**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No.
3:24–bk–01128–BAJ
Chapter 11

Tijuana Flats Restaurants, LLC
fdba Tijuana Flats #224, LLC
fdba Tijuana Flats #238, LLC
fdba Tijuana Flats #234, LLC
fdba Tijuana Flats #260, LLC
fdba Tijuana Flats #184, LLC
fdba Tijuana Flats #139, LLC
fdba Tijuana Flats #172, LLC
fdba Tijuana Flats #257, LLC
fdba Tijuana Flats #163, LLC
fdba Tijuana Flats #121, LLC
fdba Tijuana Flats #170, LLC
fdba Tijuana Flats #232, LLC
fdba Tijuana Flats #134, LLC
fdba Tijuana Flats #242, LLC
fdba Tijuana Flats #181, LLC
fdba Tijuana Flats, LLC
fdba Tijuana Flats #117, LLC
fdba Flats 1, LLC
fdba Tijuana Flats #169, LLC
fdba Tijuana Flats #237, LLC
fdba Tijuana Flats #179, LLC
fdba Tijuana Flats #153, LLC
fdba Tijuana Flats #175, LLC
fdba Tijuana Flats #246, LLC
fdba Tijuana Flats #186, LLC
fdba Tijuana Flats #247, LLC
fdba Tijuana Flats #156, LLC
fdba Tijuana Flats #112, LLC
fdba Flats II, LLC
fdba Tijuana Flats #147, LLC
fdba Tijuana Flats #122, LLC
fdba Tijuana Flats #127, LLC
fdba Tijuana Flats #129, LLC
fdba Tijuana Flats #187, LLC
fdba Tijuana Flats #128, LLC
fdba Tijuana Flats #230, LLC

fdba Tijuana Flats #120, LLC
fdba Tijuana Flats #135, LLC
fdba Tijuana Flats #183, LLC
fdba Tijuana Flats #223, LLC
fdba Tijuana Flats #171, LLC
fdba Tijuana Flats #140, LLC
fdba Tijuana Flats #159, LLC
fdba Tijuana Flats #227, LLC
fdba Tijuana Flats #239, LLC
fdba Tijuana Flats #249, LLC
fdba Tijuana Flats #164, LLC
fdba Tijuana Flats #258, LLC
fdba Tijuana Flats #190, LLC
fdba Tijuana Flats #133, LLC
fdba Tijuana Flats #198, LLC
fdba Tijuana Flats #120, LLC
fdba Tijuana Flats #177, LLC
fdba Tijuana Flats #128, LLC
fdba Tijuana Flats #180, LLC
fdba Tijuana Flats #130, LLC
fdba Tijuana Flats #114, LLC
fdba Tijuana Flats #152, LLC
fdba Tijuana Flats #154, LLC
fdba Tijuana Flats #243, LLC
fdba Tijuana Flats #157, LLC
fdba Tijuana Flats #222, LLC
fdba Tijuana Flats #165, LLC
fdba Tijuana Flats #167, LLC
fdba Tijuana Flats #111, LLC
fdba Tijuana Flats #241, LLC


_____Debtor*_____/

## ORDER SCHEDULING TRIAL

The Court will conduct a trial on the Application for Payment of Administrative Expenses Amount Requested: 53295.89 (Doc. No. 259) filed by Jennifer L Morando on behalf of Creditor Push Inc, on November 19, 2024, at 11:30 AM, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202. The estimated duration of the trial is 4 Hours Accordingly, it is

**ORDERED:**

1. ***Witness List.***  The parties must exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

2. ***Joint Stipulation of Undisputed Facts.***  The parties must meet in person or by video to prepare a joint stipulation of undisputed facts and exhibits that may be admitted into evidence without objection. The stipulation must be filed no later than seven days before the date set for trial.

3. ***Exhibits.***  Parties must comply with all requirements of Local Rules 7001–1 and 9070–1 concerning exhibits. Parties must exchange exhibits no later than seven days before the date set for trial.

   (a) ***Objections to Authenticity.***  Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

   (b) ***Self–Authentication.***  If a party intends to rely upon the self–authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of

records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

   4. ***Discovery Cutoff.***  Parties must complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

   5. ***Discovery Disputes.***  The parties must first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

   6. ***Meet and Confer Requirement.***  Counsel for all parties must confer within seven days prior to the trial and seek in good faith to settle the case.

<u>Avoid delays at Courthouse security checkpoints.</u> You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073–1 of this Court's Local Rules.

Jennifer Morando is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

...

[*]All references to "Debtor" must include and refer to both of the debtors in a case filed jointly by two individuals.