**ORDERED.**

Dated: **November 14, 2024**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>**

| | | |
|---|---|---|
| In re | ) | Case Nos.  3:24-bk-1122-BAJ |
| | | and  3:24-bk-1128-BAJ |
| TIJUANA FLATS RESTAURANTS, LLC, | ) | |
| *et al*,[1] | | Chapter 11 |
| | ) | |
| Debtors. | | Jointly Administered Under |
| _____ | ) | Case No. 3:24-bk-1128-BAJ |

**<u>AMENDED ORDER GRANTING JOINT MOTION
TO RESCHEDULE TRIAL SET FOR NOVEMBER 19, 2024</u>**

This Chapter 11 case came before the Court upon the Joint Motion to Reschedule Trial Set for November 19, 2024 (the "Motion") [Docket No. 478] on Push, Inc.'s application for allowance of an administrative expense. Upon consideration it is ORDERED:

1. The Motion is granted.

2. The trial of Push, Inc.'s application for allowance of administrative

---

[1] The Federal Employer Identification Number of Tijuana Flats Restaurants, LLC is 47-4472442.  The principal address of the Debtor is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

expense and the Debtors' objection thereto is hereby continued to January 7, 2025, at 10:00 a.m. to be held concurrently with the trial of Adversary No. 3:24-ap-00082-BAJ.

      3.      The parties shall continue to abide by all other deadlines set forth in the Court's Order Scheduling Trial dated August 14, 2024 [Docket No. 337].

Stretto, Inc. is directed to serve a copy of this Order on the "Short List" of interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the Order.