# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

*Admitted Into Evidence*
*JAN 1 4 2025*

| | | |
|---|---|---|
| In re | ) | |
| TIJUANA FLATS RESTAURANTS, LLC, *et al*,[1] | ) | Case Nos.  3:24-bk-1122-BAJ and  3:24-bk-1128-BAJ |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered Under Case No. 3:24-bk-1128-BAJ |

## DEBTORS' EXHIBIT LIST

### (Confirmation Hearing)

| Ex. No. | Date Identified | By Whom | Objection | Date Admitted | Description |
|---|---|---|---|---|---|
| 1. | 1/14/25 | Debtor | NO | 1/14/25 | Joint Plan of Reorganization |
| 2. | " | Debtor | " | " | Joint Disclosure Statement |
| 3. | " | Debtor | " | " | Solicitation Procedures Motion |
| 4. | " | Debtor | " | " | Solicitation Procedures Order |
| 5. | " | Debtor | " | " | Certificate of Service – Solicitation Packet |
| 6. | " | Debtor | " | " | Declaration of James Greco in Support of Confirmation |
| 7. | " | Debtor | " | " | Liquidation Analysis |
| 8. | " | Debtor | " | " | Feasibility Analysis |

[1] The Federal Employer Identification Number of Tijuana Flats Restaurants, LLC is 47-4472442.  The principal address of the Debtor is 2300 Maitland Center Parkway, Suite 306, Maitland, Florida 32751.

| 9. | 1\|14\|25 | Debtor | no | 1\|14\|25 | Ballot Tabulation |
|---|---|---|---|---|---|
| 10. | " | Debtor | " | " | Schedules (Docket No. 133) |
| 11. | " | Debtor | " | " | Statement of Financial Affairs (Docket No. 133) |

**THAMES | MARKEY**

*/s/ Richard R. Thames*

By _____

Richard R. Thames

Florida Bar No. 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law

Attorneys the Debtors